# EXHIBIT B, PART 1

(Page 6 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE Document 121-3 Filed 03/22/10 Page 2 of 42

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

THE ESTATE OF ANTHONY K. BROWN                   :
By and through VARA BROWN                          :
6201 Neff Street                                   :
Detroit, MI 48224                                  :
                                                   :
and                                                :
                                                   :
VARA BROWN                                         :
6201 Neff Street                                   :
Detroit, MI 48224                                  :
                                                   :  **AMENDED COMPLAINT**
and                                                :  Civil Action No. 08-cv-00531-RCL
                                                   :
JOHN BROWN                                         :
6201 Neff Street                                   :
Detroit, MI 48224                                  :
                                                   :
and                                                :
                                                   :
SULBA BROWN                                        :
6201 Neff Street                                   :
Detroit, MI 48224                                  :
                                                   :
and                                                :
                                                   :
ROWEL BROWN                                        :
6201 Neff Street                                   :
Detroit, MI 48224                                  :
                                                   :
and                                                :
                                                   :
MARVINE MCBRIDE                                    :
15065 Lincoln Avenue                               :
East Point, MI 48021                               :
                                                   :
and                                                :
                                                   :
LAJUANA SMITH                                      :
20284 Forrer Street                                :
Detroit, MI 48235                                  :
                                                   :
and                                                :

(Page 7 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE Document 121-3 Filed 03/22/10 Page 3 of 42

JOSEPH A. BARILE                          :
305 Lucas Park Drive                      :
Greensboro, NC 27455                      :
                                          :
and                                       :
                                          :
ANGELA E. BARILE                          :
6546 Date Palm Boulevard, #9              :
Port Richey, FL 34668                     :
                                          :
and                                       :
                                          :
MICHAEL BARILE                            :
223 Carterett Avenue                      :
Seaside Heights, NJ 08751                 :
                                          :
and                                       :
                                          :
ANDREA CIARLA                             :
7121-B Congress Street                    :
New Port Richey, FL 34653                 :
                                          :
and                                       :
                                          :
ANN MARIE MOORE                           :
7127 Congress Street, #201                :
New Port Richey, FL 34653                 :
                                          :
and                                       :
                                          :
ANGELA YOAK                               :
5405 Alton Parkway, #5A764                :
Irvine, CA 92604                          :
                                          :
and                                       :
                                          :
JOHN BECKER                               :
658 Glenmore Drive                        :
Evansville, IN 47715                      :
                                          :
and                                       :
                                          :
RODNEY E. BURNS                           :
34155 Monroe Road, #466                   :
Stoutsville, MO 65283                     :

2

(Page 8 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 4 of 42

and                                          :

DAVID BURNS                                  :
2566 Highway East                            :
Silex, MO 63377                              :
                                             :
and                                          :
                                             :
EUGENE BURNS                                 :
23591 Monroe Road, #483                      :
Stoutsville, MO 65283                        :
                                             :
and                                          :
                                             :
JEANNIE SCAGGS                               :
15098 Iva Court                              :
Wright City, MO 63390                        :
                                             :
and                                          :
                                             :
DANIEL CUDDEBACK, JR.                        :
414 Winchell Mountain Road                   :
Millerton, NY 12546                          :
                                             :
and                                          :
                                             :
BARBARA CUDDEBACK                            :
46 Wakeman Road                              :
Millerton, NY 12546                          :
                                             :
and                                          :
                                             :
DANIEL CUDDEBACK, SR.                        :
46 Wakeman Road                              :
Millerton, NY 12546                          :
                                             :
and                                          :
                                             :
JOHN R. CUDDEBACK                            :
414 Winchell Mountain Road                   :
Millerton, NY 12546                          :
                                             :
and                                          :
                                             :
ROBERT DEAN                                  :

(Page 9 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 5 of 42

2817 W. Sixth Street                                    :
Little Rock, AR 72205                                   :
                                                        :
and                                                     :
                                                        :
MICHAEL EPISCOPO                                        :
107 Fleetwood Lane                                      :
Minoa, NY 13116                                         :
                                                        :
and                                                     :
                                                        :
RANDY GADDO                                             :
191 McIntosh Trail                                      :
Peachtree City, GA 30269                                :
                                                        :
and                                                     :
                                                        :
LOUISE GADDO BLATTLER                                   :
2984 Jamestown Court, North                             :
Mishawaka, IN 46545                                     :
                                                        :
and                                                     :
                                                        :
PETER GADDO                                             :
P.O. Box 30                                             :
Pelham, NC 27311                                        :
                                                        :
and                                                     :
                                                        :
TIMOTHY GADDO                                           :
5530 Sycamore Lane, North                               :
Plymouth, MN 55442                                      :
                                                        :
and                                                     :
                                                        :
THE ESTATE OF WILLIAM R. GAINES, JR.                    :
By and through MICHAEL A. GAINES                        :
14215 Puffin Court                                      :
Clearwater, FL 33762                                    :
                                                        :
and                                                     :
                                                        :
MICHAEL A. GAINES                                       :
14215 Puffin Court                                      :
Clearwater, FL 33762                                    :
                                                        :

(Page 10 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 6 of 42

and                                          :
                                             :
WILLIAM R. GAINES, SR.                       :
14215 Puffin Court                           :
Clearwater, FL 33762                         :
                                             :
and                                          :
                                             :
EVELYN SUE SPEARS ELLIOTT                    :
3149 Trinity Road                            :
Lexington, KY 40503                          :
                                             :
and                                          :
                                             :
CAROLYN SPEARS                               :
1100 Parklawn Drive                          :
Lexington, KY 40517                          :
                                             :
and                                          :
                                             :
MARK SPEARS                                  :
461 Stone Creek Drive                        :
Lexington, KY 40503                          :
                                             :
and                                          :
                                             :
JAMES S. SPEARS                              :
1100 Parklawn Drive                          :
Lexington, KY 40517                          :
                                             :
and                                          :
                                             :
CAROL WEAVER                                 :
1108 Weaver Farms Lane                       :
Spring Hill, TN 37174                        :
                                             :
and                                          :
                                             :
THE ESTATE OF VIRGEL HAMILTON                :
By and through GLORIA HAMILTON               :
8 Ashgrove Court                             :
Franklin, OH 45005                           :
                                             :
and                                          :
                                             :
GLORIA HAMILTON                              :

