USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs

    - against -

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

                Defendants.
------------------------------------------------------------X
BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK,,

                Third-Party Plaintiffs

    - against -

STEVEN M. GREENBAUM, et al.

                Third-Party Defendants.
------------------------------------------------------------X

09 CV 5900 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      By way of an Order to Show Cause dated May 18, 2010, Defendants JPMorgan Chase Bank, N.A. and the Bank of New York Mellon moved for an order extending the time for Defendants to file third-party complaints in this action against the plaintiffs in two specified actions involving holders of judgments against the Islamic Republic of Iran, *Estate of Michael Heiser, et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 00-2329 (RCL) (D.D.C.) (the "Heiser Action") and *Estate of Millard D. Campbell, et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 01-2104 (RCL) (D.D.C.) (the "Campbell Action"), and authorizing Defendants to serve such third-party complaints on the counsel of record for plaintiffs in those actions, Richard M. Kremen, Esq. and Dale L. Cathell, Esq. of the law firm DLA Piper LLP. On May 24, 2010, Plaintiffs Mr. Jeremy

Levin and Dr. Lucille Levin submitted a memorandum of law and declaration in opposition to Defendants' application.

After due consideration of the papers submitted on this motion, it is HEREBY ORDERED as follows:

1. The time within which Defendants are authorized to file third-party complaints and/or petitions herein shall be extended to and including May 28, 2010 with respect to third-party complaints and/or petitions against the judgment creditors in the Heiser Action and the Campbell Action.

2. Defendants are authorized to serve any third-party summonses and third-party complaints or petitions on the judgment creditors in the Heiser Action or the Campbell Action by effecting service by June 1, 2010 upon Richard M. Kremen, Esq. or Dale L. Cathell, Esq. of the law firm of DLA Piper, LLP, the counsel of record for those judgment creditors in the action in which writs of garnishment were issued to JPMorgan Chase Bank, N.A. and the Bank of New York Mellon, by any means permitted under Rule 4 of the Federal Rules of Civil Procedure or any other applicable provision of law.

3. Defendants shall serve a copy of this order upon Messrs. Kremen and/or Cathell together with the third-party summons and third-party complaint or petition by June 1, 2010.

4. Service of any third-party summonses and third-party complaints upon third-party defendants by service on Messrs. Kremen and/or Cathell shall be completed no later than June 1, 2010, and responsive papers, if any, must be served by June 15, 2010.

5. Because the Court is cognizant of the prejudice that will befall Plaintiffs if the process of impleading additional third-party defendants continues to be extended indefinitely, the Court will authorize no further third-party complaints subsequent to those authorized by this order.

6. The order to show cause hearing previously scheduled for May 28, 2010 is cancelled.

IT IS SO ORDERED.

Dated: New York, New York
May 26, 2010

Robert P. Patterson, Jr.
U.S.D.J.

Copies of this order were sent to:

Suzelle Smith
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, CA 90017
Fax: 213-622-0791
(via fax and ECF)

Howard B. Levi
J. Kelley Nevling, Jr.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Fax: 212-308-8830
(via fax and ECF)

Sharon L. Schneier
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
Fax: 212-489-8340
(via fax and ECF)

Mark G. Hanchet
Christopher J. Houpt
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Fax: 212-849-5695
(via fax and ECF)

All counsel of record for third-party defendants
(via ECF)

3