UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN and DR. LUCILLE LEVIN,

  Plaintiffs,

  -v-

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK,

      Defendants.

THE BANK OF NEW YORK MELLON,

    Third-Party Plaintiff,

    -v-

███████████████████

    Third-Party Defendants.

JPMORGAN CHASE BANK, N.A.,

    Third-Party Plaintiff,

    -v-

███████████████████

    Third-Party Defendants.

CAPTION CONTINUED ON NEXT PAGE

(FILED PARTIALLY UNDER SEAL DUE
TO CONFIDENTIAL INFORMATION
PER ORDER DATED JANUARY 21,
2010)

Civ. No. 09 CV 5900 (RPP)

**LOCAL RULE 56.1 SEPARATE
STATEMENT OF UNDISPUTED
FACTS IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT ON CLAIMS FOR
TURNOVER ORDER PHASE ONE
ASSETS PURSUANT TO FED. R. CIV.
P. 13, 56 AND 69, CPLR SECTIONS
5225(B), 5232 AND 5234(B), ORDER,
DATED JANUARY 11, 2010, AND
ORDER, DATED JULY 2, 2010**

**[Notice of Motion and Motion For Partial
Summary Judgment On Claims for
Turnover Order Phase One Assets
Pursuant to Fed. R. Civ. P. 13, 56 and 69,
CPLR Sections 5225(b), 5232, and
5234(b), Order, Dated January 11, 2010,
and Order, Dated July 2, 2010;
Memorandum of Law in Support of
Motion, Declaration of Suzelle M. Smith
and Exhibits Thereto; Affidavit of Jeremy
Levin; and Affidavit of Dr. Patrick
Clawson Filed Concurrently Herewith]**

DATE: September 29, 2010 (Requested by
Letter to the Court, dated July 12, 2010)
TIME: 3:00 PM
PLACE: Courtroom 24A

10.P2366002.doc

SOCIETE GENERALE,

       Third-Party Plaintiff,

   -v-

JPMORGAN CHASE BANK, N.A.,

       Third-Party Cross-Claim
       Defendant, and

██████████████

       Third-Party Defendants.

---

CITIBANK, N.A.,

       Third-Party Plaintiff,

   -v-

████████████████████

       Third-Party Defendants.

---

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE, N.A., SOCIETE
GENERALE and CITIBANK, N.A.,

       Third-Party Plaintiffs,

   -v-

STEVEN M. GREENBAUM, et al.

       Third-Party Defendants.

Civ. No. 09 CV 5900 (RPP)

CAPTION CONTINUED ON NEXT PAGE

10 P2366002.doc

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE BANK, N.A.,
SOCIETE GENERALE and CITIBANK,
N.A.,

          Third-Party Plaintiffs,

   -v-

THE ESTATE OF JAMES SILVIA AND
LYNNE MICHOL SPENCER, et al.,

          Third-Party Defendants.

Civ. No. 09 CV 5900 (RPP)

## LOCAL RULE 56.1 SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS FOR TURNOVER ORDER PHASE ONE ASSETS PURSUANT TO FED. R. CIV. P. 13, 56 AND 69, CPLR SECTIONS 5225(B), 5232, AND 5234(B), ORDER, DATED JANUARY 11, 2010 AND ORDER, DATED JULY 2, 2010

      Pursuant to Local Rule 56.1, Plaintiffs Jeremy Levin and Dr. Lucille Levin (collectively

"Levins") submit the following statement of undisputed material facts, together with reference to

supporting evidence, in support of said Plaintiffs' MOTION FOR PARTIAL SUMMARY

JUDGMENT ON CLAIMS FOR TURNOVER ORDER PHASE ONE ASSETS PURSUANT

TO FED. R. CIV. P. 13, 56 AND 69, CPLR SECTIONS 5225(B), 5232, AND 5234(B),

ORDER, DATED JANUARY 11, 2010, AND ORDER, DATED JULY 2, 2010.

///

///

///

///

///

**ISSUE 1:**    **THE LEVINS HAVE A PRIORITY RIGHT TO COLLECT THE
BLOCKED ASSETS HELD BY THE NEW YORK BANKS IN
SATISFACTION OF THEIR JUDGMENT.**

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1.   Plaintiff, Mr. Levin, was the CNN bureau chief in Lebanon during a period when the Islamic Republic of Iran ("Iran"), through the Revolutionary Guard, among other entities, was particularly active in violent anti-American activitives, using Hizbollah directly and indirectly to commit terrorist acts against American civilians. | *See Levin v. Islamic Republic of Iran*, 529 F. Supp. 2d 1, 5 (D.D.C. 2007); see Levin Aff. ¶¶ 5-7. |
| 2.   Mr. Levin was held hostage and tortured during 1983-4, held by Hizbollah in a house directly across from the Iranian Revolutionary Guard headquarters in the Bekka Valley of Lebanon. | *See* Levin Aff. ¶¶ 5-7 |
| 3.   After his escape from the terrorists, Mr. Levin returned to the United States.  The effects of the torture and imprisonment caused severe and continuing damage to both Mr. Levin and his wife, Plaintiff Dr. Levin. | *See* Levin Aff ¶ 8. |
| 4.   On February 6, 2008, after a full trial, the United States District court for the District of Columbia entered judgment in favor of the Levins and against the Islamic Republic of Iran, the Iranian Ministry of Information and Security ("MOIS") and the Iranian Islamic Revolutionary Guard Corp ("IRGC") (collectively referred to as the "Iranian Judgment Debtors").  The judgment is for $28,807,719.00 in compensatory damages.  The Levins did not seek an award of punitive damages. | *See* Ex. 13 to Smith Decl. *See also Levin v. Islamic Republic of Iran*, 529 F. Supp. 2d 1, (D.D.C.  2007). |
| 5.   In response to information subpoenas served by the Levins, Office of Foreign Asset Control ("OFAC") produced government records which identified assets blocked by OFAC from January 1, 2007 to June 30, 2008 due to Iran or its agents or instrumentalities having an interest in such | *See* Exs. 2-6, 8-12 to Smith Decl. |

| | |
|---|---|
| assets ("Blocked Assets"). In response to additional information subpoenas served on Bank of New York Mellon, N.A. ("BNY" or "Bank of New York"), Societe Generale ("SG"), Citibank, N.A. ("Citibank"), and JPMorgan Chase Bank, N.A. ("JPMorgan") (Collectively "New York Banks"), further identifying information related to OFAC Blocked Assets from July 1, 2008 to June 19, 2009 was also disclosed by the NY Banks from their business records. | |
| 6. The Levins registered their judgment in the United States District Court for the Southern District of New York on April 20, 2009. | *See* Ex. 15 to Smith Decl. |
| 7. The Levins served the Iranian Judgment Debtors with their judgment on October 14, 2008 through the court and diplomatic channels. | *See* Ex. 16 to Smith Decl. |
| 8. On June 19, 2009, the Levins delivered Writs of Execution issued by this Court to the United States Marshal for the Southern District of New York for service on the New York Banks. The United States Marshal served the New York Banks with the writs. | *See* Exs. 17-20 to Smith Decl. |
| 9. On June 26, 2009, the Levins filed their Complaint in this Court. | *See* Ex. 62 to Smith Decl. |
| 10. The following are agencies and instrumentalities of Iran: ████ ██████████████ ██████████ ████████████ ██████ | *See* Clawson Aff. ¶¶ 21-34. |
| 11. The Levins delivered to the clerk of the court for the Southern District of New York the complaint in this case for service on the Iranian Judgment Debtors and the originators and beneficiaries of the funds at issue through DHL on November 25, 2009 and December 22, 2009, | *See* Exs. 21, 39-45, 52, 63 to Smith Decl. |

