PATTERSON, J

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/10
```

JEREMY LEVIN and DR. LUCILLE LEVIN,

  Plaintiffs and Interpleader
  Counter-Claim Defendants,

v.

BANK OF NEW YORK, JPMORGAN
CHASE, and CITIBANK,

  Defendants, and

SOCIÉTÉ GÉNÉRALE,

  Defendant and Interpleader
  Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

  Defendant and Interpleader
  Cross-Claim Defendant, and

BANK SEPAH, COMMERZBANK AG,
et. al.,

  Interpleader Third-Party
  Defendants.

Civil Action No.
09-CV-5900 (RPP)

ECF Case

## STIPULATION OF DISMISSAL OF INTERPLEADER ACTION AND CROSSCLAIM AS AGAINST COMMERZBANK A.G. WITH PREJUDICE

**WHEREAS** on January 4, 2010, Société Générale filed a third-party Interpleader Complaint against Commerzbank A.G. with respect to certain blocked funds in Société Générale account #862781 (the "Interpleader Action");

**WHEREAS** on July 8, 2010, the group known as the Peterson Defendants filed an Amended Answer to Third-Party Complaint filed by The Bank Of New York Mellon, JPMorgan

Chase Bank, N.A., Citibank, N.A., and Société Générale, in which amended answer the Peterson Defendants included certain Counterclaims and Crossclaims, including a crossclaim against Commerzbank A.G. with respect to certain blocked funds in Société Générale account #862781 (the "Peterson Crossclaim");

**IT IS HEREBY STIPULATED** and agreed, by and between Commerzbank A.G. and Société Générale that any right, title or interest in and to the specific funds now blocked in Société Générale account # 862781 is hereby relinquished by Commerzbank AG and that, in accordance with Fed. R. Civ. P. 41(a)(2), the Interpleader Action as against Commerzbank A.G. is dismissed with prejudice and no costs shall be entered in this action as and between Société Générale and Commerzbank AG with respect to such dismissal; and

**IT IS HEREBY FURTHER STIPULATED** and agreed, by and between Commerzbank A.G. and the Peterson Defendants that, in accordance with Fed. R. Civ. P. 41(a)(2), the Peterson Crossclaim as against Commerzbank A.G. is dismissed with prejudice and no costs shall be entered in this action as and between the Peterson Defendants and Commerzbank A.G. with respect to such dismissal.

MAYER BROWN LLP
Mark Hanchet, Esq.
Christopher J. Houpt, Esq.
1675 Broadway
New York, New York 10019
(212) 506-2500
mhanchet@mayerbrown.com
choupt@mayerbrown.com
*Attorneys for Defendant and Interpleader Plaintiff Société Générale*

By: /s/ Mark Hanchet
Mark Hanchet, Esq.
Christopher J. Houpt, Esq.
Dated: July 23, 2010

GIBBONS P.C.
Terry Myers, Esq.
Jeffrey L. Nagel, Esq.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000
tmyers@gibbonslaw.com
jnagel@gibbonslaw.com
*Attorneys for Interpleader Third-Party Defendant Commerzbank AG*

By: /s/ Terry Myers
Terry Myers, Esq.
Dated: July 22, 2010

SALON MARROW DYCKMAN
NEWMAN & BROUDY LLP
Liviu Vogel, Esq.
292 Madison Avenue, 6th floor
New York, New York 10017
(212) 661-7100
*Attorneys for the Third-Party Peterson Defendants*

By: /s/ Liviu Vogel
Liviu Vogel, Esq.
Dated: July 23, 2010

7/26/10

SO ORDERED:

/s/ Robert P. Patterson
Honorable Robert P. Patterson
United States District Judge