# STROOCK





CHAMBERS OF
JUDGE ROBERT P. PATTERSON

By Fax

September 9, 2010

James L. Bernard
Direct Dial 212-806-5684
Direct Fax 212-806-2684
jbernard@stroock.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/10

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   Levin v. Bank of New York, Case No. 09 Civ. 5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

We represent the Greenbaum and Acosta third-party defendants in the above-referenced action. We write regarding Your Honor's memo endorsement earlier today granting JPMorgan Chase Bank, N.A. and The Bank of New York Mellon's request for an extension of time to submit briefs in connection with the Levin Plaintiffs' motion for summary judgment. Although we believe that this new schedule should apply to all parties, for the avoidance of any doubt, and because the banks' letter did not refer to the third-party defendants, we write to confirm that the new schedule should apply to all parties in this action, including the third-party defendants.

Respectfully submitted,

James L. Bernard

cc:   J. Kelley Nevling, Jr., Esq. (by e-mail)
      Suzelle M. Smith, Esq. (by e-mail)
      Sharon L. Schneier, Esq. (by e-mail)
      Mark G. Hanchet, Esq. (by e-mail)
      Christopher J. Houpt, Esq. (by e-mail)

*Application denied. It is one thing to read four briefs immediately before argument. It is quite another to read all the briefs in that short space of time.*

*So ordered.*
*Robert P. Patterson*

See attached typewritten
Memo Endorsement

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

Hon. Robert P. Patterson
September 9, 2010
Page 2

    Noel J. Nudelman, Esq. (by e-mail)
    Richard M. Kremen, Esq. (by e-mail)
    Liviu Vogel, Esq. (by e-mail)
    Annie Pennock Kaplan, Esq. (by e-mail)
    Robert J. Tolchin, Esq. (by e-mail)
    George M. Chalos, Esq. (by e-mail)
    John J. Hay, Esq. (by e-mail)
    George F. Hritz, Esq. (by e-mail)
    Jonathan G. Kortmansky, Esq. (by e-mail)
    Jeffrey L. Nagel, Esq. (by e-mail)

Case:        Levin v. Bank of New York, et al.
Index No.    09 Civ. 5900 (RPP)

**MEMO ENDORSEMENT READS:**

Application denied.

It is one thing to read four briefs immediately before argument. It is quite another to read all the briefs in that short space of time.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 9/9/10*