UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEREMY LEVIN AND DR. LUCILLE LEVIN, :
:
    Plaintiffs, :
: Case No. 09-Civ-5900 (RPP)
v. :
: **LOCAL RULE 56.1 SEPARATE STATEMENT**
BANK OF NEW YORK, *et al.*, : **OF DISPUTED FACTS IN**
: **SUPPORT OF THE ESTATE OF MICHAEL**
    Defendants. : **HEISER, ET AL'S**
------------------------------------------------------------x **OPPOSITION TO THE MOTION FOR**
THE BANK OF NEW YORK MELLON, *et al.* : **PARTIAL SUMMARY JUDGMENT ON**
: **CLAIMS FOR TURNOVER ORDER**
    Third-Party Plaintiffs, : **PHASE ONE ASSETS PURSUANT TO**
: **FED. R. CIV. P. 13, 56, AND 69, CPLR**
v. : **SECTIONS 5225(B), 5232, AND 5234(B),**
: **ORDERS DATED JANUARY 11, 2010 AND**
ESTATE OF MICHAEL HEISER, *et al.*, : **JULY 2, 2010**
:
    Third-Party Defendants. :
------------------------------------------------------------x

Pursuant to Local Rule 56.1, the Estate of Michael Heiser, et al. (the "Heisers") submit the following statement of undisputed material facts, together with reference to supporting evidence, in support of the Estate of Michael Heisers et al.'s Response in Opposition to the Motion for Partial Summary Judgment on Claims for Turnover of Phase One Assets Pursuant to Fed. R. Civ. P. 13, 56, and 69, CPLR Sections 5225(b), 5232 and Order Dated January 11, 2010 and Order Dated July 2, 2010.

| DISPUTED FACT ASSERTED BY THE LEVINS | STATEMENT CONTROVERTING | SUPPORTING EVIDENCE |
|---|---|---|
| 10. The following are agencies and instrumentalities of Iran: ▮▮▮ | 10. ▮▮▮ is not an agency or instrumentality of Iran under 28 U.S.C. § 1603(b) because ▮▮▮ is a wholly owned subsidiary of ▮▮▮. | *See* Ex. 9 to Misler Decl.; 28 U.S.C. § 1603(b) (defining an agency or instrumentality of a foreign state); *Dole Food Co. v. Patrickson*, 538 U.S. 468, 474 (2003); *Ocean Line Holdings, Ltd. v. China Nat'l* |

| | | |
|---|---|---|
| ███████████████. | ███████████ are not agencies or instrumentalities of Iran because Iran does not own a direct interest in any of these entities. | *Chartering Corp.*, 578 F. Supp. 2d 621, 625 (S.D.N.Y. 2008). Clawson Aff. ¶¶ 29, 30, 31, 32, 33 34. *See also* www.petropars.com. |
| 24. The Heiser Judgment Creditors filed answers to the third party complaints and counterclaimed against the New York Banks on June 15, 2010. | 24. The Heisers counterclaimed against the New York Banks (as defined by the Levins), however, the Heisers filed an amended answer retracting its counterclaims against Citibank, N.A. and Societe Generale. | Amended Answer of the Estate of Michael Heiser, et al. (Docket No. 212). |
| 37. ████ is itself an agency or instrumentality of Iran. | 37. ████████ is not an agency or instrumentality of Iran under the definition contained in 28 U.S.C. § 1603(b) because it is a wholly owned subsidiary of Islamic Republic of Iran Shipping Lines. | 28 U.S.C. § 1603(b) (defining an agency or instrumentality of a foreign state); *Dole Food Co. v. Patrickson*, 538 U.S. 468, 474 (2003); *Ocean Line Holdings, Ltd. v. China Nat'l Chartering Corp.*, 578 F. Supp. 2d 621, 625 (S.D.N.Y. 2008). Clawson Aff. ¶ 32. |
| 50 ████████████████ is an agency or instrumentality of Iran. | 50. ████ is not an agency or instrumentality of Iran under 28 U.S.C. § 1603(b) because ████████████████████ is a wholly owned subsidiary of ████████. | *See* Ex. 9 to Misler Decl.; 28 U.S.C. § 1603(b) (defining an agency or instrumentality of a foreign state); *Dole Food Co. v. Patrickson*, 538 U.S. 468, 474 (2003); *Ocean Line Holdings, Ltd. v. China Nat'l Chartering Corp.*, 578 F. Supp. 2d 621, 625 (S.D.N.Y. 2008). Clawson Aff. ¶ 29. |

| | |
|---|---|
| Dated: New York, New York<br>September 13, 2010 | /s/ Barbara L. Seniawski<br>Cary B. Samowitz<br>Barbara L. Seniawski<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Telephone: 212-335-4659<br>Facsimile: 212-884-8459<br>cary.samowitz@dlapiper.com<br><br>and<br><br>Richard M. Kremen (Md. Fed. Bar No. 00532)<br>Dale K. Cathell (Md. Fed. Bar No. 26924)<br>David B. Misler (Md. Fed. Bar No. 28828)<br>DLA PIPER LLP (US)<br>6225 Smith Ave.<br>Baltimore, MD 21209<br>Telephone: 410-580-3000<br>Facsimile: 410-580-3001<br>Richard.kremen@dlapiper.com<br>Dale.cathell@dlapiper.com<br>David.misler@dlapiper.com<br><br>*Attorneys for Third-Party Defendants Estate of Michael Heiser, et al.* |

EAST\43505919.1