AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

**APPEARANCE**

Case Number: 1:09-cv-5900-RPP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Third Party Defendants, Estate of Michael Heiser, et al. (the "Heiser Defendants")

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/13/2010 | *[signature]* |
| Date | Signature |
| | Barbara L. Seniawski — BS0224 |
| | Print Name — Bar Number |
| | DLA PIPER LLP (US), 1251 Avenue of the Americas |
| | Address |
| | New York — NY — 10020 |
| | City — State — Zip Code |
| | (212) 335-4934 — (212) 335-4501 |
| | Phone Number — Fax Number |