UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JEREMY LEVIN AND DR. LUCILLE LEVIN,  :

    Plaintiffs, :

                                              : Case No. 09-Civ-5900 (RPP)
v. :

BANK OF NEW YORK, *et al.*, :

    Defendants. :
---------------------------------------------------------------x   **CERTIFICATE OF SERVICE**
THE BANK OF NEW YORK MELLON, *et al*. :

    Third-Party Plaintiffs, :

v. :

ESTATE OF MICHAEL HEISER, *et al.*, :

    Third-Party Defendants. :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Barbara L. Seniawski, Esq., an attorney admitted to practice in the State of New York and before this Court, under penalty of perjury, certify that on the 13th day of September, 2010, true and correct redacted copies of the following documents were provided to the persons listed in the attached Service List, by the Court's CM/ECF electronic filing notification

    (1)    Notice of Appearance of Barbara L Seniawski;

    (2)    Notice of the Estate of Michael Heiser et al.'s Cross-Motion for Partial Summary Judgment (the "Heiser Response and Motion");

    (3)    Memorandum of Law in Support of the Estate of Michael Heiser et al.'s (I) Opposition to the Plaintiff's Motion for Partial Summary Judgment on Claims for Turnover Order Phase One Assets Pursuant to Fed. R. Civ. P. 13, 56, and 69, CPLR Sections 5225(b), 5232, and 5234(b), and Orders Dated January 11 and July 2, 2010 and (II) Cross-Motion for Partial Summary Judgment (the "Heiser Response and Motion");

    (4)    Declaration of David B. Misler and Exhibits thereto in Support of the Heiser Response and Motion;

(5) Local Rule 56.1 Separate Statement of Undisputed Facts in Support of the Heiser Response and Motion; and

(6) Local Rule 56.1 Separate Statement of Disputed Facts in Support of the Heiser Response and Motion.

In addition, an unredacted copy of the foregoing was sent by U.S. Mail, first class, postage prepaid, to the individuals on the attached service list.

Dated: New York, New York
September 13, 2010

Barbara L. Seniawski
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: 212-335-4500
Facsimile: 212-884-4501
barbara.seniawski@dlapiper.com

*Attorneys for Third-Party Defendants Estate of Michael Heiser, et al.*