

**United States Department of State**

*Washington, D.C. 20520*

January 14, 2009

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Jeremy Levin and Dr. Lucille Levin, v. The Islamic Republic of Iran, et al, Case no. 1:05CV02494**

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of judgments and notices of default judgment pursuant to 28 U.S.C. 1608(a)(4) upon defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Iranian Revolutionary Guard Corps in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs.

The documents were transmitted to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes 1060-IE, 1061-IE and 1062-IE, each dated and delivered on February 21, 2008. While service under 28 U.S.C. 1608(a)(4) is effective upon delivery of the diplomatic note, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Tehran.

I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of

the Head of the U.S. Interests Section at the Swiss Embassy in Tehran and the certification of the Vice Consul of the U.S. Embassy in Bern.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc: Ms. Suzelle M. Smith, Esq.
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, CA 90014

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
ern, Canton of Bern ) SS:
mbassy of the United States of America )

John M. Grondelski, a consular officer at the Embassy of
e United States at Bern, Switzerland, certify that this
a true copy of Embassy note number 17489 dated October
2008, which was transmitted to the Swiss Ministry of
reign Affairs on October 8, 2008 for further transmission
the American Interests Section of the Swiss Embassy in
hran, Iran.

(Signature of Consular Officer)

John M. GRONDELSKI
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 16, 2008
(Date)



*Embassy of the United States of America*

October 8, 2008

CONS NO.   17489

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundeshaus Nord
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) - Jeremy LEVIN, et al. v. the Islamic Republic of Iran, et al., Case No. 05-2494

REF:      ----

The Department of State has requested the delivery of the enclosed Orders and Judgments to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Jeremy Levin, et al. v. the Islamic Republic of Iran, et al., Case No. 05-2494.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran.  The Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Iranian Revolutionary Guard Corps are defendants in the above-mentioned suit.  The American Interests Section should transmit the Orders and Judgments to the Iranian Ministry of Foreign Affairs under cover of three diplomatic notes utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The American Interests Section should execute the certification of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed are the appropriate parts of a message the Embassy received from the Department of State as well as two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.





SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland )
rn, Canton of Bern ) SS:
bassy of the United States of America )

ertify that the annexed document bears the genuine seal the Swiss Federal Department of Foreign Affairs.

ertify under penalty of perjury under the laws of the ted States that the foregoing is true and correct.

(Signature of Consular Officer)

John M. GRONDELSKI
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 16, 2008
(Date)

.ation suisse
.erazione Svizzera
.aderaziun svizra

.idgenössisches Departement für
auswärtige Angelegenheiten EDA

26071

Referenz /Aktenzeichen:

K.252.22-USA/IRAN 106-1 WUH

Das Eidgenössische Departement für auswärtige Angelegenheiten bezieht sich auf die Note CONS No. 17489 vom 08. Oktober 2008 betr. die Übermittlung von Gerichtsakten im Fall Jeremy Levin, et al. gegen die Islamische Republik Iran, und beehrt sich, der Botschaft der Vereinigten Staaten von Amerika in der Beilage folgende Unterlagen zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in Teheran zurückerhalten hat:

- **Gerichtsakten: Judicial Assistance: Jeremy Levin, et al. v. the Islamic Republic of Iran, et al., Case No. 05-2494.**
- **Note Nr. 1059-IE, 1060-IE und 1061-IE vom 14. Oktober 2008 und "Proof of Service", datiert vom 14. Oktober 2008, sowie die Beglaubigung der Unterschrift durch die Schweizerische Bundeskanzlei datiert vom 10. Dezember 2008.**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Noten Nr. 1059-IE (Islamic Republik of Iran), 1060-IE (Iranian Ministry of Information and Security) und 1061-IE (Iranian Revolutionary Guard Corps) am 14. Oktober 2008 an das iranische Aussenministerium übergeben. **Die Annahme der Originalnoten samt Beilagen wurden jedoch durch das iranische Aussenministerium gleichentags verweigert und ohne Kommentar zurückgegeben.** In der Beilage erhalten Sie die drei erwähnten Noten als 'evidence of delivery', mit Bestätigung der Bundeskanzlei datiert vom 10. Dezember 2008.

