UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN,

        Plaintiffs,

    - against -

BANK OF NEW YORK, JP MORGAN CHASE, SOCIETE GENERALE, and CITIBANK,

        Defendants.

---------------------------------------------------------------

THE BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIETE GENERALE and CITIBANK, N.A.,

        Third-Party Plaintiffs,

    - against -

STEVEN M. GREENBAUM, STEVEN M. GREENBAUM (as administrator of the estate of JUDITH GREENBAUM), ALAN D. HAYMAN, SHIRLEE HAYMAN, *et al.*,

        Third-Party Defendants.

---------------------------------------------------------------x

Civ. No. 09 Civ. 5900 (RPP)

## **RESPONSE OF DEFENDANT/THIRD-PARTY PLAINTIFF CITIBANK N.A. TO THE AFFIRMATIVE STATEMENT OF MATERIAL FACTS OF GREENBAUM AND ACOSTA JUDGMENT CREDITORS**

Pursuant to Local Rule 56.1 of the United States District Court for the Southern District of New York, Defendant/Third-Party Plaintiff Citibank, N.A. ("Citi") hereby submits the following Response to the Affirmative Statement of Material Facts of Greenbaum and Acosta Judgment Creditors, dated September 13, 2010.

    66.    Citi lacks information sufficient to respond to this assertion of undisputed material fact.

67. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

68. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

69. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

70. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

71. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

72. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

73. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

74. Undisputed.

75. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

76. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

77. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

78. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

DWT 15538376v1 0067486-000015

79. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

80. This paragraph has been completely redacted. Citi therefore lacks information sufficient to respond to this assertion of undisputed material fact.

81. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

82. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

83. Undisputed.

84. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

85. Citi notes that the Bonk and Valore third-party defendants filed an answer to the third-party complaint.

86. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

87. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

88. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

89. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

90. Undisputed.

91. Citi lacks information sufficient to respond to this assertion of undisputed material fact.

92. Citi lacks information sufficient to respond to this assertion of undisputed material fact, except that Citi states that it has interpled third-party defendant entities and judgment creditors.

93. Citi lacks information sufficient to respond to this assertion of undisputed material fact.


Dated: New York, New York
September 27, 2010

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By: /s/Sharon L. Schneier
           Sharon L. Schneier

        1633 Broadway 27th floor
        New York, New York 10019
        (212) 489-8230

        *Attorneys for Defendant/Third-Party Plaintiff Citibank, N.A.*