UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

                                                   09 CV 5900 (RPP)

              Plaintiffs
   - against -

BANK OF NEW YORK, JP MORGAN CHASE,      **ORDER**
SOCIETE GENERALE and CITIBANK,

              Defendants.
------------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      The Court has received a letter from Plaintiffs' counsel dated December 13, 2010 seeking clarification of the Court's December 10, 2010 Order granting defendant Bank of New York Mellon's Motion for Leave to File an Additional Third Party Complaint. As directed in the December 10 Order, in the interest of expediting the resolution of this phase of the case, Bank of New York is directed to serve the third-party Complaint immediately, with an Answer due within 10 days of service of the Complaint.

IT IS SO ORDERED.

Dated: New York, New York
       December 14, 2010

                                                    Robert P. Patterson, Jr.
                                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/14/10

Copies of this order were sent to:

| | |
|---|---|
| Suzelle Smith<br>Howarth & Smith<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90017<br>Fax: 213-622-0791<br>(via fax and ECF) | Robert Joseph Tolchin, Esq.<br>225 Broadway, 24th Floor<br>New York, NY 10007<br>Fax: (212) 227-5090<br>(via fax and ECF) |
| Howard B. Levi<br>J. Kelley Nevling, Jr.<br>Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas, 17th Floor<br>New York, NY 10036<br>Fax: 212-308-8830 | Annie Pennock Kaplan<br>Fay Kaplan Law, P.A.<br>700 Fifth Street NW<br>Wasshington, DC 20001<br>Fax: (202)-589-1721<br>(via fax and ECF) |
| Sharon L. Schneier<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019<br>Fax: 212-489-8340<br>(via fax and ECF) | Liviu Vogel<br>Petek Gunay<br>Salon Marrow Dyckman Newman Broudy LLP<br>292 Madison Ave, 6th floor<br>New York, NY 10017<br>Fax: (212) 661-3339<br>(via fax and ECF) |
| Mark G. Hanchet<br>Christopher J. Houpt<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>Fax: 212-849-5695<br>(via fax and ECF) | Cary Brian Samowitz<br>DLA Piper US LLP (NY)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Fax: (212) 335-4501<br>(via fax and ECF) |
| Curtis Campbell Mechling<br>Jeremy Sage Rosof<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Fax: 212-806-2609<br>(via fax and ECF) | Dale K. Cathell<br>David B. Misler<br>Richard M. Kremen<br>DLA Piper US LLP (MD)<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>Fax: (410)-580-3122<br>(via fax and ECF) |
| Jeffrey Lance Nagel<br>Terry Alan Myers<br>Gibbons P.C. (NY)<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119<br>Fax: (973)-639-6265<br>(via fax and ECF) | George Michael Chalos<br>Kerri Marie D'Ambrosio<br>Chalos & Co., P.C.<br>123 South Street<br>Oyster Bay, NY 11771<br>Fax: (866) 702-4577<br>(via fax and ECF) |
| Noel J. Nudelman<br>Fax: (202)-463-2999<br>(via fax and ECF) | All additional counsel of record<br>(via ECF) |