UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>        Plaintiffs,<br><br>    -v-<br><br>BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIETE GENERALE and CITIBANK, N.A.<br><br>        Defendants.<br>_____<br><br>THE BANK OF NEW YORK MELLON,<br><br>        Third-Party Plaintiff,<br><br>    -v-<br><br><br>_____<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Third-Party Plaintiff,<br><br>    -v-<br><br><br><br>CAPTION CONTINUED ON NEXT PAGE | (FILED PARTIALLY UNDER SEAL DUE TO CONFIDENTIAL INFORMATION PER ORDER DATED JANUARY 21, 2010)<br><br><br>Civ. No. 09 CV 5900 (RPP)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A STAY OF THE COURT'S JANUARY 28, 2011 ORDER PENDING APPEAL**<br><br>**[Memorandum of Law in Support of Motion; [Proposed] Order Filed Concurrently Herewith]**<br><br>HEARING DATE: February 22, 2011, (Requested by Letter to the Court, dated February 7, 2011 but Moving Party Is Prepared to Submit on the Briefs without Argument)<br>TIME:   3:00 PM<br>PLACE:  Courtroom 24A |

SOCIETE GENERALE,

        Third-Party Plaintiff,

-v-


\_

CITIBANK, N.A.,

        Third-Party Plaintiff,

-v-


_____

THE BANK OF NEW YORK MELLON, JPMORGAN CHASE, N.A., SOCIETE GENERALE and CITIBANK, N.A.,

        Third-Party Plaintiffs,

-v-

STEVEN M. GREENBAUM, et al.

        Third-Party Defendants.

Civ. No. 09 CV 5900 (RPP)

CAPTION CONTINUED ON NEXT PAGE

11:P2428002.doc

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIETE GENERALE and CITIBANK, N.A., <br><br> Third-Party Plaintiffs, <br><br> -v- <br><br> THE ESTATE OF JAMES SILVIA AND LYNNE MICHOL SPENCER, et al., <br><br> Third-Party Defendants. | Civ. No. 09 CV 5900 (RPP) |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A STAY OF THE COURT'S JANUARY 28, 2011 ORDER PENDING APPEAL**

PLEASE TAKE NOTICE that on February 22, 2011, at 3:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 24A of the above entitled Court located at 500 Pearl Street, New York, New York 10007, Plaintiffs Jeremy Levin and Dr. Lucille Levin ("Levins") upon Plaintiffs' Memorandum of Law In Support of Its Motion for Stay of the Court's January 28, 2011 Order Pending Appeal, will, and hereby do, move this Court to stay its January 20, 2011 Order entered on January 28, 2011 denying the Levins' motion for partial summary judgment, granting the cross-motion of Third Party Interpleader Defendants Greenbaum and Acosta, ordering immediate payment of frozen and blocked accounts to Third Party Interpleader Defendants Greenbaum and Acosta, and discharging Defendants JPMorgan Chase Bank, N.A. and Citibank, N.A.

/ / /

11:P2428002.doc                           1

This motion is based on the entire record in this matter and the memorandum of law filed concurrently herewith.

Dated: February 7, 2011              HOWARTH & SMITH

            By: /s/Suzelle M. Smith
               Suzelle M. Smith
               Don Howarth
               523 West Sixth Street, Suite 728
               Los Angeles, California  90014
               (213) 955-9400
               ssmith@howarth-smith.com

               *Attorney for Plaintiffs*