


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN and DR. LUCILLE LEVIN,

Plaintiffs,

-v-

BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE and CITIBANK, N.A.,

Defendants.

BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE and CITIBANK, N.A.,

Third-Party Plaintiffs,

-v-

STEVEN M. GREENBAUM, et al.,

Third-Party Defendants.

CAPTION CONTINUED ON NEXT PAGE

Civ. No. 09 CV 5900 (RPP)

**NOTICE OF APPEAL**



| BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE and CITIBANK, N.A.,<br><br>Third-Party Plaintiffs,<br><br>-v-<br><br>ESTATE OF MICHAEL HEISER, et al.,<br><br>Third-Party Defendants. | Civ. No. 09 CV 5900 (RPP) |
|---|---|

**NOTICE OF APPEAL**

Notice is given that Jeremy Levin and Dr. Lucille Levin, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order denying the Levins' motion for partial summary judgment, granting the Greenbaum and Acosta Judgment Creditors' motion for summary judgment, ordering immediate payment of frozen and blocked accounts to the Greenbaum and Acosta Judgment Creditors, and discharging Defendants JPMorgan Chase Bank, N.A. and Citibank, N.A., entered in this action on the 28th day of January, 2011.

Dated: February 10, 2011

HOWARTH & SMITH

By: [signature]

Suzelle M. Smith
Don Howarth
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400
ssmith@howarth-smith.com
dhowarth@howarth-smith.com

*Attorneys for Plaintiffs*
*Jeremy Levin and Dr. Lucille Levin*

**CERTIFICATE OF SERVICE**

I, Suzelle M. Smith, hereby certify that on the 10th day of February 10, 2011, I caused to be served by mail, a true and correct copy of the accompanying **NOTICE OF APPEAL** dated February 10, 2011, upon the following:

| | |
|---|---|
| Howard B. Levi, Esq.<br>J. Kelley Nevling, Jr., Esq.<br>Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas, 17th Floor<br>New York, NY 10036 | Sharon L. Schneier, Esq.<br>Christopher J. Robinson, Esq.<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019 |
| Mark G. Hanchet, Esq.<br>Christopher J. Houpt, Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 | Curtis Campbell Mechling, Esq.<br>James Bernard, Esq.<br>Jeremy Sage Rosof, Esq.<br>Benjamin Weathers-Lowin, Esq.<br>Stroock, Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 |
| Noel J. Nudelman, Esq.<br>Heideman Nudelman & Kalik PC<br>1146 19th Street,, NW Fifth Floor<br>Washington, D.C. 20036 | Dale K. Cathell, Esq.<br>David B. Misler, Esq.<br>Richard M. Kremen, Esq.<br>DLA Piper US LLP (MD)<br>6225 Smith Avenue<br>Baltimore, MD 21209 |
| Cary Brian Samowitz, Esq.<br>DLA Piper US LLP (NY)<br>1251 Avenue of the Americas<br>New York, NY 10017 | Liviu Vogel, Esq.<br>Petek Gunay, Esq.<br>Salon Marrow Dyckman Newman Broudy LLP<br>292 Madison Ave, 6th Floor<br>New York, NY 10017 |

Suzelle M. Smith