UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JEREMY LEVIN AND DR. LUCILLE LEVIN, :
:
    Plaintiffs, :
: Case No. 09-Civ-5900 (RPP)
v. :
:
BANK OF NEW YORK, *et al.*, :
:
    Defendants. :
-------------------------------------------------------------x
THE BANK OF NEW YORK MELLON, *et al.* :
:
    Third-Party Plaintiffs, :
:
v. :
:
ESTATE OF MICHAEL HEISER, *et al.*, :
:
    Third-Party Defendants. :
-------------------------------------------------------------x

**LIMITED RESPONSE OF THE ESTATE OF MICHAEL HEISER, ET AL.
TO THE LEVIN'S MOTION FOR 28 U.S.C. § 1292(b) CERTIFICATION
OF THE COURT'S OPINION AND ORDER DATED JANUARY 20, 2011**

    The Estate of Michael Heiser, *et al.* (the "Heisers") by their undersigned counsel, hereby submit the following limited response to the Motion of Jeremy Levin and Dr. Lucille Levin (collectively, the "Levins") for 28 U.S.C. § 1292(b) Certification of the Court's Opinion and Order dated January 20, 2011 (the "Motion"). The Heisers do not take a position with respect to the Levins' request provided that the 28 U.S.C. § 1292(b) certification request is limited to the question identified in their Motion, *i.e.*, "that the Court certify for appeal under 28 U.S.C. §1292(b), its January 20, 2011 Opinion and Order on the issue of whether a court issued writ of execution is sufficient to establish priority under 28 U.S.C. § 1610 (Foreign Sovereign Immunities Act or FSIA), including the note thereto (Terrorist Risk Insurance Act or TRIA), for

EAST\44265720.2

a 28 U.S.C. § 1605(a)(7) judgment specifically seeking to levy on assets set forth in TRIA and/or 28 U.S.C. § 1610(f)(1)(a) and the issue of whether a discharge of the Banks holding such assets is proper before the priority has been finally established after appeal."

The portions of the January 20, 2011 Opinion addressing the Heiser's Motion for Summary Judgment and the the Heiser's claims to various assets in these proceedings, exclusive of any claim to the Phase One Assets[1] held at Citibank, N.A., and JPMorgan Chase Bank, N.A. which the Court ordered to be turned over to the Greenbaum and Acosta Judgment Creditors, are not final or properly appealable at this time.  To the extent that the Levins seek to obtatin immediate certification of the denial of the Heiser's Motion for Summary Judgment, the Heisers object due to the fact that these matters and the Heisers rights are not final and should not be subject to an immediate appeal.

Accordingly, any certification order should be limited to whether the Levins' writs of execution are invalid due to their failure to obtain a court order under 28 U.S.C. § 1610(c).

Dated: New York, New York
February 18, 2011

/s/
Cary B. Samowitz
Barbara L. Seniawski
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: 212-335-4500
Facsimile: 212-884-4501
cary.samowitz@dlapiper.com
barbara.seniawski@dlapiper.com

and

Richard M. Kremen (Md. Fed. Bar No. 00532)
Dale K. Cathell (Md. Fed. Bar No. 26924)
David B. Misler (Md. Fed. Bar No. 28828)

---

[1] The term "Phase One Assets" has the meaning ascribed to it in the Order.

DLA Piper LLP (US)
6225 Smith Ave.
Baltimore, MD 21209
Telephone: 410-580-3000
Facsimile: 410-580-3001
richard.kremen@dlapiper.com
dale.cathell@dlapiper.com
david.misler@dlapiper.com

