UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEREMY LEVIN AND DR. LUCILLE LEVIN,  :
                                     :
    Plaintiffs,                      :
                                     : Case No. 09-Civ-5900 (RPP)
v.                                   :
                                     :
BANK OF NEW YORK, *et al.*,          :
                                     :
    Defendants.                      :
------------------------------------------------------------x
THE BANK OF NEW YORK MELLON, *et al*. :
                                     :
    Third-Party Plaintiffs,          :
                                     :
v.                                   :
                                     :
ESTATE OF MICHAEL HEISER, *et al.*,  :
                                     :
    Third-Party Defendants.          :
------------------------------------------------------------x

### LIMITED RESPONSE OF THE ESTATE OF MICHAEL HEISER, ET AL. TO PLAINTIFFS' MOTION FOR A STAY OF THE COURT'S JANUARY 28, 2011 ORDER PENDING APPEAL

    The Estate of Michael Heiser, *et al*. (the "Heisers") by their undersigned counsel, hereby submit the following limited response to the Motion of Jeremy Levin and Dr. Lucille Levin (collectively, the "Levins") for a stay of the Court's January 28, 2011 Order Pending Appeal (the "Motion"). The Heisers do not take a position with respect to the Levins' request for a stay of the Court's January 28, 2011 Order (the "Order"), provided that the stay is limited in scope to the relief requested in the Motion, *i.e.*, a stay of the portion of the Order ordering the immediate payment of the Phase 1 Assets (as defined in the Order) held by JPMorgan Chase Bank, N.A. ("JPMorgan") and Citibank, N.A. ("Citibank") to the Greenbaum and Acosta Judgment Creditors.

However, the Heisers do object to the extent that the Levins seek a stay of the entire proceeding.  The portions of the January 28, 2011 Opinion addressing the Heisers' Motion for Summary Judgment and the Heisers' claims to various assets in these proceedings, exclusive of any claim to the Phase One Assets[1] held at Citibank and JPMorgan which the Court ordered to be turned over to the Greenbaum and Acosta Judgment Creditors, are not final or properly appealable at this time.  As such, any stay granted in favor of the Levins should not affect the Heisers and their claims in this case.  To the extent that the Levins seek to stay the Heisers from proceeding in this case on their claims, the Heisers object due to the fact that the Heisers rights and claims are not final and should not be subject to an immediate appeal or a stay.

Accordingly, any stay should be limited to the implementation of the Order as it relates to the Phase 1 Assets held by JPMorgan and Citibank.

---

[1] The term "Phase One Assets" has the meaning ascribed to it in the Order.

EAST\44281129.1                            2

Dated: New York, New York
      February 24, 2011

/s/
Cary B. Samowitz
Barbara L. Seniawski
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
Telephone:  212-335-4500
Facsimile:  212-884-4501
cary.samowitz@dlapiper.com
barbara.seniawski@dlapiper.com

and

Richard M. Kremen (Md. Fed. Bar No. 00532)
Dale K. Cathell (Md. Fed. Bar No. 26924)
David B. Misler (Md. Fed. Bar No. 28828)
DLA Piper LLP (US)
6225 Smith Ave.
Baltimore, MD 21209
Telephone:  410-580-3000
Facsimile:  410-580-3001
richard.kremen@dlapiper.com
dale.cathell@dlapiper.com
david.misler@dlapiper.com

*Attorneys for Third-Party Defendants Estate of Michael Heiser, et al.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEREMY LEVIN AND DR. LUCILLE LEVIN,   :
                                      :
    Plaintiffs,                        :
                                      : Case No. 09-Civ-5900 (RPP)
v.                                    :
                                      :
BANK OF NEW YORK, *et al.*,           :
                                      :
    Defendants.                        :
-----------------------------------------------------------x  **CERTIFICATE OF SERVICE**
THE BANK OF NEW YORK MELLON, *et al*.  :
                                      :
    Third-Party Plaintiffs,            :
                                      :
v.                                    :
                                      :
ESTATE OF MICHAEL HEISER, *et al.*,   :
                                      :
    Third-Party Defendants.            :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, David B. Misler, Esq., an attorney admitted to practice before this Court, pro hac vice, under penalty of perjury, certify that on the 24th day of February, 2011, true and correct copies of the following documents were provided to the persons listed in the attached Service List, by the Court's CM/ECF electronic filing notification:

    (1)    Limited Response of the Estate of Michael Heiser, *et al.* to the Plaintiffs' Motion for a stay of the Court's January 28, 2011 Order Pending Appeal.

