UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN      :
et al
        Plaintiffs,      :

        v.      :

BANK OF NEW YORK, JPMORGAN      :   Case No. 1:09-cv-05900 (RPP)
CHASE, SOCIETE GENERALE and
CITIBANK et al.      :

        Defendants,      :
-----------------------------------------------------------X
BANK OF NEW YORK, et al.      :

        Third-Party Plaintiffs,      :

        v.      :

THE ESTATE OF JAMES SILVIA, et al.      :

        Third-Party Defendants.      :
-----------------------------------------------------------X

## NOTICE OF MOTION FOR LEAVE TO INTERVENE
## BY PROPOSED INTERVENOR JAY GLENN

     PLEASE TAKE NOTICE that upon the annexed Declaration of Jay Glenn, sworn to on March 14, 2011, the exhibits annexed thereto and the accompanying Memorandum of Law, proposed intervenor Jay Glenn will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by the Court, for an order pursuant to Federal Rule of Civil Procedure 24, granting Jay Glenn leave to intervene in the above-captioned action, together with such other and further relief as this Court deems just and appropriate.

Dated: New York, New York
      March 15, 2011

                                                  Daniel Cobrinik (DC 6406)
                                                276 Fifth Avenue
                                                Suite 405
                                                New York, NY 10001
                                                (212) 725-6888