LAW OFFICE
# FAY & PERLES
601 Pennsylvania Avenue, NW
Suite 900-South Building
Washington, DC 20004
Tel. (202) 638-4534
Fax (202) 639-8238

## AGREEMENT

Fay and Perles have been retained by 153 families for representation in the prosecution of all claims and causes of action against The Islamic Republic of Iran, The Iranian Ministry of Information and Security and their associates and agents, arising out of the terrorist attack upon the Marine Barracks in Beirut, Lebanon on October 23, 1983. Each family has executed a contingent agreement providing for attorneys fees as follows: (1) 33 1/3 % of the total gross recovery before deduction of any fees, liens or charges of any type; and (2) an amount equal to the necessary expenses incurred in the preparation, prosecution and administration of the case. This fee is contingent upon collection and to the extent of collection only.

Fay and Perles wish to employ Associate Counsel for representation of each Client in the prosecution of Clients' claims for compensatory damages. The Associate Counsel will be responsible for preparation of all witnesses for hearing, presentation of all evidence to the Court or Special Master and presentation of all records and medical reports to the Court. All expenses incurred by Associate Counsel will be charged to the Client in accordance with the paragraph above. Clients shall otherwise have no liability for any expenses. The Associate Counsel will, under no circumstances, represent to any vendor, supplier of services or contractor with regard to services, that Associate Counsel is

incurring expenses on behalf of or chargeable to the credit of the Clients.

Associate Counsel shall be paid a fee consisting of the following: (1) 3% of the gross amount collected from the Defendants with respect to compensatory damages as to each client referred to Associate Counsel; and (2) an amount equal to the necessary expenses incurred by Associate Counsel in the preparation, prosecution and administration of the case. This fee is contingent upon collection and to the extent of collection only.

This document constitutes the only agreement between Fay and Perles and Associate Counsel. The attached list of cases referred to Associate Counsel is attached to and made a part of this document by reference. This document supersedes all prior written or oral agreements and shall be interpreted in accordance with the laws of the District of Columbia.

Date: 6/13/2003

Jay Glenn, Esq.
Associate Counsel

FAY & PERLES

By: _____
Thomas Fortune Fay

2