UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JEREMY LEVIN, et al.,                :

       Plaintiffs,                   :       **ORDER**

       -against-                    :       09 Civ. 5900 (RPP)(MHD)

BANK OF NEW YORK, et al.,            :

       Defendants.                   :
------------------------------------x
BANK OF NEW YORK, et al.,            :

       Third-Party Plaintiffs,       :

       -against-                    :

THE ESTATE OF JAMES SILVIA,          :
et al.,
                                     :
       Third-Party Defendants.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    On March 15, 2011, movant Jay Glenn moved to intervene in the above-captioned action. Briefing on this motion is hereby scheduled as follows:

    1. The parties are to serve and file their response to the motion to intervene by no later than **WEDNESDAY, MARCH 30, 2011**.

    2. Movant is to serve and file his reply to the parties' response by no later than **WEDNESDAY, APRIL 6, 2011**.

DATED: New York, New York
       March 16, 2010

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Daniel Cobrinik, Esq.
Daniel Cobrinik, P.C.
475 Park Avenue South
19th Floor
New York, NY 10016
(212) 725-6888
Fax: (212) 725-6918

Don Howarth, Esq.
Suzelle Smith, Esq.
Kathryn Lee Crawford, Esq.
Howarth & Smith
523 West Sixth St., Ste. 728
Los Angeles, CA 90017
(213) 955-9400
Fax: (213) 622-0791

Mark G. Hanchet, Esq.
Christopher J. Houpt, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Fax: (212) 849-5695
Alt Fax: (212) 262-1950

Robert Joseph Tolchin, Esq.
Robert J. Tolchin, Esq.
225 Broadway
24th Floor
New York, NY 10007
(212) 227-2181
Fax: (212) 227-5090

Howard B. Levi, Esq.
J. Kelley Nevling, Jr., Esq.
Walter Swearingen, Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
17th Floor
New York, NY 10036
(212) 308-6100
Fax: (212) 308-8830

Curtis Campbell Mechling, Esq.
Jeremy Sage Rosof, Esq.
Benjamin Weathers-Lovin, Esq.
James Lawrence Bernard, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Fax: (212) 806-2609

Annie Pennock Kaplan, Esq.
Fay Kaplan Law, P.A.
700 Fifth St. NW
Washington, D.C. 20001
Fax: (212) 589-1721

Jeffrey Lance Nagel, Esq.
Terry Alan Myers, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Fl.
New York, NY 10119
Fax: (973) 639-6265

Dale K. Cathell, Esq.
David B. Misler, Esq.
Richard B. Kremen, Esq.
DLA Piper (MD)
6225 Smith Avenue
Baltimore, MD 21209
Fax: (410) 580-3122

Sharon L. Schneier, Esq.
Christopher J. Robinson, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019
Fax: (212) 489-8340

George F. Hritz, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Fax: (212) 918-3100

Liviu Vogel, Esq.
Petek Gunay, Esq.
Salon Marrow Dyckman Newman Broudy LLP
292 Madison Ave., 6th Floor
New York, NY 10017
Fax: (212) 661-3339

Noel J. Nudelman, Esq.
Heideman Nudelman & Kalik PC
1146 19th St. NW 5th Fl.
Washington, D.C. 20036
Fax: (202) 463-2999

Barbara Seniawski, Esq.
Cary Brian Samowitz, Esq.
DLA Piper
1251 Avenue of the Americas
New York, NY 10020
Fax: (212) 335-4501

George Michael Chalos, Esq.
Kerri Marie D'Ambrosio, Esq.
Chalos & Co., P.C.
123 South St.
Oyster Bay, NY 11771
Fax: (866) 702-4577

Jonathan G. Kortmansky, Esq.
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104
Fax: (212) 660-3001

John Joseph Hay, Esq.
Salans
620 Fifth Ave.
New York, NY 10020
Fax: (212) 632-5555