UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN, : Case No. 09 Civ. 5900 (RPP) (MHD)

Plaintiffs, :

-against- :

BANK OF NEW YORK, et al., :

Defendants. :
------------------------------------------------------------x

THE BANK OF NEW YORK MELLON, et al., :
:
Third-Party Plaintiffs, :

-against- :

STEVEN M. GREENBAUM, et al., : **STIPULATION AND ORDER**

Third-Party Defendants. :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/11

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the specified parties that the time for Defendants and Third-Party Plaintiffs JPMorgan Chase Bank, N.A. ("JPMCB") and the Bank of New York Mellon ("BNY Mellon") to serve answers or move with respect to the amended counterclaims set forth in the amended answers filed in this proceeding by third-party defendants Steven M. Greenbaum, et al. and by third-party defendants Carlos Acosta, et al. on March 7, 2011 is extended from March 31 to and including April 15, 2011. There have been no prior extensions of the time for JPMCB or BNY Mellon to answer these amended

counterclaims. This Stipulation may be signed by electronically transmitted signatures and in counterparts.

Dated: New York, New York
March 18, 2011

STROOCK & STROOCK & LAVAN LLP

By: /s/ James L. Bernard, Esq.
Curtis C. Mechling, Esq. (By JKN)
James L. Bernard, Esq.
Jeremy S. Rosof, Esq.
180 Maiden Lane
New York, NY 10038
Tel. No. (212) 806-5400

Attorneys for Third-Party Defendants Steven M. Greenbaum, et al. and Carlos Acosta, et al.

LEVI LUBARSKY & FEIGENBAUM LLP

By: /s/ J. Kelley Nevling, Jr., Esq.
Howard B. Levi, Esq.
J. Kelley Nevling, Jr., Esq.
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel. No. (212) 308-6100

Attorneys for Defendants and Third-Party Plaintiffs JPMorgan Chase Bank, N.A. and The Bank of New York Mellon

SO ORDERED (March 21, 2011):

_____

2