UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN et al

        Plaintiffs,

        v.

BANK OF NEW YORK, JPMORGAN CHASE, SOCIETE GENERALE and CITIBANK et al.

        Defendants,
------------------------------------------------------------X
BANK OF NEW YORK, et al.

        Third-Party Plaintiffs,

        v.

THE ESTATE OF JAMES SILVIA, et al.

        Third-Party Defendants.
------------------------------------------------------------X

Case No. 1:09-cv-05900 (RPP)

## NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

Jay J. Glenn ("Glenn") hereby withdraws his motion for leave to intervene in the above-captioned action.

Dated:   April 4, 2011

*(signature)*

Daniel Cobrinik (DC 6406)
276 Fifth Avenue
Suite 405
New York, New York 10001
(212) 725-6888