UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEREMY LEVIN and DR. LUCILLE LEVIN,       :
                                          :
                    Plaintiffs,           :   Case No. 09-Civ.-5900 (RPP)
                                          :
v.                                        :
                                          :
BANK OF NEW YORK, et al.,                 :
                                          :
                    Defendants.           :
------------------------------------------------------------x
THE BANK OF NEW YORK MELLON, et           :   **MOTION FOR LEAVE TO**
al.,                                      :   **WITHDRAW AS COUNSEL**
                                          :
                    Third-Party Plaintiffs, :
                                          :
v.                                        :
                                          :
STEVEN M. GREENBAUM, et al.,              :
                                          :
                    Third-Party Defendants. :
------------------------------------------------------------x

Pursuant to Local Civil Rule 1.4, Jeremy S. Rosof moves the Court for an order withdrawing him as counsel for third-party defendants Steven M. Greenbaum, on behalf of himself individually and as Administrator of the Estate of Judith (Shoshana) Lillian Greenbaum, deceased, Alan D. Hayman, and Shirlee Hayman (the "Greenbaum Judgment Creditors"), and Carlos Acosta, Maria Acosta, Irving Franklin, Estate of Irma Franklin, Sonya Kahane, Cipporah Kaplan, Tova Ettinger, Baruch Kahane, Ethel Griffin as Administrator of Binyamin Kahane's Estate, and Rabbi Norman Kahane (the "Acosta Judgment Creditors") (collectively the "Greenbaum and Acosta Judgment Creditors"), in the above-captioned matter.  The basis for the instant motion is Mr. Rosof's separation, effective the close of business on May 19, 2011, from the law firm representing they Greenbaum and Acosta Judgment Creditors, Stroock & Stroock &

Lavan LLP ("Stroock"). Plaintiffs have continuity of counsel, because they continue to be represented by Stroock in this action, including by lead counsel at Stroock, James L. Bernard and Curtis C. Mechling.

Accordingly, there is good cause to grant the instant motion.

Dated: New York, New York
May 12, 2011

Respectfully submitted,

/s/ Jeremy S. Rosof
Jeremy S. Rosof
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: 212-806-5400
Facsimile: 212-806-6006

STROOCK & STROOCK & LAVAN LLP
James L. Bernard
Curtis C. Mechling
180 Maiden Lane
New York, NY 10038-4982
Telephone: 212-806-5400
Facsimile: 212-806-6006

*Attorneys for third-party defendants the Greenbaum and Acosta Judgment Creditors*