```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JEREMY LEVIN and DR. LUCILLE LEVIN,  :
:
                       Plaintiffs,  :   Case No. 09-Civ.-5900 (RPP)
:
v.  :
:
BANK OF NEW YORK, et al.,  :
:
                       Defendants.  :
----------------------------------------------------------x
THE BANK OF NEW YORK MELLON, et  :   **MOTION FOR LEAVE TO**
al.,  :   **WITHDRAW AS COUNSEL**
:
             Third-Party Plaintiffs,  :
:
v.  :
:
STEVEN M. GREENBAUM, et al.,  :
:
             Third-Party Defendants.  :
----------------------------------------------------------x

*[Handwritten: ENDORSED ORDER — Application granted. /s/ 5/13/11]*

      Pursuant to Local Civil Rule 1.4, Jeremy S. Rosof moves the Court for an order withdrawing him as counsel for third-party defendants Steven M. Greenbaum, on behalf of himself individually and as Administrator of the Estate of Judith (Shoshana) Lillian Greenbaum, deceased, Alan D. Hayman, and Shirlee Hayman (the "Greenbaum Judgment Creditors"), and Carlos Acosta, Maria Acosta, Irving Franklin, Estate of Irma Franklin, Sonya Kahane, Cipporah Kaplan, Tova Ettinger, Baruch Kahane, Ethel Griffin as Administrator of Binyamin Kahane's Estate, and Rabbi Norman Kahane (the "Acosta Judgment Creditors") (collectively the "Greenbaum and Acosta Judgment Creditors"), in the above-captioned matter. The basis for the instant motion is Mr. Rosof's separation, effective the close of business on May 19, 2011, from the law firm representing they Greenbaum and Acosta Judgment Creditors, Stroock & Stroock &

Lavan LLP ("Stroock"). Plaintiffs have continuity of counsel, because they continue to be represented by Stroock in this action, including by lead counsel at Stroock, James L. Bernard and Curtis C. Mechling.

Accordingly, there is good cause to grant the instant motion.

Dated: New York, New York
       May 12, 2011

>                    Respectfully submitted,
>
>                    /s/ Jeremy S. Rosof
>                    ───────────────────────────
>                    Jeremy S. Rosof
>                    STROOCK & STROOCK & LAVAN LLP
>                    180 Maiden Lane
>                    New York, NY 10038-4982
>                    Telephone: 212-806-5400
>                    Facsimile: 212-806-6006
>
>                    STROOCK & STROOCK & LAVAN LLP
>                    James L. Bernard
>                    Curtis C. Mechling
>                    180 Maiden Lane
>                    New York, NY 10038-4982
>                    Telephone: 212-806-5400
>                    Facsimile: 212-806-6006
>
>                    *Attorneys for third-party defendants the*
>                    *Greenbaum and Acosta Judgment Creditors*