UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

                     Plaintiffs

       - against -

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

                     Defendants.
-----------------------------------------------------------------X
BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

                     Third-Party Plaintiffs

       - against -

STEVEN M. GREENBAUM, et al.

                     Third-Party Defendants.
-----------------------------------------------------------------X
BANK OF NEW YORK, JP MORGAN CHASE,
SOCIÉTÉ GÉNÉRALE and CITIBANK,

                     Third-Party Plaintiffs

       - against -

ESTATE OF MICHAEL HEISER, et al.,

                     Third-Party Defendants.
-----------------------------------------------------------------X

09 CV 5900 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

       The argument to be held on the Greenbaum & Acosta, Heiser and Levin Judgment Creditors' joint motion for partial summary judgment, currently scheduled for June 21, 2011 at 4 p.m. will now be held at 11 a.m. on June 21, 2011 in Courtroom 24A, 500 Pearl Street, New York, New York.

IT IS SO ORDERED.

Dated:  New York, New York
       June __, 2011

                                      Robert P. Patterson, Jr.
                                            U.S.D.J.

Copies of this order were sent to:

| | |
|---|---|
| Suzelle Smith<br>Howarth & Smith<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90017<br>Fax: 213-622-0791<br>(via fax and ECF) | Robert Joseph Tolchin, Esq.<br>225 Broadway, 24th Floor<br>New York, NY 10007<br>Fax: (212) 227-5090<br>(via fax and ECF) |
| Howard B. Levi<br>J. Kelley Nevling, Jr.<br>Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas, 17th Floor<br>New York, NY 10036<br>Fax: 212-308-8830 | Annie Pennock Kaplan<br>Fay Kaplan Law, P.A.<br>700 Fifth Street NW<br>Wasshington, DC 20001<br>Fax: (202)-589-1721<br>(via fax and ECF) |
| Sharon L. Schneier<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019<br>Fax: 212-489-8340<br>(via fax and ECF) | Liviu Vogel<br>Petek Gunay<br>Salon Marrow Dyckman Newman Broudy LLP<br>292 Madison Ave, 6th floor<br>New York, NY 10017<br>Fax: (212) 661-3339<br>(via fax and ECF) |
| Mark G. Hanchet<br>Christopher J. Houpt<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>Fax: 212-849-5695<br>(via fax and ECF) | Cary Brian Samowitz<br>DLA Piper US LLP (NY)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Fax: (212) 335-4501<br>(via fax and ECF) |
| Curtis Campbell Mechling<br>Jeremy Sage Rosof<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Fax: 212-806-2609<br>(via fax and ECF) | Dale K. Cathell<br>David B. Misler<br>Richard M. Kremen<br>DLA Piper US LLP (MD)<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>Fax: (410)-580-3122<br>(via fax and ECF) |

| | |
|---|---|
| Jeffrey Lance Nagel<br>Terry Alan Myers<br>Gibbons P.C. (NY)<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119<br>Fax: (973)-639-6265<br>(via fax and ECF) | George Michael Chalos<br>Kerri Marie D'Ambrosio<br>Chalos & Co., P.C.<br>123 South Street<br>Oyster Bay, NY 11771<br>Fax: (866) 702-4577<br>(via fax and ECF) |
| Noel J. Nudelman<br>Fax: (202)-463-2999<br>(via fax and ECF) | All counsel of record for additional third-party defendants<br>(via ECF) |