UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF NEW YORK, JPMORGAN CHASE, SOCIÉTÉ GÉNÉRALE, and CITIBANK, <br><br> Defendants. | **Case No. 09-cv-5900 (RPP)** <br><br> **Judge Patterson** <br><br> **ECF Case** |
| AND RELATED THIRD-PARTY ACTIONS | |

## DECLARATION OF MARK G. HANCHET

MARK G. HANCHET hereby declares, under the penalties of perjury:

1. I am a partner of the law firm of Mayer Brown LLP, attorneys for Defendant Societe Generale ("SG") in the above-captioned action. I submit this Declaration in joinder and in support of the Cross-Motion by JPMorgan Chase and The Bank of New York Mellon.

2. SG joins in the Cross-Motion, as it applies to the Phase I Assets held by SG, for the same reasons as stated in the Nevling Declaration and accompanying memorandum of law. This Declaration sets forth some additional facts relating to SG.

3. Like JPMorgan Chase and The Bank of New York Mellon, SG has discussed a possible settlement regarding attorneys' fees with the judgment creditors and will continue to do so. To date, however, the parties have not reached an agreement.

4. SG is a co-defendant with The Bank of New York Mellon in *Estate of Heiser v. The Bank of New York Mellon*, 11 Civ. 0998 (S.D.N.Y.) and shares the concerns expressed in the Nevling Declaration with achieving a resolution of that litigation.

5. Only two SG accounts were identified in the Complaint in this case, and both have been designated Phase I Assets. Therefore, SG is unlikely to have any opportunity to recover attorneys' fees from the corpus of the disputed assets except at this time.

Dated: New York, New York
       June 17, 2011

/s/ Mark G. Hanchet
Mark G. Hanchet