**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:09-cv-05900-RPP -MHD

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of July, two thousand and eleven.

_____

Jeremy Levin, Lucille Levin,

    *Plaintiffs-Appellants*,

v.

Bank of New York, JP Morgan Chase, Societe Generale, Citibank,

    *Defendants-Third-Party-Plaintiffs-Appellees,*

BNP Paribas, *et al.*,

    *Third-Party Defendants-Appellees.*_____

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 10, 2011

**ORDER**
Docket Number: 11-623-cv

IT IS HEREBY ORDERED that the Appellants' motion, pursuant to FRAP 42(b), to withdraw their appeal, without costs and without attorneys' fees, is GRANTED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/10/2011