DOC # 3

11 MISC 00 288 ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MR. JEREMY LEVIN and DR. LUCILLE
LEVIN,

                  Plaintiffs,

-v-

ISLAMIC REPUBLIC OF Iran; IRANIAN
MINISTRY OF INFORMATION AND
SECURITY; and IRANIAN ISLAMIC
REVOLUTIONARY GUARD CORP.,

                  Defendants.

---

Civ. No. M18-302

09civ5800 RPP

09 Cv. 5900 (RPP)

[PROPOSED] ORDER DIRECTING RPP
THE CLERK TO ISSUE WRITS OF
EXECUTION IN SATISFACTION
OF 28 U.S.C. § 1610(c)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/11

Upon consideration of the Petitioners' Motion and Application pursuant to 28

U.S.C. §1610 for an Order finding that a reasonable period of time has elapsed and

directing the Clerk to issue Writs of Execution to enforce a Judgment entered in favor of

Petitioners in the underlying matter in United States District Court for the District of

Columbia and duly registered in this Court against property of the Islamic Republic of

Iran, the Iranian Ministry of Information and Security, and the Iranian Islamic

Revolutionary Guard Corp (" Iranian Judgment Debtors") and their agencies and

instrumentalities, held in this District by Citibank, N.A., JPMorgan Chase, N.A., The

Bank of New York Mellon and Societe Generale ("Garnishees" or "New York Banks"),

the supporting Memorandum of Law dated August 9, 2011, and the accompanying

Declaration of Suzelle Smith dated August 9, 2011; the Court makes the following

findings:

11-P2460002.doc                 1

1.  On February 6, 2008, the United States District Court for the District of

    Columbia entered judgment in the amount of $28,807,719.00 against the

    Islamic Republic of Iran, the Iranian Ministry of Information and Security, and

    the Iranian Islamic Revolutionary Guard Corp (" Iranian Judgment Debtors")

    in favor of Petitioners in an action brought under 28 U.S.C. § 1605(a)(7).

    *Levin v. Islamic Republic of Iran*, 529 F. Supp. 2d 1, 5-13 (D.D.C. 2007).

    Pursuant to 28 U.S.C. §1961, Petitioners are entitled to post judgment interest

    on their judgment at a rate equal to the weekly average 1-year constant

    maturity Treasury yield, as published by the Board of Governors of the Federal

    Reserve System, for the calendar week preceding the date of the judgment,

    compounded annually.  According to the Federal Reserve the weekly average

    1-year constant maturity Treasury yield for the week ending on February 1,

    2008 is 2.23% per year.  *See,*

    http://www.federalreserve.gov/releases/h15/data.htm.

2.  Judgment Creditors gave notice of the entry of judgment to Iranian Judgment

    Debtors through court and diplomatic channels on October 14, 2008, pursuant

    to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §1608(e).  *See*

    Ex. A to Smith Decl., Letter from William P. Fritzlen to Nancy Mayer-

    Whittington, dated January 16, 2009; *see also,* Ex. B to Smith Decl., *Levin v.*

*Bank of New York*, No. 09-CV-5900, 2011 WL 812032, at 4 (S.D.N.Y. Mar. 4, 2011)("March 4, 2011 Order").

3. On April 20, 2009, Judgment Creditors registered their judgment in this Court, Docket Number M18-302. *See* Ex. C to Smith Decl., Certification of Judgment For Registration in Another District, *Levin v. Islamic Republic of Iran*, No. M18-302 (S.D.N.Y. Apr. 20, 2009). Petitioners have identified property of the Judgment Debtors, the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Islamic Revolutionary Guard Corp and their agencies and instrumentalities ("the Property"), including but not limited to assets blocked ("Blocked Assets") by the Office of Foreign Asset Control ("OFAC") held in this District by Citibank, N.A., JPMorgan Chase, N.A., The Bank of New York Mellon and Societe Generale ("Garnishees" or "New York Banks").

4. More than 17 months passed between the entry of judgment against Iranian Judgment Debtors and the giving of notice to the Iranian Judgment Debtors under 28 U.S.C. § 1608(c) and the registration of Petitioners' judgment in this District; which period the Court finds is a reasonable time period before the issuance of writs of execution under 28 U.S.C. § 1610(c) and satisfies 28 U.S.C. § 1610(c); therefore;

**IT IS ORDERED** that, in accordance with 28 U.S.C. § 1610(c), the Court directs the Clerk of the Court to issue Writs of Execution with respect to the Property for the Judgment registered by Petitioners in this Court; and it is further

11:P2460002.doc                              3

**ORDERED** that the Clerk of this Court is authorized and directed to issue such

further writs in aid of execution as warranted under, and in accordance with Rule 69 of

the federal Rules of Civil Procedure consistent with this Order.

**IT IS SO ORDERED.**


Dated: New York, New York
       August ___*15*___, 2011

JUDGE OF THE UNITED STATES
DISTRICT COURT, SOUTHERN DISTRICT
OF NEW YORK