UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN and DR. LUCILLE LEVIN,

Plaintiffs,

v.

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE BANK, N.A.,
CITIBANK, and SOCIÉTÉ GÉNÉRALE,

Defendants.

And related third-party actions.

Civil Action No. 09-cv-5900 (RPP)



USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/11

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, defendant Société Générale has requested an extension of time to file its interpleader complaint concerning the Phase II assets in order to attempt to resolve the claim of a party to a wire transfer, thereby avoiding the need to interplead and serve that party, which is located overseas, and

WHEREAS, the parties do not expect or intend this extension to interfere with any of the other dates contained in the Court's Amended Scheduling Order dated September 16, 2011,

IT IS HEREBY STIPULATED AND AGREED that Société Générale may file its interpleader complaint concerning the Phase II assets on or before Tuesday, September 27, 2011.

The parties respectfully request that the Court So Order this Stipulation.

Dated: New York, New York
September 22, 2011

MAYER BROWN LLP

By: _____
Mark G. Hanchet
Christopher J. Houpt
1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Defendant*
*Société Générale*

STROOCK & STROOCK & LAVAN LLP

By: _____
Curtis Mechling
180 Maiden Lane
New York, New York 10038-4982
(212) 805-5609

*Attorneys for the Greenbaum and Acosta*
*Judgment Creditors*

SO ORDERED:

September 22, 2011     _____
Richard P. Patterson, U.S.D.J.

2