UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | : | Case No. 09 Civ. 5900 (RPP) |
| Plaintiffs, | : | |
| -against- | : | |
| BANK OF NEW YORK, et al., | : | |
| Defendants. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, | : | |
| Third-Party Plaintiff, | : | |
| -against- | : | **DECLARATION** |
| STEVEN M. GREENBAUM, et al., | : | **OF SERVICE** |
| Third-Party Defendants. | : | |

------------------------------------------------------------x

J. KELLEY NEVLING, JR. hereby declares under penalty of perjury as follows:

1. I am over eighteen years of age and am not a party to this action. I am a resident of the State of New York.

2. On September 21, 2011, I served the Amended and Supplemental Third-Party Complaint of The Bank of New York Mellon Against Other Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties of Third-Party Plaintiff The Bank of New York Mellon dated September 21, 2011 upon the counsel listed on the annexed Service List by delivering true copies thereof, enclosed in sealed Federal Express envelopes addressed to them at the addresses on the annexed Service List, which are the addresses designated by such attorneys for service of papers upon them in this action, to an office of Federal Express, an overnight delivery service, for overnight delivery, with payment authorization, prior to the latest time designated by Federal Express for overnight delivery from that office.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on September 21, 2011.

_____
J. Kelley Nevling, Jr.

## SERVICE LIST

Suzelle M. Smith, Esq.
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, CA 90014

Counsel for Plaintiffs

Curtis C. Mechling, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Counsel for the Greenbaum and Acosta Parties

Richard M. Kremen, Esq.
DLA Piper LLP
6225 Smith Avenue
Baltimore, MD 21209

Counsel for the Heiser Parties