# STROOCK




MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/11

**By Hand**

October 7, 2011

Curtis C. Mechling
Direct Dial  212-806-5609
Direct Fax  212-806-2609
cmechling@stroock.com

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Levin v. Bank of New York, et al., Case No. 09-cv-5900 (RPP)

Dear Judge Patterson:

We are counsel for the Greenbaum and Acosta Judgment Creditors in the above-referenced action.

Late yesterday, we inadvertently filed a version of the Greenbaum Judgment Creditors' Answer to The Bank of New York Mellon's Amended and Supplemental Third-Party Complaint and Counterclaims (Dkt. No. 441) that contained Confidential Information subject to the Protective Order entered in these proceedings. The ECF Clerk has put a temporary seal on the inadvertently filed document, and we have since filed a corrected pleading with the Court (in both a public redacted form and an original filed under seal). However, we have been informed by the ECF Clerk that an Order is required to have the inadvertently filed document stricken from the record.

Accordingly, we respectfully request the Court issue an Order striking such document (Dkt. No. 441) from the record.

*So ordered.*

/s/ Robert P. Patterson
U.S.D.J.

10/7/11

Honorable Robert P. Patterson
October 7, 2011
Page 2

We regret any inconvenience to the Court or the other parties that may have resulted from our oversight.

Respectfully,

Curtis C. Mechling

cc:   All counsel of record (by e-mail)

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM