# Fay Kaplan Law, P.A.

**MEMO ENDORSED**

777 6th Street, N.W. #410
Washington, D.C. 20001
Telephone: 202-589-1300
Facsimile: 202-216-0298
October 10, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/11

*Via Facsimile – 212-805-7917*
Honorable Robert P. Patterson
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 24A
New York, New York 10007

Re: *Levin v. Bank of New York, et al.* – 09 Civ. 5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

On behalf of the Valore/Bonk/Spencer/Arnold Third-Party Defendants, we request an extension of the time to answer the third-party complaint filed by Defendants Bank of New York Mellon and JP Morgan Chase. Our answers are due on October 11, 2011 and this is our first request for an extension. We have obtained the consent to this two week extension from the Defendant Banks as well as the Greenbaum/Acosta judgment creditors.

We request an extension until October 25, 2011.

Thank you.

Respectfully Submitted,

By: _____

Annie Kaplan, on behalf of the
Valore/Bonk/Spencer/Arnold Third-Party
Defendants

SO ORDERED: _____

Dated:          Robert P. Patterson
                       U.S.D.J.

CC: All counsel of Record