


1633 Broadway
27th Floor
New York, NY 10019-6708

**Christopher Robinson**
212.603.6441 tel
212.379.5248 fax

chrisrobinson@dwt.com










October 11, 2011

**VIA FACSIMILE**

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

*Re:* *Levin v. Bank of New York, et al.* – 09 Civ. 5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

We represent Citibank N.A. ("Citibank") in the above-captioned proceeding. On September 26, 2011, Citi was served via email with third-party petitions from co-defendant banks JPMorgan Chase & Co. and JPMorgan Chase Bank N.A. (together, "JPMorgan") and Bank of New York Mellon ("BNY Mellon") because various Citibank entities are named parties to wire transfers which form some of the Phase 2 Assets blocked by JPMorgan and BNY Mellon.

We write to request an extension of time for Citibank to serve and file its answers to those third-party petitions until November 4, 2011. Counsel for JPMorgan and BNY Mellon, and for the group of judgment creditors represented by counsel for the Levins, the Estate of Michael Heiser, and the Greenbaums and Acostas et al., have all consented to this proposed extension.

Respectfully submitted,

Christopher J. Robinson

Application granted. So Ordered.
Robert P. Patterson USDJ
10/12/11

CJR/lp

Service on counsel of record via email