# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

ATTORNEYS AT LAW

ANNUREET K. GREWAL

agrewal@salonmarrow.com
direct dial (646) 843-1927
direct fax (646) 843-1930

*also admitted in New Jersey

292 MADISON AVENUE • NEW YORK, NY 10017
Telephone (212) 661-7100
Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

October 6, 2011

**VIA FACSIMILE**
**(212) 805-7917**

Honorable Robert P. Patterson, Jr.
U.S. District Court for the
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Jeremy Levin, et al. v. Bank of New York, et al.*, Case No.: 09 CV 5900

Dear Judge Patterson:

This law firm represents the Peterson Judgment Creditors in the above-referenced matter. We write to your Honor to respectfully request an extension of time to answer the Third-Party Interpleader Complaints filed by Bank of New York Mellon, Société Générale, Citibank, N.A., and J.P. Morgan Chase. Our answers to said Complaints are due on October 13, 2011.

Liviu Vogel of this office is the lead counsel on this matter. Due to a death in his family we respectfully request an extension of time to answer said Complaints until Friday, October 28, 2011. This is our first request for an extension of time and pursuant to this Court's September 16, 2011, Amended Scheduling Order we have obtained the consent of Strook & Strook & Lavan LLP, counsel for the Greenbaum and Acosta Judgment Creditors. We have also obtained the consent of counsel for Bank of New York Mellon in requesting the same.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/11

Respectfully yours,

Annureet K. Grewal
*Attorneys for Third-Party Defendants
Deborah D. Peterson*

cc: All counsel of record.

Application Granted
So Ordered
/s/ Robert P. Patterson
USDJ
10/13/11

SERVING THE BUSINESS COMMUNITY FOR MORE THAN 60 YEARS