UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,

- against -

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

                Defendants.
------------------------------------------------------------X
JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A.,

                Third-Party Plaintiff,

STEVEN M. GREENBAUM
(INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF
JUDITH GREENBAUM), et al.

                Third-Party Defendants.
------------------------------------------------------------X

Case No. 09 Civ. 5900 (RPP)

**FILED UNDER SEAL**

### ANSWER OF THIRD-PARTY DEFENDANT ███████████ TO ADDITIONAL AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT OF JPMORGAN CHASE &CO. AND JPMORGAN CHASE BANK, N.A. AGAINST OTHER JUDGMENT CREDITORS OF IRAN, PLAINTIFFS SUING IRAN AND WIRE TRANSFER PARTIES

**COMES NOW**, Third-Party Defendant, ███████████ by and through its attorneys, CHALOS & CO, P.C., and states in response to the Additional Amended and Supplemental Third-Party Complaint of Defendants and Third-Party Plaintiffs JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (hereinafter collectively "JPMorgan") against Other Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties, that ███ makes no claim to the proceeds of the wire transfers

held by JPMorgan and identified in Exhibit "G" to JPMorgan's Additional Amended and Supplemental Third-Party Complaint. ■herefore respectfully requests that the Court dismiss with prejudice JPMorgan's Additional Amended and Supplemental Third-Party Complaint as to ■.

Dated:      Oyster Bay, NY
            October 20, 2011

                                    CHALOS & CO, P.C.
                                    *Attorneys for Third-Party Defendant,*
                                    ■

                              By:   _____
                                    George M. Chalos, Esq. (GC-8693)
                                    Kerri M. D'Ambrosio, Esq. (KD-0249)
                                    123 South Street
                                    Oyster Bay, NY 11771
                                    Tel: (516) 714-4300
                                    Fax: (516) 750-9051
                                    E-mail: gmc@chaloslaw.com
                                            kdambrosio@chaloslaw.com