UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,                Case No. 09 Civ. 5900 (RPP)

-   against -                             **FILED UNDER SEAL**

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

                Defendants.
------------------------------------------------------------X
THE BANK OF NEW YORK MELLON,

                Third-Party Plaintiff,

STEVEN M. GREENBAUM
(INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF
JUDITH GREENBAUM), *et al.*

                Third-Party Defendants.
------------------------------------------------------------X

### ANSWER OF THIRD-PARTY DEFENDANT ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋ TO ADDITIONAL AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT OF THE BANK OF NEW YORK MELLON AGAINST OTHER JUDGMENT CREDITORS OF IRAN, PLAINTIFFS SUING IRAN AND WIRE TRANSFER PARTIES

        **COMES NOW**, Third-Party Defendant, ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋ by and through its attorneys, CHALOS & CO, P.C., and states in response to the Additional Amended and Supplemental Third-Party Complaint of Defendant and Third-Party Plaintiff Bank of New York Mellon (hereinafter "BNY Mellon") against Other Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties, that ▋▋ makes no claim to the proceeds of the wire transfers held by BNY Mellon and identified in

Exhibit "G" to JPMorgan's Additional Amended and Supplemental Third-Party Complaint. ███ therefore respectfully requests that the Court dismiss with prejudice BNY Mellon's Additional Amended and Supplemental Third-Party Complaint as to ███.

Dated:    Oyster Bay, NY
          October 20, 2011

                                          CHALOS & CO, P.C.
                                          *Attorneys for Third-Party Defendant,*
                                          ███████████████

                                   By:    _____
                                          George M. Chalos, Esq. (GC-8693)
                                          Kerri M. D'Ambrosio, Esq. (KD-0249)
                                          123 South Street
                                          Oyster Bay, NY 11771
                                          Tel: (516) 714-4300
                                          Fax: (516) 750-9051
                                          E-mail: gmc@chaloslaw.com
                                                  kdambrosio@chaloslaw.com