MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,

  -  against -

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

                Defendants.
------------------------------------------------------------X

THE BANK OF NEW YORK MELLON,

                Third-Party Plaintiff,

STEVEN M. GREENBAUM
(INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF
JUDITH GREENBAUM), *et al.*

                Third-Party Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/11

Case No. 09 Civ. 5900 (RPP)

~~FILED UNDER SEAL~~

### ANSWER OF THIRD-PARTY DEFENDANT OASIS FREIGHT AGENCY LLC a/k/a OASIS FREIGHT AGENCIES TO ADDITIONAL AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT OF THE BANK OF NEW YORK MELLON AGAINST OTHER JUDGMENT CREDITORS OF IRAN, PLAINTIFFS SUING IRAN AND WIRE TRANSFER PARTIES

      **COMES NOW**, Third-Party Defendant, OASIS FREIGHT AGENCY LLC a/k/a OASIS

FREIGHT AGENCIES (hereinafter "OFA"), by and through its attorneys, CHALOS & CO, P.C.,

and states in response to the Additional Amended and Supplemental Third-Party Complaint of

Defendant and Third-Party Plaintiff Bank of New York Mellon (hereinafter "BNY Mellon")

against Other Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties, that

OFA makes no claim to the proceeds of the wire transfers held by BNY Mellon and identified in

Exhibit "G" to JPMorgan's Additional Amended and Supplemental Third-Party Complaint.

OFA therefore respectfully requests that the Court dismiss with prejudice BNY Mellon's

Additional Amended and Supplemental Third-Party Complaint as to OFA.


Dated:        Oyster Bay, NY
              October _20_, 2011


                                        CHALOS & CO, P.C.
                                        *Attorneys for Third-Party Defendant,*
                                        OASIS FREIGHT AGENCIES a/k/a
                                        OASIS FREIGHT AGENCY LLC

                            By:         _____
                                        George M. Chalos, Esq. (GC-8693)
                                        Kerri M. D'Ambrosio, Esq. (KD-0249)
                                        123 South Street
                                        Oyster Bay, NY 11771
                                        Tel: (516) 714-4300
                                        Fax: (516) 750-9051
                                        E-mail:gmc@chaloslaw.com
                                                kdambrosio@chaloslaw.com

*Application granted, since Third Party Defendant Oasis Freight Agency LLC makes no claim to the proceeds held by BNY Mellon, BNY Mellon's additional amended and supplemental Third Party Complaint is dismissed as to Oasis Freight Agency LLC.*

*So ordered,*

*Robert P. Patterson USDJ*
*10/21/11*

**See attached typewritten
memo endorsement**

Case:       Levin v. Bank of New York, et al.
Index No.   09 Civ. 5900 (RPP)

## MEMO ENDORSEMENT READS:

Application granted.

Since Third Party Defendant Oasis Freight Agency LLC makes no claim to the proceeds held by BNY Mellon, BNY Mellon's Additional Amended and Supplemental Third Party Complaint is dismissd as to Oasis Freight Agency LLC.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 10/21/11*