**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

               Plaintiffs,               Case No. 09 Civ. 5900 (RPP)

  - against -                      ~~FILED UNDER SEAL~~

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

               Defendants.
-----------------------------------------------------------X

JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A.,

               Third-Party Plaintiff,

STEVEN M. GREENBAUM
(INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF
JUDITH GREENBAUM), *et al.*

               Third-Party Defendants.
-----------------------------------------------------------X

### ANSWER OF THIRD-PARTY DEFENDANT OASIS FREIGHT AGENCY LLC a/k/a OASIS FREIGHT AGENCIES TO ADDITIONAL AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT OF JPMORGAN CHASE &CO. AND JPMORGAN CHASE BANK, N.A. AGAINST OTHER JUDGMENT CREDITORS OF IRAN, PLAINTIFFS SUING IRAN AND WIRE TRANSFER PARTIES

**COMES NOW**, Third-Party Defendant, OASIS FREIGHT AGENCY LLC a/k/a OASIS FREIGHT AGENCIES (hereinafter "OFA"), by and through its attorneys, CHALOS & CO, P.C., and states in response to the Additional Amended and Supplemental Third-Party Complaint of Defendants and Third-Party Plaintiffs JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (hereinafter collectively "JPMorgan") against Other Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties, that OFA makes no claim to the proceeds of the wire transfers

held by JPMorgan and identified in Exhibit "G" to JPMorgan's Additional Amended and Supplemental Third-Party Complaint. OFA therefore respectfully requests that the Court dismiss with prejudice JPMorgan's Additional Amended and Supplemental Third-Party Complaint as to OFA.

Dated:   Oyster Bay, NY
         October 20, 2011

                                            CHALOS & CO, P.C.
                                            *Attorneys for Third-Party Defendant,*
                                            OASIS FREIGHT AGENCIES a/k/a
                                            OASIS FREIGHT AGENCY LLC

                                    By:     _____
                                            George M. Chalos, Esq. (GC-8693)
                                            Kerri M. D'Ambrosio, Esq. (KD-0249)
                                            123 South Street
                                            Oyster Bay, NY 11771
                                            Tel: (516) 714-4300
                                            Fax: (516) 750-9051
                                            E-mail: gmc@chaloslaw.com
                                                    kdambrosio@chaloslaw.com

**See attached typewritten
memo endorsement**

Chalos & Co ref: 2001.052

2

Case:      Levin v. Bank of New York, et al.
Index No.  09 Civ. 5900 (RPP)

**MEMO ENDORSEMENT READS:**

Application granted.

Since Third Party Defendant Oasis Freight Agency LLC makes no claim to the proceeds held by JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., their Additional Amended and Supplemental Third Party Complaint is dismissd as to Oasis Freight Agency LLC.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 10/21/11*