# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

*MEMO ENDORSED*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/11

October 21, 2011

**VIA FACSIMILE TO (212) 805-7917**

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Levin v. Bank of New York, 09 Civ. 5900 (RPP) (MHD) (S.D.N.Y.)</u>

Dear Judge Patterson:

        This firm represents defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") and The Bank of New York Mellon ("BNY Mellon") in the above-referenced proceeding. We are writing respectfully to request that the Court extend the time for these parties to file and serve answers or otherwise respond to various counterclaims and cross-claims pleaded against them. JPMorgan's and BNY Mellon's responses are presently due on Monday, October 24, 2011, and we are requesting an extension of time to respond until November 2, 2011. Counsel for the affected parties have consented to this request.

        Specifically, plaintiffs Jeremy Levin and Lucille Levin (the "Levins"), in the answer that they filed on October 5, 2011 to the third-party complaint of defendant and third-party plaintiff Citibank, N.A., asserted cross-claims against JPMorgan and BNY Mellon. We are asking the Court to extend the deadline for JPMorgan and BNY Mellon to respond to those cross-claims from October 24 to November 2, 2011. An associate with Howarth & Smith, which represents the Levins, has advised me that that firm consents to this request.

        In addition, third-party defendants Steven M. Greenbaum, et al., and third-party defendants Carlos Acosta, et al., asserted counterclaims against JPMorgan and BNY Mellon in the answers filed by them on October 6, 2011 to third-party complaints filed against them by JPMorgan and BNY Mellon. We are asking the Court to extend the time for JPMorgan and BNY Mellon to respond to these counterclaims until November 2, 2011. An attorney with Stroock & Lavan LLP, which represents the Greenbaum third-party defendants and the Acosta third-party defendants, has advised me that the firm consents to this request.

Honorable Robert P. Patterson
October 21, 2011
Page 2

      Third-party defendants Estate of Michael Heiser, et al. also asserted counterclaims against JPMorgan and BNY Mellon in their answers, filed on October 6, 2011, to third-party complaints filed against them by JPMorgan and BNY Mellon. We are therefore also asking the Court to extend the time for JPMorgan and BNY Mellon to respond to those counterclaims until November 2, 2011. DLA Piper (USA) LLP, which represents the Estate of Michael Heiser et al., has consented to this request.

      For these reasons JPMorgan and BNY Mellon respectfully request that the Court extend their time to respond to these cross-claims and counterclaims until November 2, 2011.

Respectfully submitted,

J. Kelley Nevling, Jr.

jkn/tbs
cc by e-mail to:

    Curtis C. Mechling, Esq.
    Ben Weathers-Lowin, Esq.
    Richard Kremen, Esq.
    David Misler, Esq.
    Suzelle M. Smith, Esq.
    Don Howarth, Esq.
    Liviu Vogel, Esq.
    Noel J. Nudelman, Esq.
    Sharon Schneier, Esq.
    Christopher Robinson, Esq.
    Mark Hanchet, Esq.
    Christopher Houpt, Esq.
    Annie P. Kaplan, Esq.
    Keith M. Fleischman, Esq.
    Robert J. Tolchin, Esq.
    Jonathan Kortmansky, Esq.
    George Chalos, Esq.
    Kerri D'Ambrosio, Esq.

*[Handwritten notation: Application granted. So ordered. Robert P. Patterson, U.S.D.J. 10/24/11]*