

1633 Broadway
27th Floor
New York, NY 10019-6708

Christopher Robinson
212.603.6441 tel
212.379.5248 fax

chrisrobinson@dwt.com



October 24, 2011

**VIA FACSIMILE (212) 805-7917**

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/11

Re:   *Levin v. Bank of New York, et al.* – 09 Civ. 5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

We represent Citibank N.A. ("Citibank") in the above-captioned proceeding. This letter is to request additional time to answer counterclaims asserted by two groups of third-party defendants.

Citibank's answer to the counterclaims asserted by the Heiser Judgment Creditors to the Third-Party Complaint filed by Citibank is due Tuesday, October 25, 2011. Citibank's answer to the counterclaims asserted by the Valore Judgment Creditors to the same Third-Party Complaint is due Thursday, October 27, 2011. Citibank respectfully requests a brief extension of its time to answer the counterclaims of each of the third-party defendants until Friday, November 4, 2011.

This is Citibank's first such request with respect to these parties. Counsel for the Heiser Judgment Creditors at DLA Piper (USA) LLP and for the Valore Judgment Creditors at Fleischman Law Firm have each consented to the proposed extensions.

Respectfully submitted,

Christopher J. Robinson

*Application granted
so ordered
Robert P Patterson USDJ
10/24/11*

CJR/am

DWT 18421898v1 0067486-000015

Anchorage    New York         Seattle
Bellevue     Portland         Shanghai
Los Angeles  San Francisco    Washington, D.C.

www.dwt.com

Hon. Robert P. Patterson, Jr.
October 24, 2011

Page 2

cc via e-mail:

Curtis C. Mechling, Esq.
Ben-Weathers-Lowin, Esq.
Richard Kremen, Esq.
David Misler, Esq.
Suzelle M. Smith, Esq.
Don Howarth, Esq.
Liviu Vogel, Esq.
Noel J. Nudelman, Esq.
Mark Hanchet, Esq.
Christopher Houpt, Esq.
Kelly Nevling, Esq.
Richard F. Lubarsky, Esq.
Annie P. Kaplan, Esq.
Keith M. Fleischman, Esq.
Robert J. Tolchin, Esq.
Jonathan Kortmansky, Esq.
George Chalos, Esq.
Kerri D'Ambosio, Esq.

DWT 18421598v1 0067486-000015