# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

## ATTORNEYS AT LAW

LIVIU VOGEL*
Partner

lvogel@salonmarrow.com
direct dial (646) 843-1909

*also admitted in Connecticut

292 MADISON AVENUE • NEW YORK, NY 10017
Telephone (212) 661-7100
Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0856
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

**MEMO ENDORSED**

October 28, 2011

**VIA FACSIMILE**
**(212) 805-7917**
Honorable Robert P. Patterson, Jr.
U.S. District Court for the
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/11

Re: *Jeremy Levin, et al. v. Bank of New York, et al., Case No.: 09 CV 5900*

Dear Judge Patterson:

      This law firm represents the Peterson Judgment Creditors in the above-referenced matter. We write to respectfully request an extension of time to respond to the Third-Party Interpleader Complaints filed by Bank of New York Mellon, Société Générale, Citibank, N.A., and J.P. Morgan Chase. Our responses to said Complaints are due on October 28, 2011.

      The Peterson Judgment Creditors desire to waive any claim they may have with respect to the Phase II assets identified in the third-party complaints and therefore do not wish to participate in this action. In an effort to avoid burdening the parties and Court with a motion to dismiss, we are currently working with counsel for the aforementioned banks in preparing and executing stipulations of voluntary dismissal. Therefore, we respectfully request an extension of time to respond to said third-party complaints until November 11, 2011. This is our second request for an extension of time and pursuant to this Court's September 16, 2011, Amended Scheduling Order we have obtained the consent of Strook & Strook & Lavan LLP, counsel for the Greenbaum and Acosta Judgment Creditors. We have also obtained the consent of counsel for the aforementioned banks.

Respectfully yours,

Liviu Vogel
*Attorneys for Third-Party Defendants*
*Deborah D. Peterson*

*Application granted. So ordered.*
*Robert P. Patterson*
*10/28/11*

SERVING THE BUSINESS COMMUNITY FOR MORE THAN 60 YEARS

# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

Page 2

cc: All counsel of record (by fax and email)