

1633 Broadway
27th Floor
New York, NY 10019-6708

Christopher Robinson
212.603.6441 tel
212.379.5248 fax

chrisrobinson@dwt.com





November 3, 2011

**VIA FACSIMILE (212) 805-7917**

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

    Re:    **_Levin v. Bank of New York, et al._ – 09 Civ. 5900 (RPP) (S.D.N.Y.)**

Dear Judge Patterson:

    We represent Citibank N.A. ("Citibank") in the above-captioned proceeding. Citibank's time to serve and file its answer to the third-party petitions of co-defendant banks JPMorgan Chase & Co. and JPMorgan Chase Bank N.A. (together, "JPMorgan") and Bank of New York Mellon ("BNY Mellon") is November 4, 2011.

    We write to request an extension of time for Citibank to serve and file its answers to those third-party petitions until November 23, 2011. This is the second request for an extension with respect to this filing. Counsel for JPMorgan and BNY Mellon, and for the group of judgment creditors represented by counsel for the Levins, the Estate of Michael Heiser, and the Greenbaums and Acostas et al., have all consented to this proposed extension.

                            Respectfully submitted,

                            Christopher J. Robinson

CJR/am

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com

Hon. Robert P. Patterson, Jr.
November 3, 2011

Page 2

cc via e-mail:

Curtis C. Mechling, Esq.
Ben-Weathers-Lowin, Esq.
Richard Kremen, Esq.
David Misler, Esq.
Suzelle M. Smith, Esq.
Don Howarth, Esq.
Liviu Vogel, Esq.
Noel J. Nudelman, Esq.
Mark Hanchet, Esq.
Christopher Houpt, Esq.
Kelly Nevling, Esq.
Richard F. Lubarsky, Esq.
Annie P. Kaplan, Esq.
Keith M. Flieschman, Esq.
Robert J. Tolchin, Esq.
Jonathan Kortmansky, Esq.
George Chalos, Esq.
Kerri D'Ambosio, Esq.

DWT 18497610v1 0067486-000015