UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF NEW YORK, JPMORGAN CHASE, and CITIBANK,<br><br>    Defendants. | |
| THE BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE and CITIBANK, N.A.,<br><br>    Third-Party Plaintiffs,<br><br>  v.<br><br>STEVEN GREENBAUM et al.,<br><br>    Third-Party Defendants. | **Civil Action No. 09-cv-5900 (RPP)** |

## CERTIFICATE OF SERVICE

I, Christopher J. Houpt, a member of the Bar of this Court, hereby certifies that on Friday, September 30, 2011, I caused a redacted copy of Société Générale's Phase 2 interpleader complaint to be served upon each of the following by email and first-class mail:

Keith Martin Fleischmann
The Fleischman Law Firm
565 Fifth Avenue, 7th Floor
New York, NY 10017

John Joseph Hay
Salans, LLP
620 Fifth Avenue
New York, NY 10020

George F. Hritz
Thompson & Knight LLP
900 Third Avenue
New York, NY 10022

Annie Pennock Kaplan
Fay Kaplan Law, P.A.
700 Fifth Street NW
Washington, DC 20001

| | |
|---|---|
| J. Kelley Nevling, Jr.<br>Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas<br>17th Floor<br>New York, NY 10036 | Daniel Cobrinik<br>Daniel Cobrinik, P.C.<br>475 Park Avenue South<br>19th Floor<br>New York, NY 10016 |
| Sharon L. Schneier<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019 | George Michael Chalos<br>Chalos & Co, P.C.<br>123 South Street<br>Oyser Bay, NY 11771 |
| Jonathan G. Kortmansky<br>Sullivan & Worcester LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Robert Joseph Tolchin, Esq.<br>225 Broadway, 24th Floor<br>New York, NY 10007 |
| Cary Brian Samowitz<br>DLA Piper LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | |

I further state that I caused an unredacted copy of Société Générale's Phase 2 interpleader complaint to be served upon each of the following by email on Tuesday, September 27, 2011 and by first-class mail on Friday, September 30, 2011:

| | |
|---|---|
| Curt Mechling<br>Ben Weathers-Lowin<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | Suzelle Smith<br>Howard and Smith<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014 |
| Richard Kremen<br>David Misler<br>DLA Piper LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209 | Liviu Vogel<br>Salon Marrow Dyckman<br>Newman & Brody LLP<br>292 Madison Avenue<br>New York, NY 10017 |
| Noel Nudelman<br>Heideman Nudelman & Kalik, PC<br>1146 19th Street, NW<br>15th Floor<br>Washington, D.C. 20036 | |

Dated: New York, New York
November 4, 2011

/s/ Christopher J. Houpt
Christopher J. Houpt
Mayer Brown LLP
1675 Broadway
New York, New York 10019
(212) 506-2500