# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

## ATTORNEYS AT LAW

ANNUREET K. GREWAL

agrewal@salonmarrow.com
direct dial (646) 843-1927
direct fax  (646) 843-1930

*also admitted in New Jersey

292 MADISON AVENUE • NEW YORK, NY 10017
Telephone (212) 661-7100
Facsimile (212) ████████

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

**MEMO ENDORSED**

RECEIVED
NOV 1 0 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

November 10, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/11

**VIA FACSIMILE**
(212) 805-7917

Honorable Robert P. Patterson, Jr.
U.S. District Court for the
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

Re:   *Jeremy Levin, et al. v. Bank of New York, et al.*, Case No.: 09 CV 5900

Dear Judge Patterson:

This law firm represents the Peterson Judgment Creditors in the above-referenced matter. We write to your Honor to respectfully request an extension of time to respond to the Third-Party Interpleader Complaints filed by Bank of New York Mellon, Société Générale, Citibank, N.A., and J.P. Morgan Chase. Our answers to said Complaints are currently due on November 11, 2011, and we respectfully request an extension to and including November 18, 2011.

This is our second request for an extension of time and pursuant to this Court's September 16, 2011 Amended Scheduling Order, we have obtained the consent of Strook Strook & Lavan LLP, counsel for the Greenbaum and Acosta Judgment Creditors. We have also obtained the consent of counsel for Bank of New York Mellon, J.P. Morgan Chase and Société Générale, in requesting the same.

Respectfully yours,

Annureet K. Grewal
*Attorneys for Third-Party Defendants*
*Deborah D. Peterson*

[Handwritten endorsement: Application granted. So ordered. R.P. Patterson 11/10/11]

cc:   All counsel of record.

179466