UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

      Plaintiffs,      Case No. 09 Civ. 5900 (RPP)

-  against -      **FILED UNDER SEAL**

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

      Defendants.
-----------------------------------------------------------X

CITIBANK, N.A.,

      Third-Party Plaintiff,

■■■■■■■■■■■■■■■■■■■■■■■■
NATIONAL BANK OF DUBAI LTD., V.
SHIPS PLC, *et al.*

      Third-Party Defendants.
-----------------------------------------------------------X

### ANSWER OF THIRD-PARTY DEFENDANT ■■■■■■■■■■ TO CITIBANK N.A.'S THIRD-PARTY COMPLAINT AGAINST ACCOUNT HOLDERS AND WIRE TRANSFER PARTIES WITH RESPECT TO PHASE TWO ASSETS IN ACCORDANCE WITH THE COURT'S SEPTEMBER 16, 2011 ORDER

**COMES NOW**, Third-Party Defendant, ■■■■■■■■■■■■■■■■■■■ (hereinafter "■■■"), by and through its attorneys, CHALOS & CO, P.C., and states in response to Citibank N.A.'s Third-Party Complaint Against Account Holders and Wire Transfer Parties with Respect to Phase Two Assets in Accordance With the Court's September 16, 2011 Order, that ■■■ makes no claim to the proceeds of the Phase 2 Assets held by Citibank N.A. and identified in "Schedule A" to Citibank N.A.'s Third-Party Complaint. ■■■ therefore respectfully requests that the Court dismiss with prejudice Citibank N.A.'s Third-Party Complaint as to ■■■.

Dated:       Oyster Bay, NY
             November 16, 2011

                                                                               **CHALOS & CO, P.C.**
                                                                               *Attorneys for Third-Party Defendant,*
                                                                               ██████████████████

By:    */s/ Kerri D'Ambrosio*
                                                                                George M. Chalos, Esq. (GC-8693)
                                                                                Kerri M. D'Ambrosio, Esq. (KD-0249)
                                                                                123 South Street
                                                                                 Oyster Bay, NY 11771
                                                                                 Tel: (516) 714-4300
                                                                                 Fax: (516) 750-9051
                                                                                 E-mail: gmc@chaloslaw.com
                                                                                           kdambrosio@chaloslaw.com