411-11/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for █████
80 Pine Street, 24th Floor
New York, New York 10005
(212) 425-1900 / fax: (212) 425-1900
William L. Juska, Jr.
Edward J. Carlson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEREMY LEVIN and DR. LUCILLE LEVIN,

        Plaintiffs,

   -against-                              09 Civ. 5900 (RPP) (MHD)

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and        **NOTICE OF APPEARANCE**
CITIBANK,

        Defendants.
-----------------------------------------------------------x
THE BANK OF NEW YORK MELLON

        Third-Party Plaintiff,

   -against-

█████████████████████, et al.,

        Third-Party Defendants.
-----------------------------------------------------------x

     Please take notice that William L. Juska, Jr., a partner at Freehill Hogan & Mahar LLP, represents Third-Party Defendant ███████████████ in the above-captioned action.

     It is respectfully requested that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon William L. Juska, Jr. at the address below.

Dated: New York, New York
       November 16, 2011

377027.2

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Third-Party Defendants

By: _____
William L. Juska, Jr.
*juska@freehill.com*
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax

377027.2