411-11/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for ███████
80 Pine Street, 24th Floor
New York, New York 10005
(212) 425-1900 / fax: (212) 425-1900
William L. Juska, Jr.
Edward J. Carlson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JEREMY LEVIN and DR. LUCILLE LEVIN,

         Plaintiffs,

    -against-

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK,

         Defendants.
-------------------------------------------------------------x
THE BANK OF NEW YORK MELLON

         Third-Party Plaintiff,

    -against-

███████████████████████, *et al.*,

         Third-Party Defendants.
-------------------------------------------------------------x

09 Civ. 5900 (RPP) (MHD)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ███████████████ (a private non-governmental

1

377023.2

party) certifies that ████████████████ is a private (non-governmental) party and has no corporate parent. We respectfully ask the Court to please take notice that ████████████ ██████████████████ a publicly-held corporation traded on the ██████████████ ████████, owns 15% of the stock of ██████████████████.

Dated: New York, New York
November 16, 2011

                                                   FREEHILL, HOGAN & MAHAR LLP
Attorneys for Third-Party Defendant
████████████████

By: *William L. Juska, Jr.* (signature)
Willaim L. Juska, Jr.
Edward J. Carlson
80 Pine Street
New York, New York
212-425-1900

2

377023.2