UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE, N.A., SOCIETE GENERALE, AND CITIBANK, N.A.,<br><br>Defendants.<br><br>THE BANK OF NEW YORK MELLON,<br><br>Defendant and<br>Interpleader Plaintiff,<br><br>v.<br><br>UNITED OVERSEAS BANK LIMITED,<br><br>Interpleader Third-Party Defendant. | Civil Action No. 09 Civ. 5900 (RPP)<br><br>Hon. Robert P. Patterson, Jr.<br><br>**NOTICE OF APPEARANCE** |

The Court will please enter the appearance of Baruch Weiss as counsel for the Third-Party Defendant United Overseas Bank Limited.

Dated:    November 18, 2011

ARNOLD & PORTER LLP

By: _/s/ Baruch Weiss_
Baruch Weiss
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999
E-Mail:  Drew.Harker@aporter.com

Attorney for Interpleader Third-Party
Defendant United Overseas Bank Limited

UOB Notice of Appearance.docx