# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

### ATTORNEYS AT LAW

ANNUREET K. GREWAL

agrewal@salonmarrow.com
direct dial (646) 843-1927
direct fax  (646) 843-1930

*also admitted in New Jersey

292 MADISON AVENUE • NEW YORK, NY 10017
Telephone (212) 661-7100
Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/11

November 18, 2011

**VIA FACSIMILE**
(212) 805-7917

Honorable Robert P. Patterson, Jr.
U.S. District Court for the
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

RECEIVED
NOV 18 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Re:   *Jeremy Levin, et al. v. Bank of New York, et al.*, Case No.: 09 CV 5900

Dear Judge Patterson:

This law firm represents the Peterson Judgment Creditors in the above-referenced matter. We write to your Honor to respectfully request an extension of time to answer or otherwise respond to the Third-Party Interpleader Complaints filed by Bank of New York Mellon, Société Générale, Citibank, N.A., and J.P. Morgan Chase. Our response to said Complaints is currently due on November 18, 2011.

This is our third request for an extension of time and pursuant to this Court's September 16, 2011 Amended Scheduling Order, we have obtained the consent of Strook Strook & Lavan LLP, counsel for the Greenbaum and Acosta Judgment Creditors. We have also obtained the consent of counsel for Citibank and Société Générale.

Respectfully yours,

Annureet K. Grewal
*Attorneys for Third-Party Defendants
Deborah D. Peterson*

cc:   All counsel of record.

180070

*Application granted.
Time to respond is extended to
12/9/11. This is a final extension.
So ordered.*

RPP
JSB k
11/18/11