

## CHALOS & Co, P.C.
### International Law Firm

123 South Street, Oyster Bay, New York 11771

TEL: +1-516-714-4300 • FAX: +1-516-750-9051 • WEB: www.chaloslaw.com

George M. Chalos
ATTORNEY AT LAW

DIRECT: +1-516-714-3040
MOBILE: +1-516-721-4076
EMAIL: gmc@chaloslaw.com



November 18, 2011

*Via Facsimile (212) 805-7917*

The Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/11
```

Re:  Levin v. Bank of New York et. al.
     09 Civ. 5900 (RPP)
     CHALOS & Co ref: 2001.073

Dear Judge Patterson:

We are counsel for Clarksons a/k/a Clarkson PLC (hereinafter "Clarksons"), who has been named by Defendant Bank of New York Mellon (hereinafter "BNY Mellon") as a third-party defendant/wire transfer party in the above-captioned matter.

Clarksons' Answer to BNY Mellons' Third-Party Complaint is currently due to be filed on November 18, 2011. Clarksons makes no claim to the proceeds of the Phase 2 Assets held by BNY Mellon and identified in "Exhibit G" to BNY Mellon's Third-Party Complaint. As such, Clarksons' respectfully requests a three (3) week extension of time to respond to BNY Mellon's Third-Party Complaint to allow Clarksons time to conclude a stipulation with BNY Mellon disclaiming all interest in the funds. Counsel for BNY Mellon (J. Kelley Nevling of the firm Levi Lubarsky & Feigenaum LLP) has consented to the requested extension. In addition, to the extent that the consent of one of the judgment creditors' counsel is required, Ben Weathers-Lowin, Esq. of the firm Stroock & Stroock & Lavan LLP, which represents the Greenbaum and Acosta third-party defendants/judgment creditors, has also consented to this extension of time. This is Clarksons' first request for an extension of time to answer BNY Mellon's Third-Party Complaint.

In advance, we thank the Court for its time and consideration, and remain,

Respectfully yours,

CHALOS & Co, P.C.

George M. Chalos
Kerri M. D'Ambrosio

GMC/mdr

*Handwritten endorsement:* Application Granted. Time to respond is extended to 12/9/11. This is a final extension. So ordered. R.P. Patterson USDJ 11/18/11

1

NEW YORK | HOUSTON | ATHENS | CYPRUS



Chalos & Co, P.C.
International Law Firm

cc:   J. Kelley Nevling, Jr., Levi Lubarsky & Feigenaum LLP (by email)
      Curtis C. Mechling, Esq., Stroock & Stroock & Lavan LLP (by email)
      Ben Weathers-Lowin, Esq., Stroock & Stroock & Lavan LLP (by email)
      Richard Kremen, Esq., DLA Piper US LLP (by email)
      David Misler, Esq., DLA Piper US LLP (by email)
      Suzelle M. Smith, Esq., Howarth & Smith (by email)
      Liviu Vogel, Esq., Salon Marrow Dyckman Newman Broudy LLP (by email)
      Noel J. Nudelman, Esq., Heideman Nudelman & Kalik, P.C. (by email)

123 South Street, Oyster Bay, New York 11771  •  TEL: +1-516-714-4300  •  FAX: +1-516-750-9051  •  WEB: www.chaloslaw.com