# ARNOLD & PORTER LLP

**MEMO ENDORSED**

**Baruch Weiss**
Baruch.Weiss@aporter.com

+1 202.942.6819
+1 202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

November 18, 2011



RECEIVED NOV 18 2011 CHAMBERS OF JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/11

**VIA FACSIMILE**
**(212) 805-7917**
Honorable Robert P. Patterson, Jr.
U.S. District Court for the Southern District of
 New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

Re:   *Jeremy Levin, et al. v. Bank of New York, et al.*, Case No.: 09 CV 5900

Dear Judge Patterson:

This law firm represents the United Overseas Bank Limited ("UOB") in the above-referenced matter. We write to respectfully request an extension of time to respond to the Third-Party Interpleader Complaint (the "Complaint") filed by the Bank of New York Mellon. Our response to said Complaint is due on November 21, 2011.

We respectfully request an extension of time to respond to the Complaint until December 5, 2011. Pursuant to the Court's September 16, 2011 Amended Scheduling Order, we have obtained the consent of DLA Piper LLP, counsel for the Heiser Judgment Creditors. We have also obtained consent of counsel for the Bank of New York Mellon for the requested extension.

Sincerely,

Baruch Weiss

cc:   All counsel of record (by fax or email)

*Application granted*
*So ordered*
*Robert P Patterson*
*USDJ*
*11/18/11*

UOB Request for Extension.docx