UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

          Plaintiffs,

-against-                                     Case No. 09 Civ. 5900 (RPP)

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK,
                                                          **FILED UNDER SEAL**

          Defendants.
-------------------------------------------------------------------X
CITIBANK, N.A.,
                                                            **RULE 7.1 STATEMENT**

          Third-Party Plaintiff,

-against-

■■■■■■■■■■■■■■■■ ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION AND SECURITY,
IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP.,
JEREMY LEVIN AND DR. LUCILLE LEVIN,

          Third-Party Defendants.
-------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Third-Party Defendant ■■■■■■■■■■■■■■■■■■■■■■■■ certifies that it does not have a parent company and that no publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
          November 21, 2011

CLYDE & CO US LLP

BY: *Nicholas Magali*
Christopher Carlson (CC 9628)
Douglas Maag (DM 1774)
Nicholas L. Magali (NM 5775)

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 710-3900

Attorneys for Third-Party Defendant ███████████████