## AFFIDAVIT OF SERVICE VIA REGULAR MAIL

STATE OF NEW YORK ) 
                         : ss.:

COUNTY OF NEW YORK )

Melissa Agosin, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in Forest Hills, New York. That on November 21, 2011 deponent served the within **ANSWER TO CITIBANK N.A.'S THIRD-PARTY COMPLAINT AND COUNTERCLAIMS** upon:

> Sharon L. Schneier, Esq.
> Christopher Robinson, Esq.
> Davis Wright Tremaine LLP
> 1633 Broadway, 27th Floor
> New York, New York 10019
> (212) 489-8230
>
> Attorneys for Defendants
>
> Don Howarth, Esq.
> Suzelle M. Smith, Esq.
> Howarth and Smith
> 523 West Sixth Street, Suite 728
> Los Angeles, California 90014
> (213) 955-9400
>
> Attorneys for Plaintiffs

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Sworn to before me this
21st day of November, 2011

_Melissa Agosin_
Melissa Agosin

_____
Notary Public

CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE5025914
Qualified in Kings County
Commission Expires April 4, 2014

604973v1