



# ALLEN & OVERY

**VIA FACSIMILE (212) 805-7917**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Tel             212 610 6300
Fax             212 610 6399
Direct line     212 610 6340
jacob.pultman@allenovery.com

November 21, 2011

Re: **Levin v. Bank of New York, et al., 09 Civ. 5900**

Dear Judge Patterson:

We are counsel to Third-Party Defendant CIMB Bank Berhad ("CIMB"), a Malaysian bank, in the above-referenced action and write to request additional time to file a response to the third-party complaints recently filed by Third-Party Plaintiffs The Bank of New York Mellon ("Bank of New York Mellon"), Citibank, N.A. ("Citibank") and JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan").

CIMB's responses to the third-party complaints filed by Bank of New York Mellon, Citibank and JPMorgan are due on November 22, 2011, November 23, 2011, and December 12, 2011, respectively. CIMB respectfully requests a brief extension of its time to respond to these third-party complaints until December 22, 2011. This is CIMB's first request for a time extension. CIMB has obtained the consent to this extension from counsel for the Third-Party Plaintiffs, as well as from counsel for the Greenbaum, Acosta and Heiser Creditors.

Respectfully submitted,

Jacob S. Pultman

cc: Sharon Schneier, Esq. (counsel for Citibank)
J. Kelley Nevling, Jr., Esq. (counsel for Bank of New York Mellon and JPMorgan)
Benjamin Weathers-Lowin, Esq. (counsel for the Greenbaum and Acosta Creditors)
David Misler, Esq. (counsel for the Heiser Creditors)

So ordered

Honorable Robert P. Patterson
U.S.D.J.

Dated: 11/22/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/11

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Bratislava, Brussels, Bucharest (associated office), Budapest, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, London, Luxembourg, Madrid, Mannheim, Milan, Moscow, New York, Paris, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Tokyo and Warsaw.