UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/2011

Levin, et al.

                Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 09Civ5900 (RPP)

-v-

Bank of New York, et al.

                Defendant(s)

I hereby certify under the penalties of perjury that on 22 day of November, 20 11, I served: Ministry of Information and Security.

☐ One copy of the _____

by _____ , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the Notice of Suits; Summons and Third-Party Complaints; Additional Amended and Supplemental Third-Party Complaint; Translations; Affidavit of Translators'; Court Orders; ECF Filing Rules and Instructions; Individual Practices of Judge Robert P. Patterson, Jr. by DHL # 74-1409-0633 , to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____ , to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____ , to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
11/22/2011

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Hassam Miah, Jr.
DEPUTY CLERK OF COURT

30500100031 ADM

| EXPRESS WORLDWIDE | DOX | |
| --- | --- | --- |
| HL Online | | |

From: STROOCK STROOCK LAVAN LEVEL C
L.Scanapico Phone: 862-694-2783
180 MAIDEN LN c-level DTI
NEW YORK NY 10038
United States

Origin
ZYP

To: Iran Ministry of Information & Secu
Khomeini Ave. and United Nations St
Ministry of Foreign Affairs

Contact:
Ali Akbar Salehi
212.806.5540

**TEHRAN, IRAN**
Iran (Islamic Republic Of)

## IR-THR-CHO

**SX**

| | Day | Time: |
| --- | --- | --- |

Code: 001950;0900  Date: 2011-11-10  Shpt Weight: **5.0 lb**  Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
LEGAL DOCUMENTS

WAYBILL 74  1409  0633

(2L)IR+42000064

(J)JD01 1936 3799 7002 6140

