**MEMO ENDORSED**

# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Christopher J. Houpt**
Direct Tel +1 212 506 2380
Direct Fax +1 212 849 5830
choupt@mayerbrown.com

November 21, 2011

RECEIVED
NOV 22 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

The Honorable Robert P. Patterson
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/11

Re:   Levin v. The Bank of New York Mellon (09-cv-5900)

Dear Judge Patterson:

We represent defendant and interpleader plaintiff Société Générale. It came to our attention yesterday that SG's Phase II interpleader complaint inadvertently omitted one of the parties in whose name one of the accounts is held. The account is described in the complaint, but the party was not named as an interpleader defendant.

We propose to correct that oversight by filing the attached Amended Interpleader Complaint, clean and redlined versions of which are attached. The proposed amendment simply adds the new defendant to the caption and to the body of the complaint and makes corresponding changes to paragraph numbers. The Scheduling Order dated September 16, 2011 permits the banks to seek leave to amend their Phase II interpleader complaints, and SG respectfully requests that the Court grant leave.

DLA Piper, counsel for the Heiser parties, which is handling service of the SG interpleader, has consented and is prepared to serve the new defendant promptly. We, along with DLA Piper, also request that the Court confirm that service of process of the original Phase II complaint on the parties named in that complaint constituted sufficient service of process on those parties.

Finally, we respectfully request that the Court order that other interpleader defendants need not answer the new complaint, which contains no new allegations other than the introduction of the new defendant.

Respectfully submitted,

Christopher J. Houpt

Enclosures

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

The Honorable Robert P. Patterson
November 21, 2011
Page 2

cc:     All counsel (by email without enclosures)