UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 11/22/2011

Levin, et al.

                    Plaintiff(s)          **CERTIFICATE OF MAILING**

                                          Case No.:  09Civ5900    (RPP)

        -v-

Bank of New York, et al.

                    Defendant(s)

_____

I hereby certify under the penalties of perjury that on 22 day of ___November___, 20 11 , I served:
Islamic Revolutionary Guard Corps.

☐ One copy of the _____

    _____

    by _____, to the individual of the
    foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the Notice of Suits; Summons and Third-Party Complaints; Additional Amended and
    Supplemental Third-Party Complaint; Translations; Affidavit of Translators'; Court Orders;
    ECF Filing Rules and Instructions; Individual Practices of Judge Robert P. Patterson, Jr.
    by DHL # 74-1409-3900 _____, to the head of the ministry
    of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
    1608(a)(3).

☐ Two copies of the _____

    _____

    by _____, to the Secretary of State,
    Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
    (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington. DC
    20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

    _____

    by _____, to the head of the agency or
    instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
    Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
        11/22/2011

                    **RUBY J. KRAJICK**
                    **CLERK OF COURT**

                    _____

                    Print Name: Hassam Miah, Jr.
                    DEPUTY CLERK OF COURT

## EXPRESS WORLDWIDE

DHL Online

| DOX |

**From:** STROOCK STROOCK LAVAN LEVEL C
L.Scanapico Phone 862-684-2783
180 MAIDEN LN c-level DTI
NEW YORK NY 10038
United States

Origin:
**ZYP**

To: Iranian Islamic Revolutionary Guard
Khomeini Ave. and United Nations St
Ministry of Foreign Affairs

**TEHRAN, IRAN**
**Iran (Islamic Republic Of)**

Contact:
Ali Akbar Saleh
212.806.5540

# IR-THR-CHO

## SX

Day | Time:

Ref-Code: 001950;0900

Date: 2011-11-10

Shpt Weight: **5.0 lb**

Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
LEGAL DOCUMENTS

WAYBILL 74  1410  3900

(2L)IR+42000064

(J)JD01 1936 3799 7002 7615

