## AFFIDAVIT OF SERVICE BY ELECTRONIC MAIL

STATE OF NEW YORK )
                        : ss.:
COUNTY OF NEW YORK )

Melissa Agosin, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in Forest Hills, New York. On November 21, 2011 deponent served the within **ANSWER TO CITIBANK N.A.'S THIRD-PARTY COMPLAINT AND COUNTERCLAIMS** via electronic mail upon:

| | |
|---|---|
| Sharon L. Schneier, Esq. <br> sharonschneier@dwt.com | Richard Marc Kremen <br> richard.kremen@dlapiper.com |
| Christopher Robinson Esq. <br> chrisrobinson@dwt.com | David B. Misler <br> david.misler@dlapiper.com |
| Don Howarth <br> DHowarth@howarth-smith.com | Liviu Vogel <br> lvogel@salonmarrow.com |
| Suzelle M. Smith <br> SSmith@howarth-smith.com | Noel J. Nudelman <br> njnudelman@hnklaw.com |
| Curtis Campbell Mechling <br> cmechling@stroock.com | |
| Benjamin Weathers-Lowin <br> bweatherslowin@stroock.com | |

_____
Melissa Agosin

Sworn to before me this
23rd day of November, 2011

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2013

604996v1