796-08/GMV/EJC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for ███████████████
80 Pine Street, 24th Floor
New York, New York 10005
(212) 425-1900 / fax: (212) 425-1900
Gina M. Venezia
Edward J. Carlson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN and DR. LUCILLE LEVIN,

       Plaintiffs,

   - against -

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIETE GENERALE and CITIBANK

    Defendants

09-CV-5900 (RPP) (MHD)

**FILED UNDER SEAL**

THE BANK OF NEW YORK MELLON

    Third-Party Plaintiff,

   - against -

███████████████████████, *et al.*

   Third-Party Defendants

    **RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Third-Party Defendant ██████████████████ certifies that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

377531.2

Respectfully submitted,


___/s/ Gina M. Venezia_____
Gina M. Venezia
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, New York  10005
Phone: (212) 425-1900
Fax: (212) 425-1901
venezia@freehill.com

377531.2

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF**

/s/ Gina M. Venezia
Gina M. Venezia

3

377531.2