796-08/GMV/EJC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for ███████████████████
80 Pine Street, 24th Floor
New York, New York 10005
(212) 425-1900 / fax: (212) 425-1900
Gina M. Venezia
Edward J. Carlson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | 09-CV-5900 (RPP) (MHD) |
| Plaintiffs, | |
| - against - | **FILED UNDER SEAL** |
| BANK OF NEW YORK, JPMORGAN CHASE, SOCIETE GENERALE and CITIBANK | |
| Defendants | |
| THE BANK OF NEW YORK MELLON | |
| Third-Party Plaintiff, | **NOTICE OF APPEARANCE** |
| - against - | |
| ████████████████████ | |
| Third-Party Defendants | |

**PLEASE TAKE NOTICE** that Edward J. Carlson, an associate at Freehill Hogan &

Mahar, LLP, hereby appears as counsel on behalf of Third-Party Defendants ███████████

████████████, et al., in the above-captioned action and respectfully requests that all

377530.2

pleadings, notices, orders, correspondence and other papers in connection with this action be

served upon him at the address below.  Mr. Carlson is admitted to practice before this Court.

Respectfully submitted,

Edward J. Carlson
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY  10005
Phone: (212) 425-1900
Fax: (212) 425-1901
carlson@freehill.com

377530.2

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF**

Edward J. Carlson

377530.2