# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM



TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI

**MEMO ENDORSED**

December 5, 2011

**BY FAX (212) 805-7917**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/11

Re: **Levin v. Bank of New York, et al.**
Case No. 09 Civ. 5900

Dear Judge Patterson:

We are counsel to Third-Party Defendant the Asian Football Confederation (the "AFC") in the above-referenced action and write to request additional time to file a response to a third-party complaint recently filed by Third-Party Plaintiff Citibank, N.A. ("Citibank").

The AFC respectfully requests an extension of its time to respond to the third-party complaint until December 21, 2011. This is the AFC's first request for an extension to respond to the complaint. The AFC has obtained consent to this extension from counsel for Citibank, who has confirmed that she has discussed this issue with counsel for the Greenbaum & Acosta judgment creditors and that they also are agreeable to such extension.

Respectfully submitted,

Eric J. Snyder/ASM
Eric J. Snyder
+1 212 488 1200

cc: Sharon Schneier, Esq., Christopher Robinson, Esq. (Davis Wright Tremaine LLP)
Don Howarth, Esq., Suzelle M. Smith, Esq. (Howarth & Smith)
Benjamin Weathers-Lowin, Esq., Curtis Campbell Mechling, Esq., James Lawrence Bernard, Esq. (Stroock & Stroock & Lavan LLP)