UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

JEREMY LEVIN and DR. LUCILLE LEVIN,

                  Plaintiffs,

        -against-                           Case No. 09 Civ. 5900 (RPP)

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

                  Defendants.
----------------------------------------------------------------------X

CITIBANK, N.A.,                               **NOTICE OF APPEARANCE**

                  Third-Party Plaintiff,

        -against-

██████████████████████████████
██████████████████████████████
██████████████████ ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION AND SECURITY,
IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP.,
JEREMY LEVIN AND DR. LUCILLE LEVIN,

                  Third-Party Defendants.
----------------------------------------------------------------------X

       Please take notice that Nicholas L. Magali, an associate at Clyde & Co US LLP,

represents Third-Party Defendant ███████████████████ in the above-captioned

matter.

       It is respectfully requested that all pleadings, notices, orders, correspondence and other

papers in connection with this action be served upon Nicholas L. Magali at the address below.

Dated: New York, New York
      December 5, 2011

CLYDE & CO US LLP

BY: _Nicholas Magali_

Nicholas L. Magali, Esq.

The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900

Attorneys for Third-Party Defendant

█████████████████████