UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
JEREMY LEVIN and DR. LUCILLE LEVIN

                Plaintiff,

Case No.  09 Civ. 5900 (RPP)

-against-

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK   Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Nicholas Lawrence Magali
FILL IN ATTORNEY NAME

My SDNY Bar Number is: NM 5775      My State Bar Number is 2680171

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Cozen O'Connor
            FIRM ADDRESS: 45 Broadway, New York, NY 10006
            FIRM TELEPHONE NUMBER: 212-908-1348
            FIRM FAX NUMBER: 212-509-9492

NEW FIRM:   FIRM NAME: Clyde & Co US LLP
            FIRM ADDRESS: 405 Lexington Avenue, 16th Floor
            FIRM TELEPHONE NUMBER: 212-710-3900
            FIRM FAX NUMBER: 212-710-3950

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:  December 7, 2011

*Nicholas Magali*
ATTORNEY'S SIGNATURE