UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,

     -against-                                          Case No. 09 Civ. 5900 (RPP)

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK,

                Defendants.
------------------------------------------------------------------X
CITIBANK, N.A.,                                          **NOTICE OF APPEARANCE**

                Third-Party Plaintiff,

     -against-

[REDACTED] ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION AND SECURITY,
IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP.,
JEREMY LEVIN AND DR. LUCILLE LEVIN,

                Third-Party Defendants.
------------------------------------------------------------------X

      Please take notice that Douglas Maag, a senior counsel at Clyde & Co US LLP, represents Third-Party Defendant [REDACTED] in the above-captioned matter.

      It is respectfully requested that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon Douglas Maag at the address below.

Dated: New York, New York
          December 5, 2011

CLYDE & CO US LLP

BY: _____
Douglas Maag, Esq.

The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900

**Attorneys for Third-Party Defendant**

2