# THE
# Westpac
# GROUP

*MEMO ENDORSED*



Westpac Place
275 Kent Street
Sydney NSW 2000
T 61 2 8253 3135
F 61 2 8253 1214

December 9, 2011

Hon. Robert P. Patterson, Jr.
United States District Judge
United States District Court for
The Southern District of New York
300 Pearl Street, Room 2550
New York, NY 10007

    Re:    <u>Levin v. Bank of New York etc.</u> (Case No. 09 Civ. 5900) - request for extension of time to respond to third-party complaint

Dear Judge Patterson:

    Westpac Banking Corporation has been named as a third-party defendant in the above action, with respect to a small wire transfer ($8,580) that the third party plaintiff, JPMorgan Chase, froze (we believe incorrectly) pursuant to OFAC regulations. Counsel for JPMC and the judgment creditors (plaintiffs in the underlying <u>Levin</u> action) have agreed to extend our time to respond to the third-party complaint until January 13, 2012, by which time we hope to be able to resolve this matter with JPMC without further legal proceedings. Counsel also advised that similar extensions on consent have been granted by the court upon submission of letters confirming the parties' agreement. Accordingly, we respectfully request that the Court approve an extension of our time to respond to the third-party complaint until January 13, 2012. Thank you.

    Respectfully yours,

    *[signature]*

Carla Bongiorno
Counsel, Dispute Resolution Group

*[handwritten: Application granted. This is a final adjournment. So Ordered. R.P. Patterson 12/12/11]*

cc (by email):
    J. Kelley Nevling, Jr. Esq. (for JPMC)
    David Misler, Esq. (for <u>Levin</u> plaintiffs)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/11
```