UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2011
```

LEVIN

                Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __09CV5900__ (RPP)

-v-

BANK OF NEW YORK, ET AL.,

                Defendant(s)

---

I hereby certify under the penalties of perjury that on 15th day of DECEMBER_____, 20_11_, I served: (SEE LETTER ATTACHED) _____

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ Two copies of the DOCUMENTS ITEMIZED IN THE ATTACHED LETTER

by FED EX 8647 0990 2474 _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
      **DECEMBER 15, 2011**

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    Print Name: JEANINE VIERASANT
                                    DEPUTY CLERK OF COURT

**FedEx** Express **US Airbill**

FedEx Tracking Number 8647 0990 2474

0200 **Sender's Copy**

**1 From** *Please print and press hard.*

Date 12/14/11 Sender's FedEx Account Number SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name Judy Goodwin Phone (212) 806-5400

Company Stroock & Stroock & Lavan LLP

Address 180 Maiden Lane

Dept./Floor/Suite/Room

City New York State NY ZIP 10038

**2 Your Internal Billing Reference** OPTIONAL
First 24 characters will appear on invoice.

**3 To**
Recipient's Name Secretary of State
Attn: Director of Special Consular Services Phone ( )

Company C/O: Director, Office of Policy Review & Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State

Recipient's Address SA-29, 4th Floor
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address 2201 C Street NW
To request a package be held at a specific FedEx location, print FedEx address here.

City Washington, DC State ZIP 20520

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

fedex.com 1.800.GoFedEx 1.800.463.3339

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [x] Other

* Declared value limit $500.

**6 Special Handling** — Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [x] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [x] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

520

Rev. Date 10/06•Part #158281•©1994–2006 FedEx•PRINTED IN U.S.A. SRY

RETAIN THIS COPY FOR YOUR RECORDS.

# STROOCK

**CONFIDENTIAL**                                                          **By Hand**

December 15, 2011                                     Judy Peacock Goodwin
                                                             Direct Dial 212-806-5540
                                                             Direct Fax 212-806-6006
                                                             jgoodwin@stroock.com

Ms. Ruby J. Krajick, Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:    Request for Service Upon a Foreign State and Political Subdivisions
        Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4)

Dear Ms. Krajick:

I write on behalf of a group of judgment creditors of the Islamic Republic of Iran who are parties to the action titled Levin v. Bank of New York, et al., Case No. 09 Civ. 5900 (RPP) (MHD), to respectfully request the Court's and the U.S. Department of State's assistance with effecting service of process upon a foreign state and two political subdivisions thereof pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). This service of process was directed by order of the Court (Patterson, J.) in the Levin action on September 16, 2011.

Pursuant to 28 U.S.C. §1608(a)(3), we attempted service of process on the Islamic Republic of Iran and two of its political subdivisions, the Iranian Ministry of Information and Security and the Iranian Islamic Revolutionary Guard Corps. (collectively, the "Service Recipients") on November 21, 2011. The Clerk of the Court dispatched our service documents to the Service Recipients on November 22, 2011, via DHL International mail, signed receipt requested.

These shipments were rejected by the Service Recipients on November 26, 2011, and the packages were returned to our offices on December 1, 2011. Copies of the DHL tracking statements for these packages are attached as Exhibit 1. Service having failed

# STROOCK

under 28 U.S.C. §1608(a)(3) due to the Service Recipients' rejection of the packages, any further attempts to effect service upon them pursuant to §1608(a)(3) would be futile. Accordingly, we now respectfully request assistance with effecting service pursuant to 28 U.S.C. §1608(a)(4).

Section 1608(a)(4) requires two copies of the service documents, along with payment of U.S. Department of State service fee, to be dispatched by the Clerk of Court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services. The Secretary shall transmit one copy of the service documents through diplomatic channels to the Service Recipients and send to the Clerk of the Court a certified copy of the diplomatic note indicating when the papers were transmitted.

Accordingly, and in accordance with this Court's published procedures for service pursuant to §1608(a)(4), following below is (1) a list of the names, titles and addresses of each party we are requesting to be served, (2) the specific documents we are requesting to be served upon such parties, and (3) details concerning the specific method of service being requested.

