UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

                                  Plaintiff(s),

    -against-

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITI BANK

                                  Defendant(s).
------------------------------------------------------------X
CITIBANK, N.A.,

                          Third Party Plaintiff

    -against-

**NOTICE OF APPEARANCE**

Case No.: 09 Civ 5900

[REDACTED]

ISLAMIC REPLUBIC OF IRAN, IRANIAN
MINISTRY OF INFORMATION AND SECURITY,
IRANIAN ISLAMIC REVOLUTIONARY GUARD
CORP., JEREMY LEVIN AND DR. LUCILLE LEVIN

                         Third Party Defendants
------------------------------------------------------------X

    Please take notice that Chijioke Metu, Esq., a member of PLACID & METU, P.C., represents third party defendant, [REDACTED], in the above-captioned matter.

    It is respectfully requested that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon Chijioke Metu, at the address below.

Dated: December 16, 2011

                                                      _[signature]_
                                                      Chijioke Metu, Esq.
                                                      PLACID & METU, P.C.
                                                      Attorneys for Third Party Defendant(s)
                                                      [REDACTED]
                                                      161-10 Jamaica Avenue, Suite 303
                                                      Jamaica, New York 11432

                                                      718-739-4444

                                                      Our File No. 1577