LAW OFFICES OF
# KAMRAN PARANDIAN
1 BARKER AVENUE, 4TH FLOOR
WHITE PLAINS ♦ NEW YORK ♦ 10601

*MEMBER OF NY & NJ BARS

PHONE: (914) 793-2626
FAX: (914) 239-4678

MEMO ENDORSED

December 15, 2011

**VIA FACSIMILE (212) 805-7917**

Honorable Robert P. Paterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



RECEIVED
DEC 15 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

      RE:    Levin v. JPMorgan Chase & Co., et al.
              **09 Civ. 5900 (RPP)**

Dear Judge Patterson:

      This office represents Third-Party Defendant Tehran Baspar Plastic ("TBP") in the above referenced action. I write to respectfully request additional time to respond to the third-party complaint (the "Complaint") recently filed by Third-Party Plaintiff Citibank, N.A. ("Citibank") on September 21, 2011.

      TBP's response to the Complaint was due on November 17, 2011. TBP received the Summons and Complaint in Iran via DHL on October 26, 2011. The documents were in English which is not the primary language spoken by any person working at TBP. As a result they misread the Summons to mean that they were provided 60 days to respond to the Complaint. TBP respectfully requests a 30-day extension of its time to move, answer or otherwise respond to the Complaint until January 15, 2011. This constitutes TBP's first request for an extension of time. Opposing counsel has been contacted and consents to this application.

*Application granted. So ordered. R.P. Patterson USDJ 12/15/11*

Respectfully Submitted,

Kamran Parandian

cc: Christopher J. Robinson, Esq. (Counsel for Third-Party Plaintiff Citibank)
      Sharon L. Schneier, Esq. (Counsel for Third-Party Plaintiff Citibank)