# PLACID & METU, P.C.

Attorneys at Law
161-10 Jamaica Avenue, Suite 303
Jamaica, New York 11432

Tel.: 718-739-4444                                                                                                    Fax.: 718-739-4440

**MEMO ENDORSED**

December 16, 2011

Hon. Robert P. Patterson, Jr.
United States District Judge
United States District Court for
The Southern District of New York
300 Pearl Street, Room 2550,
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/11
```



**RE: REQUEST FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY
COMPLAINT IN LEVIN V. BANK OF NEW YORK ET A.L.
[Case No. 09 Civ. 5900]**

Dear Judge Patterson:

Our firm was retained late yesterday, December 15, 2011 by ▉▉▉▉▉▉▉▉▉▉, named, we believe incorrectly, as a third party defendant in the above referenced matter.

In this regard, we respectfully request the court's approval of an extension of time up to January 16, 2012, to respond to the complaint. We have communicated with the third party plaintiff, Citibank, N.A.'s counsel, who indicated that they in addition to counsel to the Greenbaum and Acosta creditors have no objection to our request.

Respectfully yours,

Chijioke Metu, Esq.

CM/na

cc: (via email)

Christopher Robinson, Esq.
Davis Wright Tremaine LLP, NYC
for Third Party Plaintiffs CitiBank, N.A.

chrisrobinson@dwt.com

Jeremy Sage Rosof, Esq.
Stroock & Stroock & Lavan, LLP, NYC
for Greenbaum & Acosta judgment creditors

jrosof@dl.com