UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,  :
                                     :
           Plaintiffs,               :
                                     :  Case No. 09 Civ. 5900 (RPP)
     -against-                       :
                                     :
BANK OF NEW YORK, JPMORGAN CHASE,    :
SOCIÉTÉ GÉNÉRALE, and CITIBANK,      :
                                     :
           Defendants.               :
                                     :
------------------------------------X
SOCIÉTÉ GÉNÉRALE,                    :
                                     :
           Third Party-Plaintiff,    :
                                     :
     -against-                       :  **RULE 7.1 CORPORATE**
                                     :  **DISCLOSURE STATEMENT**
[REDACTED PARTIES], FLAMINGO         :
INTERNATIONAL SA, DEUTSCHE BANK      :
TRUST CO. AMERICAS, BANK MELLAT      :
TURKEY, VESTEL ELEKTRONIK SANAYI VE  :
TICARET A.S., STEVEN GREENBAUM et al.,:
CARLOS ACOSTA *et al.*, THE ESTATE OF :
MICHAEL HEISER *et al.* and DEBORAH D.:
PETERSON *et al.*,                   :
                                     :
           Third Party               :
           Defendants.               :
                                     :
------------------------------------X

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
RESPONDENT DEUTSCHE BANK TRUST COMPANY AMERICAS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Garnishee Deutsche Bank Trust Company Americas ("DBTCA"), a privately-owned corporation, certifies that its parent corporations are Deutsche Bank Trust Corporation, Taunus Corporation, and Deutsche Bank AG. Of these parent corporations, only Deutsche Bank AG is publicly

NY: 732422-1

traded.  No other publicly-held corporation owns more than 10 percent of DBTCA's stock.

Dated: New York, New York
December 19, 2011

COVINGTON & BURLING LLP

By: s/ Mark P. Gimbel
Mark P. Gimbel

The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
mgimbel@cov.com

*Attorneys for Third Party Defendant Deutsche Bank Trust Company Americas*