UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
JEREMY LEVIN and DR. LUCILLE LEVIN,

                          Plaintiffs,

                                  No. 09 Civ. 5900 (RPP)
        v.

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIÉTÉ GÉNÉRALE and CITIBANK,

                          Defendants.
------------------------------------------------ x

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Jacob S. Pultman of Allen & Overy LLP, member of this Court in good standing, hereby enters an appearance as counsel for Third-Party Defendant CIMB Bank Berhad in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated:  New York, New York
         December 21, 2011

                                             ALLEN & OVERY LLP

                                             By:  /s/ Jacob S. Pultman
                                             Jacob S. Pultman
                                             1221 Avenue of the Americas
                                             New York, New York 10020
                                             Tel: (212) 610-6300
                                             Fax: (212) 610-6399
                                             jacob.pultman@allenovery.com

                                             *Attorneys for Third-Party Defendant*
                                             *CIMB Bank Berhad*