UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
    :
JEREMY LEVIN and DR. LUCILLE LEVIN,    :
    :
    :
                  Plaintiffs,    :
    :   No. 09 Civ. 5900 (RPP)
        v.    :
    :
    :
BANK OF NEW YORK, JPMORGAN CHASE,    :
SOCIÉTÉ GÉNÉRALE and CITIBANK,    :
    :
                  Defendants.    :
------------------------------------------------ x

## RULE 7.1 DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendant CIMB Bank Berhad certifies that its parent corporation is CIMB Group Sdn Bhd, which is owned by CIMB Group Holdings Berhad.  No publicly held corporation owns 10% or more of CIMB Bank Berhad's stock.

Dated:  New York, New York
           December 21, 2011

ALLEN & OVERY LLP

By:   /s/ Jacob S. Pultman
       Jacob S. Pultman
       Reginald B. Schafer
       1221 Avenue of the Americas
       New York, New York 10020
       Tel:  (212) 610-6300
       Fax:  (212) 610-6399
       jacob.pultman@allenovery.com
       reggie.schafer@allenovery.com

*Attorneys for Third-Party Defendant CIMB Bank Berhad*