UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JEREMY LEVIN and DR. LUCILLE LEVIN,

       Plaintiffs,                        09 Civ. 5900 (RPP) (MHD)

     v.                                  **NOTICE OF APPEARANCE**

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIÉTÉ GÉNÉRALE and CITIBANK,

       Defendants.
_____

THE BANK OF NEW YORK MELLON,

       Third-Party Plaintiff,

     v.

HSBC BANK USA, N.A., et al.,

       Third-Party Defendants.
_____

        Paul K. Stecker of Phillips Lytle LLP hereby appears in this action as counsel for third-party defendant HSBC Bank USA, N.A.

DATED:    December 21, 2011

                                        PHILLIPS LYTLE LLP

                                        By:   s/ Paul K. Stecker
                                               Paul K. Stecker
                                       Attorneys for Third-Party Defendant
                                        HSBC Bank USA, N.A.
                                       Suite 3400, One HSBC Center
                                       Buffalo, New York 14203
                                       (716) 847-8400

          and

          437 Madison Avenue, 34th Floor
          New York, New York  10022
          (212) 759-4888

TO:    LEVI LUBARSKY & FEIGENBAUM LLP
        (Howard B. Levy, Richard F. Lubarsky and
         J. Kelley Nevling, Jr., of Counsel)
        Attorneys for Defendant/Third-Party Plaintiff,
         The Bank of New York Mellon
        1185 Avenue of the America, 17th Floor
        New York, New York  10036

FFFtl
Doc # 01-2540409.2