UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,                                    09 Civ. 5900 (RPP) (MHD)

        v.

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIÉTÉ GÉNÉRALE and CITIBANK,

                Defendants.
_____

THE BANK OF NEW YORK MELLON,

                Third-Party Plaintiff,

        v.

HSBC BANK USA, N.A., et al.,

                Third-Party Defendants.
_____

**ANSWER OF HSBC BANK USA, N.A. TO ADDITIONAL
AMENDED AND SUPPLEMENTAL THIRD-PARTY
COMPLAINT OF THE BANK OF NEW YORK MELLON**

Third-party defendant HSBC Bank USA, N.A. ("HSBC"), by its attorneys,

Phillips Lytle LLP, states as follows for its answer to the additional amended and supplemental

third-party complaint ("third-party complaint") of The Bank of New York Mellon ("BNY

Mellon"):

          1.        In answer to paragraph 1 of the third-party complaint, admits that BNY

Mellon has filed the third-party complaint as alleged, and lacks knowledge or information

sufficient to form a belief as to the remaining allegations of such paragraph.

2.      In answer to paragraph 2 of the third-party complaint, admits that BNY Mellon has filed the third-party complaint as alleged, and lacks knowledge or information sufficient to form a belief as to the remaining allegations of such paragraph.

3.      HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the third-party complaint.

4.      HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the third-party complaint.

5.      Having been served with a copy of the third-party complaint in which paragraph 5 is redacted, HSBC is unable to respond to this paragraph.

6.      Having been served with a copy of the third-party complaint in which paragraph 6 is redacted, HSBC is unable to respond to this paragraph.

7.      Having been served with a copy of the third-party complaint in which paragraph 7 is redacted, HSBC is unable to respond to this paragraph.

8.      Having been served with a copy of the third-party complaint in which paragraph 8 is redacted, HSBC is unable to respond to this paragraph.

9.      Having been served with a copy of the third-party complaint in which paragraph 9 is redacted, HSBC is unable to respond to this paragraph.

10.      Having been served with a copy of the third-party complaint in which paragraph 10 is redacted, HSBC is unable to respond to this paragraph.

11.      Having been served with a copy of the third-party complaint in which paragraph 11 is redacted, HSBC is unable to respond to this paragraph.

12.      Having been served with a copy of the third-party complaint in which paragraph 12 is redacted, HSBC is unable to respond to this paragraph.

13.     Having been served with a copy of the third-party complaint in which paragraph 13 is redacted, HSBC is unable to respond to this paragraph.

14.     Having been served with a copy of the third-party complaint in which paragraph 14 is redacted, HSBC is unable to respond to this paragraph.

15.     Having been served with a copy of the third-party complaint in which paragraph 15 is redacted, HSBC is unable to respond to this paragraph.

16.     Having been served with a copy of the third-party complaint in which paragraph 16 is redacted, HSBC is unable to respond to this paragraph.

17.     Having been served with a copy of the third-party complaint in which paragraph 17 is redacted, HSBC is unable to respond to this paragraph.

18.     Having been served with a copy of the third-party complaint in which paragraph 18 is redacted, HSBC is unable to respond to this paragraph.

19.     Having been served with a copy of the third-party complaint in which paragraph 19 is redacted, HSBC is unable to respond to this paragraph.

20.     Having been served with a copy of the third-party complaint in which paragraph 20 is redacted, HSBC is unable to respond to this paragraph.

21.     Having been served with a copy of the third-party complaint in which paragraph 21 is redacted, HSBC is unable to respond to this paragraph.

22.     Having been served with a copy of the third-party complaint in which paragraph 22 is redacted, HSBC is unable to respond to this paragraph.

23.     Having been served with a copy of the third-party complaint in which paragraph 23 is redacted, HSBC is unable to respond to this paragraph.

24.     Having been served with a copy of the third-party complaint in which paragraph 24 is redacted, HSBC is unable to respond to this paragraph.

25.     Having been served with a copy of the third-party complaint in which paragraph 25 is redacted, HSBC is unable to respond to this paragraph.

26.     Having been served with a copy of the third-party complaint in which paragraph 26 is redacted, HSBC is unable to respond to this paragraph.

27.     Having been served with a copy of the third-party complaint in which paragraph 27 is redacted, HSBC is unable to respond to this paragraph.

28.     Having been served with a copy of the third-party complaint in which paragraph 28 is redacted, HSBC is unable to respond to this paragraph.

