UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | : | 09 Civ. 5900 (RPP) (MHD) |
| Plaintiffs, | : | |
| -against- | : | |
| BANK OF NEW YORK, JP MORGAN CHASE, SOCIÉTÉ GÉNÉRALE and CITIBANK, | : : | |
| Defendants. | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, | : | **RULE 7.1 STATEMENT** |
| Third-Party Plaintiff, | : | |
| -against- | : | |
| UNITED OVERSEAS BANK LIMITED, et al., | : : | |
| Third-Party Defendants. | | |

---------------------------------------------------------------x

Third-Party Defendant United Overseas Bank Limited ("UOB"), by its undersigned attorneys Arnold & Porter LLP, states that it has no parent corporation, and no other publicly-held corporation owns more than 10 percent of the stock of UOB.

Dated: New York, New York
December 23, 2011

                                         ARNOLD & PORTER LLP

                                         By: /s/ Baruch Weiss_____
                                              Baruch Weiss

                                        555 Twelfth Street, NW
                                        Washington, DC  20004-1206
                                        Telephone: (202) 942-5000
                                        E-mail: baruch.weiss@aporter.com

                                        *Attorney for Interpleader Third-Party*
                                        *Defendant United Overseas Bank Limited*

**AFFIRMATION OF SERVICE**

      I hereby certify that on December 23, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF**

      ARNOLD & PORTER LLP

      /s/ Baruch Weiss
      Baruch Weiss
      555 Twelfth Street, NW
      Washington, DC  20004-1206
      Telephone:  (202) 942-5000
      Facsimile:  (202) 942-5999
      E-Mail:  baruch.weiss@aporter.com