# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM



CHAMBERS OF
JUDGE ROBERT P. PATTERSON

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI



December 19, 2011

**BY FAX (212) 805-7917**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/12

Re:   **Levin v. Bank of New York, et al.**
      Case No. 09 Civ. 5900

Dear Judge Patterson:

We are counsel to Third-Party Defendant the Asian Football Confederation (the "AFC") in the above-referenced action and write to request additional time to file a response to a third-party complaint recently filed by Third-Party Plaintiff Citibank, N.A. ("Citibank").

The AFC respectfully requests an extension of time to respond to the third-party complaint until February 7, 2011. This is the AFC's second request for an extension to respond to the complaint. We believe this extension is consistent with the current time frame of the proceedings, as discussed in the December 7 conference, so there is no prejudice to any party.

The AFC has obtained consent to this extension from counsel for the Greenbaum and Acosta Judgment Creditors, who have confirmed that they are agreeable to such extension on the condition that it be the AFC's final request for an extension to respond to the third-party complaint.

*[handwritten endorsement]* Application granted.
So Ordered.
R.P. Patterson

The Honorable Robert P. Patterson
December 19, 2011
Page 2

      The AFC does not agree to be bound by this condition, but notes that it does not currently intend to seek another such extension. Should the AFC seek to obtain another extension in the future, if it is unable to obtain the consent of the Judgment Creditors' Counsel and only if it is absolutely necessary, the AFC will move this Court to order an extension of the deadline for good cause shown.

      Respectfully submitted,

      /s/ Eric J. Snyder

      Eric J. Snyder
      +1 212 488 1200

cc:    Sharon Schneier, Esq., Christopher Robinson, Esq. (Davis Wright Tremaine LLP)
       Don Howarth, Esq., Suzelle M. Smith, Esq. (Howarth & Smith)
       Benjamin Weathers-Lowin, Esq., Curtis Campbell Mechling, Esq., James Lawrence Bernard, Esq. (Stroock & Stroock & Lavan LLP)