UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x

JEREMY LEVIN and DR. LUCILLE LEVIN,

   Plaintiffs,

- against -

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIETE GENERALE and CITIBANK

   Defendants.

―――――――――――――――――――――x

09-CV-5900 (RPP) (MHD)

**FILED UNDER SEAL**

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

―――――――――――――――――――――x

CITIBANK, N.A.

   Third-Party Plaintiff,

- against -

     REDACTED     *et al.*

Third-Party Defendants.

―――――――――――――――――――――x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, Third-Party Defendant the REDACTED REDACTED states that it does not have a parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: December 20, 2011
New York, New York

                                Respectfully submitted,

                                       REDACTED

                                By its attorneys,

                                KOBRE & KIM LLP

By:                         _____
                                Eric J. Snyder (ES-6813)
                                800 Third Avenue
                                New York, New York 10022
                                Tel: (212) 488-1200
                                Fax: (212) 488-1220
                                eric.snyder@kobrekim.com