# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON
AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

**MEMO ENDORSED**

January 6, 2012

**VIA FACSIMILE**
(212) 805-7917

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: Levin v. Bank of New York, et al.
> Docket No.: 09 Civ. 5900 (RPP)
> Our File No.: 375.0026

Dear Judge Patterson:

We are attorneys for third-party defendant Central Bank of Nigeria ("CBN") and we write to request additional time to answer or otherwise respond to the third-party complaint recently filed by J.P. Morgan Chase Bank N.A. ("J.P. Morgan") in this action. CBN is an instrumentality of the Federal Republic of Nigeria within the meaning of the Foreign Sovereign Immunities Act. See *Verlinden B.V. v. Cent. Bank of Nigeria*, 647 F.2d 320, 322 n.4 (2d Cir. 1981), *rev'd on other grounds* 461 U.S. 480 (1983).

CBN's response to J.P. Morgan's third-party complaint is due on January 16, 2012. (See 28 U.S.C. § 1608(d) (providing a sixty-day period for an instrumentality of a foreign state to respond to pleadings)). CBN respectfully requests an extension of time to February 16, 2012 to respond to the third-party complaint. This is CBN's first request for an extension. CBN has obtained consent to this extension from counsel for J.P. Morgan and the Heiser Creditors.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

David H. Fromm

*Application granted*
*Copy to [illegible]*
*Robt P Patterson*
*USDJ*
*1/6/12*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/12

RECEIVED JAN 06 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

## BROWN GAVALAS & FROMM LLP

The Honorable Robert P. Patterson
January 6, 2012
Page 2 of 2

cc:  DLA Piper LLP
    The Marbury Building
    6225 Smith Avenue
    Baltimore, Maryland 21209-3600
    Attn:  David B. Misler, Esq. (david.misler@dlapiper.com)

    Levi Lubarsky & Feigenbaum LLP
    1185 Avenue of the Americas - 17th Floor
    New York, New York 10036
    Attn: J. Kelley Nevling, Jr., Esq. (knevling@llf-law.com)