UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>　　　　Plaintiffs and Counter-Claim Defendants,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., and CITIBANK,<br><br>　　　　Defendants. | Civil Action No. 09-cv-5900 (RPP) |
| SOCIÉTÉ GÉNÉRALE,<br><br>　　　　Defendant and Interpleader Plaintiff,<br><br>　　v.<br><br>VESTEL ELEKTRONIK SANAYI VE TICARET A.Ş., *et al.*,<br><br>　　　　Interpleader Third-Party Defendants. | APPEARANCE OF COUNSEL |

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Interpleader Third-Party Defendant Vestel Elektronik Sanayi Ve Ticaret A.Ş.

Dated: Washington, D.C.
　　　　January 10, 2012

**WHITE & CASE** LLP

By: /s/ Carolyn B. Lamm
Carolyn B. Lamm (NYS Bar No. 1946615)
701 Thirteenth Street, N.W.
Washington, D.C.  20037
Tel:  (202) 626-3600
Fax:  (202) 639-9355
Email:  clamm@whitecase.com

*Attorney for Interpleader Third-Party Defendant Vestel Elektronik Sanayi Ve Ticaret A.Ş.*