UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>    Plaintiffs and Counter-Claim Defendants,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., and CITIBANK,<br><br>    Defendants. | Civil Action No. 09-cv-5900 (RPP) |
| SOCIÉTÉ GÉNÉRALE,<br><br>    Defendant and Interpleader Plaintiff,<br><br>v.<br><br>VESTEL ELEKTRONIK SANAYI VE TICARET A.Ş., *et al.*,<br><br>    Interpleader Third-Party Defendants. | RULE 7.1 STATEMENT |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Interpleader Third-Party Defendant Vestel Elektronik Sanayi Ve Ticaret A.Ş. discloses that no publicly held corporation holds 10% or more of its stock.

Dated: Washington, D.C.
       January 10, 2012

**WHITE & CASE** LLP

By: /s/ Carolyn B. Lamm

701 Thirteenth Street, N.W.
Washington, D.C. 20037
Tel: (202) 626-3600
Fax: (202) 639-9355
Email: clamm@whitecase.com

*Attorney for Interpleader Third-Party Defendant Vestel Elektronik Sanayi Ve Ticaret A.Ş.*