**Kathy Bailey**
**Bailey Law pc.**
**1155 Connecticut Avenue**
**Suite 500**
**Washington, DC 20036**
**202 887 8040(Telephone)**
**Attorneys for Third Party Defendant**
**Turkiye Is Bankasi A.S.**

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JEREMY LEVIN and DR. LUCILLE LEVIN,**     )<br>                                                                    )<br>       **Plaintiff**                                          )<br>                                                                    )<br>v.                                                                )<br>                                                                    )<br>**BANK OF NEW YORK, JP MORGAN**      )<br>**CHASE, SOCIETE GENERALE**                )<br>**and CITIBANK**                                         )<br>                                                                    )<br>       **Defendant**                                       )<br>                                                                    )<br>------------------------------------------------------)<br>                                                                    )<br>**JPMORGAN CHASE & CO. and**             )<br>**JPMORGAN CHASE BANK, N.A.,**          )<br>                                                                    )<br>       **Third-Party Plaintiffs**                     ) | **09 Civ. 5900 (RPP) (MHD)**<br><br>**FILED UNDER SEAL** |

### ENTRY OF APPEARANCE

    Bailey Law pc has been engaged to represent third-party Defendant, Turkiye Is Bankasi A.S. in connection with the above captioned case.  Accordingly, Bailey Law pc hereby enters its appearance on behalf of Turkiye Is Bankasi A.S. as its counsel in the above-captioned case and requests that copies of all pleadings, orders, and other documents be served upon the undersigned.

Respectfully Submitted,

**Bailey Law pc.**

By: /s/Kathy Bailey
Kathy Bailey (Bar # KB6010)
Bailey Law pc.
1155 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
(202) 887 8040 (Telephone)
(202) 887 8044 (Facsimile)
kbailey@baileylawpc.com

Attorneys for Turkiye Is Bankasi A.S.

**Dated:  January 10, 2012**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Southern District of New York on this 10th day of January 2012, with notice of case activity generated.

/s/Kathy Bailey