

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/12
```

Kathy Bailey
Managing Shareholder
kbailey@baileylawpc.com
1155 Connecticut Ave, NW Suite 500
Washington, DC 20036
202.887.8040

January 10, 2012



RECEIVED JAN 10 2012 CHAMBERS OF JUDGE ROBERT P. PATTERSON

*VIA FACSIMILE ONLY*

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

**Re: Levin v. J P Morgan Chase & Co et al.; Docket No. 09Civ 5900(RPP)(MHD)**

Dear Judge Patterson:

We are attorneys for third-party defendant Turkiye Is Bankasi AS ("Is Bank") and we write to request additional time to answer or otherwise respond to the third-party complaint recently filed by J.P. Morgan Chase Bank N.A. ("J.P. Morgan") in this action.

Is Bank respectfully requests an extension of time to February 13, 2012 to respond to the third-party complaint. This is Is Bank's first request for an extension. We have obtained consent to this extension from the counsel of J.P. Morgan, Levi Lubarsky & Feignebaum LLP, and the DLA Piper, who we understand represent the Heiser Creditors. We are copying each on this letter request.

Finally, we would request that consistent with this matter being under seal that this letter be also filed under seal.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

Yours sincerely,

*Kathy Bailey*
Kathy Bailey

Ltr to Judge Patterson
January 10, 2012
Page 2 of 2

cc. David B. Misler, Esq.
    DLA Piper LLP
    The Marbury Building
    6225 Smith Avenue
    Baltimore, MD 21209

    (sent via electronic mail only to: david.misler@dlapiper.com)

    J. Kelley Nevling, Jr., Esq.
    Levi Lubarsky & Feignebaum LLP
    1185 Avenue of the Americas—17th Floor
    New York, New York 10036

    (sent via electronic mail only to: knevling@llf-law.com)