UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN,  :  09 Civ. 5900 (RPP) (MHD)

        Plaintiffs,  :  **TO BE FILED UNDER SEAL**

        -against-  :

BANK OF NEW YORK, JP MORGAN  :
CHASE, SOCIÉTÉ GÉNÉRALE and
CITIBANK,  :

        Defendants.  :
------------------------------------------------------------x

JPMORGAN CHASE & CO. and JPMORGAN  :
CHASE BANK, N.A.,

        Third-Party Plaintiffs,  :

        -against-  :  **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

[REDACTED], [REDACTED], et al.,  :

        Third-Party Defendants.  :
------------------------------------------------------------x

WHEREAS Defendants and Third-Party Plaintiffs JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") served an "Additional Amended and Supplemental Third-Party Complaint of JPMorgan Chase Parties Against Wire Transfer and Account Parties" dated October 6, 2011 (the "the Third-Party Complaint") on Third-Party Defendant [REDACTED] with respect to the proceeds of a blocked wire transfer that were being held by JPMorgan in a blocked account; and

WHEREAS, the Court upon request and consent of the parties extended ▇▇▇▇ time to respond to the Third-Party Complaint until January 13, 2012; and

WHEREAS, no response to the Third-Party Complaint has yet been made or been required to be made by ▇▇▇▇; and

WHEREAS, the claims asserted against ▇▇▇▇ in the Third-Party Complaint have been rendered moot by virtue of the issuance by the Office of Foreign Assets Control of the United States Treasury Department of a license directing JPMorgan to release and transfer the funds being held by it with respect to the blocked wire transfer referred to above;

NOW, THEREFORE, JPMorgan hereby provides notice of dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, of the third-party claims asserted against ▇▇▇▇ in the Third-Party Complaint.

Dated: New York, New York
January 13, 2012

LEVI LUBARSKY & FEIGENBAUM LLP

By: _____
Howard B. Levi
Richard F. Lubarsky
J. Kelley Nevling, Jr.
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel. No. (212) 308-6100
E-mail addresses: hlevi@llf-law.com or
knevling@llf-law.com

*Attorneys for Defendants and Third-Party Plaintiffs JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*