UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

                            Plaintiff(s),

    -against-

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITI BANK

                           Defendant(s).
----------------------------------------------------------------X    **RULE 7.1 STATEMENT**
CITIBANK, N.A.,    **OF DISCLOSURE**

                  Third Party Plaintiff

    -against-

█████████████████████████,
ISLAMIC REPUBLIC OF IRAN, IRANIAN
MINISTRY OF INFORMATION AND SECURITY,
IRANIAN ISLAMIC REVOLUTIONARY GUARD
CORP., JEREMY LEVIN AND DR. LUCILLE LEVIN

                  Third Party Defendants
----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Third Party Defendant ███████████ certifies that it does not have a parent company and that no publicly held corporation owns 10 % or more of defendant's stock.


Dated: Jamaica, New York
      January 16, 2012

                                            _____
                                            Chijioke Metu, Esq.
                                            PLACID & METU, P.C.
                                            Attorneys for Third Party Defendant(s)
                                            ████████████████████
                                            161-10 Jamaica Avenue, Suite 303
                                           Jamaica, New York 11432

                                           718-739-4444

                                           placidlaw@placidlaw.com

                                           Our File No. 1577