**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

Direct Dial + (212) 819-8366    scott.hershman@ny.whitecase.com

January 13, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/12

RECEIVED
JAN 19 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

VIA FACSIMILE

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street, Rm. 2550
New York, New York 10007-1312

Re:  Levin v. JPMorgan Chase & Co., et al.
     09 Civ. 5900 (RPP)

Dear Judge Patterson:

       We represent Third-Party Defendant HSH Nordbank AG, Singapore ("HSH Singapore") in the above-referenced action.  I write to request additional time to file a response to the third-party complaint (the "Complaint") filed by the Third-Party Plaintiffs JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("JPMorgan") on October 6, 2011.

       HSH Singapore respectfully requests an extension of its time to move, answer, or otherwise respond to the Complaint from January 13, 2012 until January 27, 2012. This is HSH Singapore's second request for an extension of time.  Counsel for JPMorgan and the Heiser Creditors consent to this extension.

                                   Respectfully submitted,

                                   Scott Hershman / MRB

                                   Scott Hershman

cc:   J. Kelley Nevling, Jr., Esq. (counsel for Third-Party Plaintiffs JPMorgan)
      David B. Misler, Esq. (counsel for the Heiser Creditors)
      Benjamin Weathers-Lowin, Esq. (counsel for the Greenbaum and Acosta Creditors)
      Don Howarth, Esq. (counsel for the Levin Creditors)

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DUSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 8322551 (2K)