

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | 09 Civ. 5900 (RPP) (MHD) |
| Plaintiffs, | ~~TO BE FILED UNDER SEAL~~ |
| -against- | |
| BANK OF NEW YORK, JP MORGAN CHASE, SOCIÉTÉ GÉNÉRALE and CITIBANK, | |
| Defendants. | |

------------------------------------------------------------x

JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,

    Third-Party Plaintiffs,

    -against-

[REDACTED], [REDACTED], et al.,

    Third-Party Defendants.

------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u>**

    WHEREAS Defendants and Third-Party Plaintiffs JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") served an "Additional Amended and Supplemental Third-Party Complaint of JPMorgan Chase Parties Against Wire Transfer and Account Parties" dated October 6, 2011 (the "the Third-Party Complaint") on Third-Party Defendant [REDACTED] with respect to the proceeds of a blocked wire transfer that were being held by JPMorgan in a blocked account; and

WHEREAS, the Court upon request and consent of the parties extended ▓▓▓▓ time to respond to the Third-Party Complaint until January 13, 2012; and

WHEREAS, no response to the Third-Party Complaint has yet been made or been required to be made by ▓▓▓▓; and

WHEREAS, the claims asserted against ▓▓▓▓ in the Third-Party Complaint have been rendered moot by virtue of the issuance by the Office of Foreign Assets Control of the United States Treasury Department of a license directing JPMorgan to release and transfer the funds being held by it with respect to the blocked wire transfer referred to above;

NOW, THEREFORE, JPMorgan hereby provides notice of dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, of the third-party claims asserted against ▓▓▓▓ in the Third-Party Complaint.

Dated: New York, New York
January 13, 2012

                                      LEVI LUBARSKY & FEIGENBAUM LLP

                                      By: _____
                                            Howard B. Levi
                                            Richard F. Lubarsky
                                            J. Kelley Nevling, Jr.
                                            1185 Avenue of the Americas, 17th Floor
                                            New York, NY 10036
                                            Tel. No. (212) 308-6100
                                            E-mail addresses: hlevi@llf-law.com or
                                            knevling@llf-law.com

                                            *Attorneys for Defendants and Third-Party*
                                            *Plaintiffs JPMorgan Chase & Co. and*
                                            *JPMorgan Chase Bank, N.A.*