# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

P&F

RECEIVED
JAN 12 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

January 12, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/12

**VIA FACSIMILE TO (212) 805-7917**

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Levin v. Bank of New York, 09 Civ. 5900 (RPP) (MHD) (S.D.N.Y.)</u>

Dear Judge Patterson:

    This firm represents defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") and The Bank of New York Mellon ("BNY Mellon") in the above-referenced proceeding.

    We have noted that items 576 and 577 in the docket for this case appear to be letters sent to Your Honor by third-party defendants in the case that were placed in the file by the Court. These documents have been filed in such a way, however, that they cannot be downloaded electronically or viewed. We respectfully request that if these letters relate to third-party complaints served by JPMorgan or BNY Mellon (item 577 evidently does, judging from the portion of the letter that is reprinted in the docket sheet, and item 576 may as well), we be furnished with copies of these letters in whatever way is most convenient for the Court. Our fax number is (212) 308-8830 and my e-mail address is knevling@llf-law.com. We can also send a messenger to pick up the copies.

    I apologize for any inconvenience that this may cause the Court. I will provide copies of the letters to counsel for the judgment creditors who have signed the Confidentiality Stipulation and Order in this case.

Respectfully submitted,

J. Kelley Nevling, Jr.

jkn/tbs

Honorable Robert P. Patterson
January 12, 2012
Page 2

cc sent by e-mail to:

    Curtis C. Mechling, Esq.
    Ben Weathers-Lowin, Esq.
    Richard M. Kremen, Esq.
    David Misler, Esq.
    Barbara L. Seniawski, Esq.
    Suzelle M. Smith, Esq.
    Don Howarth, Esq.
    Noel J. Nudelman, Esq.
    Keith Fleischmann, Esq.
    Jane Carol Norman, Esq.
    Thomas Fortune Fay, Esq.
    Annie P. Kaplan, Esq.
    Robert J. Tolchin, Esq.
    Sharon L. Schneier, Esq.
    Christopher J. Robinson, Esq.
    Mark Hanchet, Esq.
    Christopher J. Houpt, Esq.
    George Chalos, Esq.
    Kerri M. D'Ambrosio, Esq.
    Gina Venezia, Esq.
    Baruch Weiss, Esq.
    Charles Berry, Esq.
    Paul K. Stecker, Esq.
    David H. Fromm, Esq.
    Scott Hershman, Esq.
    Richard Singleton, Esq.