# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI



**MEMO ENDORSED**

RECEIVED
JAN 30 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

January 30, 2012

**BY FAX (212) 805-7917**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/12

      Re:    Levin v. Bank of New York, et al., Case No. 09 Civ. 5900

Dear Judge Patterson:

    We are counsel to Third-Party Defendant the Asian Football Confederation (the "AFC") in the above-referenced action and write to request additional time to file a response to a third-party complaint filed by Third-Party Plaintiff Citibank, N.A. ("Citibank").

    The AFC respectfully requests a brief additional extension of time to respond to the third-party complaint through February 16, 2012. (Our response is currently due on February 7, 2012.) This is the AFC's third request for an extension to respond to the complaint. We believe this extension is consistent with the current time frame of the proceedings, so there is no prejudice to any party.

    The AFC has obtained consent to this extension from counsel for Citibank and counsel for the Levin Judgment Creditors.

                                                              Respectfully submitted,

                                                              /s/ Eric J. Snyder

                                                              Eric J. Snyder
                                                              +1 212 488 1200

cc:    Sharon Schneier, Esq., Christopher Robinson, Esq. (Davis Wright Tremaine LLP)
       Don Howarth, Esq., Suzelle M. Smith, Esq. (Howarth & Smith)
       Benjamin Weathers-Lowin, Esq., Curtis Campbell Mechling, Esq., James
       Lawrence Bernard, Esq. (Stroock & Stroock & Lavan LLP)

*Application granted. This is a final extension. So ordered.*

*/s/ Robert P. Patterson RPP*
*1/30/12*