# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI



RECEIVED
FEB 01 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

January 31, 2012

**BY FAX (212) 805-7917**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/12

Re: **Levin v. Bank of New York, et al.**
Case No. 09 Civ. 5900

Dear Judge Patterson:

Please find enclosed redacted copies of the Asian Football Confederation's letters submitted to the Court requesting additional time to file a response to a third-party complaint filed by Third-Party Plaintiff Citibank. All three letters were endorsed by the Court [Docket Nos. 556, 603, 639]. Pursuant to the Court's January 20, 2010 Order on sealing and redacting, we respectfully request that a redacted version of these documents be electronically filed and replace the current versions on the Docket.

Respectfully submitted,

/s/ Eric J. Snyder

Eric J. Snyder
+1 212 488 1200

*application granted*
*So ordered*
Robert P. Patterson
2/1/12

Encls.

# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI

December 5, 2011

**BY FAX (212) 805-7917**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      Re:    **Levin v. Bank of New York, et al.**
               Case No. 09 Civ. 5900

Dear Judge Patterson:

      We are counsel to Third-Party Defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in the above-referenced action and write to request additional time to file a response to a third-party complaint recently filed by Third-Party Plaintiff Citibank, N.A. ("Citibank").

      ▮▮▮▮▮▮▮ respectfully requests an extension of its time to respond to the third-party complaint until December 21, 2011. This is ▮▮▮▮▮▮▮ first request for an extension to respond to the complaint. ▮▮▮▮▮▮▮ has obtained consent to this extension from counsel for Citibank, who has confirmed that she has discussed this issue with counsel for the Greenbaum & Acosta judgment creditors and that they also are agreeable to such extension.

      Respectfully submitted,

*Eric J. Snyder/AJM*
Eric J. Snyder
+1 212 488 1200

cc:    Sharon Schneier, Esq., Christopher Robinson, Esq. (Davis Wright Tremaine LLP)
        Don Howarth, Esq., Suzelle M. Smith, Esq. (Howarth & Smith)
        Benjamin Weathers-Lowin, Esq., Curtis Campbell Mechling, Esq., James Lawrence Bernard, Esq. (Stroock & Stroock & Lavan LLP)

# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI

December 19, 2011

**BY FAX (212) 805-7917**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      Re:    **Levin v. Bank of New York, et al.**
                Case No. 09 Civ. 5900

Dear Judge Patterson:

      We are counsel to Third-Party Defendant ███████████████ in the above-referenced action and write to request additional time to file a response to a third-party complaint recently filed by Third-Party Plaintiff Citibank, N.A. ("Citibank").

      ███████ respectfully requests an extension of time to respond to the third-party complaint until February 7, 2011. This is ███████ second request for an extension to respond to the complaint. We believe this extension is consistent with the current time frame of the proceedings, as discussed in the December 7 conference, so there is no prejudice to any party.

      ███████ has obtained consent to this extension from counsel for the Greenbaum and Acosta Judgment Creditors, who have confirmed that they are agreeable to such extension on the condition that it be ███████ final request for an extension to respond to the third-party complaint.

The Honorable Robert P. Patterson
December 19, 2011
Page 2

███████ does not agree to be bound by this condition, but notes that it does not currently intend to seek another such extension. Should ███████ seek to obtain another extension in the future, if it is unable to obtain the consent of the Judgment Creditors' Counsel and only if it is absolutely necessary, ███████ will move this Court to order an extension of the deadline for good cause shown.

          Respectfully submitted,

          /s/ Eric J. Snyder

          Eric J. Snyder
          +1 212 488 1200

cc:    Sharon Schneier, Esq., Christopher Robinson, Esq. (Davis Wright Tremaine LLP)
      Don Howarth, Esq., Suzelle M. Smith, Esq. (Howarth & Smith)
      Benjamin Weathers-Lowin, Esq., Curtis Campbell Mechling, Esq., James Lawrence Bernard, Esq. (Stroock & Stroock & Lavan LLP)

# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI

January 30, 2012

**BY FAX (212) 805-7917**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:   Levin v. Bank of New York, et al., Case No. 09 Civ. 5900

Dear Judge Patterson:

We are counsel to Third-Party Defendant ▌▌▌▌▌▌▌▌▌▌▌▌ ▌▌▌▌▌ in the above-referenced action and write to request additional time to file a response to a third-party complaint filed by Third-Party Plaintiff Citibank, N.A. ("Citibank").

▌▌▌▌▌▌ respectfully requests a brief additional extension of time to respond to the third-party complaint through February 16, 2012. (Our response is currently due on February 7, 2012.) This is ▌▌▌▌▌ third request for an extension to respond to the complaint. We believe this extension is consistent with the current time frame of the proceedings, so there is no prejudice to any party.

▌▌▌▌▌ has obtained consent to this extension from counsel for Citibank and counsel for the Levin Judgment Creditors.

Respectfully submitted,

/s/ Eric J. Snyder

Eric J. Snyder
+1 212 488 1200

cc:   Sharon Schneier, Esq., Christopher Robinson, Esq. (Davis Wright Tremaine LLP)
Don Howarth, Esq., Suzelle M. Smith, Esq. (Howarth & Smith)
Benjamin Weathers-Lowin, Esq., Curtis Campbell Mechling, Esq., James
Lawrence Bernard, Esq. (Stroock & Stroock & Lavan LLP)

# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI

The attached information is CONFIDENTIAL and is intended only for the use of the addressee(s) named below. If the reader of this message is not the intended recipient(s) or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the above address via U.S. Mail.

| | |
|---|---|
| To: | <12128057917> |
| Fax Number: | 12128057917 |
| | |
| From: | Melissa Deas |
| Fax Number: | 1 212 488 1220 |
| Business Phone: | |
| | |
| Pages: | 6 |
| Date: | 1/31/2012 7:01:40 PM |
| Subject: | ATTN: The Honorable Robert P. Patterson |