Thomas J. Luz (TL-4665)
KLG Luz & Greenberg LLP
Attorneys for Third-Party Defendant Engareh (M) SDN. BHD.
370 Lexington Avenue, 24th Floor
New York, New York 10017
(212) 681-8313

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JEREMY LEVIN and DR. LUCILLE LEVIN,           :     No. 09 Civ. 5900 (RPP)(MHD)
                    Plaintiffs,                            :     RULE 7.1 STATEMENT
         -against-                                         :
BANK OF NEW YORK, JP MORGAN CHASE,
SOCIÉTÉ GÉNÉRALE, and CITIBANK,               :
                    Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JP MORGAN CHASE & CO. and JP MORGAN
CHASE BANK, N.A.,                                          :
         Third-Party Plaintiffs,                           :
         -against-                                         :
CERTAIN PARTIES WHOSE NAMES HAVE           :
BEEN REDACTED, ISLAMIC REPUBLIC OF
IRAN, et al.                                               :
         Third-Party Defendants.                           :
------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendant Engareh (M) SDN. BHD. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

February 2, 2012

                                    **KARAAHMETOGLU & LUZ FIRM, LLP**

By:  _____/s/_____
       Thomas J. Luz (TL-4665)

2

Thomas J. Luz (TL-4665)
Karaahmetoglu & Luz Firm LLP
Attorneys for Defendant Sumer Gold, Ltd.
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
PIANETA LEGNO FLOORS USA, INC.,

:        Index No. 08 Civ. 9953 (LAK)

Plaintiff,

:

-against-

:

INTERGLOBO USA, INC. and INTERGLOBO
NORTH AMERICA INC. d/b/a INTERGLOBO        :
MORRA N.A. INC.,

:

Defendants.
------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2008, a copy of the annexed Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Thomas J. Luz

3