UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JEREMY LEVIN and DR. LUCILLE LEVIN,

                    Plaintiffs,

      -against-

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIÉTÉ GÉNÉRALE, and CITIBANK,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JP MORGAN CHASE & CO. and JP MORGAN
CHASE BANK, N.A.,

          Third-Party Plaintiffs,

      -against-

CERTAIN PARTIES WHOSE NAMES HAVE
BEEN REDACTED, ISLAMIC REPUBLIC OF
IRAN, et al.

         Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 09 Civ. 5900
(RPP)(MHD)

NOTICE OF
APPEARANCE

       PLEASE TAKE NOTICE that Third-Party Defendant Engareh (M) SDN. BHD., hereby appears in this action by the undersigned and demands that copies of all papers in this proceeding be served on it at the address listed below.

February 2, 2012

                              KLG LUZ & GREENBERG LLP

                              By: _____/s/_____
                                   Thomas J. Luz

*Attorneys for Defendant Engareh (M) SDN. BHD.*

370 Lexington Avenue, 24th Floor
New York, New York 10017
(212) 681-8313

TO:

LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2012, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            _____/s/_____
              Thomas J. Luz

            Karaahmet Luz & Greenberg LLP
            370 Lexington Avenue, 24th Floor
            New York, New York 10017
            (212) 681-8313
            Fax: (212) 208-2917
            e-mail: tluz@karalaw.com