UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :  ORDER

RAZVAN MARCU,                     :  11 Cr. 644 (RPP)

    Defendant.                    :

                                                                             :

- - - - - - - - - - - - - - - - - x

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, through Assistant United States Attorney Daniel C. Richenthal, and with consent of defense counsel,

       It is found that the filings and other docket entries in the above-captioned case were ordered by this Court in or about August 2011 to be maintained under seal, and the case captioned as <u>United States</u> v. <u>John Doe</u> in the public docket, and it is further found that the Government has applied to have the filings in this case unsealed and the true caption of the case restored to the public docket sheet, and it is therefore

       ORDERED that the filings that would in the ordinary course have been filed publicly in this case be and hereby are unsealed (including Indictment 11 Cr. 644, and Superseding Indictment S1 11 Cr. 644); that Indictment 11 Cr. 644 and Superseding Indictment S1 11 Cr. 644 be added to the public docket sheet; that they remain unsealed pending further order of

the Court; that the true caption of this case, United States of America v. Razvan Marcu, be restored to the public docket sheet; and that all future filings and docket entries be public and docketed in the ordinary course, pending further order of this Court by application of the Government or the defendant.

Dated: New York, New York
       February 29, 2012

_____
HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK





**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2012

**BY HAND**

Honorable Robert P. Patterson
United States District Judge
United States Courthouse, Room 2550
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Razvan Marcu,**
          **11 Cr. 644 (RPP)**

Dear Judge Patterson:

    With consent of defense counsel, the Government respectfully requests the unsealing of the filings in the above-captioned matter, and the restoration of the true caption of the case to the public docket sheet. A proposed order to that effect is enclosed.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

By:  *Daniel Richenthal*
      Daniel C. Richenthal
      Assistant United States Attorney
      (212) 637-2109

Enc.

cc:  Marlon G. Kirton, Esq. (by email)