# STROOCK



March 5, 2012

**By Hand**

Curtis C. Mechling
Direct Dial 212-806-5609
Direct Fax 212-806-2609
cmechling@stroock.com

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>Levin v. Bank of New York, et al., Case No. 09-cv-5900 (RPP)</u>

Dear Judge Patterson:

As you know, we represent the Greenbaum and Acosta Judgment Creditors in the above-referenced proceedings. On behalf of counsel for the Levin Plaintiffs and the Heiser, Greenbaum and Acosta Judgment Creditors (collectively, the "Judgment Creditors"), we write to update the Court with respect to the Judgment Creditors' efforts to effect service of the third-party complaints (and related process) filed by Citibank, N.A., JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co., The Bank of New York Mellon, and Société Générale (collectively, the "Defendant Banks") in Phase Two of these proceedings (the "Phase Two Process") upon certain of the third-party defendants named therein (collectively, the "Third-Party Defendants"), as provided for in the Court's September 16, 2011 Amended Scheduling Order.

The Judgment Creditors are happy to report that confirmations of service have been received with respect to approximately 242 of the 283 total Third-Party Defendants to be served with Phase Two Process.[1] With limited exceptions, the remaining Third-Party Defendants are either foreign sovereign parties requiring service to be effected via the U.S. State Department pursuant to 28 U.S.C. § 1608(a)(4), or persons or entities

---

[1] Although the Defendant Banks name more than 283 third-party defendants in their third-party complaints, the Judgment Creditors refrained from serving several of those parties with Phase Two Process because such service would have been costly in terms of both time and money and it appears extremely unlikely, at this juncture, that the Judgment Creditors will pursue the turnover of the particular blocked assets associated with those parties.

Honorable Robert P. Patterson
March 5, 2012
Page 2

located in jurisdictions subscribing to the Hague Convention on the Service Aboard of Judicial and Extrajudicial Documents in Civil or Commercial Matters of 1965 and requiring service to be effected via the designated Central Authorities of such jurisdictions. With respect to such Third-Party Defendants, the Judgment Creditors have dispatched Phase Two Process via the appropriate channels and are awaiting confirmations of service from the U.S. State Department and relevant foreign Central Authorities, which confirmations the Judgment Creditors have recently begun to receive.

The following table highlights the above-referenced results of the Judgment Creditors' service efforts per Defendant Bank:

| Defendant Bank | Third-Party Defendants To Be Served | Confirmations Received |
| --- | --- | --- |
| Citibank, N.A. | 88 | 81 |
| JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. | 122 | 102 |
| The Bank of New York Mellon | 64 | 51 |
| Société Générale | 9 | 8 |

In light of the above, the Judgment Creditors respectfully propose that they provide another status update to the Court in 45 days (on April 19, 2012) or upon receipt of confirmations regarding all outstanding Phase Two Process in these proceedings, whichever occurs sooner.

Respectfully,

Curtis C. Mechling

cc:   All counsel of record (by email)

*[Handwritten annotation: application so ordered / granted 3/6/12]*

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM