UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JEREMY LEVIN and DR. LUCILLE LEVIN,

          Plaintiffs,

        against

BANK OF NEW YORK, JPMORGAN
CHASE, SOCIETE GENERALE and
CITIBANK,

          Defendants.
------------------------------------------------x
CITIBANK, N.A.,

         Third-Party Plaintiff,

       -against-

▮▮▮▮▮ INTERNATIONAL BANK CJSC,

        Third Party Defendants,
------------------------------------------------x

FILLED UNDER SEAL

Case No. 09 Civ 59000 (RPP)

**ANSWER** TO A THIRD-PARTY COMPLAINT
AGAINST "ACCOUNT HOLDERS AND
WIRE TRANSWER PARTIES WITH RESPECT TO
PHASE TWO ASSETS IN ACCORDANCE WITH
THE COURT'S SEPTEMBER 16, 2011 ORDER"

# I.
# DENIALS

"▮▮▮▮▮ International Bank" CJSC (hereinafter referred to as "Bank" or "▮IB"), pointed in Third-party complaint as Third Party Defendant, represented by the General Manager ▮▮▮▮▮ and Legal Director ▮▮▮▮▮, acting under and authorized by the Charter of the Bank, alleges as follows:

1   Defendant and Third Party Plaintiff Citibank indicated in paragraph 8 of "Third-Party complaint" that third-party proceeding had been brought by it with respect to "… beneficiaries' banks …of or in one or more of certain wire transfer so that they may assert their claim, if any, to one or more of those assets " and indicated in schedule A: 1) our Bank as beneficiary bank 2) ▮▮▮ Sazeh (▮▮▮▮) Co. as beneficiary for transfer in amount of ▮▮▮▮. However such kind of transfers weren't received by our Bank to the accounts of clients at all

2.   Also in the third sentence in paragraph 13 of Third-Party complaint is shown that " Third Party Defendant ▮▮▮▮ International Bank is a corporation organized and existing under the laws of Kyrgyzstan with its principal place of business in Bishkek, Kyrgyzstan." This information is fully true

3. In the same paragraph 13 of Third-Party complaint has pointed (below abovementioned information in forth sentence of paragraph 13) that "..Third-Party Defendant ▓▓▓ Sazeh (▓▓▓) Co " is a corporation organized and existing under the laws of Iran with its principal place of business in Mashhad, Iran." This information may be true, but doesn't concern to ▓IB's client '▓▓▓ Sazeh ▓▓▓' with the similar to mentioned above name of company, which is also pointed by Citibank as Third-Party defendant. Moreover according to ▓▓▓▓▓ issued by "Statistics State Committee of the Republic of Tajikistan" (▓▓▓▓▓▓▓▓▓▓) presented to the Bank by customer '▓▓▓ Sazeh ▓▓▓' is a corporation organized and existing under the laws of the Republic of Tajikistan with its principal place of business in ▓▓▓▓▓ ▓▓▓. This fact proofs that our customer "▓▓▓ Sazeh ▓▓▓' is not registered in Mashhad, Iran and if it were any transfers through Citibank to its account in our bank it did not violent any OFAC's restrictions. As the proof of the above mentioned the copy of the ▓▓▓▓▓ issued by "Statistics State Committee of the Republic of Tajikistan" is attached.

4. Taking into consideration the abovementioned "▓▓▓▓ International Bank" CJSC is improper Third-Party defendant because "▓▓▓ Sazeh (▓▓▓▓) Co." (organized and existing under the laws of Iran with its principal place of business in Mashhad, Iran.) indicated by Citibank as beneficiary for transfer in amount of ▓▓▓▓▓ isn't a customer of our bank and ▓IB isn't a beneficiary's bank as Citibank shown in Third-Party complaint. And as ▓IB pointed above in paragraph 1 such kind of transfer ▓▓▓▓ hasn't been received by our Bank

## II.

## DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary*

**WHEREFORE** "▓▓▓▓ Internationa Bank" CJSC asks this Court to dismiss the complaint and enter judgment in favor of '▓▓▓▓ Internationa Bank" CJSC.

