

MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Christopher J. Houpt**
Direct Tel +1 212 506 2380
Direct Fax +1 212 849 5830
choupt@mayerbrown.com

March 26, 2012

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/27/12

The Honorable Robert P. Patterson
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Levin v. The Bank of New York* (09-cv-5900)

Dear Judge Patterson:

We represent defendant Société Générale ("SG").  We write to seek leave to file the attached amended interpleader complaint.

One of the SG Phase II Assets is a wire transfer on which the instructions identified the beneficiary as "█████████."  SG interpleaded ████████████████████████, which has since disclaimed any interest in the account.  Concurrent with this letter, SG is submitting to the Orders and Judgments Clerk a proposed stipulation, order, and judgment dismissing ████, a copy of which is also enclosed.

████ informed SG, however, that it assigned its rights in the wire transfer and a related receivable to ████████.  ████████████ has not agreed to waive any rights that it may have to these funds and instead has demanded immediate payment.

Accordingly, SG seeks leave to amend its interpleader complaint to remove ████ and add ████ ████████.  Clean and redlined copies of the proposed pleading are enclosed.  We have spoken to counsel for the Greenbaum/Acosta parties, who consents to the amendment.

A redacted version of this letter is enclosed, in case the Court wishes to So Order it.

Respectfully submitted,

*Christopher J. Houpt*

cc:     All counsel (redacted, by email)

Enclosures

So ordered
*Robert P. Patterson Jr.*
USDJ
3/26/12

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.