

**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

Direct Dial + (212) 819-8317     matthew.belz@whitecase.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/12

April 2, 2012

VIA FACSIMILE

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Levin v. Bank of New York, et al., 09 Civ. 5900 (RPP)

Dear Judge Patterson:

We represent Third-Party Defendant ███████████████████ in the
above-referenced action.  I write to request additional time upon consent of the necessary parties
to file a response to the third-party complaint (the "Complaint") filed by Third-Party Plaintiff
The Bank of New York Mellon ("BNY Mellon") on January 20, 2012.

On February 13, 2012, ███████████ received a copy of the summons and Complaint at
its offices in ████████, which indicated a response date of March 5, 2012. Since that time,
████████ has been diligently investigating whether it has an interest in electronic funds transfers
("EFTs") blocked by BNY Mellon, and has also been corresponding with counsel for BNY
Mellon regarding a stipulation to waive any claims to those blocked EFTs. For these reasons,
██████████ respectfully requests an extension of time to respond to the Complaint until April
13, 2012. This is ███████████'s first request for an extension of time. As indicated, counsel
for BNY Mellon and the Greenbaum and Acosta Creditors consent to this extension.

Respectfully submitted,

*Matthew Belz*

Matthew R. Belz

cc:     J. Kelley Nevling, Jr., Esq. (counsel for Third-Party Plaintiff BNY Mellon)
        David B. Misler, Esq. (counsel for the Heiser Creditors)
        Benjamin Weathers-Lowin, Esq. (counsel for the Greenbaum and Acosta Creditors)
        Don Howarth, Esq. (counsel for the Levin Creditors)

*application granted.*

*SO ORDERED*
*Robert P. Patterson*
*~ SDJ*

*4/2/12*

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 8411680 (2K)