# STROOCK

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/12

April 19, 2012

By Hand

Curtis C. Mechling
Direct Dial  212-806-5609
Direct Fax  212-806-2609
cmechling@stroock.com

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Levin v. Bank of New York, et al., Case No. 09-cv-5900 (RPP)

Dear Judge Patterson:

We represent the Greenbaum and Acosta Judgment Creditors in the above-referenced proceedings. On behalf of counsel for the Levin Plaintiffs and the Heiser, Greenbaum and Acosta Judgment Creditors (collectively, the "Judgment Creditors"), and as directed by the Court's memo endorsed Order of March 6, 2012, I write to update the Court with respect to the Judgment Creditors' efforts to effect service of the third-party complaints (and related process) filed by Citibank, N.A., JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co., The Bank of New York Mellon, and Société Générale (collectively, the "Defendant Banks") in Phase Two of these proceedings (the "Phase Two Process") upon certain of the third-party defendants named therein (collectively, the "Third-Party Defendants").

As noted in my letter to the Court of March 5, 2012, with limited exceptions, the remaining Third-Party Defendants to be served are all either foreign sovereign parties requiring service to be effected via the U.S. State Department pursuant to 28 U.S.C. § 1608(a)(4), or persons or entities located in jurisdictions subscribing to the Hague Convention on the Service Aboard of Judicial and Extrajudicial Documents in Civil or Commercial Matters of 1965 and requiring service to be effected via the designated Central Authorities of such jurisdictions. With respect to such Third-Party Defendants, the Judgment Creditors have long since dispatched all Phase Two Process via the appropriate channels and are simply awaiting confirmations of service in return. Since March 5, the Judgment Creditors have continued to receive additional confirmations of

Honorable Robert P. Patterson
April 19, 2012
Page 2

service from various foreign Central Authorities, but a few such confirmations remain outstanding, as do the confirmations of service from the U.S. State Department.

In light of the above, the Judgment Creditors respectfully propose that they be permitted to provide another status update to the Court in 45 days (on June 3, 2012) or upon receipt of confirmations regarding all outstanding Phase Two Process in these proceedings, whichever occurs sooner.

Respectfully,

*[signature]*

Curtis C. Mechling

cc:   All counsel of record (by email)

*[handwritten note: application granted, so ordered, Robert P. Patterson, USDJ, 4/20/12]*

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM