UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | : | 09 Civ. 5900 (RPP) |
| Plaintiffs, | : | |
| -against- | : | |
| BANK OF NEW YORK, et al., | : | |
| Defendants. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, et al., | : | |
| Third-Party Plaintiffs, | : | |
| -against- | : | **NOTICE OF MOTION FOR LEAVE TO FILE ADDITIONAL THIRD-PARTY COMPLAINT** |
| STEVEN M. GREENBAUM, et al., | : | |
| Third-Party Defendants. | : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that on June 19, 2012, at 10:00 A.M., or on such other date and at such time as the Court may specify, upon the accompanying declaration of J. Kelley Nevling, Jr., executed on May 21, 2012 (the "Nevling Declaration"), the exhibits thereto and all of the other papers heretofore filed in this proceeding by counsel for the moving parties, defendants JPMorgan & Co., JPMorgan Chase Bank, N.A. (together, "JPMorgan") and The Bank of New York Mellon ("BNY Mellon") (collectively, the "Movants") will move this Court, before the Honorable Robert P. Patterson,. in Courtroom 24A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10005, pursuant to Rules 15, 22, 69 et al. of the Federal Rules of Procedure, 28 U.S.C. §§ 1335 and 2361, section 134, subd.

6 of the New York Banking Law, sections 1006 and 5239 of the New York Civil Procedure Law and Rules and other applicable provisions and principles of federal and state law, for the entry of an order (1) granting the Movants leave to file an additional third-party complaint in this proceeding against (a) the plaintiffs in an action entitled *Elizabeth Murphy, et al. v. Islamic Republic of Iran*, 06 CV 0596 (RCL) (D.D.C.), who recovered a judgment in that action against the Islamic Republic of Iran and (b) the plaintiffs in an action entitled *Michael Bennett et al. v. Islamic Republic of Iran*, 03 CV 1486 (RCL) (D.D.C.), to wit, Michael Bennett, Linda Bennett, Lisa Bennett and the Estate of Marla Bennett, who recovered a judgment in that action against the Islamic Republic of Iran and (2) granting other and further relief to Movants as may be just and proper.

Dated: New York, New York
       May 21, 2012

                    LEVI LUBARSKY & FEIGENBAUM LLP

                    By: _____
                        J. Kelley Nevling, Jr.
                        1185 Avenue of the Americas, 17th Floor
                        New York, NY  10036
                        Tel. No. (212) 308-6100
                        Fax No. (212) 308-8830
                        E-mail Address: knevling@llf-law.com

                        *Attorneys for Defendants JPMorgan Chase*
                        *& Co., JPMorgan Chase Bank, N.A. and*
                        *The Bank of New York Mellon*