UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN,  :    09 Civ. 5900 (RPP)

                Plaintiffs,  :

                -against-  :

BANK OF NEW YORK, et al.,  :

                Defendants.  :
-----------------------------------------------------------------x

THE BANK OF NEW YORK MELLON, et al.,  :
:
                Third-Party Plaintiffs,  :

                -against-  :

STEVEN M. GREENBAUM, et al.,  :

                Third-Party Defendants.  :
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/12

**ORDER GRANTING
LEAVE TO FILE
ADDITIONAL THIRD-
PARTY COMPLAINT**

      WHEREAS this turnover proceeding was commenced by plaintiffs Jeremy and Lucille Levin pursuant to CPLR 5225(b) on July 26, 2009, seeking to satisfy their judgment against the Islamic Republic of Iran ("Iran") by obtaining the turnover of certain assets held by the defendants that plaintiffs deemed to be subject to execution to satisfy that judgment; and

      WHEREAS defendants thereafter filed third-party complaints against, and brought into this action as third-party defendants, numerous other judgment creditors of Iran, some of whom have filed counterclaims and/or crossclaims asserting their right to execute on the same assets that are involved in the Levins' claims; and

WHEREAS defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and The Bank of New York Mellon have made a motion for leave to file an additional third-party complaint in this proceeding against two other groups of judgment creditors of Iran, and defendant Société Générale has joined in that motion;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., The Bank of New York Mellon and Société Générale ("Movants") are hereby authorized to file an additional third-party complaint in this action, on or before June 15, 2012, against the following third-party defendants:

(a) The plaintiffs in the action entitled *Elizabeth Murphy, et al. v. Islamic Republic of Iran*, 06 CV 0596 (RCL) (D.D.C.) ("*Murphy v. Iran*"), who recovered a judgment in that action against the Islamic Republic of Iran (the "Murphy Parties"); and

(b) The plaintiffs in the action entitled *Michael Bennett et al. v. Islamic Republic of Iran*, 03 CV 1486 (RCL) (D.D.C.) ("*Bennett v. Iran*"), to wit, Michael Bennett, Linda Bennett, Lisa Bennett and the Estate of Marla Bennett, who recovered a judgment in that action against the Islamic Republic of Iran (the "Bennett Parties").

2. Movants are hereby authorized to serve their third-party summons and third-party complaint on the Murphy Parties by sending copies of those documents, together with a copy of this order, to counsel who represented and are representing the Murphy Parties in *Murphy v. Iran*, as follows, at the following addresses, by overnight courier (Federal Express or UPS) and e-mail:

>Theodore S. Allison, Esq,
>Karr & Allison, P.C.
>1250 Connecticut Avenue, NW
>Second Floor, Suite 200
>Washington, DC 20036
>E-mail address: tsallison@karrallison.com
>
>John W. Karr, Esq.
>Karr & Allison, P.C.
>1300 19th Street, NW
>Suite 402
>Washington, DC 20036
>E-mail address: jwkarr@msn.com

3.  Movants are hereby authorized to serve their third-party summons and third-party complaint on the Bennett Parties by sending copies of those documents, together with a copy of this order, to counsel who represented and are representing the Bennett Parties in *Bennett v. Iran*, and/or who are representing the Bennett Parties in the action entitled *Michael Bennett et al. v. Islamic Republic of Iran*, 12 CV 0922-JWD (N.D.Ill.), as follows, at the following addresses, by overnight courier (Federal Express or UPS) and by e-mail:

>Jane Carol Norman, Esq.
>Bond & Norman
>777 6th Street NW, # 410
>Washington, DC 20001
>E-mail address: jnorman425@aol.com
>
>James S. Koehler, Esq.
>Adler Murphy & McQuillen, LLP
>1 North LaSalle Street
>Chicago, IL 60602
>E-mail address: jkoehler@AMM-LAW.com

4.  Service shall be made on the Murphy Parties and the Bennett Parties pursuant to paragraphs 2 and 3 of this Order within three business days after the filing of the third-party complaint.

5. Nothing in this order shall preclude defendants from seeking leave of Court to file additional third-party complaints or commence other third-party proceedings in connection with this proceeding.

SO ORDERED THIS ___8th___ DAY OF JUNE 2012:

_____
United States District Judge