**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
JEREMY LEVIN and DR. LUCILLE LEVIN,           :        09-CV-5900 (RPP) (MHD)
:
    Plaintiffs,                              :
:
- against -                                                        :
:
BANK OF NEW YORK, JPMORGAN CHASE,      :
SOCIETE GENERALE and CITIBANK              :
:
    Defendants.                              :
:
---------------------------------------------------------------x
---------------------------------------------------------------x
:
CITIBANK, N.A.                                              :
:
    Third-Party Plaintiff,                  :
:
- against -                                                        :
:
███████████████████████████              :
:
    Third-Party Defendants.              :
:
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

    Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, is hereby entering an appearance as counsel of record for Defendant ███████████████████████  The

undersigned respectfully requests that all subsequent notices given or required to be given in this case and all papers filed in this case be served upon the undersigned.

Dated: New York, New York
      June 21, 2012

                                            KOBRE & KIM LLP

                                            */s/ Andrew M. Meehan*
                                            Andrew M. Meehan
                                            Andrew.Meehan@kobrekim.com

                                            Two Exchange Square, 13th Floor
                                            8 Connaught Road
                                            Central Hong Kong, Hong Kong
                                            Tel:  + 852 2127 3288
                                            Fax: + 852 2127 3280

                                            *Attorney for* ████████████

To:     All Counsel of Record