411-11/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for ███
80 Pine Street, 24th Floor
New York, New York 10005
(212) 425-1900 / fax: (212) 425-1900
William L. Juska, Jr.
Edward J. Carlson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,

        -against-

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK,

                Defendants.
------------------------------------------------------------x
THE BANK OF NEW YORK MELLON

                Third-Party Plaintiff,

        -against-

███, et al.,

                Third-Party Defendants.
------------------------------------------------------------x

09 Civ. 5900 (RPP) (MHD)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

      **PLEASE TAKE NOTICE** that Third-Party Defendant ███ ("███"), by its attorneys Freehill Hogan & Mahar LLP, upon the accompanying Affidavit of William L. Juska, Jr. ("Juska Affidavit") dated June 27, 2012, will move this Court on a date and time to be set by the Court, for an order:

           (a) granting leave to the law firm of Freehill, Hogan & Mahar to withdraw as

387320.1

counsel for ███████████████ in this action; and that

(b) service of a copy of this Notice of Motion, together with the Juska Affidavit, on ███████████████ and all other counsel appearing in this action by email shall be good and sufficient.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b) of this Court, responsive papers, if any, including opposing affidavits and answering memoranda, shall be served within fourteen (14) days after service of this notice and the accompanying petition, and any reply affidavits and memoranda shall be served within seven (7) days after service of opposing papers.

Dated: June 27, 2012

FREEHILL HOGAN & MAHAR LLP
*Attorneys for Third-Party Defendant*
███████████████

By: _____
William L. Juska, Jr.
80 Pine Street
New York, NY 10008
212-425-1900

cc:   ███████████████ (by email)
All counsel of record (by email)

387320.1