411-11/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for █████████
80 Pine Street, 24th Floor
New York, New York 10005
(212) 425-1900 / fax: (212) 425-1900
William L. Juska, Jr.
Edward J. Carlson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,

      -against-

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK,

                Defendants.
------------------------------------------------------------x
THE BANK OF NEW YORK MELLON

                Third-Party Plaintiff,

      -against-

█████████████████████████, et al.,

                Third-Party Defendants.
------------------------------------------------------------x

09 Civ. 5900 (RPP) (MHD)

**AFFIDAVIT OF WILLIAM L. JUSKA, JR. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

1. Freehill, Hogan & Mahar LLP hereby moves for leave to withdraw as counsel for ████████ ███████████ in the above-captioned matter.

2. ████████████████ retained Freehill, Hogan & Mahar to perform legal services in connection with the captioned action.

1

387311.1

3. ▮▮▮▮▮▮▮▮▮▮ has now instructed Freehill, Hogan & Mahar to withdraw as counsel from the captioned action.

4. Freehill, Hogan & Mahar thus seeks permission from the Court to withdraw as counsel pursuant to ▮▮▮▮▮▮▮▮▮▮ instructions.

5. ▮▮▮▮▮▮▮▮▮▮ has advised Freehill, Hogan & Mahar that it is not seeking new counsel. Nor has any counsel purporting to represent ▮▮▮▮▮▮▮▮▮▮ contacted Freehill, Hogan & Mahar on its behalf.

6. Permitting Freehill, Hogan & Mahar to withdraw from this action would not prejudice any other party to the lawsuit or inconvenience the Court, as litigation remains in the pretrial stages and no trial date is imminent.

7. Freehill, Hogan & Mahar is not asserting a retaining or charging lien and has made no previous motion for the instant relief.

**WHEREFORE**, Freehill, Hogan & Mahar respectfully requests that its motion for an order granting it leave to withdraw as counsel for ▮▮▮▮▮▮▮▮▮▮ be granted in its entirety and that this Court grant such further relief as it deems just and proper.

Dated: New York, New York
       June 27, 2012

                       FREEHILL HOGAN & MAHAR, LLP
                       Attorneys for Third-Party Defendants
                       ▮▮▮▮▮▮▮▮▮▮

      By: _____
                William L. Juska, Jr., Esq.
                juska@freehill.com
                80 Pine Street

387311.1

New York, NY 10005<br>
(212) 425-1900<br>
(212) 425-1901 fax

Subscribed and Sworn
to before me this
27th  day of June, 2012

_____
Notary Public

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2013