MB2_Notice_of_Appearance_Bennett 3PDs.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------

JEREMY LEVIN and DR. LUCILLE LEIN,

        Plaintiffs,

        -against-

BANK OF NEW YORK, JP MORGAN CHASE, SOCIÉTÉ GÉNÉRALE and CITIBANK,

        Defendants.

-----------------------------------------------------------

JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE BANK OF NEW YORK MELLON and SOCIÉTÉ GÉNÉRALE,

        Third-Party Plaintiffs,

        -against-

ELIZABETH MURPHY (Individually and as Administratrix of the Estate of Terrence Rich), ESTATE OF TERRENCE RICH, BRYAN HARRIS, ARMANDO J. YBARRA, JOHN E. L'HEUREUX, JANE L'HEUREUX, MARY E. WELLS, MICHAEL BENNETT (Individually and as Co-Administrator of the Estate of Marla Ann Bennett), LINDA BENNETT (Individually and as Co-Administrator of the Estate of Marla Ann Bennett), ESTATE OF MARLA ANNE BENNETT and LISA BENNETT,

        Judgment Creditors.

-------------------------------------------------------------------

**09 Civ. 5900 (RPP) (MHD)**

**NOTICE OF APPEARANCE**

**Carl E. Person** hereby enters his appearance to represent Third-Party Defendants

MICHAEL BENNETT
(Individually and as Co-Administrator
of the Estate of Marla Ann Bennett), LINDA
BENNETT (Individually and as

1

Co-Administrator of the Estate of Marla Ann Bennett), ESTATE OF MARLA ANNE BENNETT and LISA BENNETT,

(the "Bennett Third-Party Defendants") in connection with this matter.  Please serve all further pleadings and other documents upon the undersigned as to any or all of the Bennett Third-Party Defendants.

Dated: July 5, 2012                                       CARL E. PERSON

BY: _____
   Carl E. Person
   225 E. 36th St. - Suite 3A
   New York, NY  10016-3664
   (212) 307-4444

   Counsel for the Bennett Judgment Creditors and
   the Bennett Third-Party Defendants

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of July, 2012 a copy of the foregoing was served upon all counsel of record through ECF.

_____
**Carl E. Person**