UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEIN, | 09 Civ. 5900 (RPP) (MHD) |
| Plaintiffs, | |
| -against- | |
| BANK OF NEW YORK, JP MORGAN CHASE, SOCIÉTÉ GÉNÉRALE and CITIBANK | MOTION FOR ADMISSION PRO HAC VICE |
| Defendants, | |

-----------------------------------------------------------x

JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE BANK OF NEW YORK MELLON and SOCIÉTÉ GÉNÉRALE

Third-Party Plaintiffs

-against-

ELIZABETH MURPHY (Individually and as Administratrix of the Estate of Terrence Rich), ESTATE OF TERRENCE RICH, BRYAN HARRIS, ARMANDO J. YBARRA, JOHN E. L'HEUREUX, JANE L'HEUREUX, MARY E. WELLS, MICHAEL BENNETT (Individually and as Co-Administrator of the Estate of Marla Ann Bennett), LINDA BENNETT (Individually and as Co-Administrator of the Estate of Marla Ann Bennett), ESTATE OF MARLA ANNE BENNETT and LISA BENNETT,

Third-Party Defendants

-----------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the

Southern and Eastern Districts of New York, I Ferris R. Bond, hereby move this court for

an Order for admission to practice Pro Hac Vice to appear as counsel for Michael Bennett and Linda Bennett, *et. al.* in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the Commonwealth of Virginia. There are no pending disciplinary proceedings against me in any state or federal court claiming I engaged in professional misconduct.

Dated: July 2, 2012                                              Respectfully Submitted,

                                                                 _____

Ferris R. Bond
Bond & Norman PLLC
777 Sixth Street NW
Suite 410
Washington, DC 20001
Office: 202-682-4100
Cell: 202-423-3859
Fax: 202-207-1041
Email: FerrisBond@bondandnorman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN and DR. LUCILLE LEIN,                    09 Civ. 5900 (RPP) (MHD)

        Plaintiffs,

    -against-

BANK OF NEW YORK, JP MORGAN                           ORDER FOR ADMISSION
CHASE, SOCIÉTÉ GÉNÉRALE and                           PRO HAC VICE
CITIBANK

        Defendants,
------------------------------------------------------------x

JPMORGAN CHASE & CO., JPMORGAN
CHASE BANK, N.A., THE BANK OF NEW
YORK MELLON and SOCIÉTÉ GÉNÉRALE

        Third-Party Plaintiffs

    -against-

ELIZABETH MURPHY (Individually and as
Administratrix of the Estate of Terrence
Rich), ESTATE OF TERRENCE RICH,
BRYAN HARRIS, ARMANDO J. YBARRA,
JOHN E. L'HEUREUX, JANE L'HEUREUX,
MARY E. WELLS, MICHAEL BENNETT
(Individually and as Co-Administrator
of the Estate of Marla Ann Bennett), LINDA
BENNETT (Individually and as
Co-Administrator of the Estate of Marla
Ann Bennett), ESTATE OF MARLA ANNE
BENNETT and LISA BENNETT,

        Third-Party Defendants
------------------------------------------------------------x

    The motion of Ferris R. Bond, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia; and that his contact information is as follows:

Applicant's Name: Ferris Ridgely Bond
Firm Name: Bond & Norman PLLC
Address: 777 Sixth Street NW
Suite 410
Washington DC, 20001
Office: 202-682-4100
Cell:    202-423-3859
Fax:    202-207-1041
Email: FerrisBond@bondandnorman.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Michael Bennett and Linda Bennett, *et. al.* in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____

United States District Judge Patterson

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2012 a copy of the foregoing motion and proposed order was served upon counsel for all parties via email at the following addresses:

**Don Howarth**
Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
213-955-9400
Fax: 213-622-9400
Email: dhowarth@howarth-smith.com

**Suzelle M. Smith**
Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
213-955-9400
Fax: 213-622-9400
Email: ssmith@howarth-smith.com

**J. Kellen Nevling, Jr.**
Levi, Lubarsky & Feigenbaum, LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
212-308-6683
Fax: 212-308-8830
Email: knevling@llf-law.com

**Richard Kremen**
DLA Piper, US, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
410-580-4191
Fax: 410-580-3191
Email: richard.kremen@dlapiper.com

**Edward J. Carlson**
Freehill, Hogan & Mahar
80 Pine Street
New York, N.Y. 10005-1759
212-381-3022
Fax: 212-425-1901
Email: Carlson@freehill.com

**Gina Venezia**
Freehill, Hogan & Mahar
80 Pine Street
New York, N.Y. 10005-1759
212-381-3018
Fax: 212-425-1901
Email: venezia@freehill.com

**Annie Kaplan**
Fay Kaplan Law, P.A.
777 6th Street NW
Suite 410
Washington, DC 20001
202-589-1300
Fax: 202-216-0298
Email: Annie.Kaplan@gmail.com

**Mark Hanchet**
Mayer Brown
1675 Broadway
New York, NY 10019-5820
212-506-2695
Fax: 212-849-5692
Email: mhanchet@mayerbrown.com

**Sharon L. Schneir**
Davis Wright Tremaine LLP
1633 Broadway
27th Floor
New York, New York 10019-6708
212-603-6448
Fax: 212-489-8340
Email: sharonschneier@dwt.com

**Curtis Mechling**
Strook, Strook & Lavan
180 Maiden Lane
New York, New York 10038-4982
212-806-5609
Fax: 212-806-2609
Email: cmechling@strook.com

**Benjamin Weathers-Lowin**
Strook, Strook & Lavan
180 Maiden Lane
New York, New York 10038-4982
212-806-5614
Fax: 212-806-2614
Email: bweatherslowin@strook.com

**Carolyn B. Lamm**
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20037
202-626-3600
Fax: 202-639-9355
Email: clamm@whitecase.com

**Thomas J. Luz**
KLG Luz & Greenberg LLP
370 Lexington Avenue, 24th Floor
New York, New York 10017
212-681-8313
Email: tluz@karalaw.com

**Andrew M. Meehan**
Kobre & Kim LLP
Two Exchange Square, 13th Floor
8 Connaught Road
Central Hong Kong, Hong Kong
852-2127-3288
Fax: 852-2127-3280
Email: Andrew.Meehan@kobrekim.com

**Douglas Maag**
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
212-710-3900
212-710-3950
Email: douglas.maag@clydeco.us



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ FERRIS   R.   BOND _____

was on the ___18TH___ day of _____AUGUST, 1983_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 29, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT **FERRIS RIDGELY BOND** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. BOND** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 9, 1983**, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued June 28, 2012

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

