UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN and DR. LUCILLE LEIN,                    09 Civ. 5900 (RPP) (MHD)

                    Plaintiffs,

            -against-

BANK OF NEW YORK, JP MORGAN                 **ORDER FOR ADMISSION**
CHASE, SOCIÉTÉ GÉNÉRALE and                      **PRO HAC VICE**
CITIBANK

                    Defendants,

------------------------------------------------------------x

JPMORGAN CHASE & CO., JPMORGAN
CHASE BANK, N.A., THE BANK OF NEW
YORK MELLON and SOCIÉTÉ GÉNÉRALE

            Third-Party Plaintiffs

            -against-

ELIZABETH MURPHY (Individually and as
Administratrix of the Estate of Terrence
Rich), ESTATE OF TERRENCE RICH,
BRYAN HARRIS, ARMANDO J. YBARRA,
JOHN E. L'HEUREUX, JANE E. L'HEUREUX,
MARY E. WELLS, MICHAEL BENNETT
(Individually and as Co-Administrator
of the Estate of Marla Ann Bennett), LINDA        USDC SDNY
BENNETT (Individually and as                      DOCUMENT
Co-Administrator of the Estate of Marla           ELECTRONICALLY FILED
Ann Bennett), ESTATE OF MARLA ANNE                DOC #: _____
BENNETT and LISA BENNETT,                         DATE FILED: 7/9/12

            Third-Party Defendants

------------------------------------------------------------x

        The motion of Ferris R. Bond, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the

District of Columbia and the Commonwealth of Virginia; and that his contact

information is as follows:

> Applicant's Name: Ferris Ridgely Bond
> Firm Name: Bond & Norman PLLC
> Address: 777 Sixth Street NW
> Suite 410
> Washington DC, 20001
> Office: 202-682-4100
> Cell:    202-423-3859
> Fax:     202-207-1041
> Email: FerrisBond@bondandnorman.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as

counsel for Michael Bennett and Linda Bennett, *et. al.* in the above entitled action;

*upon paying the required fee to the clerk of the court.*

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in

the above captioned case in the United States District Court for the Southern District of

New York. All Attorneys appearing before this Court are subject to the Local Rules of

this court, including the Rules governing discipline of attorneys. If this action is assigned

to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at apply for an ECF PASSWORD.

Dated: *July 9, 2012*                              _____

                                                    United States District Judge Patterson

**09cv5900(RPP)**
**Levin v. Bank of New York**
**Order For Admission Pro Hac Vice**

**Written notation reads:**

**"upon paying the required fee to the Clerk of Court"**