

# STROOCK

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/12

July 11, 2012

By Hand

Curtis C. Mechling
Direct Dial 212-806-5609
Direct Fax 212-806-2609
cmechling@stroock.com

Honorable Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Levin v. Bank of New York, et al., Case No. 09-cv-5900 (RPP) (MHD)

Dear Judge Dolinger:

We represent the Greenbaum and Acosta Judgment Creditors in the above-referenced proceedings. On June 26, 2012, defendant and third-party plaintiff Citibank, N.A. ("Citibank") filed and served a supplemental third-party complaint against certain additional third-party defendants, including, *inter alia*, parties designated as the Beer and Kirschenbaum Judgment Creditors. We now have been asked to represent the Beer and Kirschenbaum Judgment Creditors in this matter.

The Beer and Kirschenbaum Judgment Creditors require a thirty-day extension of their time to respond to Citibank's new complaint to permit them and our other clients to conclude such waivers of potential conflicts of interest as may be appropriate and to determine the nature of the Beer and Kirschenbaum Judgment Creditors' response. I therefore respectfully request an extension of the Beer and Kirschenbaum Judgment Creditors' time to respond to Citibank's supplemental third-party complaint to August 17, 2012.

*application granted*
*So ordered*
[signature] RPP
US DJ
7/12/12

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982  TEL 212.806.5400  FAX 212.806.6006  WWW.STROOCK.COM

Honorable Michael H. Dolinger
July 11, 2012
Page 2

We have conferred with Citibank's counsel, who consent to the requested enlargement of time. This is the first such request made on behalf of the Beer and Kirschenbaum Judgment Creditors.

Respectfully,

Curtis C. Mechling

cc:   All counsel of record (by electronic mail)

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM