AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN<br>*Plaintiff*<br>v.<br>CITIBANK, N.A.<br>*Defendant, Third-party plaintiff*<br>v.<br>ESTATE OF ALAN BEER, ET AL. [SEE RIDER]<br>*Third-party defendant* | Civil Action No. 09 Civ. 5900 (RPP) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Estate of Alan Beer, Estelle Carroll and Phyllis Maisel et al. c/o Curtis C. Mechling, James Bernard and Judy P. Goodwin, STROOCK & STROOCK & LAVAN LLP, 180 Maiden Lane, New York, New York 10038

A lawsuit has been filed against defendant   Citibank, N.A.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Jeremy Levin & Lucille Levin  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Davis Wright Tremaine LLP, 1633 Broadway, 27th Floor, New York, New York 10019, Attn: Sharon L. Schneier, Esq., Counsel for Defendant and Third Party Petitioner Citibank, N. A.

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Don Howarth, Esq. and Suzelle M. Smith, Esq., Howarth and Smith, 523 West Sixth Street, Suite 728, Los Angeles, CA 90014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  JUN 2 6 2012

RUBY J. KRAJICK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 09 Civ. 5900 (RPP)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Beer Rider

Anna Beer

Harry Beer, individually and as administrator of the Estate of Alan Beer

Estelle Carroll

Phyllis Maisel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

                        Plaintiff,

-against-

CITIBANK, N.A.,

                        Defendant-
                        Third-Party Plaintiff,

-against-

ESTATE OF ALAN BEER, ET AL.

                        Third-Party Defendant.
-----------------------------------------------------------X

Civil Action No. 09 CIV. 5900

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                          S.S :
COUNTY OF NEW YORK  )

     BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

     That on the 27th day of June, 2012, at approximately 5:00 p.m., deponent served a true copy of the **Summons on a Third Party Complaint; Third Party Complaint; ECF Rules & Instructions and Judge's Rules** upon Estate of Alan Beer, Et Al., Third-Party Defendants, c/o Stroock & Stroock & Lavan LLP-Attention: Curtis C. Mechling, James Bernard and Judy P. Goodwin (attorneys for third-party defendants) at 180 Maiden Lane, 34th Floor, New York, New York 10038 by personally delivering and leaving the same with Joseph Dell'Aquila, Managing Clerk's Office, who stated that he is authorized to accept service.

     Joseph Dell'Aquila is an olive-skinned Hispanic male, approximately 45 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 160 pounds, with short light brown hair and dark eyes.

Sworn to before me this
17th day of July, 2012

                                                   BOBBY ALI #871612

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
**Commission expires February 3, 2014**