AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  09 Civ. 5900 (RPP) |
| CITIBANK, N.A. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| ELIZABETH MURPHY, ET AL. [SEE RIDER] | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Elizabeth Murphy, et al.
c/o Steven Barentzen, Esq., 1575 Eye St. NW, Suite 300, Washington, DC 20005
and John W. Karr, Esq. 1250 Connecticut Avenue NW, Suite 200, Washington, DC 20036

A lawsuit has been filed against defendant   Citibank, N.A.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Jeremy Levin & Lucille Levin   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Davis Wright Tremaine LLP, 1633 Broadway, 27th Floor, New York, New York 10019, Attn: Sharon L. Schneier, Esq., Counsel for Defendant and Third Party petitioner Citibank, N. A.

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Don Howarth, Esq. and Suzelle M. Smith, Esq., Howarth and Smith, 523 West Sixth Street, Suite 728, Los Angeles, CA 90014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   JUN 2 6 2012

RUBY J. KRAJICK

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  09 Civ. 5900 (RPP)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                            *Server's signature*

                                         _____
                                                            *Printed name and title*


                                         _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

Murphy Rider

Elizabeth Murphy

Armando Ybarra

Estate of Terrance Rich

John L'Heureux

Kerry L'Heureux

Jane L'Heureux

Mary Wells

Bryan Harris

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN and DR. LUCILLE LEVIN,

               Plaintiffs,

           -against-

BANK OF NEW YORK, JPMORGAN
CHASE, SOCIETE GENERALE and
CITIBANK,

               Defendants.

Case No. 09 Civ. 5900 (RPP)

CITIBANK, N.A.,

               Third-Party Plaintiff,

           -against-

ANNA BEER, HARRY BEER, ESTATE OF ALAN
BEER, ESTELLE CARROL, PHYLLIS MAISEL,
JASON KIRSCHENBAUM, ISABELLE
KIRSCHENBAUM, ESTATE OF MARTIN
KIRSCHENBAUM, DANIELLE TEITLEBAUM,
DAVID KIRSCHENBAUM, JOSHUA
KIRSCHENBAUM, ELIZABETH MURPHY,
ARMANDO YBARRA, ESTATE OF TERRANCE
RICH, JOHN L'HEUREUX, KERRY L'HEUREUX,
JANE L'HEUREUX, MARY WELLS, and BRYAN
HARRIS,

               Third-Party Defendants.

**AFFIDAVIT OF SERVICE**

     I, CHRISTOPHER J. ROBINSON, hereby certify that I am not a party to the action, am

over 18 years of age, and reside at New York, New York.  On June 26, 2012, I caused to be

served SUMMONS ON A THIRD-PARTY COMPLAINT, CITIBANK N.A.'S

SUPPLEMENTAL THIRD-PARTY COMPLAINT WITH RESPECT TO PHASE TWO

ASSETS AGAINST JUDGMENT HOLDERS AND PLAINTIFFS IN OTHER ACTIONS

AGAINST IRAN IN ACCORDANCE WITH THE COURT'S MAY 25, 2012 ORDER by in a

Federal Express wrapper addressed as shown below, to be delivered into the

custody of Federal Express for overnight delivery, prior to the latest time

designated by that service for overnight delivery upon: addressed as follows:

> Thedore S. Allison, Esq.
> Karr & Allison, P.C.
> 1250 Connecticut Avenue, NW
> Second Floor, Suite 200
> Washington, DC 20036
> tsallison@karrallison.com
>
> John W. Karr, Esq.
> Karr & Allison, P.C.
> 1300 19th Street, NW
> Suite 402
> Washington, DC 20036
> jwkarr@msn.com
>
> *Attorneys for Third-Party Defendants*
> *Elizabeth Murphy et al.*

Service of said papers was also effected via electronic mail on June 29, 2012.

Dated: New York, New York
       June 29, 2012

> DAVIS WRIGHT TREMAINE LLP
>
> By: _____
>          Christopher J. Robinson
> 1633 Broadway
> New York, New York 10019
> (212) 489-8230
>
> *Attorneys for Defendant/Third-Party*
> *Plaintiff Citibank, N.A.*