411-11/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for ███████████████
80 Pine Street, 24th Floor
New York, New York 10005
(212) 425-1900 / fax: (212) 425-1900
William L. Juska, Jr.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN,

                 Plaintiffs,

           -against-

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK,

              Defendants.
--------------------------------------------------------------x
THE BANK OF NEW YORK MELLON

          Third-Party Plaintiff,

           -against-

███████████████████████, *et al.*,

         Third-Party Defendants.
--------------------------------------------------------------x

09 Civ. 5900 (RPP) (MHD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
COUNTY OF NEW YORK  )  SS:

    I, Martha Gadecki, after being duly sworn, depose and say that I am not a party to the within action, am over 18 years of age, and have an office and place of business at 80 Pine Street, New York, New York 10005.

    On June 27, 2012, I served a copy of the unredacted version of the Affidavit of William L. Juska, Jr. in Support of Motion to Withdraw as Counsel and unredacted version of the Notice

1

388669.1

of Motion to Withdraw as Counsel via e-mail on all parties of record.  Attached as Exhibit A to this affidavit is cover e-mail to all counsel.

_Martha Gadecki_
Martha Gadecki


Sworn to and subscribed to before me
a Notary Public on this 25th day of July, 2012.

_____
NOTARY PUBLIC

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2013

2

388669.1

# Ex. A

## GADECKI, MARTHA

| | |
|---|---|
| **From:** | GADECKI, MARTHA |
| **Sent:** | Wednesday, June 27, 2012 4:06 PM |
| **To:** | 'knevling@llf-law.com'; 'cmechling@stroock.com'; 'bweatherslowin@stroock.com'; 'richard.kremen@dlapiper.com'; 'david.misler@dlapiper.com'; 'ssmith@howarth-smith.com'; 'lvogel@salonmarrow.com'; 'njnudelman@hnklaw.com'; 'kfleischman@fleischmanlawfirm.com' |
| **Cc:** | JUSKA, WILLIAM; CARLSON, ED |
| **Subject:** | Levin v. Bank of New York, et al - 08 Civ. 5900 (RPP) (MHD) |
| **Attachments:** | 20120627155352210.pdf; NYDOCS1-#387552-v1-NOM_to_Withdraw.PDF; NYDOCS1-#387551-v1-WLJ_Aff_in_support_of_Motion_to_Withdraw.PDF |

Re:   Levin v. Bank of New York, et al.
        08 Civ. 5900 (RPP) (MHD)

Our Ref: 411-11/WLJ

Please find attached copy of letter to Judge Patterson with motion.

Kind regards,
Martha Gadecki

**Martha Gadecki, Secretary to Edward J. Carlson**
**FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, New York, N.Y. 10005-1759
Tel:  212-381-3048 | Fax: 212-425-1901
E-mail: gadecki@freehill.com