# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM



RECEIVED JUL 3 0 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**MEMO ENDORSED**

July 29, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/12

VIA FACSIMILE TO (212) 805-7917

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: <u>Levin v. Bank of New York, 09 Civ. 5900 (RPP) (MHD) (S.D.N.Y.)</u>

Dear Judge Patterson:

   This firm represents defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") in the above-referenced proceeding.

   I am writing respectfully to request a four-day extension of time, from July 30, 2012 until August 3, 2012, for JPMorgan to respond to the counterclaims (the "Counterclaims") set forth in the Answer filed by Third-Party Defendants Michael Bennett et al. to JPMorgan's Additional Amended and Supplemental Third-Party Complaint dated June 15, 2012. This is JPMorgan's first request for additional time to answer the Counterclaims. Jane Carol Norman, Esq., one of the attorneys for Third-Party Defendants Michael Bennett et al., has consented to this extension of time.

           Respectfully submitted,

           J. Kelley Nevling, Jr.

jkn/tbs
cc: Jorge Delgado, Esq. (by e-mail)
   Jane C. Norman, Esq. (by e-mail)
   Theodore S. Allison, Esq. (by e-mail)
   Counsel for other judgment creditor third-party defendants (by e-mail).