5

(Page 11 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 7 of 42

8 Ashgrove Court                          :
Franklin, OH 45005                        :
                                          :
and                                       :
                                          :
BRUCE HASTINGS                            :
23633 Beech Lane                          :
Seaford, DE 19973                         :
                                          :
and                                       :
                                          :
MAYNARD HODGES                            :
230 Maple Avenue                          :
Rocky Mountain, VA 19973                  :
                                          :
and                                       :
                                          :
LORETTA BROWN                             :
107 Falcon Ridge Road                     :
Rocky Mountain, VA 24151                  :
                                          :
and                                       :
                                          :
KATHY HODGES                              :
230 Maple Avenue                          :
Rocky Mountain, VA 19973                  :
                                          :
and                                       :
                                          :
MARY JEAN HODGES                          :
10 Law Street                             :
Rocky Mountain, VA 24151                  :
                                          :
and                                       :
                                          :
CINDY HOLMES                              :
885 Monticello Drive                      :
Pinehurst, NC 28374                       :
                                          :
and                                       :
                                          :
SHANA SAUL                                :
1800 Wachovia Tower, Drawer 1200          :
Roanoke, VA 24006                         :
                                          :
and                                       :

(Page 12 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 8 of 42

DANIEL JOY                                          :
P.O. Box 1553                                       :
Jacksonville, NC 28541                              :
                                                    :
and                                                 :
                                                    :
SEAN KIRKPATRICK                                    :
14845 99th Way, SE                                  :
Yelm, WA 98597                                      :
                                                    :
and                                                 :
                                                    :
DANIEL KREMER                                       :
6633 North Canal Road                               :
Lockport, NY 14094                                  :
                                                    :
and                                                 :
                                                    :
THE ESTATE OF CHRISTINE KREMER                      :
By and through JOSEPH KREMER                        :
16 Square Court                                     :
Gettsville, NY 14068                                :
                                                    :
and                                                 :
                                                    :
JOSEPH T. KREMER                                    :
16 Square Court                                     :
Gettsville, NY 14068                                :
                                                    :
and                                                 :
                                                    :
THE ESTATE OF THOMAS KREMER                         :
By and through JOSEPH KREMER                        :
16 Square Court                                     :
Gettsville, NY 14068                                :
                                                    :
and                                                 :
                                                    :
JACQUELINE STAHRR                                   :
106 Stutzman Road                                   :
Bowmansville, NY 14026                              :
                                                    :
and                                                 :
                                                    :
THE ESTATE OF DAVID A. LEWIS                        :

7

(Page 13 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 9 of 42

By and through BETTY LEWIS          :
13603 Alvin Avenue                  :
Garfield Heights, OH 44105          :
                                    :
and                                 :
                                    :
BETTY LEWIS                         :
13603 Alvin Avenue                  :
Garfield Heights, OH 44105          :
                                    :
and                                 :
                                    :
JERRY L. LEWIS                      :
4395 Glenmere Drive                 :
Warrensville Heights, OH 44105      :
                                    :
and                                 :
                                    :
SCOTT M. LEWIS                      :
4544 Merrygold Avenue               :
Warrensville Heights, OH 44128      :
                                    :
and                                 :
                                    :
PAUL MARTINEZ, SR.                  :
19426 Highlite Drive                :
Clinton Township, MI 48035          :
                                    :
and                                 :
                                    :
TERESA GUNTHER                      :
477 Labelle Street                  :
Gross Point Farms, MI 48236         :
                                    :
and                                 :
                                    :
ALPHONSO MARTINEZ                   :
30348 Cosino Street                 :
Warren, MI 48092                    :
                                    :
and                                 :
                                    :
DANIEL L. MARTINEZ                  :
13803 Fairmount Drive               :
Detroit, MI 48205                   :
                                    :

8

(Page 14 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE Document 121-3 Filed 03/22/10 Page 10 of 42

and                                              :
                                                 :
MICHAEL MARTINEZ                                 :
7100 W. Samaria Road                             :
Ottawa Lake, MI 49267                            :
                                                 :
and                                              :
                                                 :
PAUL MARTINEZ, JR.                               :
18560 Huntington Avenue                          :
Harper Woods, MI 48225                           :
                                                 :
and                                              :
                                                 :
TOMASITA L. MARTINEZ                             :
18960 Hamburg Street                             :
Detroit, MI 48205                                :
                                                 :
and                                              :
                                                 :
ESTHER MARTINEZ PARKS                            :
18960 Hamburg Street                             :
Detroit, MI 48205                                :
                                                 :
and                                              :
                                                 :
SUSANNE YEOMAN                                   :
8637 Sterling Street                             :
Centerline, MI 48015                             :
                                                 :
and                                              :
                                                 :
JOHN OPATOVSKY                                   :
26 7th Street                                    :
Hillburn, NY 10931                               :
                                                 :
And                                              :
                                                 :
THE ESTATE OF JEFFREY B. OWEN                    :
By and through STEVEN OWEN                       :
2101 Parks Avenue, Suite 801                     :
Virginia Beach, VA 23451                         :
                                                 :
and                                              :
                                                 :
JEAN G. OWENS                                    :

9

(Page 15 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 11 of 42

509 Malibu Drive, #315                    :
Virginia Beach, VA 23452                  :
                                          :
and                                       :
                                          :
STEVEN OWEN                               :
2101 Parks Avenue, Suite 801              :
Virginia Beach, VA 23451                  :
                                          :
and                                       :
                                          :
THE ESTATE OF MICHAEL L. PAGE             :
By and through MARY BETH PAGE            :
4106 West 220th Street                    :
Fairview Park, OH 44126                   :
                                          :
and                                       :
                                          :
ALBERT PAGE                               :
952 State Route 511 North                 :
Lot 23                                    :
Ashland, OH 44805                         :
                                          :
and                                       :
                                          :
JANET PAGE                                :
952 State Route 511 North                 :
Lot 23                                    :
Ashland, OH 44805                         :
                                          :
and                                       :
                                          :
JOYCE CLIFFORD                            :
190 Orchard Park Road                     :
Mansfield, OH 44904                       :
                                          :
and                                       :
                                          :
DAVID PENOSKY                             :
850 Wescott Park Road                     :
Mantu, NC 27954                           :
                                          :
and                                       :
                                          :
JOSEPH PENOSKY                            :
5456-1 Hughes Street                      :

(Page 16 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 12 of 42

Fort Hood, TX 76544                              :

and                                              :
                                                 :
CHRISTIAN R. RAUCH                               :
18 Gurnee Avenue                                 :
Haverstraw, NY 10927                             :
                                                 :
and                                              :
                                                 :
LEONARD PAUL TICE                                :
720 Third Avenue, #513                           :
New Cumberland, WV 26047                          :
                                                 :
and                                              :
                                                 :
THE ESTATE OF BURTON WHERLAND                    :
By and through SARAH WHERLAND                    :
206 NE 90th Terrace                              :
Kansas City, MO 64155                            :
                                                 :
and                                              :
                                                 :
GREGORY WHERLAND                                 :
101 E. 69th Way                                  :
Long Beach, CA 90805                             :
                                                 :
and                                              :
                                                 :
KIMMY WHERLAND                                   :
1515 Capalina Road, #414                         :
San Marcos, CA 92069                             :
                                                 :
and                                              :
                                                 :
SARAH WHERLAND                                   :
206 NE 90th Terrace                              :
Kansa City, MO 64155                             :
                                                 :
and                                              :
                                                 :
SHARON DAVIS                                     :
1298 Old State Route 78                          :
Batavia, OH 45103                                :
                                                 :
and                                              :