| | |
|---|---|
| pursuant to United States District Court, Southern District of New York Foreign Mailing Procedures and 28 U.S.C. § 1608(b)(3)(B). As of June 16, 2010, The New York Banks had served all the interplead parties to the Phase One Account, meaning the last day that an interplead party could have responded was July 7, 2010. Only the Iranian Judgment Creditors and ▮▮▮▮▮▮▮▮▮▮▮ have appeared to contest the turnover of the Phase One funds. | |
| 12. ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ filed an Answer on March 22, 2010 asserting no claims to the funds at issue; ▮▮▮▮▮▮▮▮▮▮ filed an Answer on March 8, 2010 asserting no claims to the funds at issue; and the ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ delivered a letter to counsel and Court on April 30, 2010 stating that they were taking no action in this matter. | *See* Exs. 47-49 to Smith Decl. |
| 13. SG admits that it has control over the Blocked Assets listed in Ex. 3 to the Smith Decl. | *See* Ex. 23 to Smith Decl. |
| 14. BNY admits that it has control over the Blocked Assets listed in Ex. 4 to the Smith Decl. | *See* Ex. 24 to Smith Decl. |
| 15. JPMorgan admits that it has control over the Blocked Assets listed in Ex. 5 to the Smith Decl. | *See* Ex. 25 to Smith Decl. |
| 16. Citibank admits that it has control over the Blocked Assets listed in Ex. 6 to the Smith Decl. | *See* Ex. 26 to Smith Decl. |
| 17. The New York Banks filed Interpleader Complaints against the following Commercial third parties: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | *See* Exs. 23-27 to Smith Decl. |

| | |
|---|---|
| ██████████████ | |
| 18. SG asserted counterclaims against the Levins in its January 21, 2010 interpleader complaint, and the Levins filed an answer to the counterclaims on January 21, 2010. | *See* Exs. 23, 28 to Smith Decl. |
| 19. The New York Banks served the Greenbaum and Acosta Judgment Creditors on February 19, 2010; the Peterson Judgment Creditors on February 18, 2010; the Rubin Judgment Creditors on February 8, 2010; the Bonk and Valore Judgment Creditors on February 5, 2010; the Silvia Judgment Creditors on March 30, 2010; the Bland Judgment Creditors on April 9, 2010, the Brown Judgment Creditors on April 9, 2010, and the Heiser Judgment Creditors on June 1, 2010. | *See* Exs. 29-37 to Smith Decl. |
| 20. The Greenbaum and Acosta Judgment Creditors filed an answer to the third party complaints and filed counterclaims against the New York Banks on April 15, 2010. | *See* Exs. 38, 39 to Smith Decl. |
| 21. The Peterson Judgment Creditors filed an answer to the third party complaints and filed counterclaims against the New York Banks on June 18, 2010. | *See* Ex. 40 to Smith Decl. |
| 22. The Rubin Judgment Creditors filed an answer to the third party complaints and filed counterclaims against the New York Banks on April 19, 2010. | *See* Ex. 41 to Smith Decl. |
| 23. The Bonk, Valore, Silvia, Bland and Brown Judgment Creditors filed answers to the third party complaints and counterclaimed against the New York Banks on April 20, 2010. | *See* Exs. 42, 43 to Smith Decl. |
| 24. The Heiser Judgment Creditors filed answers to the third party complaints and | *See* Ex. 37 to Smith Decl. |

| | |
|---|---|
| counterclaimed against the New York Banks on June 15, 2010. | |
| 25. Some of the other Iranian Judgment Creditors are pursuing assets unrelated to this action. Those assets are known as the "Clearstream Assets." The Levins are not seeking the "Clearstream Assets" in this action. | *See* Ex. 44 to Smith Decl. |
| 26. On June 19, 2009, pursuant to C.P.L.R. § 5230 (made applicable here by Fed. R. Civ. P. 69), Plaintiffs delivered Writs of Execution issued by this Court on the United States Marshal for the Southern District of New York for the Blocked Assets. | *See* Exs. 17-20 to Smith Decl. |
| 27. On June 22, 2009, within ninety (90) days of service of the writs of execution, Plaintiffs filed their complaint. | *See* Smith Decl. ¶ 3 and Ex. 62 thereto. |
| 28. On March 12, 2010, Citibank responded to document requests served by the Levins on January 26, 2010 and produced documents which they stated the Acosta Judgment Creditors served on them and which formed the basis for the New York Banks' Joint Interpleader Complaint. None of these documents establish a right in preference to the Levins' priority. | *See* Smith Decl. ¶ 58 and Ex. 56 thereto. |
| 29. On March 12, 2010, BNY responded to document requests served by the Levins on January 26, 2010 and produced documents which they stated the Greenbaum Judgment Creditors served on them and which formed the basis for the New York Banks' Joint Interpleader Complaint. None of these documents establish a right in preference to the Levins' priority. | *See* Smith Decl. ¶ 59 and Ex. 57 thereto. |
| 30. On March 12, 2010, Citibank responded to document requests served by the Levins on January 26, 2010 and produced documents which they stated the Rubin Judgment Creditors served on them and which formed the basis for the New York Banks' Joint Interpleader Complaint. None of these documents establish a right in preference to the Levins' priority. | *See* Smith Decl. ¶ 68 and Ex. 58 thereto. |