Das Departement benützt auch diesen Anlass um die Botschaft seiner ausgezeichneten Hochachtung zu versichern.

Bern, 10. Dezember 2008

EIDGENÖSSISCHES DEPARTEMENT FÜR AUSWÄRTIGE ANGELEGENHEITEN

*Beilagen erwähnt*

**An die Botschaft der Vereinigten Staaten von Amerika**

**Bern**

Informal Embassy translation from the German of SPP Note No. 26071 dated December 10, 2008:

"The Federal Department of Foreign Affairs, referring to Embassy's note No. 17489 of October 8, 2008 concerning the transmission of the court documents in the case of Jeremy Levin, et al. v. the Islamic Republic of Iran and has the honor to submit to the Embassy of the Untied States of America the following enclosures received from the American Interests Section of the Swiss Embassy in Tehran.

- **Court documents: Judicial Assistance: Jeremy Levin, et al. v. the Islamic Republic of Iran, et al., Case No. 05-2494**
- **Notes Nos. 1059-IE, 1060-IE and 1061-IE dated October 14, 2008 and 'Proof of service' dated October 14, 2008 furnished with the authentication of signature made by the Swiss Federal Chancellery dated December 10, 2008**

The Interests Section delivered the above mentioned court documents and its notes Nos. 1059-IE (Islamic Republic of Iran, 1060-IE (Iranian Ministry of Information and Security) and 1061-IE (Iranian Revolutionary Guard Corps) on October 14, 2008 to the Iranian Ministry of Foreign Affairs. **On the same day the receipt of the notes and attachments was refused by the Iranian Ministry of Foreign Affairs and returned with no comment.** Enclosed are the mentioned three notes as 'evidence of delivery' furnished with the authentication of signature made by the Swiss Federal Chancellery on December 10, 2008.

Complimentary close.

Bern, December 10, 2008

Enclosures as stated"

SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland )
n, Canton of Bern ) SS:
assy of the United States of America )

I ertify that the annexed document is executed by the g uine signature and seal of the following named official w , in an official capacity, is empowered by the laws of S tzerland to execute that document.

I ertify under penalty of perjury under the laws of the U ted States that the foregoing is true and correct.

Ruth EGGER
ped name of Official who executed the annexed document)

(Signature of Consular Officer)

John M. GRONDELSKI
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 16, 2008
(Date)

.eizerische Eidgenossenschaft
.nfédération suisse
.onfederazione Svizzera
Confederaziun svizra

**US Interests Section**

No. 1061-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Jeremy Levin, et al. v. Islamic Republic of Iran, et al., Case Number 05-2494, which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Revolutionary Guard Corps is a defendant in this case. The Foreign Interests Section transmits an Order and Judgment herewith. The U.S. Federal District Court has requested the transmittal of this document. This note constitutes transmittal of this document to the Iranian Revolutionary Guard Corps as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the default judgment.

The Foreign Interests Section has been advised that under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Such legal counsel can advise about raising legal objections, if any, either in the underlying proceeding or should there be a proceeding relating to enforcement of the default judgment. Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. Consistent with practice, the United States Department of State is available to discuss with counsel the requirements of U.S. law. The United States Government is not a party to this litigation and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Order and Judgment
2 – Translations

Tehran – October 14, 2008 (Mehr 23, 1387)

**Ministry of Foreign Affairs of the**
**Islamic Republic of Iran**
**Tehran**

I, Marco M. Kämpf, Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1061-IE dated October 14, 2008 and delivered to the Iranian Ministry of Foreign Affairs on October 14, 2008.

Marco M. Kämpf
Head of Foreign Interests Section

Tehran – October 14, 2008

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

This public document

2. has been signed by Marco M. Kämpf
3. acting in the capacity of officers
4. bears the seal/stamp of

Embassy of Switzerland US Interests Section Tehran

**Certified**

5. at Berne 6. the 10 December 2008

7. by Ruth Egger
functionary of the Swiss federal Chancellery

8. No 018507

9. Seal/stamp: 10. Signature:

Swiss federal Chancellery

Ruth Egger



ترجمه غیر رسمی

سفارت سوئیس

شماره IE- ۱۰۴۱

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان جرمی لوین و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده شماره ۲۴۹۴-۰۵ که در دادگاه بخش فدرال ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب مینماید . سپاه پاسداران جمهوری اسلامی ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله یک فقره حکم را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به سپاه پاسداران جمهوری اسلامی ایران تلقی میگردد .