*Attorneys for Third-Party Defendants Estate of Michael Heiser, et al.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEREMY LEVIN AND DR. LUCILLE LEVIN,   :
                                      :
    Plaintiffs,                      :
                                      :  Case No. 09-Civ-5900 (RPP)
v.                                    :
                                      :
BANK OF NEW YORK, *et al.*,           :
                                      :
    Defendants.                      :
-----------------------------------------------------------x  **CERTIFICATE OF SERVICE**
THE BANK OF NEW YORK MELLON, *et al.*  :
                                      :
    Third-Party Plaintiffs,          :
                                      :
v.                                    :
                                      :
ESTATE OF MICHAEL HEISER, *et al.*,   :
                                      :
    Third-Party Defendants.          :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, David B. Misler, Esq., an attorney admitted to practice before this Court, pro hac vice, under penalty of perjury, certify that on the 18th day of February, 2011, true and correct copies of the following documents were provided to the persons listed in the attached Service List, by the Court's CM/ECF electronic filing notification:

    (1)    Limited Response of the Estate of Michael Heiser, *et al.* to the Levins' Motion for 28 U.S.C. § 1292(b) Certification of the Court's Opinion and Order Dated January 20, 2011

|  |  |
|---|---|
| Dated: Baltimore, Maryland<br>February 18, 2011 | /s/ David B. Misler<br>David B. Misler<br>DLA Piper LLP (US)<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>Telephone: 410-580-3000<br>Facsimile: 410-580-3047<br>david.misler@dlapiper.com<br><br>*Attorneys for Third-Party Defendants Estate of Michael Heiser, et al.* |

## SERVICE LIST

Don Howarth
Suzelle M. Smith
Kathryn Lee Crawford
Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles , CA 90014
nkhoury@howarth-smith.com
ssmith@howarth-smith.com

Howard B. Levi
J. Kelley Nevling , Jr
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
17th Floor
New York , NY 10036
hlevi@llf-law.com
knevling@llf-law.com

Jeffrey Lance Nagel
Terry Alan Myers
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York , NY 10119
tmyers@gibbonslaw.com
ckaplan@gibbonslaw.com
jnagel@gibbonslaw.com
lduignan@gibbonslaw.com
psaso@gibbonslaw.com

Liviu Vogel
Salon Marrow Dyckman Newman Broudy LLP
292 Madison Ave, 6th floor
New York , NY 10017
lvogel@salonmarrow.com

Mark Hanchet
Christopher James Houpt
Mayer Brown LLP
1675 Broadway
New York , NY 10019
mhanchet@mayerbrown.com
jmarsala@mayerbrown.com
choupt@mayerbrown.com

Robert Joseph Tolchin
Robert J. Tolchin, Esq.,
225 Broadway
24th Floor
New York , NY 10007
Rjt@tolchinlaw.com

Jonathan G. Kortmansky
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York , NY 10104
jkortmansky@sandw.com
mstein@sandw.com
rlombardo@sandw.com
fvelie@sandw.com

George F. Hritz
Hogan & Hartson LLP
875 Third Avenue
New York , NY 10022
George.hritz@hoganlovells.com
Marie.ferrara@hoganlovells.com
Tu.nguyen@hoganlovells.com

John Joseph Hay
Salans
620 Fifth Avenue
New York , NY 10020
jhay@salans.com
cblackwell@salans.com
dgerlach@salans.com
apabona@salans.com

George Michael Chalos
Kerri Marie D'Ambrosio
Chalos & Co., P.C.
123 South Street
Oyster Bay , NY 11771
gmc@chaloslaw.com


Sharon L. Schneier, Esq.
Christopher J. Robinson
Davis, Wright, Tremaine, LLP
1633 Broadway
27th Floor
New York, NY  10019-6708
sharonschneier@dwt.com
meganduffy@dwt.com
chrisrobinson@dwt.com

Curtis Campbell Mechling
Jeremy Sage Rosof
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York , NY 10038
cmechling@stroock.com
jrosof@stroock.com


Noel J. Nudelman
Heideman Nudelman and Kalik, PC
1146 19TH STREET, NW
5th Floor
Washington, DC 20036
njnudelman@hnklaw.com
trkalik@hnklaw.com

EAST\43684276.1