Dated: Baltimore, Maryland          ___/s/_____
       February 24, 2011                 David B. Misler
                                                    DLA Piper LLP (US)
                                                     6225 Smith Avenue
                                                     Baltimore, MD 21209
                                                     Telephone:  410-580-3000
                                                     Facsimile:  410-580-3047
                                                     david.misler@dlapiper.com

                                                     *Attorneys for Third-Party Defendants Estate of Michael Heiser, et al.*

EAST\43684276.1

## SERVICE LIST

Don Howarth
Suzelle M. Smith
Kathryn Lee Crawford
Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles , CA 90014
nkhoury@howarth-smith.com
ssmith@howarth-smith.com

Howard B. Levi
J. Kelley Nevling , Jr
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
17th Floor
New York , NY 10036
hlevi@llf-law.com
knevling@llf-law.com

Jeffrey Lance Nagel
Terry Alan Myers
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York , NY 10119
tmyers@gibbonslaw.com
ckaplan@gibbonslaw.com
jnagel@gibbonslaw.com
lduignan@gibbonslaw.com
psaso@gibbonslaw.com

Liviu Vogel
Salon Marrow Dyckman Newman Broudy LLP
292 Madison Ave, 6th floor
New York , NY 10017
lvogel@salonmarrow.com

Mark Hanchet
Christopher James Houpt
Mayer Brown LLP
1675 Broadway
New York , NY 10019
mhanchet@mayerbrown.com
jmarsala@mayerbrown.com
choupt@mayerbrown.com

Robert Joseph Tolchin
Robert J. Tolchin, Esq.,
225 Broadway
24th Floor
New York , NY 10007
Rjt@tolchinlaw.com

Jonathan G. Kortmansky
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York , NY 10104
jkortmansky@sandw.com
mstein@sandw.com
rlombardo@sandw.com
fvelie@sandw.com

George F. Hritz
Hogan & Hartson LLP
875 Third Avenue
New York , NY 10022
George.hritz@hoganlovells.com
Marie.ferrara@hoganlovells.com
Tu.nguyen@hoganlovells.com

| | |
|---|---|
| John Joseph Hay<br>Salans<br>620 Fifth Avenue<br>New York , NY 10020<br>jhay@salans.com<br>cblackwell@salans.com<br>dgerlach@salans.com<br>apabona@salans.com | Curtis Campbell Mechling<br>Jeremy Sage Rosof<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York , NY 10038<br>cmechling@stroock.com<br>jrosof@stroock.com |
| George Michael Chalos<br>Kerri Marie D'Ambrosio<br>Chalos & Co., P.C.<br>123 South Street<br>Oyster Bay , NY 11771<br>gmc@chaloslaw.com | Noel J. Nudelman<br>Heideman Nudelman and Kalik, PC<br>1146 19TH STREET, NW<br>5th Floor<br>Washington, DC 20036<br>njnudelman@hnklaw.com<br>trkalik@hnklaw.com |
| Sharon L. Schneier, Esq.<br>Christopher J. Robinson<br>Davis, Wright, Tremaine, LLP<br>1633 Broadway<br>27th Floor<br>New York, NY  10019-6708<br>sharonschneier@dwt.com<br>meganduffy@dwt.com<br>chrisrobinson@dwt.com | Bruce D. Oakley<br>Dennis H. Tracey, III<br>Hogan Lovells LLP<br>875 Third Avenue<br>New York, New York  10022<br>bruce.oakley@hoganlovells.com<br>dennis.tracey@hoganlovells.com |