The Three Parties to Be Served

    The Islamic Republic of Iran
    Attn: Hon. Ali Akbar Salehi, Foreign Minister
    Ministry of Foreign Affairs
    Khomeini Avenue and United Nations Street
    Tehran
    Iran

    The Iranian Ministry of Information and Security
    Attn: Hon. Ali Akbar Salehi, Foreign Minister
    Ministry of Foreign Affairs —
    Khomeini Avenue and United Nations Street
    Tehran
    Iran

    The Iranian Islamic Revolutionary Guard Corps.
    Attn: Hon. Ali Akbar Salehi, Foreign Minister
    Ministry of Foreign Affairs
    Khomeini Avenue and United Nations Street
    Tehran
    Iran

Documents to Be Served Upon Each Party

# STROOCK

Enclosed for forwarding to the Secretary of State for service upon each of the Service Recipients are two sets of copies of the following documents (pre-assembled into separate bundles for each of the three parties to be served):

(1) Notice of Suit drafted pursuant to 22 C.F.R. §93.2, Summons and two Third-Party Complaints of Citibank, N.A., both dated September 21, 2011, along with Farsi translations of the same documents with accompanying translators' affidavits;

(2) Notice of Suit drafted pursuant to 22 C.F.R. §93.2, Summons and Additional Amended and Supplemental Third-Party Complaint of The Bank of New York Mellon, dated October 6, 2011, along with Farsi translations of the same documents with accompanying translators' affidavits; and

(3) Notice of Suit drafted pursuant to 22 C.F.R. §93.2, Summons and Additional Amended and Supplemental Third-Party Complaint of JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., dated October 6, 2011, along with Farsi translations of the same documents with accompanying translators' affidavits;

An additional copy-set of each of the above service documents has also been included for the Court's file.

Method of Service Requested:

We respectfully request that service to the U.S. State Department be made via FedEx. To that end, we have enclosed one box sufficient to hold two sets of service documents and three cashier's checks, each made out to "U.S. Embassy Bern". We also enclose a FedEx waybill addressed to the Secretary of State and bearing our firm's return address and FedEx account number.

Thank you in advance for your assistance, which is greatly appreciated. Should you require any additional information or materials to effect the requested service, please do not hesitate to contact me.

Respectfully submitted,

Judy Peacock Goodwin

Confidential Enclosures

cc: Director of Special Consular Services, U.S. Department of State (by FedEx)

# EXHIBIT 1



English  Contact Center  Tools  Country Profile

Express    Logistics    Mail    Press    Careers    About Us    Content Search



> DHL Global | > Express | Tracking

# Track DHL Express Shipments

DHL's online tracking is the fastest way to find out where your shipment is. No need to call Customer Service when we can offer you real-time details of your shipment's progress as it speeds through the DHL Network on the way to its destination.

### Express

Shipping
**Tracking**
  Monitor Shipments
  Tracking FAQs
  Track by Shipper's Reference
  Tracking Tools
Export Services
Import Services
Domestic Services
Optional Services
Industry Solutions
Small Business Solutions
Resource Center

**Result Summary**

Waybill: 7414102205
Returned to shipper

Thursday, December 01, 2011 at 11:59
Origin Service Area: > NEW YORK, NY - NEW YORK - USA
Destination Service Area: > TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

| Thursday, December 01, 2011 | | Location | Time |
|---|---|---|---|
| 28 | Returned to shipper | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 11:59 |
| 27 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:05 |
| **Wednesday, November 30, 2011** | | **Location** | **Time** |
| 26 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:17 |
| **Tuesday, November 29, 2011** | | **Location** | **Time** |
| 25 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:18 |
| **Monday, November 28, 2011** | | **Location** | **Time** |
| 24 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:30 |
| **Sunday, November 27, 2011** | | **Location** | **Time** |
| 23 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:54 |
| **Saturday, November 26, 2011** | | **Location** | **Time** |
| 22 | Recipient refused delivery | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 13:22 |
| 21 | With delivery courier | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 08:49 |
| 20 | Arrived at Delivery Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 08:06 |
| 19 | Departed Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 07:59 |
| 18 | Arrived at Sort Facility TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 07:37 |
| **Friday, November 25, 2011** | | **Location** | **Time** |
| 17 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 23:06 |
| 16 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 19:27 |
| 15 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 14:44 |
| 14 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 10:07 |
| 13 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 05:19 |
| 12 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 02:21 |
| **Thursday, November 24, 2011** | | **Location** | **Time** |

DHL | Tracking | English

http://www.dhl.com/content/g0/en/express/tracking.shtml?brand=DH...