29.     Having been served with a copy of the third-party complaint in which paragraph 29 is redacted, HSBC is unable to respond to this paragraph.

30.     Having been served with a copy of the third-party complaint in which paragraph 30 is redacted, HSBC is unable to respond to this paragraph.

31.     Having been served with a copy of the third-party complaint in which paragraph 31 is redacted, HSBC is unable to respond to this paragraph.

32.     Having been served with a copy of the third-party complaint in which paragraph 32 is redacted, HSBC is unable to respond to this paragraph.

33.     Having been served with a copy of the third-party complaint in which paragraph 33 is redacted, HSBC is unable to respond to this paragraph.

34.     Having been served with a copy of the third-party complaint in which paragraph 34 is redacted, HSBC is unable to respond to this paragraph.

35.     Having been served with a copy of the third-party complaint in which paragraph 35 is redacted, HSBC is unable to respond to this paragraph.

36.     Having been served with a copy of the third-party complaint in which paragraph 36 is redacted, HSBC is unable to respond to this paragraph.

37.     Having been served with a copy of the third-party complaint in which paragraph 37 is redacted, HSBC is unable to respond to this paragraph.

38.     Having been served with a copy of the third-party complaint in which paragraph 38 is redacted, HSBC is unable to respond to this paragraph.

39.     Having been served with a copy of the third-party complaint in which paragraph 39 is redacted, HSBC is unable to respond to this paragraph.

40.     Having been served with a copy of the third-party complaint in which paragraph 40 is redacted, HSBC is unable to respond to this paragraph.

41.     Having been served with a copy of the third-party complaint in which paragraph 41 is redacted, HSBC is unable to respond to this paragraph.

42.     Having been served with a copy of the third-party complaint in which paragraph 42 is redacted, HSBC is unable to respond to this paragraph.

43.     Having been served with a copy of the third-party complaint in which paragraph 43 is redacted, HSBC is unable to respond to this paragraph.

44.     Having been served with a copy of the third-party complaint in which paragraph 44 is redacted, HSBC is unable to respond to this paragraph.

45.     Having been served with a copy of the third-party complaint in which paragraph 45 is redacted, HSBC is unable to respond to this paragraph.

46.     Having been served with a copy of the third-party complaint in which paragraph 46 is redacted, HSBC is unable to respond to this paragraph.

47.     Having been served with a copy of the third-party complaint in which paragraph 47 is redacted, HSBC is unable to respond to this paragraph.

48.     Having been served with a copy of the third-party complaint in which paragraph 48 is redacted, HSBC is unable to respond to this paragraph.

49.     Having been served with a copy of the third-party complaint in which paragraph 49 is redacted, HSBC is unable to respond to this paragraph.

50.     Having been served with a copy of the third-party complaint in which paragraph 50 is redacted, HSBC is unable to respond to this paragraph.

51.     Having been served with a copy of the third-party complaint in which paragraph 51 is redacted, HSBC is unable to respond to this paragraph.

52.     Having been served with a copy of the third-party complaint in which paragraph 52 is redacted, HSBC is unable to respond to this paragraph.

53.     Having been served with a copy of the third-party complaint in which paragraph 53 is redacted, HSBC is unable to respond to this paragraph.

54.     Having been served with a copy of the third-party complaint in which paragraph 54 is redacted, HSBC is unable to respond to this paragraph.

55.     Having been served with a copy of the third-party complaint in which paragraph 55 is redacted, HSBC is unable to respond to this paragraph.

56.     Having been served with a copy of the third-party complaint in which paragraph 56 is redacted, HSBC is unable to respond to this paragraph.

57.     Having been served with a copy of the third-party complaint in which paragraph 57 is redacted, HSBC is unable to respond to this paragraph.

58.     Having been served with a copy of the third-party complaint in which paragraph 58 is redacted, HSBC is unable to respond to this paragraph.

59.     Having been served with a copy of the third-party complaint in which paragraph 59 is redacted, HSBC is unable to respond to this paragraph.

60.     Having been served with a copy of the third-party complaint in which paragraph 60 is redacted, HSBC is unable to respond to this paragraph.

61.     Having been served with a copy of the third-party complaint in which paragraph 61 is redacted, HSBC is unable to respond to this paragraph.

62.     Having been served with a copy of the third-party complaint in which paragraph 62 is redacted, HSBC is unable to respond to this paragraph.

63.     Having been served with a copy of the third-party complaint in which paragraph 63 is redacted, HSBC is unable to respond to this paragraph.