**I declare under penalty of perjury that the foregoing is true and correct.**



Authorized persons: 1. General manager /▓▓▓
2. Legal director/▓▓▓
Signatures. 1                            2
Address: ▓▓▓▓▓
Telephone Number ▓▓▓
Fax Number ▓▓▓



(city)   (country)   Stamp

**State Committee on Statistics of the Republic of Tajikistan**

**Main computing center**

to Director

rmation letter of granting    of ▓▓▓ Sazeh ▓▓▓

O code and classification types

In accordance with provided constituent documents the MCC of the State Committee of the Republic ▓kistan accomplished granting (confirmation) of codes of General Classifier of Businesses and ▓nizations (GCBO) and classification types (governance – National Classifier of Government Entities and ▓inistration (NCGEA), location – National Classifier of Administrative Territorial Entities (NCATE), type ▓tivity – National Classifier of Types of Activity (NCTA), legal form – Legal Organizational Form Code ▓FC), form of ownership Form of Ownership Code (FOC), type of business - Type of Business Code ▓C)) business (organization, association).

**SAZEH**

▓es:

▓ress: ▓▓▓
(zip code, city, street, house)

▓phone -          Teletype -          Telex -          Telefax -

Please, in case of the change of the details of the businesses above, send to the MCC of the State ▓mittee of the Republic Tajikistan the corresponding information.

▓xamination of the documents made by ▓▓▓
(Name)

▓mp

Head _____
signature

Ввод с русского на английский язык осуществил переводчиком Джаллов ▓▓▓
ном ▓▓▓

translation from Russian to English performed by a translator Dzhallov ▓▓▓
▓ma ▓▓▓



**Davis Wright Tremaine LLP**

1633 Broadway
27th Floor
New York, NY 10019-6708

Megan C. Duffy
212.603.6411 tel
212.489.8340 fax

meganduffy@dwt.com

# FAX COVER SHEET

Date: March 21, 2012         From:  Megan C. Duffy
Time sent:  3:18 PM          Telephone: 212.603.6411
Total pages (including cover Fax: 212.489.8340
page): 5

**SEND TO:**

| Name: | Company | Confirmation number: | Fax number: |
|---|---|---|
| Hon. Robert P. Patterson, Jr. | U.S.D.C. S.D.N.Y. | (212) 805-7917 |
| Suzelle Smith, Esq. | Howarth & Smith | (213) 622-0791 |
| Howard B. Levi, Esq. <br> J. Kelley Nevling, Jr., Esq. | Levi Lubarsky & Feigenbaum LLP | (212) 308-8830 |
| Mark G. Hanchet, Esq. <br> Christopher J. Houpt, Esq. | Mayer Brown LLP | (212) 262-1910 |
| Liviu Vogel, Esq. <br> Petek Gunay, Esq. | Salon Marrow Dyckman Newman Broudy LLP | (646) 843 1928 |
| Curtis C. Mechling, Esq. <br> James Bernard, Esq. | Stroock & Stroock & Lavan LLP | (212) 806-6006 |
| Anne Pennock Kaplan, Esq. <br> Thomas Fortune Fay, Esq. | Fay Kaplan Law, PA | (202) 589-1721 |
| Richard Kremen, Esq. <br> Dale K. Cathell, Esq. | DLA Piper LLP (DC) | (202) 799-5000 |
| Barbara L. Seniawski, Esq. <br> Cary Brian Samowitz, Esq. | DLA Piper LLP (NY) | (212) 335-4501 |
| Noel J. Nudelman, Esq. | Heideman Nudelman and Kalik, PC | (202) 463-2999 |
| Keith Fleischman, Esq. | Fleischman Law Firm | (917)-591-5245 |
| Jane Carol Norman, Esq. | Bond & Norman, PLLC | (202) 207-1041 |
| James P. Bonner, Esq. <br> Patrick L. Rocco, Esq. <br> Susan Davies, Esq. | Stone Bonner & Rocco LLP | (212) 239-4310 |

DWT 19252098v1 0067486-000015

Anchorage   New York     Seattle
Bellevue    Portland     Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com

**COMMENTS:**

Please find attached

Please deliver the following material as soon as possible.
Please notify us immediately at 212.489.8230 if not received properly. Thank you!

Operator:       Client Matter Number: 67486-15/
Extension:

The information contained in this facsimile message may be privileged and confidential information intended for the use of the individual or entity named below. If you have received this communication in error, please notify us immediately by telephone (collect if necessary) and return the original message to us at the above address via the U.S. mail. Thank you!

DWT 19252098v1 0067486-000015