11

(Page 17 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 13 of 42

CHARLES F. WEST
845 Washington Street
New Richmond, OH 45157

and

CHARLES H. WEST
1211 Washington Street
Parkersburg, WV 26101

and

RICK WEST
1217 Pondview Drive
Manning, SC 29102

and

ALAN C. ANDERSON
P.O. Box 556
Holden, WV 25625

and

MICHAEL ANDERSON
1808 ½ Marcum Terrace
Huntington, WV 25705

and

THELMA ANDERSON
P.O. Box 556
Holden, WV 25625

and

THE ESTATE OF STEPHEN B. BLAND
By and through RUTH ANN BLAND
104 Barkwood Lane
Greenwood, SC 28540

and

THE ESTATE OF FRANK BLAND
By and through JAMES BLAND

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

(Page 18 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE    Document 121-3    Filed 03/22/10    Page 14 of 42

3702 Briscoe Street                              :
Greenville, TX 74010                             :
                                                 :
and                                              :
                                                 :
JAMES BLAND                                      :
3702 Briscoe Street                              :
Greenville, TX 74010                             :
                                                 :
and                                              :
                                                 :
RUTH ANN BLAND                                   :
104 Barkwood Lane                                :
Greenwood, SC 28540                              :
                                                 :
and                                              :
                                                 :
THE ESTATE OF LAURA V. COPELAND                  :
By and through STEVEN COPELAND                   :
125 Prairie Creek                                :
Red Oak, TX 75154                                :
                                                 :
and                                              :
                                                 :
THE ESTATE OF SIDNEY DECKER                      :
By and through IDA AND DUDLEY DECKER             :
1912 Rocky Hill Estates Road                     :
Clarkson, KY 42726                               :
                                                 :
and                                              :
                                                 :
DUDLEY DECKER                                    :
1912 Rocky Hill Estates Road                     :
Clarkson, KY 42726                               :
                                                 :
and                                              :
                                                 :
IDA DECKER                                       :
1912 Rocky Hill Estates Road                     :
Clarkson, KY 42726                               :
                                                 :
and                                              :
                                                 :
JOHNNIE DECKER                                   :
1912 Rocky Hill Estates Road                     :
Clarkson, KY 42726                               :

13

(Page 19 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 15 of 42

and                                          :
                                             :
                                             :
CAROLYN MUDD                                 :
1215 Conoloway Road                          :
Clarkson, KY 42726                           :
                                             :
                                             :
and                                          :
                                             :
                                             :
RONALD DUPLANTY                              :
837 SW Sundown Trail                         :
Burleson, TX 76028                           :
                                             :
                                             :
and                                          :
                                             :
                                             :
THE ESTATE OF SEAN F. ESTLER                 :
By and through LOUIS C. ESTLER, JR. AND      :
MARY ELLEN ESTLER                            :
44 Strathmere Street                         :
Waretown, NJ 08758                           :
                                             :
                                             :
and                                          :
                                             :
                                             :
KEITH ESTLER                                 :
133 Vermont Trail                            :
Hopanteong, NJ 07843                         :
                                             :
                                             :
and                                          :
                                             :
                                             :
LOUIS C. ESTLER, JR.                         :
44 Strathmere Street                         :
Waretown, NJ 08758                           :
                                             :
                                             :
and                                          :
                                             :
                                             :
MARY ELLEN ESTLER                            :
44 Strathmere Street                         :
Waretown, NJ 08758                           :
                                             :
                                             :
and                                          :
                                             :
                                             :
THE ESTATE OF BENJAMIN E. FULLER             :
By and through DAVID ALLEN                   :
336 Grist Mill Drive                         :
Acworth, GA 30101-4772                       :
                                             :
                                             :

(Page 20 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 16 of 42

and                                                      :
                                                         :
ELAINE ALLEN                                             :
336 Grist Mill Drive                                     :
Acworth, GA 30101-4772                                   :
                                                         :
and                                                      :
                                                         :
ERNEST C. FULLER                                         :
c/o DAVID ALLEN                                          :
336 Grist Mill Drive                                     :
Acworth, GA 30101-4772                                   :
                                                         :
and                                                      :
                                                         :
JOHN GIBSON                                              :
P.O. Box 417                                             :
Fort McCoy, FL 32134                                     :
                                                         :
and                                                      :
                                                         :
HOLLY GIBSON                                             :
P.O. Box 417                                             :
Fort McCoy, FL 32134                                     :
                                                         :
and                                                      :
                                                         :
MAURICE GIBSON                                           :
2004 South Moore Road                                    :
Springfield, MO 65807                                    :
                                                         :
and                                                      :
                                                         :
THE ESTATE OF MICHAEL HASTINGS                           :
By and through JOYCE HASTINGS                            :
300 Fifth Street                                         :
Seaford, DE 19973                                        :
                                                         :
and                                                      :
                                                         :
JOYCE HASTINGS                                           :
300 Fifth Street                                         :
Seaford, DE 19973                                        :
                                                         :
and                                                      :
                                                         :

(Page 21 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 17 of 42

THE ESTATE OF PAUL HEIN                    :
By and through JO ANN HEIN                 :
51209 Brandychase West                     :
Granger, IL 46530                          :
                                           :
and                                        :
                                           :
CHRISTOPHER HEIN                           :
51209 Brandychase West                     :
Granger, IL 46530                          :
                                           :
and                                        :
                                           :
JO ANN HEIN                                :
51209 Brandychase West                     :
Granger, IL 46530                          :
                                           :
and                                        :
                                           :
KAREN HEIN                                 :
51209 Brandychase West                     :
Granger, IL 46530                          :
                                           :
and                                        :
                                           :
VICTOR HEIN                                :
12909 S. Escanaba                          :
Chicago, IL 60633                          :
                                           :
and                                        :
                                           :
JACQUELINE M. KUNCYZ                       :
O No 734 Woodlawn Street                   :
Wheaton, IL 60187                          :
                                           :
and                                        :
                                           :
THE ESTATE OF JOHN HENDRICKSON             :
By and through DEBORAH RYAN                :
310 Wildwood Drive                         :
Jacksonville, NC 28546                     :
                                           :
and                                        :
                                           :
JOHN HENDRICKSON, JR.                      :
310 Wildwood Drive                         :