| | |
|---|---|
| 31. On March 12, 2010, Citibank responded to document requests served by the Levins on January 26, 2010 and produced documents which they stated the Bonk and Valore Judgment Creditors served on them and which formed the basis for the New York Banks' Joint Interpleader Complaint. None of these documents establish a right in preference to the Levins' priority. | *See* Smith Decl. ¶ 61 and Ex. 59 thereto. |
| 32. On March 12, 2010, Citibank responded to document requests served by the Levins on January 26, 2010 and produced documents which they stated the Silvia, Brown and Bland Judgment Creditors served on them and which formed the basis for the New York Banks' Joint Interpleader Complaint. None of these documents establish a right in preference to the Levins' priority. | *See* Smith Decl. ¶ 62 and Ex. 60 thereto. |
| 33.   In response to an informal request by the Levins, the Peterson Judgment Creditors produced a document, dated June 12, 2008, directed to Citibank, which lists the "Clearstream Assets." None of these documents establish a right in preference to the Levins' priority. | *See* Smith Decl. ¶ 63 and Ex. 61 thereto. |
| 34. ▇▇▇▇▇▇▇ claims an interest in one account at SG and further claims that neither Iran nor its agencies and instrumentalities have any connection to that one SG account, saying that "neither the Islamic Republic of Iran, nor any Iranian owned or controlled entity, has any ownership or other interest in the funds." ▇▇▇▇▇▇▇ does not have a right in preference to the Levins' priority. | *See* Ex. 50 to Smith Decl. |
| 35. ▇▇▇▇▇▇▇ has twice petitioned OFAC to release  funds held by SG  to it as the entity having a right to the funds and  OFAC has denied both petitions. | *See* Ex. 53 to Smith Decl. |
| 36. ▇▇▇▇▇▇▇ claims that neither Iran nor its agencies or instrumentalities have any connection to accounts in which it has a connection, saying that neither the "Islamic Republic of Iran, nor any Iranian owned or | *See* Ex. 51 to Smith Decl. |

| | |
|---|---|
| controlled entity has any ownership or other interest in the proceeds of the wire transfers." ███ has also petitioned OFAC to release the funds. ███ does not have a right in preference to the Levins' priority. | |
| 37. ███ is itself an agency or instrumentality of Iran. | *See* Clawson Aff. ¶ 32; *see also* Ex. 32 to Smith Decl. |
| 38. The United States of America is not making any claims to the Blocked Assets and an order has been entered dismissing them. | *See* Ex. 54 to Smith Decl. |
| 39. Since January 1984, Iran has been designated a "state sponsor of terrorism" pursuant to provisions of the Export Administration Act because of its sustained and unrepentant acts of terrorism against United States civilians, including murder and torture. | *See Cicippio-Puleo v. Islamic Republic of Iran*, 353 F.3d 1024 (D.C. Cir. 2004); *see also* 49 Fed. Reg. 47702 (Dec. 6, 1984); *see also Levin v. Islamic Republic of Iran*, 529 F. Supp. 2d 1, 5 (D.D.C. 2007); *see also* Clawson Decl. ¶ 18. |
| 40. Iran continues to be designated a state sponsor of terrorism. | *See* 22 C.F.R. § 126.1(d); 31 C.F.R. § 596.201. *See also*, U.S. Department of State, *Patterns of Global Terrorism*, 1999 (April 1, 2000); *see also* Clawson Decl. ¶ 18. |
| 41. One of the militant, anti-American terrorist groups which Iran has financed, trained and supported is Hizbollah in Lebanon. | See *Kerr v. Islamic Republic of Iran*, 245 F. Supp. 2d 59, 62 (D.D.C. 2003); *see also Levin v. Islamic Republic of Iran*, 529 F. Supp. 2d 1, 5 (D.D.C. 2007); *see also* Ex. 64 to Smith Decl. |
| 42. Over more than three decades, Hizbollah has committed many acts of anti-American terrorism with the aid of Iran, including murder, kidnapping and torture. | *See, e.g., Flatow v. Islamic Republic of Iran*, 999 F. Supp. 1 (D.D.C. 1998); *Acosta v. Islamic Republic of Iran*, 574 F. Supp. 2d 15, 25-26 (D.D.C. 2008); *Eisenfeld v. Islamic Republic of Iran*, 172 F. Supp. 2d 1 (D.D.C. 2000); *Heiser v. Islamic Republic of Iran*, 466 F.Supp.2d 229 (D.D.C. 2006); *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 44-45 (D.D.C. 2007); *Weinstein v. Islamic Republic of Iran*, 274 F. Supp. 2d 53 (D.D.C. 2003); *Levin v. Islamic Republic of Iran*, 529 F. Supp. 2d 1, 5 (D.D.C. 2007); *see also* Ex. 64 to Smith Decl. |

**ISSUE 2:    DEFENDANT SOCIETE GENERALE IS HOLDING BLOCKED ASSETS BELONGING TO IRAN OR IRANIAN AGENCIES AND INSTRUMENTALITIES.**

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 43.  Pursuant to Executive Order 13382 of June 29, 2005, "Blocking Property of Weapons of Mass Destruction Proliferators and Their Supporters" ("E.O. 13382") and at the direction of OFAC, SG blocked an account of ▮▮▮▮▮ whose originator was ▮▮▮▮ | *See* Exs. 2, 3, and 23 to Smith Decl. |
| 44.  ▮▮▮▮▮ is an agency or instrumentality of Iran. | *See* Clawson Aff. ¶ 24. |
| 45.  Pursuant to E.O. 13382 and at the direction of OFAC, SG blocked an account of ▮▮▮▮▮ whose originator was ▮▮ | *See* Exs. 2, 3, and 23 to Smith Decl. |
| 46.  ▮▮▮▮▮ is an agency or instrumentality of Iran. | *See* Clawson Aff. ¶ 34. |

**ISSUE 3:    DEFENDANT THE BANK OF NEW YORK MELLON IS HOLDING BLOCKED ASSETSBELONGING TO IRAN OR IRANIAN AGENCIES AND INSTRUMENTALITIES.**

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 47.  Pursuant to E.O. 13382 and at the direction of OFAC, Bank of New York blocked an account of ▮▮▮▮ whose beneficiary was ▮▮▮▮. | *See* Exs. 2, 4, and 24 to Smith Decl. |
| 48.  ▮▮▮▮ is an agency or instrumentality of Iran. | *See* Clawson Aff. ¶ 21. |
| 49.  Pursuant to E.O. 13382 and at the direction of OFAC, Bank of New York blocked an account of ▮▮▮▮ whose beneficiary was ▮▮▮▮ | *See* Exs. 2, 4 and 24 to Smith Decl. |

| | |
|---|---|
| 50. ▮▮▮▮▮▮▮▮▮▮▮ is an agency or instrumentality of Iran. | *See* Clawson Aff. ¶ 29. |
| 51. Pursuant to E.O. 13382 and at the direction of OFAC, Bank of New York blocked an account of ▮▮▮▮▮ whose beneficiary was ▮▮▮▮▮ | *See* Exs. 2, 4 and 24 to Smith Decl. |
| 52. ▮▮▮▮▮ is an agency or instrumentality of Iran. | *See* Clawson Aff. ¶ 22. |

**ISSUE 4:**    **DEFENDANT JPMORGAN CHASE IS HOLDING BLOCKED ASSETS BELONGING TO IRAN OR IRANIAN AGENCIES OR INSTRUMENTALITIES.**

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 53. Pursuant to E.O. 13382 and at the direction of OFAC, JPMorgan blocked an account of ▮▮▮▮▮ whose beneficiary was ▮. | *See* Exs. 2, 5 and 25 to Smith Decl. |
| 54. ▮▮▮▮▮ is an agency or instrumentality of Iran. | *See* Clawson Aff. ¶ 27. |