خاطرنشان میسازد که طبق قوانین ایالات متحده آمریکا ، توقیف و ضبط قانونی اموال و اقدام به اجرای حکم برابر با فصل ۲۸ بخش ۱۶۱۰ مجموعه قوانین ایالات متحده آمریکا ممکن است پس از مدت زمانی منطقی بعد از اعلام حکم قصور آغاز گردد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . این مشاور حقوقی میتواند در صورت تمایل به اقامه اعتراض قانونی به اقدامات اولیه و یا اقدامات مربوط به اجرای حکم قصور راهنمایی لازم را ارائه دهد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ بیست و سوم مهر ماه ۱۳۸۷ (۱۴ اکتبر ۲۰۰۸)

EMBASSY OF SWITZERLAND FOREIGN INTERESTS

پیوست : ۱- حکم دادگاه و قضاوت در مورد پرونده
۲- ترجمه ها

وزارت امور خارجه جمهوری اسلامی ایران
تهران



SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
ern, Canton of Bern ) SS:
bassy of the United States of America )

certify that the annexed document is executed by the
uine signature and seal of the following named official
, in an official capacity, is empowered by the laws of
tzerland to execute that document.

ertify under penalty of perjury under the laws of the
ted States that the foregoing is true and correct.

Ruth EGGER
ped name of Official who executed the annexed document)

(Signature of Consular Officer)

John M. GRONDELSKI
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 16, 2008
(Date)

weizerische Eidgenossenschaft
onfédération suisse
onfederazione Svizzera
Confederaziun svizra

**US Interests Section**

No. 1059-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Jeremy Levin, et al. v. Islamic Republic of Iran, et al., Case Number 05-2494, which is pending in the U.S. Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits an Order and Judgment herewith. The U.S. Federal District Court has requested the transmittal of this document. This note constitutes transmittal of this document to the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the default judgment.

The Foreign Interests Section has been advised that under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Such legal counsel can advise about raising legal objections, if any, either in the underlying proceeding or should there be a proceeding relating to enforcement of the default judgment. Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. Consistent with practice, the United States Department of State is available to discuss with counsel the requirements of U.S. law. The United States Government is not a party to this litigation and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Order and Judgment
2 – Translations

Tehran -- October 14, 2008 (Mehr 23, 1387)

**Ministry of Foreign Affairs of the**
**Islamic Republic of Iran**
**Tehran**

I, Marco M. Kämpf, Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1059-IE dated October 14, 2008 and delivered to the Iranian Ministry of Foreign Affairs on October 14, 2008.

Marco M. Kämpf
Head of Foreign Interests Section

Tehran – October 14, 2008

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION
   This public document
2. has been signed by Marco M. Kämpf
3. acting in the capacity of officers
4. bears the seal/stamp of
   Embassy of Switzerland US Interests Section Tehran

**Certified**

5. at Berne 6. the 10 December 2008
7. by Ruth Egger
   functionary of the Swiss federal Chancellery
8. No 018505
9. Seal/stamp: 10. Signature:
   Swiss federal Chancellery

Ruth Egger

ترجمه غیر رسمی

سفارت سوئیس

شماره IE- ۱۰۵۹

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان جرمی لوین و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده شماره ۲۴۹۴-۰۵ که در دادگاه بخش فدرال ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب مینماید . جمهوری اسلامی ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله یک فقره حکم را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی میگردد .