| | | Wednesday, November 23, 2011 | Location | Time |
|---|---|---|---|---|
| | 11 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:16 |
| | 10 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:45 |
| | 9 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 00:05 |
| | 8 | Shipment on hold | CINCINNATI HUB, OH - USA | 00:02 |
| | 7 | Clearance delay | CINCINNATI HUB, OH - USA | 05:41 |
| | 6 | Shipment on hold | CINCINNATI HUB, OH - USA | 05:26 |
| | 5 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 01:37 |
| | | Tuesday, November 22, 2011 | Location | Time |
| | 4 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 22:12 |
| | 3 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 22:05 |
| | | Thursday, November 10, 2011 | Location | Time |
| | 2 | Shipment on hold | CINCINNATI HUB, OH - USA | 22:49 |
| | | Tuesday, November 22, 2011 | Location | Time |
| | 1 | Shipment picked up | NEW YORK, NY - USA | 15:53 |

**Waybill:** 7414102205

Returned to shipper

Thursday, December 01, 2011 at 11:59
**Origin Service Area:** > NEW YORK, NY - NEW YORK - USA
**Destination Service Area:** > TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

**Hide Details**

**Try New Search**

SiteGuide Accessibility Legal Using DHL Websites
2011 © DHL International GmbH. All rights reserved



English   Contact Center   Tools   Country Profile

Express   Logistics   Mail   Press   Careers   About Us     Content Search



> DHL Global | > Express | **Tracking**

## Track DHL Express Shipments

DHL's online tracking is the fastest way to find out where your shipment is. No need to call Customer Service when we can offer you real-time details of your shipment's progress as it speeds through the DHL Network on the way to its destination.

**Express**

- Shipping
- **Tracking**
    - Monitor Shipments
    - Tracking FAQs
    - Track by Shipper's Reference
    - Tracking Tools
- Export Services
- Import Services
- Domestic Services
- Optional Services
- Industry Solutions
- Small Business Solutions
- Resource Center

**Result Summary**

Waybill: 7414090633
Returned to shipper

Thursday, December 01, 2011 at 12:01
Origin Service Area: > NEW YORK, NY - NEW YORK - USA
Destination Service Area: > TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

**Thursday, December 01, 2011**

| # | Event | Location | Time |
| --- | --- | --- | --- |
| 27 | Returned to shipper | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 12:01 |
| 26 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:05 |

**Wednesday, November 30, 2011**

| # | Event | Location | Time |
| --- | --- | --- | --- |
| 25 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:17 |

**Tuesday, November 29, 2011**

| # | Event | Location | Time |
| --- | --- | --- | --- |
| 24 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:18 |

**Monday, November 28, 2011**

| # | Event | Location | Time |
| --- | --- | --- | --- |
| 23 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:11 |

**Sunday, November 27, 2011**

| # | Event | Location | Time |
| --- | --- | --- | --- |
| 22 | Recipient refused delivery | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 15:04 |
| 21 | With delivery courier | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:13 |

**Saturday, November 26, 2011**

| # | Event | Location | Time |
| --- | --- | --- | --- |
| 20 | Arrived at Delivery Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 15:08 |
| 19 | Departed Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 15:04 |
| 18 | Clearance processing complete at TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 15:01 |
| 17 | Arrived at Sort Facility TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 14:56 |

**Friday, November 25, 2011**

| # | Event | Location | Time |
| --- | --- | --- | --- |
| 16 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 23:06 |
| 15 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 18:19 |
| 14 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 06:12 |

**Thursday, November 24, 2011**

| # | Event | Location | Time |
| --- | --- | --- | --- |
| 13 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 22:18 |
| 12 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 15:18 |
| 11 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 13:38 |



| | | Wednesday, November 23, 2011 | Location | Time |
|---|---|---|---|---|
| | 10 | Shipment on hold | BAHRAIN - BAHRAIN | 05:35 |
| | 9 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 02:10 |
| | 8 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:18 |
| | 7 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:44 |
| | 6 | Shipment on hold | CINCINNATI HUB, OH - USA | 04:09 |
| | 5 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 01:37 |

Sitemap  Accessibility  Legal  Using DHL Websites
2011 © DHL International GmbH. All rights reserved.