64.     Having been served with a copy of the third-party complaint in which paragraph 64 is redacted, HSBC is unable to respond to this paragraph.

65.     Having been served with a copy of the third-party complaint in which paragraph 65 is redacted, HSBC is unable to respond to this paragraph.

66.     Having been served with a copy of the third-party complaint in which paragraph 66 is redacted, HSBC is unable to respond to this paragraph.

67.     Having been served with a copy of the third-party complaint in which paragraph 67 is redacted, HSBC is unable to respond to this paragraph.

68.     HSBC admits the allegations in paragraph 68 of the third-party complaint.

69.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 of the third-party complaint.

70.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 of the third-party complaint.

71.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 of the third-party complaint.

72.     In answer to paragraph 72 of the third-party complaint, HSBC admits that this Court has subject jurisdiction over this proceeding.

73.     In answer to paragraph 73 of the third-party complaint, HSBC admits that venue of this proceeding is properly set in this judicial district.

74.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 of the third-party complaint.

75.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the third-party complaint.

76.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76 of the third-party complaint.

77.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77 of the third-party complaint.

78.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 of the third-party complaint.

79.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 of the third-party complaint.

80.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 of the third-party complaint.

81.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 of the third-party complaint.

82.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 of the third-party complaint.

83.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83 of the third-party complaint.

84.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 of the third-party complaint.

85.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85 of the third-party complaint.

86.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86 of the third-party complaint.

87.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 of the third-party complaint.

88.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88 of the third-party complaint.

89.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 of the third-party complaint.

90.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90 of the third-party complaint.

91.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91 of the third-party complaint.

92.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92 of the third-party complaint.

93.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93 of the third-party complaint.

94.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94 of the third-party complaint.

95.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95 of the third-party complaint.

96.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96 of the third-party complaint.

97.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97 of the third-party complaint.

98.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98 of the third-party complaint.

99.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99 of the third-party complaint.

100.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100 of the third-party complaint.

101.     HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101 of the third-party complaint, except admits that HSBC

was an intended party to the wire transfers referenced in Exhibit G to the copy of the third-party complaint served upon it (the "subject wire transfers").

102.    In answer to paragraph 102 of the third-party complaint, HSBC states that it makes no claim to the funds involved in the subject wire transfers and that it otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph.

103.    In answer to paragraph 103 of the third-party complaint, HSBC states that it makes no claim to the funds involved in the subject wire transfers and that it otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in such paragraph.

## AS TO THE FIRST CLAIM FOR RELIEF

104.    In answer to paragraph 104 of the third-party complaint, HSBC respectfully repeats and realleges its responses to the paragraphs referenced therein.

105.    In answer to paragraph 105 of the third-party complaint, HSBC admits that CPLR 5239 so provides.

106.    HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106 of the third-party complaint.

## AS TO THE SECOND CLAIM FOR RELIEF

107.    In answer to paragraph 107 of the third-party complaint, HSBC respectfully repeats and realleges its responses to the paragraphs referenced therein.

108.    HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108 of the third-party complaint.

109.    HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109 of the third-party complaint.

110.    HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110 of the third-party complaint.

## AS TO THE THIRD CLAIM FOR RELIEF

111.    In answer to paragraph 111 of the third-party complaint, HSBC respectfully repeats and realleges its responses to the paragraphs referenced therein.

112.    HSBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112 of the third-party complaint.

WHEREFORE, HSBC Bank USA, N.A. demands judgment dismissing the additional amended and supplemental third-party complaint of The Bank of New York Mellon as against it, and awarding it the costs and disbursements of this proceeding.

DATED:        December 21, 2011

PHILLIPS LYTLE LLP

By:      s/ Paul K. Stecker
         Paul K. Stecker
Attorneys for Third-Party Defendant
 HSBC Bank USA, N.A.
Suite 3400, One HSBC Center
Buffalo, New York 14203
(716) 847-8400

and

437 Madison Avenue, 34th Floor
New York, New York  10022
(212) 759-4888

TO:    LEVI LUBARSKY & FEIGENBAUM LLP
       (Howard B. Levy, Richard F. Lubarsky and
        J. Kelley Nevling, Jr., of Counsel)
       Attorneys for Defendant/Third-Party Plaintiff,
        Bank of New York Mellon
       1185 Avenue of the America, 17th Floor
       New York, New York  10036

FFFtl
Doc # 01-2540827.1