16

(Page 22 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 18 of 42

Jacksonville, NC 28546     :
            :
and            :
            :
TYSON HENDRICKSON    :
310 Wildwood Drive     :
Jacksonville, NC 28546     :
            :
and            :
            :
DEBORAH RYAN      :
310 Wildwood Drive     :
Jacksonville, NC 28546     :
            :
and            :
            :
THE ESTATE OF BRUCE HOLLINGSHEAD :
By and through MELINDA HOLLINGSHEAD :
115 Powell Avenue     :
Fairbourne, OH 45324     :
            :
and            :
            :
MELINDA HOLLINGSHEAD   :
115 Powell Avenue     :
Fairbourne, OH 45324     :
            :
and            :
            :
RENARD MANLEY     :
920 Girard Drive      :
Orlando, FL 37824     :
            :
and            :
            :
THE ESTATE OF MICHAEL R. MASSMAN :
By and through LYDIA MASSMAN  :
2520 W. Cobblestone Road   :
La Habra, CA 90631     :
            :
and            :
            :
NICOLE GOMEZ      :
7953 Nightingale Lane    :
San Diego, CA 92123     :
            :

17

(Page 23 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 19 of 42

and                                             :
                                                :
ANGELA MASSMAN                                  :
6910 Dale Street, Apt. A                        :
Buena Park, CA 90621                            :
                                                :
                                                :
and                                             :
                                                :
KRISTOPHER MASSMAN                              :
14420 Dunnet Avenue                             :
La Mirada, CA 90638                             :
                                                :
                                                :
and                                             :
                                                :
LYDIA MASSMAN                                   :
2520 W. Cobblestone Road                        :
La Habra, CA 90631                              :
                                                :
                                                :
and                                             :
                                                :
PATRICIA LOU SMITH                              :
1909 Military Street, #6                        :
Port Huron, MI 48060                            :
                                                :
                                                :
and                                             :
                                                :
THE ESTATE OF LOUIS MELENDEZ                    :
By and through ZAIDA MELENDEZ                   :
P.O. Box 662                                    :
Ceiba, Puerto Rico 00635                        :
                                                :
                                                :
and                                             :
                                                :
DOUGLAS J. MELENDEZ                             :
P.O. Box 662                                    :
Ceiba, Puerto Rico 00635                        :
                                                :
                                                :
and                                             :
                                                :
JOHNNY MELENDEZ                                 :
P.O. Box 662                                    :
Ceiba, Puerto Rico 00635                        :
                                                :
                                                :
and                                             :
                                                :
JOHNNY MELENDEZ, JR.                            :

18

(Page 24 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 20 of 42

P.O. Box 662
Ceiba, Puerto Rico 00635          :

                                  :

and                               :

                                  :

ZAIDA MELENDEZ                    :
P.O. Box 662                      :
Ceiba, Puerto Rico 00635          :

                                  :

and                               :

                                  :

THE ESTATE OF MICHAEL D. MERCER   :
By and through SARAH MERCER BLACKMAN   :
49 Harvey Place                   :
Benson, NC 27504                  :

                                  :

and                               :

                                  :

SARAH MERCER BLACKMAN             :
49 Harvey Place                   :
Benson, NC 27504                  :

                                  :

and                               :

                                  :

SAMUEL PALMER                     :
10710 Leonard Oak Road            :
Morgantown, KY 42261              :

                                  :

and                               :

                                  :

ROBIN NICELY                      :
104 Iron Ore Lane                 :
Clifton Forge, VA 24422           :

                                  :

and                               :

                                  :

THE ESTATE OF JUAN RODRIGUEZ      :
By and through LOUISA PUNTONET    :
416 Campus Street                 :
Celebration, FL 34747             :

                                  :

and                               :

                                  :

LOUISA PUNTONET                   :
416 Campus Street                 :
Celebration, FL 34747             :

(Page 25 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 21 of 42

and                                                  :
                                                     :
                                                     :
ROBERT RUCKER                                        :
379 Orchard Drive                                    :
Waynesville, NC 28786                                :
                                                     :
                                                     :
and                                                  :
                                                     :
                                                     :
THE ESTATE OF BILLY SAN PEDRO                        :
By and through SILA SAN PEDRO                        :
374 West 12th Street                                 :
Hialeah, FL 33010                                    :
                                                     :
                                                     :
and                                                  :
                                                     :
                                                     :
CESAR SAN PEDRO                                      :
374 West 12th Street                                 :
Hialeah, FL 33010                                    :
                                                     :
                                                     :
and                                                  :
                                                     :
                                                     :
GUILLERMO SAN PEDRO                                  :
374 West 12th Street                                 :
Hialeah, FL 33010                                    :
                                                     :
                                                     :
and                                                  :
                                                     :
                                                     :
JAVIER SAN PEDRO                                     :
374 West 12th Street                                 :
Hialeah, FL 33010                                    :
                                                     :
                                                     :
and                                                  :
                                                     :
                                                     :
SILA SAN PEDRO                                       :
374 West 12th Street                                 :
Hialeah, FL 33010                                    :
                                                     :
                                                     :
and                                                  :
                                                     :
                                                     :
THURNELL SHIELDS                                     :
5618 Foxtail                                         :
Wesley Chapel, FL 33543                             :
                                                     :
                                                     :
and                                                  :
                                                     :

20

(Page 26 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 22 of 42

EMMANUEL SIMMONS                          :
319 Exmoor Drive                          :
Jacksonville, NC 28540                    :
                                          :
and                                       :
                                          :
THE ESTATE OF JAMES SURCH                 :
By and through PATTY BARNETT              :
4109 Federman Lane                        :
San Diego, CA 92130                       :
                                          :
and                                       :
                                          :
PATTY BARNETT                             :
4109 Federman Lane                        :
San Diego, CA 92130                       :
                                          :
and                                       :
                                          :
WILL SURCH                                :
21 Archilla                               :
Rancho Santa Margarita, CA 92688          :
                                          :
and                                       :
                                          :
BRADLEY ULICK                             :
P.O. Box 338                              :
Atkinson, IL 61235                        :
                                          :
and                                       :
                                          :
JEANETTE DOUGHERTY                        :
701 Fischer Road, Lot 13                  :
Creve Couer, IL 61610                     :
                                          :
and                                       :
                                          :
MARILYN PETERSON                          :
113 Buckeye                               :
Morton, IL 61550                          :
                                          :
and                                       :
                                          :
THE ESTATE OF ERIC WALKER                 :
By and through TENA WALKER-JONES          :
P.O. Box 4107                             :