**ISSUE 5:**    **DEFENDANT CITIBANK IS HOLDING BLOCKED ASSETS BELONGING TO IRAN OR IRANIAN AGENCIES OR INSTRUMENTALITIES.**

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 55. Pursuant to E.O. 13382 and at the direction of OFAC, Citibank blocked an account of ▮▮▮ whose beneficiary was ▮▮▮▮▮ | *See* Exs. 2, 6 and 26 to Smith Decl. |
| 56. ▮▮▮▮▮ is an agency or instrumentality of Iran. | *See* Clawson Aff. ¶ 28. |

/ / /

/ / /

**ISSUE 6:    THE NEW YORK BANKS SERVED THIRD-PARTY JUDGMENT
HOLDERS WITH INTERPLEADER COMPLAINTS.**

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 57.  The Greenbaum Judgment Creditors consist of: Steven M. Greenbaum (sued individually and as Administrator of The Estate of Judith Greenbaum), Alan D. Hayman and Shirlee Hayman (collectively, the "Greenbaum Judgment Creditors"). | *See* Exs. 29 & 38 to Smith Decl. |
| 58.  The Acosta Judgment Creditors consist of: Carlos Acosta, Maria Acosta, Tova Ettinger, Irving Franklin (on his own behalf and as Administrator of The Estate of the late Irma Franklin), Baruch Kahane, Libby Kahane (on her own behalf and as Administratrix of The Estate of the late Meir Kahane), Ethel J. Griffin (as Administratix of The Estate of the late Sonia Kahane), and Ciporah Kaplan (collectively, the "Acosta Judgment Creditors") | *See* Exs. 29 & 39 to Smith Decl.; *see also* Clawson Aff. ¶ 28. |
| 59.  The Peterson Judgment Creditors consist of:  Deborah D. Peterson, Terry Abbott, John Robert Allman, Ronny Kent Bates, James Baynard, Jess W. Beamon, Alvin Burton Belmer, Richard D. Blankenship, John W. Blocker, Joseph John Boccia Jr., Leon Bohannon, John Bonk Jr., Jeffrey Joseph Boulos, John Norman Boyett, William Burley, Paul Callahan, Mecot Camera, Bradley Campus, Johnnie Ceasar, Robert Allen Conley, Charles Dennis Cook, Johnny Len Copeland, David Cosner, Kevin Coulman, Rick Crudale, Russell Cyzick, Michael Devlin, Nathaniel Dorsey, Timothy Dunnigan, Bryan Earle, Danny R. Estes, Richard Andrew Fluegel, Michael D. Fulcher, Sean Gallagher, George Gangur, Randall Garcia, Harold Ghumm, Timothy Giblin, Michael Gorchinski, Richard Gordon, Davin M. Green, Thomas Hairston, Michael Haskell, Mark Anthony Helms, Stanley G. Hester, Donald Wayne Hildreth, Richard Holberton, Dr. John Hudson, Maurice | *See* Exs. 29 & 40 to Smith Decl. |

Edward Hukill, Edward Iacovino Jr., Paul
Innocenzi III, James Jackowski, Jeffrey Wilbur
James, Nathaniel Walker Jenkins, Edward
Anthony Johnston, Steven Jones, Thomas
Adrian Julian, Thomas Keown, Daniel Kluck,
James C. KniPPle, Freas H. Kreischer III,
Keith Laise, James Langon IV, Michael Scott
Lariviere, Steven Lariviere, Richard Lemnah,
Joseph R. Livingston III, Paul D. Lyon Jr.,
John Macroglou, Samuel Maitland Jr., Charlie
Robert Martin, David Massa, John McCall,
James E. McDonough, Timothy R. McMahon,
Richard Menkins II, Ronald Meurer, Joseph
Peter Milano, Joseph Moore, Harry Douglas
Myers, David Nairn, John Arne Olson, Joseph
Albert Owens, Connie Ray Page, Ulysses
Gregory Parker, John L. Pearson, Thomas S.
Perron, John Arthur Phillips Jr., William Roy
Pollard, Victor Mark Prevatt, James Price,
Patrick Kerry Prindeville, Diomedes J.
Quirante, Warren Richardson, Louis J.
Rotondo, Michael Caleb Sauls, Charles Jeffrey
Schnorf, Scott Lee Schultz, Peter Scialabba,
Gary Randall Scott, Thomas Alan ShiPP,
Jerryl Shropshire, Larry H. Simpson Jr., Kirk
Hall Smith, Thomas Gerard Smith, Vincent
Smith, William Scott Sommerhof, Stephen
Eugene Spencer, William Stelpflug, Horace
Renardo ("Ricky") Stephens Jr., Craig
Stockton, Jeffrey Stokes, Eric D. Sturghill,
Devon Sundar, Thomas Paul Thorstad, Stephen
Tingley, Donald H. Vallone Jr., Eric Glenn
Washington, Dwayne Wigglesworth, Rodney
J. Williams, Scipio Williams Jr., Johnny Adam
Williamson, William Ellis Winter, Donald
Elberan Woollett, Craig Wyche, Jeffrey D.
Young, Marvin Albright, Pablo Arroyo,
Anthony Banks, Rodney Darrell Burnette,
Frank Comes Jr., Glenn Dolphin, Frederick
Daniel Eaves, Charles Frye, Truman Dale
Garner, Larry Gerlach, John Hlywiak, Orval
Hunt, Joseph P. Jacobs, Brian Kirkpatrick,
Burnham Matthews, Timothy Mitchell,
Lovelle "Darrell" Moore, Jeffrey Nashton,
John Oliver, Paul Rivers, Stephen Russell,
Dana Spaulding, Craig Joseph Swinson,