خاطرنشان میسازد که طبق قوانین ایالات متحده آمریکا ، توقیف و ضبط قانونی اموال و اقدام به اجرای حکم برابر با فصل ۲۸ بخش ۱۶۱۰ مجموعه قوانین ایالات متحده آمریکا ممکن است پس از مدت زمانی منطقی بعد از اعلام حکم قصور آغاز گردد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . این مشاور حقوقی میتواند در صورت تمایل به اقامه اعتراض قانونی به اقدامات اولیه و یا اقدامات مربوط به اجرای حکم قصور راهنمایی لازم را ارائه دهد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ بیست و سوم مهر ماه ۱۳۸۷ (۱۴ اکتبر ۲۰۰۸ )

پیوست : ۱- حکم دادگاه و قضاوت در مورد پرونده
۲- ترجمه ها

EMBASSY OF SWITZERLAND FOREIGN INTERESTS

وزارت امور خارجه جمهوری اسلامی ایران
تهران



SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland )
rn, Canton of Bern ) SS:
bassy of the United States of America )

ertify that the annexed document is executed by the ine signature and seal of the following named official in an official capacity, is empowered by the laws of zerland to execute that document.

rtify under penalty of perjury under the laws of the d States that the foregoing is true and correct.

Ruth EGGER
d name of Official who executed the annexed document)

(Signature of Consular Officer)

John M. GRONDELSKI
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 16, 2008
(Date)

…erische Eidgenossenschaft
…édération suisse
…federazione Svizzera
…onfederaziun svizra

**US Interests Section**

No. 1060-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Jeremy Levin, et al. v. Islamic Republic of Iran, et al., Case Number 05-2494, which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits an Order and Judgment herewith. The U.S. Federal District Court has requested the transmittal of this document. This note constitutes transmittal of this document to the Iranian Ministry of Information and Security as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the default judgment.

The Foreign Interests Section has been advised that under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Such legal counsel can advise about raising legal objections, if any, either in the underlying proceeding or should there be a proceeding relating to enforcement of the default judgment. Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. Consistent with practice, the United States Department of State is available to discuss with counsel the requirements of U.S. law. The United States Government is not a party to this litigation and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Order and Judgment
2 – Translations

Tehran – October 14, 2008 (Mehr 23, 1387)

**Ministry of Foreign Affairs of the**
**Islamic Republic of Iran**
**Tehran**

I, Marco M. Kämpf, Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1060-IE dated October 14, 2008 and delivered to the Iranian Ministry of Foreign Affairs on October 14, 2008.

Marco M. Kämpf
Head of Foreign Interests Section

Tehran – October 14, 2008

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

This public document

2. has been signed by Marco M. Kämpf
3. acting in the capacity of officers
4. bears the seal/stamp of

Embassy of Switzerland US Interests Section Tehran

Certified

5. at Berne
6. the 10 December 2008
7. by Ruth Egger
functionary of the Swiss federal Chancellery
8. No 018506
9. Seal/stamp:
Swiss federal Chancellery
10. Signature:
Ruth Egger

ترجمه غیر رسمی

سفارت سوئیس

شماره IE- ۱۰۶۰

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان جرمی لوین و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده شماره ۲۴۹۴-۰۵ که در دادگاه بخش فدرال ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب مینماید . وزارت اطلاعات و امنیت ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله یک فقره حکم را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به وزارت اطلاعات و امنیت ایران تلقی میگردد .

خاطرنشان میسازد که طبق قوانین ایالات متحده آمریکا ، توقیف و ضبط قانونی اموال و اقدام به اجرای حکم برابر با فصل ۲۸ بخش ۱۶۱۰ مجموعه قوانین ایالات متحده آمریکا ممکن است پس از مدت زمانی منطقی بعد از اعلام حکم قصور آغاز گردد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . این مشاور حقوقی میتواند در صورت تمایل به اقامه اعتراض قانونی به اقدامات اولیه و یا اقدامات مربوط به اجرای حکم قصور راهنمایی لازم را ارائه دهد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ بیست و سوم مهر ماه ۱۳۸۷ (۱۴ اکتبر ۲۰۰۸)

پیوست : ۱- حکم دادگاه و قضاوت در مورد پرونده
۲- ترجمه ها

EMBASSY OF SWITZERLAND FOREIGN INTERESTS

وزارت امور خارجه جمهوری اسلامی ایران
تهران