| | | Tuesday, November 22, 2011 | Location | Time |
|---|---|---|---|---|
| | 4 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 22:12 |
| | 3 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 22:05 |

| | | Thursday, November 10, 2011 | Location | Time |
|---|---|---|---|---|
| | 2 | Shipment on hold | CINCINNATI HUB, OH - USA | 22:49 |

| | | Tuesday, November 22, 2011 | Location | Time |
|---|---|---|---|---|
| | 1 | Shipment picked up | NEW YORK, NY - USA | 15:53 |

**Waybill: 7414090633**

Returned to shipper

**Thursday, December 01, 2011 at 12:01**
**Origin Service Area:** > NEW YORK, NY - NEW YORK - USA
**Destination Service Area:** > TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

**Hide Details**

**Try New Search**

12/6/2011 11:55 AM

English   Contact Center   Tools   Country Profile



| Express | Logistics | Mail | Press | Careers | About Us | Content Search |



› DHL Global | › Express | **Tracking**

# Track DHL Express Shipments

DHL's online tracking is the fastest way to find out where your shipment is. No need to call Customer Service when we can offer you real-time details of your shipment's progress as it speeds through the DHL Network on the way to its destination.

### Express

- Shipping
- **Tracking**
  - Monitor Shipments
  - Tracking FAQs
  - Track by Shipper's Reference
  - Tracking Tools
- Export Services
- Import Services
- Domestic Services
- Optional Services
- Industry Solutions
- Small Business Solutions
- Resource Center

**Result Summary**

Waybill: 7414103900
Returned to shipper

Thursday, December 01, 2011 at 12:00
Origin Service Area: › NEW YORK, NY - NEW YORK - USA
Destination Service Area: › TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

### Thursday, December 01, 2011

| # | | Location | Time |
|---|---|---|---|
| 28 | Returned to shipper | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 12:00 |
| 27 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:05 |

### Wednesday, November 30, 2011

| # | | Location | Time |
|---|---|---|---|
| 26 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:17 |

### Tuesday, November 29, 2011

| # | | Location | Time |
|---|---|---|---|
| 25 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:18 |

### Monday, November 28, 2011

| # | | Location | Time |
|---|---|---|---|
| 24 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:30 |

### Sunday, November 27, 2011

| # | | Location | Time |
|---|---|---|---|
| 23 | Shipment on hold | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 09:55 |

### Saturday, November 26, 2011

| # | | Location | Time |
|---|---|---|---|
| 22 | Recipient refused delivery | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 13:22 |
| 21 | With delivery courier | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 08:49 |
| 20 | Arrived at Delivery Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 08:06 |
| 19 | Departed Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 07:59 |
| 18 | Arrived at Sort Facility TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 07:39 |

### Friday, November 25, 2011

| # | | Location | Time |
|---|---|---|---|
| 17 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 23:06 |
| 16 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 16:58 |

### Thursday, November 24, 2011

| # | | Location | Time |
|---|---|---|---|
| 15 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 22:18 |
| 14 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 15:18 |
| 13 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 13:38 |
| 12 | Shipment on hold | BAHRAIN - BAHRAIN | 05:35 |



| | | Location | Time |
|---|---|---|---|
| **Wednesday, November 23, 2011** | | | |
| 11 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 02:10 |
| 10 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:18 |
| 9 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:44 |
| 8 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:10 |
| 7 | Shipment on hold | CINCINNATI HUB, OH - USA | 04:08 |
| 6 | Clearance delay | CINCINNATI HUB, OH - USA | 02:28 |
| 5 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 01:38 |
| **Tuesday, November 22, 2011** | | **Location** | **Time** |
| 4 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 22:12 |
| 3 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 22:05 |
| **Thursday, November 10, 2011** | | **Location** | **Time** |
| 2 | Shipment on hold | CINCINNATI HUB, OH - USA | 22:49 |
| **Tuesday, November 22, 2011** | | **Location** | **Time** |
| 1 | Shipment picked up | NEW YORK, NY - USA | 15:53 |

**Waybill: 7414103900**

Returned to shipper

**Thursday, December 01, 2011 at 12:00**
**Origin Service Area:** > NEW YORK, NY - NEW YORK - USA
**Destination Service Area:** > TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

Sitemap  Accessibility  Legal  Using DHL Websites
2011 © DHL International GmbH. All rights reserved.

**Hide Details**

**Try New Search**