(Page 27 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 23 of 42

Gary, IN 46404                                    :
                                                  :
and                                               :
                                                  :
TENA WALKER-JONES                                 :
P.O. Box 4107                                     :
Gary, IN 46404                                    :
                                                  :
and                                               :
                                                  :
RONALD E. WALKER                                  :
413 Pine Valley Road                              :
Jacksonville, NC 28546                            :
                                                  :
and                                               :
                                                  :
RONNIE WALKER                                     :
117 Eastfield Road                                :
Newark, DE 19713                                  :
                                                  :
and                                               :
                                                  :
GALEN WEBER                                       :
1551 Halltown Road                                :
Jacksonville, NC 28546                            :
                                                  :
and                                               :
                                                  :
THE ESTATE OF OBRIAN WEEKES                       :
By and through IANTHE WEEKES                      :
345 Fenimore Street                               :
Brooklyn, NY 11225                                :
                                                  :
and                                               :
                                                  :
ANSON EDMOND                                      :
345 Fenimore Street                               :
Brooklyn, NY 11225                                :
                                                  :
and                                               :
                                                  :
ARNOLD EDMOND                                     :
345 Fenimore Street                               :
Brooklyn, NY 11225                                :
                                                  :
and                                               :

(Page 28 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 24 of 42

HAZEL EDMOND                          :
4143 NW 19th Street                   :
Lauderhill, FL 33313                  :
                                      :
and                                   :
                                      :
WENDY EDMOND                          :
345 Fenimore Street                   :
Brooklyn, NY 11225                    :
                                      :
and                                   :
                                      :
FAITH WEEKES                          :
287 Clarkson Avenue, Apt. 4L          :
Brooklyn, NY 11226                    :
                                      :
and                                   :
                                      :
IANTHE WEEKES                         :
345 Fenimore Street                   :
Brooklyn, NY 11225                    :
                                      :
and                                   :
                                      :
KEITH WEEKES                          :
345 Fenimore Street                   :
Brooklyn, NY 11225                    :
                                      :
and                                   :
                                      :
META WEEKES                           :
623 Park Place, Apt. 3                :
Brooklyn, NY 11231                    :
                                      :
and                                   :
                                      :
THE ESTATE OF DENNIS L. WEST          :
By and through KATHY WEST             :
171 Johnny Parker Road, Lot 5         :
Jacksonville, NC 28540                :
                                      :
and                                   :
                                      :
KATHY WEST                            :
171 Johnny Parker Road, Lot 5         :

(Page 29 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 25 of 42

Jacksonville, NC 28540                           :
                                                 :
and                                              :
                                                 :
THE ESTATE OF JOHN WEYL                          :
By and through SHARON ROWAN                      :
107 Glencroft Road                               :
Hubert, NC 28539                                 :
                                                 :
and                                              :
                                                 :
KELLY BACHLOR                                    :
629 West Main Street                             :
Newark, OH 43055                                 :
                                                 :
and                                              :
                                                 :
ROBIN BROCK                                      :
102 Plumtree Lane                                :
Castle Hayne, NC 28429                           :
                                                 :
and                                              :
                                                 :
MORGAN W. ROWAN                                  :
107 Glencroft Road                               :
Hubert, NC 28539                                 :
                                                 :
and                                              :
                                                 :
SHARON ROWAN                                     :
107 Glencroft Road                               :
Hubert, NC 28539                                 :
                                                 :
and                                              :
                                                 :
NELSON WEYL                                      :
11456 132nd Avenue, North                        :
Largo, FL 33778                                  :
                                                 :
and                                              :
                                                 :
THE ESTATE OF JAMES SILVIA                       :
By and through LYNNE MICHOL SPENCER              :
111 Edmund Road                                  :
Jewett City, CT 06351                            :
                                                 :

24

(Page 30 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE    Document 121-3    Filed 03/22/10    Page 26 of 42

and                                              :
                                                 :
LYNNE MICHOL SPENCER                             :
111 Edmund Road                                  :
Jewett City, CT 06351                            :
                                                 :
          Plaintiffs                             :
                                                 :
     v.                                          :
                                                 :
THE ISLAMIC REPUBLIC OF IRAN                     :
Ministry of Foreign Affairs                      :
Khomeini Avenue                                  :
United Nations Street                            :
Tehran, Iran                                     :
                                                 :
and                                              :
                                                 :
THE IRANIAN MINISTRY                             :
OF INFORMATION AND SECURITY                      :
Pasdaran Avenue                                  :
Golestan Tekom                                   :
Tehran, Iran                                     :
                                                 :
          Defendants.                            :

## AMENDED COMPLAINT

1.  Plaintiffs amend their Complaint as a matter of course pursuant to Fed. R. of Civ. P.

15(a)(1). No responsive pleading has been served.

2.  Plaintiffs bring this action as a related action pursuant to the provisions of the newly

enacted Defense Authorization Act for Fiscal Year 2008, Section 1083(c), Pub. L. No. 110-181,

§1083, 122 Stat. 3, 338-344 (2008) and 28 U.S.C. § 1602, *et seq.*

3.  This action is brought by the Plaintiffs, by and through their counsel, in the individual

capacity of each plaintiff and, as appropriate, in the capacity of each as personal representative of

the estate more particularly described in the caption of this action for their own benefit, for the

benefit of each particular estate, and for the benefit and on behalf of all those legally entitled to

(Page 31 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 27 of 42

assert a claim under the Foreign Sovereign Immunities Act 28 U.S.C. § 1605A(c), and state common law and statutory law. This Court exercises subject matter jurisdiction in accordance with the provisions of 28 U.S.C. §§ 1330(a), 1331, 1332(a)(2), and 1605A.

4. The Court exercises *in personam* jurisdiction over the parties designated as Defendants in accordance with the provisions of 28 U.S.C. § 1602, *et seq.*

5. Venue in this Court is proper in accordance with the provisions of 28 U.S.C. § 1391 (f)(4), which provides, in pertinent part, that a civil action against a foreign State may be brought in the United States District Court for the District of Columbia.

6. The Plaintiffs in this action consist entirely of American Nationals who were members of the United States Marine Corps, United States Navy and United States Army, the estates of such persons, and their heirs at law and legatees of such persons, who suffered injuries or died as a result of injuries inflicted in the terrorist attack upon the headquarters building of the 24th Marine Amphibious Unit in Beirut, Lebanon on October 23, 1983 ("Marine Barracks Bombing"). Members of the United States Navy and United States Army were present at the site of the occurrence in support of the 24th Amphibious Unit, either on a regular assigned basis or temporarily, on the date of the occurrence below set forth.