Michael Toma, Danny Wheeler, Thomas D. Young, Lilla Woollett Abbey, James Abbott, (*the Estate of*) Marry Abbott, Elizabeth Adams, Eileen Prindeville Ahlquist, Miralda Alarcon (Judith Maitland), Anne Allman, Robert Allman, (The Estate of) Theodore Allman, Dianne Margaret ("Maggie") Allman, Margaret E. Alvarez, Kimberly F. Angus, Donnie Bates, Johnny Bates, Laura Bates, Margie Bates, Monty Bates, Thomas Bates Jr., Thomas C. Bates Sr., Mary E. Baumgartner, Anthony Baynard, Barry Baynard, Emerson Baynard, Philip Baynard, Thomasine Baynard, Timothy Baynard, Wayne Baynard, Stephen Baynard, Anna Beard, Mary Ann Beck, Alue Belmer, Annette Belmer, Clarence Belmer, Colby Keith Belmer, Denise Belmer, Donna Belmer, Faye Belmer, Kenneth Belmer, Luddie Belmer, Shawn Biellow, Mary Frances Black, Donald Blankenship Jr., (The Estate of) Mary Blankenship, Alice Blocker, Douglas Blocker, John R. Blocker, Robert Blocker, James Boccia, Joseph Boccia Sr., Patricia Boccia, Raymond Boccia, Richard Boccia, Ronnie (Veronica) Boccia, Leticia Boddie, Angela Bohannon, Anthony Bohannon, Carrie Bohannon, David Bohannon, Edna Bohannon, Leon Bohannon Sr., Ricki Bohannon, Billie Jean Bolinger, Joseph Boulos, Lydia Boulos, Marie Boulos, Rebecca Bowler, Lavon Boyett, (The Estate of) Norman E. Boyett Jr., Theresa U. Roth Boyett, William A. Boyett, Susan Schnorf Breeden, Damion Briscoe, Christine Brown, Rosanne Brunette, Mary Lynn Buckner, (The Estate of) Claude Burley, (The Estate of) William Douglas Burley, Myra Burley, Kathleen Calabro, Rachel Caldera, Avenell Callahan, Michael Callahan, Patricia (Patsy Ann) Calloway, Elisa Rock Camara, Theresa Riggs Camara, Candace Campbell, Clare Campus, Elaine Capobianco, Florene Martin Carter, Phyllis A. Cash, Theresa Catano, Bruce Ceasar, Franklin Ceasar, Frederick Ceasar, Robbie Nell Ceasar, Sybil Ceasar, Christine Devlin Cecca, Tammy Chapman, James Cherry, Sonia Cherry, Adele

H. Chios, Jana M. Christian, Sharon Rose
Christian, Susan Ciupaska, Leshune Stokes
Clark, Rosemary Clark, Mary Ann Cobble,
Karen Shipp Collard, Jennifer Collier, Melia
Winter Collier, Deborah M. Coltrane, James N.
Conley Jr., Roberta Li Conley, Charles F.
Cook, Elizabeth A. Cook, (The Estate of) Mary
A. Cook, Alan Tracy Copeland, Betty
Copeland, Donald Copeland, Blanche Corry,
Harold Cosner, Leanna Cosner, (The Estate of)
Marva Lynn Cosner, Cheryl Cossaboom,
Bryan Thomas Coulman, Christopher J.
Coulman, Dennis P. Coulman, Lorraine M.
Coulman, Robert D. Coulman, Robert Louis
Coulman, Charlita Martin Covington, Amanda
Crouch, Marie Crudale, Eugene Cyzick, Lynn
Dallachie, Anne Deal, Lynn Smith Derbyshire,
Theresa Desjardins, Christine Devlin, Daniel
Devlin, Gabrielle Devlin, Richard Devlin, Sean
Devlin, Rosalie Donahue (Milano), Ashley
Doray, Rebecca Doss, Chester Dunnigan,
Elizabeth Ann Dunnigan, Michael Dunnigan,
William Dunnigan, Claudine Dunnigan, Janice
Thorstad Edquist, Mary Ruth Ervin, Barbara
Estes, Charles Estes, Frank Estes, Lori Fansler,
Angela Dawn Farthing, Arlington Ferguson,
Hilton Ferguson, Linda Sandback Fish, Nancy
Brocksbank Fox, Tia Fox, Tammy Freshour,
Ruby Fulcher, Barbara Gallagher, Brian
Gallagher, (The Estate of) James Gallagher,
James Gallagher Jr., Kevin Gallagher, Michael
Gallagher, Dimitri Gangur, Mary Gangur, Jess
Garcia, Ronald Garcia, Roxanne Garcia,
Russell Garcia, Violet Garcia, Suzanne Perron
Garza, Jeanne Gattegno, Arlene Ghumm,
Ashley Ghumm, Bill Ghumm, Edward
Ghumm, Hildegard Ghumm, (The Estate of)
Jedaiah Ghumm, Moronica Ghumm, Donald
Giblin, Jeanne Giblin, Michael Giblin, Tiffany
Gorchinski, Judy Gorchinski, Kevin
Gorchinski, Valerie Gorchinski, Alice Gordon,
Joseph Gordon, Linda Gordon, (The Estate of)
Norris Gordon, Paul Gordon, Andrea Grant,
Deborah Graves, Deborah Green, Liberty
Quirante Gregg, Alex Griffin, Catherine E.
Grimsley, Megan Gummer, Lyda Woollett

Guz, Darlene Hairston, Tara Hanrahan, Mary Clyde Hart, Brenda Haskill, Jeffrey Haskill, Kathleen S. Hedge, Christopher Todd Helms, Marvin R. Helms, Doris Hester, Clifton Hildreth, Julia Hildreth, Mary Ann Hildreth, Michael Wayne Hildreth, Sharon A. Hilton, Donald Holberton, Patricia Lee Holberton, Thomas Holberton, Tangie Hollifield, Debra Horner, Elizabeth House, Joyce A. Houston, Tammy Camara Howell, Lisa H. Hudson, Lorenzo Hudson, Lucy Hudson, Ruth Hudson, (The Estate of) Samuel Hudson, William J. Hudson, (The Estate of) Susan Thorstad Hugis, Nancy Tingley Hulburt, Cynthia Perron Hurston, (The Estate of) Edward Iacovino Sr., Elizabeth Iacovino, Deborah Innocenzi, Kristin Innocenzi, Mark Innocenzi, Paul Innocenzi IV, Bernadette Jaccom, John Jackowski Jr., John Jackowski Sr., Victoria Jacobus, Elaine James, Nathalie C. Jenkins, Stephen Jenkins, Rebecca Jewett, Linda Martin Johnson, Ray Johnson, Rennitta Stokes Johnson, Sherry Johnson, Charles Johnston, Edwin Johnston, Mary Ann Johnston, Zandra Lariviere Johnston, Alicia Jones, Corene Martin Jones, Kia Briscoe Jones, Mark Jones, Ollie Jones, Sandra D. Jones, (The Estate of) Synovure Jones, Robin Copeland Jordan, Susan Scott Jordan, Joyce Julian, Karl Julian, Nada Jurist, Adam Keown, Bobby Keown Jr., Bobby Keown Sr., Darren Keown, William Keown, Mary Joe Kirker, Kelly Kluck, Michael Kluck, (The Estate of) John D. KniPPle, John R. KniPPle, (The Estate of) Pauline KniPPle, Shirley L. Knox, Doreen Kreischer, Freas H. Kreischer Jr., Cynthia D. Lake, Wendy L. Lange, James Langon III, Eugene Lariviere, Janet Lariviere, John M. Lariviere, Lesley Lariviere, Michael Lariviere, Nancy Lariviere, Richard Lariviere, (The Estate of) Richard G. Lariviere, Robert Lariviere, William Lariviere, Cathy L. Lawton, Heidi Crudale Legault, (The Estate of) Clarence Lemnah, Etta Lemnah, Fay Lemnah, Harold Lemnah, Marlys Lemnah, Robert Lemnah, Ronald Lemnah, Annette R. Livingston, Joseph R. Livingston IV, (The