## THE PARTIES

### A.   The Plaintiffs

### The Brown Family

7. Plaintiff The Estate of Anthony Brown is represented in this action by and through Vara Brown. Anthony Brown was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State

(Page 32 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 28 of 42

of Michigan. The death of Anthony Brown was caused by a willful and deliberate act of extra judicial killing by the Defendants.

8. Plaintiff Vara Brown at all times relevant hereto is and was the mother of Plaintiff Anthony Brown. Plaintiff Vara Brown is a citizen of the United States of America who resides in the State of Michigan. The murder of her son Anthony has caused Vara severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Vara Brown can sue and be sued in this Court.

9. Plaintiff John Brown at all times relevant hereto is and was the legal father of Plaintiff Anthony Brown. Plaintiff John Brown is a citizen of the United States of America who resides in the State of Michigan. The murder of his son Anthony has caused John severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff John Brown can sue and be sued in this Court.

10. Plaintiff Sulba Brown at all times relevant hereto is and was the brother of Plaintiff Anthony Brown. Plaintiff Sulba Brown is a citizen of the United States of America who resides in the State of Michigan. The murder of his brother Anthony has caused Sulba severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sulba Brown can sue and be sued in this Court.

11. Plaintiff Rowel Brown at all times relevant hereto is and was the brother of Plaintiff Anthony Brown. Plaintiff Rowel Brown is a citizen of the United States of America who resides in the State of Michigan. The murder of his brother Anthony has caused Rowel severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Rowel Brown can sue and be sued in this Court.

(Page 33 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 29 of 42

12. Plaintiff Marvine McBride at all times relevant hereto is and was the sister of Plaintiff Anthony Brown. Plaintiff Marvine McBride is a citizen of the United States of America who resides in the State of Michigan. The murder of her brother Anthony has caused Marvine severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Marvine McBride can sue and be sued in this Court.

13. Plaintiff LaJuana Smith at all times relevant hereto is and was the sister of Plaintiff Anthony Brown. Plaintiff LaJuana Smith is a citizen of the United States of America who resides in the State of Michigan. The murder of her brother Anthony has caused LaJuana severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff LaJuana Smith can sue and be sued in this Court.

**The Barile Family**

14. Plaintiff Joseph A. Barile was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Joseph.

15. Plaintiff Angela E. Barile at all times relevant hereto is and was the mother of Plaintiff Joseph A. Barile. Plaintiff Angela E. Barile is a citizen of the United States of America who resides in the State of Florida. The injury of her son Joseph has caused Angela severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Angela E. Barile can sue and be sued in this Court.

16. Plaintiff Michael Barile at all times relevant hereto is and was the brother of Plaintiff Joseph A. Barile. Plaintiff Michael Barile is a citizen of the United States of America who resides in the State of New Jersey. The injury of his brother Joseph has caused Michael severe

28

(Page 34 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 30 of 42

mental anguish, pain, suffering and extreme emotional distress. Plaintiff Michael Barile can sue and be sued in this Court.

17. Plaintiff Andrea Ciarla at all times relevant hereto is and was the sister of Plaintiff Joseph A. Barile.  Plaintiff Andrea Ciarla is a citizen of the United States of America who resides in the State of Florida.  The injury of her brother Joseph has caused Andrea severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Andrea Ciarla can sue and be sued in this Court.

18. Plaintiff Ann Marie Moore at all times relevant hereto is and was the sister of Plaintiff Joseph A. Barile.  Plaintiff Ann Marie Moore is a citizen of the United States of America who resides in the State of Florida.  The injury of her brother Joseph has caused Ann Marie severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Ann Marie Moore can sue and be sued in this Court.

19. Plaintiff Angela Yoak at all times relevant hereto is and was the sister of Plaintiff Joseph A. Barile.  Plaintiff Angela Yoak is a citizen of the United States of America who resides in the State of California.  The injury of her brother Joseph has caused Angela severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Angela Yoak can sue and be sued in this Court.

**The Becker Family**

20. Plaintiff John Becker was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Indiana.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to John.

**The Burns Family**

29

(Page 35 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 31 of 42

21. Plaintiff Rodney E. Burns was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Missouri. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Rodney.

22. Plaintiff David Burns at all times relevant hereto is and was the brother of Plaintiff Rodney E. Burns. Plaintiff David Burns is a citizen of the United States of America who resides in the State of Missouri. The injury of his brother Rodney has caused David severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff David Burns can sue and be sued in this Court.

23. Plaintiff Eugene Burns at all times relevant hereto is and was the father of Plaintiff Rodney E. Burns. Plaintiff Eugene Burns is a citizen of the United States of America who resides in the State of Missouri. The injury of his son Rodney has caused Eugene severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Eugene Burns can sue and be sued in this Court.

24. Plaintiff Jeannie Scaggs at all times relevant hereto is and was the mother of Plaintiff Rodney E. Burns. Plaintiff Jeannie Scaggs is a citizen of the United States of America who resides in the State of Missouri. The injury of her son Rodney has caused Jeannie severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jeannie Scaggs can sue and be sued in this Court.

**The Cuddeback Family**

25. Plaintiff Daniel Cuddeback, Jr. was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident

(Page 36 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 32 of 42

of the State of New York. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Daniel.

26. Plaintiff Barbara Cuddeback at all times relevant hereto is the mother of Plaintiff Daniel Cuddeback, Jr. Plaintiff Barbara Cuddeback is a citizen of the United States of America who resides in the State of New York. The injury of her son Daniel has caused Barbara severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Barbara Cuddeback can sue and be sued in this Court.

27. Plaintiff Daniel Cuddeback, Sr. at all times relevant hereto is the father of Plaintiff Daniel Cuddeback, Jr. Plaintiff Daniel Cuddeback, Sr. is a citizen of the United States of America who resides in the State of New York. The injury of his son Daniel, Jr. has caused Daniel, Sr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Daniel Cuddeback, Sr. can sue and be sued in this Court.

28. Plaintiff John R. Cuddeback at all times relevant hereto is the son of Plaintiff Daniel Cuddeback, Jr. Plaintiff John R. Cuddeback is a citizen of the United States of America who resides in the State of New York. The injury of his father Daniel has caused John severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff John R. Cuddeback can sue and be sued in this Court.

### The Dean Family

29. Plaintiff Robert Dean was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Arkansas. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Robert.

### The Episcopo Family

(Page 37 of 87 — This print header can be changed using the printHeader HTML tag — see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 33 of 42

30. Plaintiff Michael Episcopo was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of New York. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Michael.

**The Gaddo Family**

31. Plaintiff Randy Gaddo was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Georgia. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Randy.