Estate of) Joseph R. Livingston Jr., Robin
Lynch, Earl Lyon, Francisco Lyon, June Lyon,
Maria Lyon, Paul D. Lyon Sr., Valerie Lyon,
Heather Macroglou, Kathleen Devlin
Mahoney, Kenty Maitland, Leysnal Maitland,
Samuel Maitland Sr., Shirla Maitland, Virginia
Boccia Marshall, John Martin, Pacita Martin,
Renerio Martin, Ruby Martin, Shirley Martin,
Mary Mason, Cristina Massa, Edmund Massa,
Joao ("John") Massa, Jose ("Joe") Massa,
Manuel Massa Jr., Ramiro Massa, Mary
McCall, (The Estate of) Thomas McCall,
Valerie McCall, Gail McDermott, Julia A.
McFarlin, George McMahon, Michael
McMahon, Patty McPhee, Darren Menkins,
Gregory Menkins, Margaret Menkins, Richard
H. Menkins, Jay T. Meurer, John Meurer, John
Thomas Meurer, Mary Lou Meurer, Michael
Meurer, Penny Meyer, Angela Milano, Peter
Milano Jr., Earline Miller, Henry Miller,
Patricia Miller, Helen Montgomery, Betty
Moore, Harry Moore, Kimberly Moore, Mary
Moore, Melissa Lee Moore, (The Estate of)
Michael Moore, Elizabeth Phillips Moy, Debra
Myers, Geneva Myers, Harry A. Meyers, Billie
Ann Nairn, Campbell J. Nairn III, (The Estate
of) Campbell J. Nairn Jr., William P. Nairn,
Richard Norfleet, Deborah O'Connor, Pearl
Olaniji, (The Estate of) Bertha Olson, Karen L.
Olson, Randal D. Olson, Roger S. Olson,
Ronald J.Olson, (The Estate of) Sigurd Olson,
David Owens, Deanna Owens, Frances Owens,
(The Estate of) James Owens, Steven Owens,
Connie Mack Page, Judith K. Page, Lisa
Menkins Palmer, Geraldine Paolozzi, Maureen
Pare, Henry James Parker, Sharon Parker,
Helen M. Pearson, John L. Pearson Jr., Sonia
Pearson, Brett Perron, Deborah Jean Perron,
Michelle Perron, Ronald R. Perron, Muriel
Persky, Deborah D. Peterson, Sharon Conley
Petry, Sandra Petrick, Donna Vallone Phillips,
John Arthur Phillips Sr., Donna Tingley
Plickys, Margaret Aileen Pollard, Stacey
Yvonne Pollard, Lee Hollan Prevatt, John
Price, Joseph Price, (The Estate of) Barbara D.
Prindeville, Kathleen Tara  Prindeville,

Michael Prindeville, Paul Prindeville, Sean
Prindeville, Belinda J. Quirante, Edgar
Quirante, (The Estate of) Godofredo Quirante,
Milton Quirante, Sabrina Quirante, Susan Ray,
Laura M. Reininger, Alan Richardson, Beatrice
Richardson, Clarence Richardson, Eric
Richardson, Lynette Richardson, Vanessa
Richardson, Philiece Richardson-Mills,
Melrose Ricks, Belinda Quirante Riva, Barbara
Rockwell, Linda Rooney, Tara Smith Rose,
Tammi Ruark, Juliana Rudowski, Marie
McMahon Russell, Alicia Lynn Sanchez,
Andrew Sauls, Henry Caleb Sauls, Riley A.
Sauls, Margaret Medler Schnorf, Richard
Schnorf (BROTHER), Richard Schnorf
(FATHER), Robert Schnorf, Beverly Schultz,
Dennis James Schultz, Dennis Ray Schultz,
Frank Scialabba, Jacqueline Scialabba, Samuel
Scott Scialabba, Jon Christopher Scott, Kevin
James Scott, (The Estate of) Larry L. Scott,
Mary Ann Scott, Sheria Scott, Stephen Allen
Scott, Jacklyn Seguerra, Brian Richard Shipp,
James David Shipp, Janice Shipp, Maurice
ShiPP, Pauline Shipp, Raymond Dennis Shipp,
Russell Shipp, Susan J. Sinsioco, Ana Smith-
Ward, (The Estate of) Angela Josephine Smith,
Bobbie Ann Smith, Cynthia Smith, Donna
Marie Smith, Erma Smith, Holly Smith, Ian
Smith, Janet Smith, Joseph K. Smith III,
Joseph K. Smith Jr., Keith Smith, Kelly B.
Smith, Shirley L. Smith, Tadgh Smith,
Terrence Smith, Timothy B.Smith, Jocelyn J.
Sommerhof, John Sommerhof, William J.
Sommerhof, Douglas Spencer, Christy
Williford Stelpflug, Joseph Stelpflug, Kathy
Nathan Stelpflug, Laura Barfield Stelpflug,
Peggy Stelpflug, William Stelpflug, Horace
Stephens Sr., Joyce Stephens, Keith Stephens,
Dona Stockton, (The Estate of) Donald
Stockton, Richard Stockton, Irene Stokes,
Nelson Stokes Jr., (The Estate of) Nelson
Stokes Sr., Robert Stokes, Gwenn Stokes-
Graham, Marcus D. Sturghill, Marcus L.
Sturghill Jr., Nakeisha Lynn Sturghill, Doreen
Sundar, Margaret Tella, Susan L. Terlson,
Mary Ellen Thompson, Adam Thorstad,

Barbara Thorstad, James Thorstad Jr., James
Thorstad Sr., John Thorstad, Ryan Thorstad,
Betty Ann Thurman, Barbara Tingley, Richard
L. Tingley, Russell Tingley, Keysha Tolliver,
Mary Ann Turek, Karen Valenti, Anthony
Vallone, Donald H. Vallone, Timothy Vallone,
Leona Mae Vargas, Denise Voyles, Ila
Wallace, Kathryn Thorstad Wallace, Richard J.
Wallace, Barbara Thorstad Warwick, Linda
Washington, Vancine Washington, Kenneth
Watson, Diane Whitener, Daryl Wigglesworth,
Darrin A. Wigglesworth, Henry Wigglesworth,
Henry Wigglesworth, Mark Wigglesworth,
Robyn Wigglesworth, Sandra Wigglesworth,
Shawn Wigglesworth, Dianne Stokes
Williams, Gussie Martin Williams, Janet
Williams, Johnny Williams, Rhonda Williams,
Ronald Williams, Ruth Williams, Scipio J.
Williams, Wesley Williams, Delma Williams-
Edwards, Tony Williamson, Jewelene
Williamson, Michael Winter, Barbara
Wiseman, Phyllis Woodford, Joyce Woodle,
Beverly Woollett, Paul Woollett, Melvina
Stokes Wright, Patricia Wright, Glenn Wyche,
John Wyche, John F. Young, John W. Young,
Judith Carol Young, Sandra Rhodes Young,
Joanne Zimmerman, Stephen Thomas Zone,
Patricia Thorstad Zosso, Jamaal Muata Ali,
Margaret Angeloni, Jesus Arroyo, Milagros
Arroyo, Olympia Carletta, Kimberly
Carpenter, Joan Comes, Patrick Comes,
Christopher Comes,  Frank Comes Sr.,
Deborah Crawford, Barbara Davis, Alice
Warren Franklin, Particia Gerlach, Travis
Gerlach, Megan Gerlach, Arminda Hernandez,
Margaret Hlywiak, Peter Hlywiak Jr., Peter
Hlywiak Sr., Paul Hlywiak, Joseph Hlywiak,
Cynthia Lou Hunt, Rosa Ibarro, Andrew Scott
Jacobs, Daniel Joseph Jacobs, Danita Jacobs,
Kathleen Kirkpatrick, Grace Lewis, Lisa
Magnoti, Wendy Mitchell, (The Estate of)
James Otis Moore, (The Estate of) Johnney S.
Moore, Marvin S. Moore, Alie Mae Moore,
Jonnie Mae Moore-Jones, (The Estate of) Alex
W. Nashton, Paul Oliver, Riley Oliver,
Michael John Oliver, Ashley E. Oliver, Patrick