32. Plaintiff Louise Gaddo Blattler at all times relevant hereto is the sister of injured marine Randy Gaddo. Plaintiff Louise Gaddo Blattler is a citizen of the United States of America who resides in the State of Indiana. The injury of her brother Randy has caused Louise severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Louise Gaddo Blattler can sue and be sued in this Court.

33. Plaintiff Peter Gaddo at all times relevant hereto is the brother of injured marine Randy Gaddo. Plaintiff Peter Gaddo is a citizen of the United States of America who resides in the State of North Carolina. The injury of his brother Randy has caused Peter severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Peter Gaddo can sue and be sued in this Court.

34. Plaintiff Timothy Gaddo at all times relevant hereto is the brother of injured marine Randy Gaddo. Plaintiff Timothy Gaddo is a citizen of the United States of America who resides in the State of Minnesota. The injury of his brother Randy has caused Timothy severe mental

(Page 38 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 34 of 42

anguish, pain, suffering and extreme emotional distress. Plaintiff Timothy Gaddo can sue and be sued in this Court.

### The Gaines Family

35. Plaintiff The Estate of William R. Gaines, Jr., is represented in this action by and through Michael A. Gaines.  William R. Gaines, Jr. was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Kentucky.  The death of William R. Gaines, Jr. was caused by a willful and deliberate act of extra judicial killing by the Defendants.

36. Plaintiff Evelyn Sue Spears Elliott at all times relevant hereto is and was the sister of Plaintiff William R. Gaines, Jr.  Plaintiff Evelyn Sue Spears Elliott is a citizen of the United States of America who resides in the State of Kentucky.  The murder of her brother William has caused Evelyn severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Evelyn Sue Spears Elliott can sue and be sued in this Court.

37. Plaintiff Michael A. Gaines at all times relevant hereto is and was the brother of Plaintiff William R. Gaines, Jr.  Plaintiff Michael A. Gaines is a citizen of the United States of America who resides in the State of Florida.  The murder of his brother William has caused Michael severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Michael A. Gaines can sue and be sued in this Court.

38. Plaintiff William R. Gaines, Sr. at all times relevant hereto is and was the father of Plaintiff William R. Gaines, Jr.  Plaintiff William R. Gaines, Sr. is a citizen of the United States of America who resides in the State of Florida.  The murder of his son William, Jr. has caused William, Sr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff William R. Gaines, Sr. can sue and be sued in this Court.

33

(Page 39 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE Document 121-3 Filed 03/22/10 Page 35 of 42

39. Plaintiff Carolyn Spears at all times relevant hereto is and was the mother of Plaintiff William R. Gaines, Jr. Plaintiff Carolyn Spears is a citizen of the United States of America who resides in the State of Kentucky. The murder of her son William has caused Carolyn severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Carolyn Spears can sue and be sued in this Court.

40. Plaintiff James S. Spears at all times relevant hereto is and was the brother of Plaintiff William R. Gaines, Jr. Plaintiff James S. Spears is a citizen of the United States of America who resides in the State of Kentucky. The murder of his brother William has caused James severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff James S. Spears can sue and be sued in this Court.

41. Plaintiff Mark Spears at all times relevant hereto is and was the brother of Plaintiff William R. Gaines, Jr. Plaintiff Mark Spears is a citizen of the United States of America who resides in the State of Kentucky. The murder of his brother William has caused Mark severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Mark Spears can sue and be sued in this Court.

42. Plaintiff Carol Weaver at all times relevant hereto is and was the wife of Plaintiff William R. Gaines, Jr. Plaintiff Carol Weaver is a citizen of the United States of America who resides in the State of Tennessee. The murder of her husband William has caused Carol severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Carol Weaver can sue and be sued in this Court.

**The Hamilton Family**

43. Plaintiff The Estate of Virgel D. Hamilton is represented in this action by and through Gloria Hamilton. Virgel D. Hamilton was, at the time of the Marine Barracks Bombing and

(Page 40 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 36 of 42

throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Ohio. The death of Virgel D. Hamilton was caused by a willful and deliberate act of extra judicial killing by the Defendants.

44. Plaintiff Gloria Hamilton at all times relevant hereto is and was the wife of Plaintiff Virgel D. Hamilton. Plaintiff Gloria Hamilton is a citizen of the United States of America who resides in the State of Ohio. The murder of her husband Virgel has caused Gloria severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Gloria Hamilton can sue and be sued in this Court.

### The Hastings Family (1)

45. Plaintiff Bruce S. Hastings at all times relevant hereto is the brother of deceased marine Michael Hastings whose estate is a plaintiff in the action *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al* and this action. Bruce S. Hastings is a citizen of the United States of America who resides in the State of Delaware. The murder of his brother Michael has caused Bruce severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Bruce S. Hastings can sue and be sued in this Court.

### The Hodges Family

46. Plaintiff Maynard Hodges was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Virginia. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Maynard.

47. Plaintiff Loretta Brown at all times relevant hereto is the sister of injured marine Maynard Hodges. Plaintiff Loretta Brown is a citizen of the United States of America who resides in the State of Virginia. The injury of her brother Maynard has caused Loretta severe

(Page 41 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 37 of 42

mental anguish, pain, suffering and extreme emotional distress. Plaintiff Loretta Brown can sue and be sued in this Court.

48. Plaintiff Kathy Hodges at all times relevant hereto is the wife of injured marine Maynard Hodges. Plaintiff Kathy Hodges is a citizen of the United States of America who resides in the State of Virginia. The injury of her husband Maynard has caused Kathy severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Kathy Hodges can sue and be sued in this Court.

49. Plaintiff Mary Jean Hodges at all times relevant hereto is the mother of injured marine Maynard Hodges. Plaintiff Maynard Hodges is a citizen of the United States of America who resides in the State of Virginia. The injury of her son Maynard has caused Mary Jean severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Mary Jean Hodges can sue and be sued in this Court.

50. Plaintiff Cindy Holmes at all times relevant hereto is the sister of injured marine Maynard Hodges. Plaintiff Cindy Holmes is a citizen of the United States of America who resides in the State of North Carolina. The injury of her brother Maynard has caused Cindy severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Cindy Holmes can sue and be sued in this Court.

51. Plaintiff Shana Saul at all times relevant hereto is the daughter of injured marine Maynard Hodges. Plaintiff Shana Saul is a citizen of the United States of America who resides in the State of Virginia. The injury of her father Maynard has caused Shana severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Shana Saul can sue and be sued in this Court.