| | |
|---|---|
| S. Oliver, Kayley Oliver, Tanya Russell, Wanda Russell, Jason Russell, Clydia Shaver, Scott Spaulding, Cecilia Stanley, Mary Stilpen, Kelly Swank, (The Estate of) Kenneth J. Swinson, (The Estate of) Ingrid M. Swinson, Teresa Swinson, Bronzell Warren, Jessica Watson, Audry Webb, Jonathan Wheeler, Benjamin Wheeler, (The Estate of) Marlis "Molly" Wheeler, Kerry Wheeler, Andrew Wheeler, Brenda June Wheeler, Jill Wold, (The Estate of) Nora Young, James Young, (The Estate of) Robert Young, Terrance J. Valore, Juanita R. Goldfarb (as Administrator of The Estate of David L. Battle), Mary V. Hernandez (as Administrator of The Estate of Matilde Hernandez Jr.), Robert Muffler Jr. (as Administrator of The Estate of John Muffler), Jutta Yarber (as Administrator of The Estate of James Yarber), Ronald L. Tishmack (as Administrator of The Estate of John Jay Tishmack), Celia Walker (as Administrator of The Estate of Leonard Warren Walker), Dorothy C. Wint (as Administrator of The Estate of Walter Emerson Wint Jr.), Pedro Alvarado Jr., Andres Alvarado Tull, Angel Alvarado, Geraldo Alvarado, Grisselle Alvarado, Luis Alvarado, Luisa Alvarado, Maria Alvarado, Marta Alvarado, Minerva Alvarado, Yolanda Alvarado, Zoraida Alvarado, Dennis Jack Anderson, Floyd Carpenter, Michael Harris, Bennie Harris, Rose Harris, Donald R. Pontillo, Leonora Pontilla, John E. Selbe, Eloise F. Selbe, Belinda Skarka, Don Selbe, James Selbe, Willy G. Thompson, Allison Thompson, Ifaline Thompson, Cheryl Bass, Johnny Thompson, and Wanda Ford (collectively, the "Peterson Judgment Creditors"). | |
| 60. The Rubin Judgment Creditors consist of: Jenny Rubin, Deborah Rubin, Daniel Miller, Abraham Mendelson, Stuart E. Hersh, Renay Frym, Noam Rozenman, Elena Rozenman, and Tzvi Rozenman (collectively, the "Rubin Judgment Creditors"). | *See* Exs. 29 & 41 to Smith Decl. |

| | |
|---|---|
| 61. The Bonk Judgment Creditors consist of: Catherine Bonk, Catherine Bonk Hunt, John Bonk, Sr., Kevin Bonk, Thomas Bonk, Lisa DiGiovanni, Marion DiGiovanni, Robert DiGiovanni, Danielle Digiovanni, Sherry Lynn Fiedler, Roibert Fleugel, Thomas A. Fleugel, Evans Hairston, Felicia Hairston, Julia Bell Hairston, Henry Durvan Hairston, Mark Andrew Hukill, Monte Hukill, Virginia Ellen Hukill, Storm Jones, Penni Joyce, Carl Kirkwood, Sr., Jeff Kirkwood, Shirley Kirkwood, Carl Arnold Kirkwood, Jr., Patricia Kronenbitter, Kris Laise, Bill Laise, Betty Laise, James Macroglou, Bill Macroglou, Kathy McDonald, Edward W. McDonough, Sean McDonough, Edward Joseph McDonough, Estate of Rose Rotondo, Estate of Luis Rotondo, Estate of Phyllis Santoserre, Deborah Spencer Rhosto, Robert Simpson, Renee Eileen Simpson, Larry H. Simpson, Sr., Anna Marie Simpson, and Sally Jo Wirick (collectively, the "Bonk Creditors"); the Valore Judgment Creditors consist of: Terrance J. Valore, Juanita R. Goldfarb, Estate of David A. Battle, Mary V. Hernandez, Estate of Matilde Hernandez, Jr., Robert Muller, Jr., Estate of John Muller, Jutta Yarber, Estate of James Yarber, Ronaold L. Tishmack, Estate of John Jay Tishmack, Celia Walker, Dorothy C. Wint, Pedro Alvarado, Jr., Andres Alvarado Tull, Angel Alvarado, Geraoldo Alvarado, Grisselle Alvarado, Luis Alvarado, Luisa Alvarado, Maria Alvarado, Marta Alvarado, Minerva Alvarado, Yolanda Alvarado, Zoraida Alvarado, Dennis Jack Anderson, Floyd Carpenter, Michael Harris, Rose Harris, Donald R. Pontillo, Deborah True, Douglas Pontillo, Leonora Pontillo, John E. Selbe, Eliose F. Selbe, Belinda Skarka, Don Selbe, James Selbe, Willy G. Thompson, Allison Thompson, Ifaline Thompson, Cheryl Bass, Johnny Thompson, Wanda Ford, Orlando Michael Valore, Sr., Orlando M. Valore, Jr., Janie Valore, Marcy Lynn Parson, Timothy Brooks, Edward J. Brooks and Patricia Brooks (collectively, the "Valore Judgment | *See* Exs. 29 & 42 to Smith Decl. |