**The Joy Family**

36

(Page 42 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 38 of 42

52. Plaintiff Daniel Joy was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Daniel.

### The Kirkpatrick Family

53. Plaintiff Sean Kirkpatrick at all times relevant hereto is the son of injured marine Brian Carl Kirkpatrick who is a plaintiff in another action. Sean Kirkpatrick is a citizen of the United States of America who resides in the State of Washington. The injury of his father Brian has caused Sean severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sean Kirkpatrick can sue and be sued in this Court.

### The Kremer Family

54. Plaintiff Daniel Kremer was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of New York. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Daniel.

55. Plaintiff The Estate of Christina Kremer is represented in the action by and through Joseph T. Kremer, Administrator of said estate. Christina Kremer at all times relevant hereto was the mother of injured marine Daniel Kremer. The injury of her son Daniel caused Christine severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff The Estate of Christina Kremer can sue and be sued in this Court.

56. Plaintiff Joseph T. Kremer at all times relevant hereto is the brother of injured marine Daniel Kremer. Plaintiff Joseph T. Kremer is a citizen of the United States of America who resides in the State of New York. The injury of his brother Daniel has caused Joseph severe

(Page 43 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE Document 121-3 Filed 03/22/10 Page 39 of 42

mental anguish, pain, suffering and extreme emotional distress. Plaintiff Joseph Kremer can sue and be sued in this Court.

57. Plaintiff The Estate of Thomas Kremer is represented in the action by and through Joseph T. Kremer, Administrator of said estate. Thomas Kremer at all times relevant hereto was the father of injured marine Daniel Kremer. The injury of his son Daniel caused Thomas severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff The Estate of Thomas Kremer can sue and be sued in this Court.

58. Plaintiff Jacqueline Stahrr at all times relevant hereto is the sister of injured marine Daniel Kremer. Plaintiff Jacqueline Stahrr is a citizen of the United States of America who resides in the State of New York. The injury of her brother Daniel has caused Jacqueline severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jacqueline Stahrr can sue and be sued in this Court.

**The Lewis Family**

59. Plaintiff The Estate of David A. Lewis is represented in this action by and through Betty Lewis. David A. Lewis was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Ohio. The death of David A. Lewis was caused by a willful and deliberate act of extra judicial killing by the Defendants.

60. Plaintiff Betty Lewis at all times relevant hereto is and was the mother of Plaintiff David A. Lewis. Plaintiff Betty Lewis is a citizen of the United States of America who resides in the State of Ohio. The murder of her son David has caused Betty severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Betty Lewis can sue and be sued in this Court.

(Page 44 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 40 of 42

61. Plaintiff Jerry L. Lewis at all times relevant hereto is and was the brother of Plaintiff David A. Lewis. Plaintiff Jerry L. Lewis is a citizen of the United States of America who resides in the State of Ohio. The murder of his brother David has caused Jerry severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jerry L. Lewis can sue and be sued in this Court.

62. Plaintiff Scott M. Lewis at all times relevant hereto is and was the brother of Plaintiff David A. Lewis. Plaintiff Scott M. Lewis is a citizen of the United States of America who resides in the State of Ohio. The murder of his brother David has caused Scott severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Scott M. Lewis can sue and be sued in this Court.

**The Martinez Family**

63. Plaintiff Paul Martinez, Sr. was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Michigan. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Paul.

64. Plaintiff Teresa Gunther at all times relevant hereto is the sister of injured marine Paul Martinez, Sr. Plaintiff Teresa Gunther is a citizen of the United States of America who resides in the State of Michigan. The injury of her brother Paul has caused Teresa severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Teresa Gunther can sue and be sued in this Court.

65. Plaintiff Alphonso Martinez at all times relevant hereto is the brother of injured marine Paul Martinez, Sr. Plaintiff Alphonso Martinez is a citizen of the United States of America who resides in the State of Michigan. The injury of his brother Paul has caused

39

(Page 45 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 41 of 42

Alphonso severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Alphonso Martinez can sue and be sued in this Court.

66. Plaintiff Daniel L. Martinez at all times relevant hereto is the brother of injured marine Paul Martinez, Sr.  Plaintiff Daniel L. Martinez is a citizen of the United States of America who resides in the State of Michigan.  The injury of his brother Paul has caused Daniel severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Daniel L. Martinez can sue and be sued in this Court.

67. Plaintiff Michael Martinez at all times relevant hereto is the brother of injured marine Paul Martinez, Sr.  Plaintiff Michael Martinez is a citizen of the United States of America who resides in the State of Michigan.  The injury of his brother Paul has caused Michael severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Michael Martinez can sue and be sued in this Court.

68. Plaintiff Paul Martinez, Jr. at all times relevant hereto is the son of injured marine Paul Martinez, Sr.  Plaintiff Paul Martinez, Jr. is a citizen of the United States of America who resides in the State of Michigan.  The injury of his father Paul, Sr. has caused Paul, Jr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Paul Martinez, Jr. can sue and be sued in this Court.

69. Plaintiff Tomasita L. Martinez at all times relevant hereto is the mother of injured marine Paul Martinez, Sr.  Plaintiff Tomasita L. Martinez is a citizen of the United States of America who resides in the State of Michigan.  The injury of her son Paul has caused Tomasita severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Tomasita L. Martinez can sue and be sued in this Court.

(Page 46 of 87 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:09-cv-05900-JPO-RLE   Document 121-3   Filed 03/22/10   Page 42 of 42

70. Plaintiff Esther Martinez Parks at all times relevant hereto is the sister of injured marine Paul Martinez, Sr.  Plaintiff Esther Martinez Parks is a citizen of the United States of America who resides in the State of Michigan.  The injury of her brother Paul has caused Esther severe mental anguish, pain, suffering and extreme emotional distress.  Plaintiff Esther Martinez Parks can sue and be sued in this Court.

71. Plaintiff Susanne Yeoman at all times relevant hereto is the sister of injured marine Paul Martinez, Sr.  Plaintiff Susanne Yeoman is a citizen of the United States of America who resides in the State of Michigan.  The injury of her brother Paul has caused Susanne severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Susanne Yeoman can sue and be sued in this Court.

**The Opatovsky Family**

72. Plaintiff John Opatovsky was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of New York.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to John.

**The Owen Family**

73. Plaintiff The Estate of Jeffrey B. Owen is represented in this action by and through Steven Owen, Administrator of said Estate.  Jeffrey B. Owen was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Virginia.  The death of Jeffrey B. Owen was caused by a willful and deliberate act of extra judicial killing by the Defendants.

74. Plaintiff Jean G. Owen at all times relevant hereto is and was the mother of Plaintiff Jeffrey B. Owen.  Plaintiff Jean G. Owen is a citizen of the United States of America who resides

41