| | |
|---|---|
| Creditors"). | |
| 62. The Silvia Judgment Creditors consist of: the Estate of James Silvia by and through its Administrator, Lynne Michol Spencer, and Lynne Michol Spencer individually (collectively, the "Silvia Judgment Creditors"). | |
| 63. The Bland Judgment Creditors consist of: Alan C. Anderson, Michael Anderson, Thelma Anderson, Stephen Boyd Bland, Estate of Frank Bland, Ruth Ann Bland, James Bland, Estate of Laura Virginia Copeland, Sidney Decker, Ida Decker, Dudley Decker, Johnnie Decker, Carolyn Mudd, Ronald Dupalnty, Estate of Sean F. Estler, Keith Estler, Louis Estler, Jr., Mary Ellen Estler, Estate of Benjamin E. Fuller, Elaine Allen, Ernest C. Fuller, John Gibson, Holly Gibson, Maurice Gibson, Estate of Michael Hastings, Joyce Hastings, Estate of Paul Hein, Christopher Hein, Jo Ann Hein, Karen Hein-Sullivan, Victor J. Hein, Jacqueline M. Kunysz, Estate of John Hendrickson, John Hendirckson, Tyson Hendrickson, Deborah Ryan, Estate of Bruce Hollingshead, Melinda Hollingshead, Renard Manley, Estate of Michael Robert Massman, Nicole Gomez, Angela Massman, Kristopher Massman, Lydia Massman, Patricia Lou Smith, Estate of Louis Melendez, Zaida Melendez, Douglas Jason Melendez, Johnny Melendez, Johnny Melendez, Jr., Estate of Michael Mercer, Sarah Mercer, Samuel Palmer, Robin Nicely, Estate of Juan C. Rodriguez, Louisa Puntonet, Robert Rucker, Estate of Billy San Pedro, Cesar San Pedro, Sila V. San Pedro, Guillermo San Pedro, Javier San Pedro, Thurnell Shields, Emanuel Simmons, Estate of James Surch, Patty Barnett, Will Surch, Bradley Ulick, Jeanette Dougherty, Marilyn Peterson, Estate of Eric Walker, Tena Walker-Jones, Ronald E. Walker, Ronald Walker, Jr., Galen Weber, Estate of Obrian Weekes, Anson Edmond, Arnold Edmond, Hazel Edmond, Wendy Edmond, Faith Weekes, Ianthe Weekes, Keith | |

| | |
|---|---|
| Weekes, Meta Weekes, Estate of Dennis Lloyd West, Kathy West, Estate of John Weyl (collectively, the "Bland Judgment Creditors"). | |
| 64. The Brown Judgment Creditors consist of: consist of: Joseph A. Barile, Angela E. Barile, Michael Barile, Andrea Ciarla, Ann Marie Moore, Angela Yoak, John Becker, The Estate of Anthony Brown, Vara Brown, John Brown, Sulba Brown, Rowel Brown, Marvine McBride, LaJuana Smith, Rodney E. Burns, Jannie Scaggs, Eugene Burns, David Burns, Daniel Cuddeback, Jr., John R. Cuddeback, Daniel Cuddeback, Sr., Barbara Cuddeback, Robert Dean, Michael Episcopo, Randy Gaddo, Peter Gaddo, Timothy Gaddo, Louise Gaddo Blatter, The Estate of William R. Gaines, Jr., Michael Gaines, Carolyn Spears, Mark Spears, James S. Spears, William R. Gaines, Sr., Evelyn Sue Spears Elliot, Carol Weaver, The Estate of Virgel Hamilton, Gloria Hamilton, Bruce Hastings, Maynard Hodges, Kathy Hodges, Mary Jean Hodges, Loretta Brown, Cindy Holmes, Shana Saul, Daniel Joy, Sean Kirkpatrick, Daniel Kremer, Joseph T. Kremer, Jacqueline Stahrr, The Estate of Christine Kremer, The Estate of Thomas Kremer, The Estate of David A. Lewis, Betty Lewis, Jerry L. Lewis, Scott M. Lewis, Paul Martinez, Sr., Teresa Gunther, Esther Martinez Parks, Alphonso Martinez, Daniel Martinez, Michael Martinez, Paul Martinez, Jr.,Tomasita L. Martinez, Susanne Yeoman, John Opatovsky, The Estate of Jeffrey Bruce Owen, Steven G. Owen, Jean Givens Owen, The Estate of Michael Lee Page, Albert Page, Janet Page, Joyce Clifford, David Penosky, Joseph Penosky, Christian R. Rauch, Leonard Paul Tice, The Estate of Burton Wherland, Sarah Wherland, Gregory Wherland, Kimmy Wherland, Charles F. West, Charles H. West, Rick West, and Sharon Davis (collectively, the "Brown Judgment Creditors") | *See* Exs. 29 & 43 to Smith Decl. |
| 65. The Heiser Judgment Creidtors consist of: The Estate of Michael Heiser; Gary Heiser; | *See* Exs. 29 & 37 to Smith Decl. |

Francis Heiser; The Estate of Leland Timothy Haun; Ibis S. Haun; Miligaritos Perez-Dalis; Senator Haun; The Estate of Justin Wood; Richard W. Wood; Kathleen M. Wood; Shawn M. Wood; The Estate of Earl F. Cartrette, Jr.; Denise M. Eichstaedt; Anthony W. Cartrette; Lewis W. Cartrette; The Estate of Brian McVeigh; Sandra M. Wetmore; James V. Wetmore; The Estate of Millard D. Campbell; Marie R. Campbell; Bessie A. Campbell; The Estate of Kevin J. Johnson; Shyrl L. Johnson; Che G Colson; Kevin Johnson; Nicholas A. Johnson; Laura E. Johnson; Bruce Johnson; The Estate of Joseph E. Rimkus; Bridge Brooks; James Rimkus; Anne M. Rimkus; The Estate of Brent E. Marthaler; Katie L. Marthaler; Sharon Marthaler; Herman C. Marthaler III; Matthew Marthaler; Kirk Marthaler; The Estate of Thanh Van Nguyen; Christopher Nguyen; The Estate of Joshua E. Woddy; Dawn Woody; Bernadine R. Beekman; George M. Beekman; Tracy M. Smith; Jonica L. Woody; Timothy Woody; The Estate of Peter J. Morgera; Michael Morgera; Thomas Morgera; The Estate of Kendall Kitson Jr.; Nancy R. Kitson; Kendall K. Kitson; Steve K. Kitson; Nancy A. Kitson; The Estate of Christopher Adams; Catherine Adams; John E. Adams; Patrick D. Adams; Michael T. Adams; Daniel Adams; Mary Young; Elizabeth Wolf; William Adams; The Estate of Christopher Lester; Cecil H. Lester; Judy Lester; Cecil H. Lester, Jr.; Jessica F. Lester; The Estate of Jeremy A. Taylor; Lawrence E. Taylor; Vickie L. Taylor; Starlina D. Taylor; The Estate of Patrick P. Fennig; Thaddeus C. Fennig; Catherine Fennig; Paul D. Fennig; and Mark Fennig.

Dated:  July 13, 2010                    HOWARTH & SMITH

                                 By:     /s/Suzelle M. Smith
                                         Suzelle M. Smith
                                         Don Howarth
                                         523 West Sixth Street, Suite 728
                                         Los Angeles, California  90014
                                         (213) 955-9400
                                         ssmith@howarth-smith.com
                                         *Attorneys for Plaintiffs*