# EXHIBIT 1

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, *Plaintiff* <br> v. <br> BANK OF NEW YORK, et al. *Defendant, Third-party plaintiff* <br> v. <br> STEVEN M. GREENBAUM, et al. [SEE RIDER A] *Third-party defendant* | Civil Action No. 09 CIV. 5900 (RPP) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  LOLITA M. ARNOLD, et al. [SEE RIDER B]
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

    A lawsuit has been filed against defendant ____[SEE RIDER C]____, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __JEREMY and DR. LEVIN__.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

LEVI LUBARSKY & FEIGENBAUM LLP, 1185 AVENUE OF THE AMERICAS, 17TH FLOOR, NEW YORK, NY 10036, UNITED STATES OF AMERICA, ATTENTION: J.KELLEY NEVLING, JR., ESQ.

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

HOWARTH & SMITH, 523 WEST SIXTH STREET, SUITE 728, LOS ANGELES, CA 90014, UNITED STATES OF AMERICA, ATTENTION: SUZELLE M. SMITH, ESQ.

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  **2 1 SEP 2011**

RUBY J. KRAJICK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No.  09 CIV. 5900 (RPP)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RIDER A

THE COMPLETE LIST OF THIRD-PARTY DEFENDANTS IS AS FOLLOWS:

STEVEN M. GREENBAUM (INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JUDITH GREENBAUM), ALAN D. HAYMAN, SHIRLEE HAYMAN, CARLOS ACOSTA, MARIA ACOSTA, TOVA ETTINGER, IRVING FRANKLIN (INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF IRMA FRANKLIN), BARUCH KAHANE, LIBBY KAHANE (INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF MEIR KAHANE), ETHEL J. GRIFFIN (AS ADMINISTRATOR OF THE ESTATE OF BINYAMIN KAHANE), NORMAN KAHANE (INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF SONIA KAHANE), CIPORAH KAPLAN, THE ESTATE OF MICHAEL HEISER, GARY HEISER, FRANCIS HEISER, THE ESTATE OF LELAND TIMOTHY HAUN, IBIS S. HAUN, MILAGRITOS PEREZ-DALIS, SENATOR HAUN, THE ESTATE OF JUSTIN R. WOOD, RICHARD W. WOOD, KATHLEEN M. WOOD, SHAWN M. WOOD, THE ESTATE OF EARL F. CARTRETTE, JR., DENISE M. EICHSTAEDT, ANTHONY W. CARTRETTE, LEWIS W. CARTRETTE, THE ESTATE OF BRIAN MCVEIGH, SANDRA M. WETMORE, JAMES V. WETMORE, THE ESTATE OF MILLARD D. CAMPBELL, MARIE R. CAMPBELL, BESSIE A. CAMPBELL, THE ESTATE OF KEVIN J. JOHNSON, SHYRL L. JOHNSON, CHE G. COLSON, KEVIN JOHNSON, A MINOR, BY HIS LEGAL GUARDIAN SHYRL L. JOHNSON, NICHOLAS A. JOHNSON, A MINOR, BY HIS LEGAL GUARDIAN SHYRL L. JOHNSON, LAURA E. JOHNSON, BRUCE JOHNSON, THE ESTATE OF JOSEPH E. RIMKUS, BRIDGET BROOKS, JAMES R. RIMKUS, ANNE M. RIMKUS, THE ESTATE OF BRENT E. MARTHALER, KATIE L. MARTHALER, SHARON MARTHALER, HERMAN C. MARTHALER III, MATTHEW MARTHALER, KIRK MARTHALER, THE ESTATE OF THANH VAN NGUYEN, CHRISTOPHER R. NGUYEN, THE ESTATE OF JOSHUA E. WOODY, DAWN WOODY, BERNADINE R. BEEKMAN, GEORGE M. BEEKMAN, TRACY M. SMITH, JONICA L. WOODY, TIMOTHY WOODY, THE ESTATE OF PETER J. MORGERA, MICHAEL MORGERA, THOMAS MORGERA, THE ESTATE OF KENDALL KITSON, JR., NANCY R. KITSON, KENDALL K. KITSON, STEVE K. KITSON, NANCY A. KITSON, THE ESTATE OF CHRISTOPHER ADAMS, CATHERINE ADAMS, JOHN E. ADAMS, PATRICK D. ADAMS, MICHAEL T. ADAMS, DANIEL ADAMS, MARY YOUNG, ELIZABETH WOLF, WILLIAM ADAMS, THE ESTATE OF CHRISTOPHER LESTER, CECIL H. LESTER, JUDY LESTER, CECIL H. LESTER, JR., JESSICA F. LESTER, THE ESTATE OF JEREMY A. TAYLOR, LAWRENCE E. TAYLOR, VICKIE L. TAYLOR, STARLINA D. TAYLOR, THE ESTATE OF PATRICK P. FENNIG, THADDEUS C. FENNIG, CATHERINE FENNIG, PAUL D. FENNIG, MARK FENNIG, TERRY ABBOTT, JOHN ROBERT ALLMAN, RONNY KENT BATES, JAMES BAYNARD, JESS W. BEAMON, ALVIN BURTON BELMER, RICHARD D. BLANKENSHIP, JOHN W. BLOCKER, JOSEPH JOHN BOCCIA JR., LEON BOHANNON, JOHN BONK JR., JEFFREY JOSEPH BOULOS, JOHN NORMAN BOYETT, WILLIAM BURLEY, PAUL CALLAHAN, MECOT

CAMARA, BRADLEY CAMPUS, JOHNNIE CEASAR, ROBERT ALLEN CONLEY, CHARLES DENNIS COOK, JOHNNY LEN COPELAND, DAVID COSNER, KEVIN COULMAN, RICK CRUDALE, RUSSELL CYZICK, MICHAEL DEVLIN, NATHANIEL DORSEY, TIMOTHY DUNNIGAN, BRYAN EARLE, DANNY R. ESTES, RICHARD ANDREW FLUEGEL, MICHAEL D. FULCHER, SEAN GALLAGHER, GEORGE GANGUR, RANDALL GARCIA, HAROLD GHUMM, TIMOTHY GIBLIN, MICHAEL GORCHINSKI, RICHARD GORDON, DAVIN M. GREEN, THOMAS HAIRSTON, MICHAEL HASKELL, MARK ANTHONY HELMS, STANLEY G. HESTER, DONALD WAYNE HILDRETH, RICHARD HOLBERTON, DR. JOHN HUDSON, MAURICE EDWARD HUKILL, EDWARD IACOVINO JR., PAUL INNOCENZI III, JAMES JACKOWSKI, JEFFREY WILBUR JAMES, NATHANIEL WALTER JENKINS, EDWARD ANTHONY JOHNSTON, STEVEN JONES, THOMAS ADRIAN JULIAN, THOMAS KEOWN, DANIEL KLUCK, JAMES C. KNIPPLE, FREAS H. KREISCHER III, KEITH LAISE, JAMES LANGON IV, MICHAEL SCOTT LARIVIERE, STEVEN LARIVIERE, RICHARD LEMNAH, JOSEPH R. ("JOEL") LIVINGSTON III, PAUL D. LYON JR., JOHN MACROGLOU, SAMUEL MAITLAND JR., CHARLIE ROBERT MARTIN, DAVID MASSA, JOHN MCCALL, JAMES E. MCDONOUGH, TIMOTHY R. MCMAHON, RICHARD MENKINS II, RONALD MEURER, JOSEPH PETER MILANO, JOSEPH MOORE, HARRY DOUGLAS MYERS, DAVID NAIRN, JOHN ARNE OLSON, JOSEPH ALBERT OWENS, CONNIE RAY PAGE, ULYSSES GREGORY PARKER, JOHN L. PEARSON, THOMAS S. PERRON, JOHN ARTHUR PHILLIPS JR., WILLIAM ROY POLLARD, VICTOR MARK PREVATT, JAMES PRICE, PATRICK KERRY PRINDEVILLE, DIOMEDES J. QUIRANTE, WARREN RICHARDSON, LOUIS J. ROTONDO, MICHAEL CALEB SAULS, CHARLES JEFFREY SCHNORF, SCOTT LEE SCHULTZ, PETER SCIALABBA, GARY RANDALL SCOTT, THOMAS ALAN SHIPP, JERRYL SHROPSHIRE, LARRY H. SIMPSON JR., KIRK HALL SMITH, THOMAS GERARD SMITH, VINCENT SMITH, WILLIAM SCOTT SOMMERHOF, STEPHEN EUGENE SPENCER, WILLIAM STELPFLUG, HORACE RENARDO ("RICKY") STEPHENS JR., CRAIG STOCKTON, JEFFREY STOKES, ERIC D. STURGHILL, DEVON SUNDAR, THOMAS PAUL THORSTAD, STEPHEN TINGLEY, DONALD H. VALLONE JR., ERIC GLENN WASHINGTON, DWAYNE WIGGLESWORTH, RODNEY J. WILLIAMS, SCIPIO WILLIAMS JR., JOHNNY ADAM WILLIAMSON, WILLIAM ELLIS WINTER, DONALD ELBERAN WOOLLETT, CRAIG WYCHE, JEFFREY D. YOUNG, MARVIN ALBRIGHT, PABLO ARROYO, ANTHONY BANKS, RODNEY DARRELL BURNETTE, FRANK COMES JR., GLENN DOLPHIN, FREDERICK DANIEL EAVES, CHARLES FRYE, TRUMAN DALE GARNER, LARRY GERLACH, JOHN HLYWIAK, ORVAL HUNT, JOSEPH P. JACOBS, BRIAN KIRKPATRICK, BURNHAM MATTHEWS, TIMOTHY MITCHELL, LOVELLE "DARRELL" MOORE, JEFFREY NASHTON, JOHN OLIVER, PAUL RIVERS, STEPHEN RUSSELL, DANA SPAULDING, CRAIG JOSEPH SWINSON, MICHAEL TOMA, DANNY WHEELER, THOMAS D. YOUNG, LILLA WOOLLETT ABBEY, JAMES ABBOTT, (THE ESTATE OF) MARY ABBOTT, ELIZABETH ADAMS, EILEEN PRINDEVILLE AHLQUIST, MIRALDA ALARCON (JUDITH MAITLAND), ANNE ALLMAN, ROBERT ALLMAN, (THE ESTATE OF) THEODORE ALLMAN, DIANNE MARGARET ("MAGGIE")

ALLMAN, MARGARET E. ALVAREZ, KIMBERLY F. ANGUS, DONNIE BATES, JOHNNY BATES, LAURA BATES, MARGIE BATES, MONTY BATES, THOMAS BATES JR., THOMAS C. BATES SR., MARY E. BAUMGARTNER, ANTHONY BAYNARD, BARRY BAYNARD, EMERSON BAYNARD, PHILIP BAYNARD, THOMASINE BAYNARD, TIMOTHY BAYNARD, WAYNE BAYNARD, STEPHEN BAYNARD, ANNA BEARD, MARY ANN BECK, ALUE BELMER, ANNETTE BELMER, CLARENCE BELMER, COLBY KEITH BELMER, DENISE BELMER, DONNA BELMER, FAYE BELMER, KENNETH BELMER, LUDDIE BELMER, SHAWN BIELLOW, MARY FRANCES BLACK, DONALD BLANKENSHIP JR., DONALD BLANKENSHIP SR., (THE ESTATE OF ) MARY BLANKENSHIP, ALICE BLOCKER, DOUGLAS BLOCKER, JOHN R. BLOCKER, ROBERT BLOCKER, JAMES BOCCIA, JOSEPH BOCCIA SR., PATRICIA BOCCIA, RAYMOND BOCCIA, RICHARD BOCCIA, RONNIE (VERONICA) BOCCIA, LETICIA BODDIE, ANGELA BOHANNON, ANTHONY BOHANNON, CARRIE BOHANNON, DAVID BOHANNON, EDNA BOHANNON, LEON BOHANNON SR., RICKI BOHANNON, BILLIE JEAN BOLINGER, JOSEPH BOULOS, LYDIA BOULOS, MARIE BOULOS, REBECCA BOWLER, LAVON BOYETT, (THE ESTATE OF) NORMAN E. BOYETT JR., THERESA U. ROTH BOYETT, WILLIAM A. BOYETT, SUSAN SCHNORF BREEDEN, DAMION BRISCOE, CHRISTINE BROWN, ROSANNE BRUNETTE, MARY LYNN BUCKNER, (THE ESTATE OF) CLAUDE BURLEY, (THE ESTATE OF) WILLIAM DOUGLAS BURLEY, MYRA BURLEY, KATHLEEN CALABRO, RACHEL CALDERA, AVENELL CALLAHAN, MICHAEL CALLAHAN, PATRICIA (PATSY ANN) CALLOWAY, ELISA ROCK CAMARA, THERESA RIGGS CAMARA, CANDACE CAMPBELL, CLARE CAMPUS, ELAINE CAPOBIANCO, FLORENE MARTIN CARTER, PHYLLIS A. CASH, THERESA CATANO, BRUCE CEASAR, FRANKLIN CEASAR, FREDRICK CEASAR, ROBBIE NELL CEASAR, SYBIL CEASAR, CHRISTINE DEVLIN CECCA, TAMMY CHAPMAN, JAMES CHERRY, SONIA CHERRY, ADELE H. CHIOS, JANA M. CHRISTIAN, SHARON ROSE CHRISTIAN, SUSAN CIUPASKA, LESHUNE STOKES CLARK, ROSEMARY CLARK, MARY ANN COBBLE, KAREN SHIPP COLLARD, JENNIFER COLLIER, MELIA WINTER COLLIER, DEBORAH M. COLTRANE, JAMES N. CONLEY JR., ROBERTA LI CONLEY, CHARLES F. COOK, ELIZABETH A. COOK, (THE ESTATE OF) MARY A. COOK, ALAN TRACY COPELAND, BETTY COPELAND, DONALD COPELAND, BLANCHE CORRY, HAROLD COSNER, JEFFREY COSNER, LEANNA COSNER, (THE ESTATE OF) MARVA LYNN COSNER, CHERYL COSSABOOM, BRYAN THOMAS COULMAN, CHRISTOPHER J. COULMAN, DENNIS P. COULMAN, LORRAINE M. COULMAN, ROBERT D. COULMAN, ROBERT LOUIS COULMAN, CHARLITA MARTIN COVINGTON, AMANDA CROUCH, MARIE CRUDALE, EUGENE CYZICK, LYNN DALLACHIE, ANNE DEAL, LYNN SMITH DERBYSHIRE, THERESA DESJARDINS, CHRISTINE DEVLIN, DANIEL DEVLIN, GABRIELLE DEVLIN, RICHARD DEVLIN, SEAN DEVLIN, ROSALIE DONAHUE (MILANO), ASHLEY DORAY, REBECCA DOSS, CHESTER DUNNIGAN, ELIZABETH ANN DUNNIGAN, MICHAEL DUNNIGAN, WILLIAM DUNNIGAN, CLAUDINE DUNNIGAN, JANICE THORSTAD EDQUIST, MARY RUTH ERVIN, BARBARA ESTES, CHARLES ESTES, FRANK ESTES, LORI FANSLER, ANGELA DAWN FARTHING, ARLINGTON FERGUSON, HILTON

3

FERGUSON, LINDA SANDBACK FISH, NANCY BROCKSBANK FOX, TIA FOX, TAMMY FRESHOUR, RUBY FULCHER, BARBARA GALLAGHER, BRIAN GALLAGHER, (THE ESTATE OF) JAMES GALLAGHER, JAMES GALLAGHER JR., KEVIN GALLAGHER, MICHAEL GALLAGHER, DIMITRI GANGUR, MARY GANGUR, JESS GARCIA, RONALD GARCIA, ROXANNE GARCIA, RUSSELL GARCIA, VIOLET GARCIA, SUZANNE PERRON GARZA, JEANNE GATTEGNO, ARLENE GHUMM, ASHLEY GHUMM, BILL GHUMM, EDWARD GHUMM, HILDEGARD GHUMM, (THE ESTATE OF) JEDAIAH GHUMM, JESSE GHUMM, LEROY GHUMM, MORONICA GHUMM, DONALD GIBLIN, JEANNE GIBLIN, MICHAEL GIBLIN, TIFFANY GIBLIN, VALERIE GIBLIN, WILLIAM GIBLIN, THAD GILFORD-SMITH, REBECCA GINTONIO, DAWN GOFF, CHRISTINA GORCHINSKI, JUDY GORCHINSKI, KEVIN GORCHINSKI, VALERIE GORCHINSKI, ALICE GORDON, JOSEPH GORDON, LINDA GORDON, (THE ESTATE OF) NORRIS GORDON, PAUL GORDON, ANDREA GRANT, DEBORAH GRAVES, DEBORAH GREEN, LIBERTY QUIRANTE GREGG, ALEX GRIFFIN, CATHERINE E. GRIMSLEY, MEGAN GUMMER, LYDA WOOLLETT GUZ, DARLENE HAIRSTON, TARA HANRAHAN, MARY CLYDE HART, BRENDA HASKILL, JEFFREY HASKELL, KATHLEEN S. HEDGE, CHRISTOPHER TODD HELMS, MARVIN R. HELMS, DORIS HESTER, CLIFTON HILDRETH, JULIA HILDRETH, MARY ANN HILDRETH, MICHAEL WAYNE HILDRETH, SHARON A. HILTON, DONALD HOLBERTON, PATRICIA LEE HOLBERTON, THOMAS HOLBERTON, TANGIE HOLLIFIELD, DEBRA HORNER, ELIZABETH HOUSE, JOYCE A. HOUSTON, TAMMY CAMARA HOWELL, LISA H. HUDSON, LORENZO HUDSON, LUCY HUDSON, RUTH HUDSON, (THE ESTATE OF) SAMUEL HUDSON, WILLIAM J. HUDSON, (THE ESTATE OF) SUSAN THORSTAD HUGIS, NANCY TINGLEY HURLBURT, CYNTHIA PERRON HURSTON, (THE ESTATE OF) EDWARD IACOVINO SR., ELIZABETH IACOVINO, DEBORAH INNOCENZI, KRISTIN INNOCENZI, MARK INNOCENZI, PAUL INNOCENZI IV, BERNADETTE JACCOM, JOHN JACKOWSKI JR., JOHN JACKOWSKI SR., VICTORIA JACOBUS, ELAINE JAMES, NATHALIE C. JENKINS, STEPHEN JENKINS, REBECCA JEWETT, LINDA MARTIN JOHNSON, RAY JOHNSON, RENNITTA STOKES JOHNSON, SHERRY JOHNSON, CHARLES JOHNSTON, EDWIN JOHNSTON, MARY ANN JOHNSTON, ZANDRA LARIVIERE JOHNSTON, ALICIA JONES, CORENE MARTIN JONES, KIA BRISCOE JONES, MARK JONES, OLLIE JONES, SANDRA D. JONES, (THE ESTATE OF) SYNOVURE JONES, ROBIN COPELAND JORDAN, SUSAN SCOTT JORDAN, JOYCE JULIAN, KARL JULIAN, NADA JURIST, ADAM KEOWN, BOBBY KEOWN JR., BOBBY KEOWN SR., DARREN KEOWN, WILLIAM KEOWN, MARY JOE KIRKER, KELLY KLUCK, MICHAEL KLUCK, (THE ESTATE OF) JOHN D. KNIPPLE, JOHN R. KNIPPLE, (THE ESTATE OF) PAULINE KNIPPLE, SHIRLEY L. KNOX, DOREEN KREISCHER, FREAS H. KREISCHER JR., CYNTHIA D. LAKE, WENDY L. LANGE, JAMES LANGON III, EUGENE LARIVIERE, JANET LARIVIERE, JOHN M. LARIVIERE, LESLEY LARIVIERE, MICHAEL LARIVIERE, NANCY LARIVIERE, RICHARD LARIVIERE, (THE ESTATE OF) RICHARD G. LARIVIERE, ROBERT LARIVIERE, WILLIAM LARIVIERE, CATHY L. LAWTON, HEIDI CRUDALE LEGAULT, (THE ESTATE

4

OF) CLARENCE LEMNAH, ETTA LEMNAH, FAY LEMNAH, HAROLD LEMNAH, MARLYS LEMNAH, ROBERT LEMNAH, RONALD LEMNAH, ANNETTE R. LIVINGSTON, JOSEPH R. LIVINGSTON IV, (THE ESTATE OF) JOSEPH R. LIVINGSTON JR., ROBIN LYNCH, EARL LYON, FRANCISCO LYON, JUNE LYON, MARIA LYON, PAUL D. LYON SR., VALERIE LYON, HEATHER MACROGLOU, KATHLEEN DEVLIN MAHONEY, KENTY MAITLAND, LEYSNAL MAITLAND, SAMUEL MAITLAND SR., SHIRLA MAITLAND, VIRGINIA BOCCIA MARSHALL, JOHN MARTIN, PACITA MARTIN, RENERIO MARTIN, RUBY MARTIN, SHIRLEY MARTIN, MARY MASON, CRISTINA MASSA, EDMUND MASSA, JOAO ("JOHN") MASSA, JOSE ("JOE") MASSA, MANUEL MASSA JR., RAMIRO MASSA, MARY MCCALL, (THE ESTATE OF) THOMAS MCCALL, VALERIE MCCALL, GAIL MCDERMOTT, JULIA A. MCFARLIN, GEORGE MCMAHON, MICHAEL MCMAHON, PATTY MCPHEE, DARREN MENKINS, GREGORY MENKINS, MARGARET MENKINS, RICHARD H. MENKINS, JAY T. MEURER, JOHN MEURER, JOHN THOMAS MEURER, MARY LOU MEURER, MICHAEL MEURER, PENNY MEYER, ANGELA MILANO, PETER MILANO JR., EARLINE MILLER, HENRY MILLER, PATRICIA MILLER, HELEN MONTGOMERY, BETTY MOORE, HARRY MOORE, KIMBERLY MOORE, MARY MOORE, MELISSA LEA MOORE, (THE ESTATE OF) MICHAEL MOORE, ELIZABETH PHILLIPS MOY, DEBRA MYERS, GENEVA MYERS, HARRY A. MYERS, BILLIE ANN NAIRN, CAMPBELL J. NAIRN III, (THE ESTATE OF) CAMPBELL J. NAIRN JR., WILLIAM P. NAIRN, RICHARD NORFLEET, DEBORAH O'CONNOR, PEARL OLANIJI, (THE ESTATE OF) BERTHA OLSON, KAREN L. OLSON, RANDAL D. OLSON, ROGER S. OLSON, RONALD J. OLSON, (THE ESTATE OF) SIGURD OLSON, DAVID OWENS, DEANNA OWENS, FRANCES OWENS, (THE ESTATE OF) JAMES OWENS, STEVEN OWENS, CONNIE MACK PAGE, JUDITH K. PAGE, LISA MENKINS PALMER, GERALDINE PAOLOZZI, MAUREEN PARE, HENRY JAMES PARKER, SHARON PARKER, HELEN M. PEARSON, JOHN L. PEARSON JR., SONIA PEARSON, BRETT PERRON, DEBORAH JEAN PERRON, MICHELLE PERRON, RONALD R. PERRON, MURIEL PERSKY, DEBORAH D. PETERSON, SHARON CONLEY PETRY, SANDRA PETRICK, DONNA VALLONE PHELPS, HAROLD PHILLIPS, JOHN ARTHUR PHILLIPS SR., DONNA TINGLEY PLICKYS, MARGARET AILEEN POLLARD, STACEY YVONNE POLLARD, LEE HOLLAN PREVATT, VICTOR THORNTON PREVATT, JOHN PRICE, JOSEPH PRICE, (THE ESTATE OF) BARBARA D. PRINDEVILLE, KATHLEEN TARA PRINDEVILLE, MICHAEL PRINDEVILLE, PAUL PRINDEVILLE, SEAN PRINDEVILLE, BELINDA J. QUIRANTE, EDGAR QUIRANTE, (THE ESTATE OF) GODOFREDO QUIRANTE, MILTON QUIRANTE, SABRINA QUIRANTE, SUSAN RAY, LAURA M. REININGER, ALAN RICHARDSON, BEATRICE RICHARDSON, CLARENCE RICHARDSON, ERIC RICHARDSON, LYNETTE RICHARDSON, VANESSA RICHARDSON, PHILIECE RICHARDSON-MILLS, MELROSE RICKS, BELINDA QUIRANTE RIVA, BARBARA ROCKWELL, LINDA ROONEY, TARA SMITH ROSE, TAMMI RUARK, JULIANA RUDKOWSKI, MARIE MCMAHON RUSSELL, ALICIA LYNN SANCHEZ, ANDREW SAULS, HENRY CALEB SAULS, RILEY A. SAULS, MARGARET MEDLER SCHNORF, RICHARD SCHNORF (BROTHER),

RICHARD SCHNORF (FATHER), ROBERT SCHNORF, BEVERLY SCHULTZ, DENNIS JAMES SCHULTZ, DENNIS RAY SCHULTZ, FRANK SCIALABBA, JACQUELINE SCIALABBA, SAMUEL SCOTT SCIALABBA, JON CHRISTOPER SCOTT, KEVIN JAMES SCOTT, (THE ESTATE OF) LARRY L. SCOTT, MARY ANN SCOTT, SHERIA SCOTT, STEPHEN ALLEN SCOTT, JACKLYN SEGUERRA, BRIAN RICHARD SHIPP, JAMES DAVID SHIPP, JANICE SHIPP, MAURICE SHIPP, PAULINE SHIPP, RAYMOND DENNIS SHIPP, RUSSELL SHIPP, SUSAN J. SINSIOCO, ANA SMITH-WARD, (THE ESTATE OF) ANGELA JOSEPHINE SMITH, BOBBIE ANN SMITH, CYNTHIA SMITH, DONNA MARIE SMITH, ERMA SMITH, HOLLY SMITH, IAN SMITH, JANET SMITH, JOSEPH K. SMITH III, JOSEPH K. SMITH JR., KEITH SMITH, KELLY B. SMITH, SHIRLEY L. SMITH, TADGH SMITH, TERRENCE SMITH, TIMOTHY B. SMITH, JOCELYN J. SOMMERHOF, JOHN SOMMERHOF, WILLIAM J. SOMMERHOF, DOUGLAS SPENCER, CHRISTY WILLIFORD STELPFLUG, JOSEPH STELPFLUG, KATHY NATHAN STELPFLUG, LAURA BARFIELD STELPFLUG, PEGGY STELPFLUG, WILLIAM STELPFLUG, HORACE STEPHENS SR., JOYCE STEPHENS, KEITH STEPHENS, DONA STOCKTON, (THE ESTATE OF) DONALD STOCKTON, RICHARD STOCKTON, IRENE STOKES, NELSON STOKES JR., (THE ESTATE OF) NELSON STOKES SR., ROBERT STOKES, GWENN STOKES-GRAHAM, MARCUS D. STURGHILL, MARCUS L. STURGHILL JR., NAKEISHA LYNN STURGHILL, DOREEN SUNDAR, MARGARET TELLA, SUSAN L. TERLSON, MARY ELLEN THOMPSON, ADAM THORSTAD, BARBARA THORSTAD, JAMES THORSTAD JR., JAMES THORSTAD SR., JOHN THORSTAD, RYAN THORSTAD, BETTY ANN THURMAN, BARBARA TINGLEY, RICHARD L. TINGLEY, RUSSELL TINGLEY, KEYSHA TOLLIVER, MARY ANN TUREK, KAREN VALENTI, ANTHONY VALLONE, DONALD H. VALLONE, TIMOTHY VALLONE, LEONA MAE VARGAS, DENISE VOYLES, ILA WALLACE, KATHRYN THORSTAD WALLACE, RICHARD J. WALLACE, BARBARA THORSTAD WARWICK, LINDA WASHINGTON, VANCINE WASHINGTON, KENNETH WATSON, DIANE WHITENER, DARYL WIGGLESWORTH, DARRIN A. WIGGLESWORTH, HENRY WIGGLESWORTH, MARK WIGGLESWORTH, ROBYN WIGGLESWORTH, SANDRA WIGGLESWORTH, SHAWN WIGGLESWORTH, DIANNE STOKES WILLIAMS, GUSSIE MARTIN WILLIAMS, JANET WILLIAMS, JOHNNY WILLIAMS, RHONDA WILLIAMS, RONALD WILLIAMS, RUTH WILLIAMS, SCIPIO J. WILLIAMS, WESLEY WILLIAMS, DELMA WILLIAMS-EDWARDS, TONY WILLIAMSON, JEWELENE WILLIAMSON, MICHAEL WINTER, BARBARA WISEMAN, PHYLLIS WOODFORD, JOYCE WOODLE, BEVERLY WOOLLETT, PAUL WOOLLETT, MELVINA STOKES WRIGHT, PATRICIA WRIGHT, GLENN WYCHE, JOHN WYCHE, JOHN F. YOUNG, JOHN W. YOUNG, JUDITH CAROL YOUNG, SANDRA RHODES YOUNG, JOANNE ZIMMERMAN, STEPHEN THOMAS ZONE, PATRICIA THORSTAD ZOSSO, JAMAAL MUATA ALI, MARGARET ANGELONI, JESUS ARROYO, MILAGROS ARROYO, OLYMPIA CARLETTA, KIMBERLY CARPENTER, JOAN COMES, PATRICKCOMES, CHRISTOPHER COMES, FRANK COMES SR., DEBORAH CRAWFORD, BARBARA DAVIS, ALICE WARREN FRANKLIN, PATRICIA GERLACH, TRAVIS GERLACH, MEGAN GERLACH,

ARMINDA HERNANDEZ, MARGARET HLYWIAK, PETER HLYWIAK JR., PETER HLYWIAK SR., PAUL HLYWIAK,: JOSEPH HLYWIAK, CYNTHIA LOU HUNT, ROSA IBARRO, ANDREW SCOTT JACOBS, DANIEL JOSEPH JACOBS, DANITA JACOBS, KATHLEEN KIRKPATRICK, GRACE LEWIS, LISA MAGNOTTI, WENDY MITCHELL, (THE ESTATE OF) JAMES OTIS MOORE, (THE ESTATE OF) JOHNNEY S. MOORE, MARVIN S. MOORE, ALIE MAE MOORE, JONNIE MAE MOORE-JONES, (THE ESTATE OF) ALEX W. NASHTON, PAUL OLIVER, RILEY OLIVER, MICHAEL JOHN OLIVER, ASHLEY E. OLIVER, PATRICK S. OLIVER, KAYLEY OLIVER, TANYA RUSSELL, WANDA RUSSELL, JASON RUSSELL, CLYDIA SHAVER, SCOTT SPAULDING, CECILIA STANLEY, MARY STILPEN, KELLY SWANK, (THE ESTATE OF) KENNETH J. SWINSON, (THE ESTATE OF) INGRID M. SWINSON, DANIEL SWINSON, WILLIAM SWINSON, DAWN SWINSON, TERESA SWINSON, BRONZELL WARREN, JESSICA WATSON, AUDRY WEBB, JONATHAN WHEELER, BENJAMIN WHEELER, (THE ESTATE OF) MARLIS "MOLLY" WHEELER, KERRY WHEELER, ANDREW WHEELER, BRENDA JUNE WHEELER, JILL WOLD, (THE ESTATE OF) NORA YOUNG, JAMES YOUNG, (THE ESTATE OF) ROBERT YOUNG, JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN, TZVI ROSENMAN, SUSAN WEINSTEIN (INDIVIDUALLY, AS CO-ADMINISTRATOR OF THE ESTATE OF IRA WILLIAM WEINSTEIN AND AS NATURAL GUARDIAN OF DAVID WEINSTEIN), JEFFREY A. MILLER (AS CO-ADMINISTRATOR OF THE ESTATE OF IRA WILLIAM WEINSTEIN), JOSEPH WEINSTEIN, JENNIFER WEINSTEIN HAZI, DAVID WEINSTEIN, PEDRO ALVARADO, JR., DENNIS JACK ANDERSON, TIMOTHY BROOKS, MICHAEL HARRIS, DONALD R. PONTILLO, JOHN E. SELBE, WILLY G. THOMPSON, TERANCE J. VALORE, NEALE SCOTT BOLEN, THE ESTATE OF DAVID L. BATTLE, THE ESTATE OF MATILDE HERNANDEZ, JR., THE ESTATE OF JOHN MUFFLER, THE ESTATE OF JOHN JAY TISHMACK, THE ESTATE OF LEONARD WARREN WALKER, THE ESTATE OF WALTER EMERSON WINT, JR., THE ESTATE OF JAMES YARBER, THE ESTATE OF MOSES ARNOLD, JR., THE ESTATE OF JAMES SILVIA, ANGEL ALVARADO, GERALDO ALVARADO, GRISSELLE ALVARADO, LUIS ALVARADO, LUISA ALVARADO, MARIA ALVARADO, MARTA ALVARADO, MINERVA ALVARADO, YOLANDA ALVARADO, ZORAIDA ALVARADO, ANDRES ALVARADO TULL, CHERYL BASS, EDWARD J. BROOKS, PATRICIA A. BROOKS, WANDA FORD, BENNIE HARRIS, ROSE HARRIS, MARCY LYNN PARSON, DOUGLAS PONTILLO, DON SELBE, ELOISE F. SELBE, JAMES SELBE, BELINDA SKARKA, ALLISON THOMPSON, ISALINE THOMPSON, JOHNNY THOMPSON, DEBORAH TRUE, JANICE VALORE, ORLANDO M. VALORE, JR., ORLANDO MICHAEL VALORE, SR., LOLITA M. ARNOLD, LISA ANN BECK, BETTY J. BOLEN, KEITH EDWIN BOLEN, SHELDON H. BOLEN, SHARLA M. KORZ, LYNNE MICHOL SPENCER, CATHERINE BONK, KEVIN BONK, THOMAS BONK, JOHN BONK, SR., MARION DIGIOVANNI, SHERRY LYNN FIEDLER, MARILOU FLUEGEL, ROBERT FLUEGEL, THOMAS A. FLUEGEL, EVANS HAIRSTON, FELICIA HAIRSTON, JULIA BELL HAIRSTON, HENRY DURBAN HUKILL, MARK ANDREW HUKILL, MATTHEW

SCOTT HUKILL, MELISSA HUKILL, MEREDITH ANN HUKILL, MITCHELL CHARLES HUKILL, MONTE HUKILL, VIRGINIA ELLEN HUKILL, CATHERINE BONK HUNT, STORM JONES, PENNI JOYCE, JEFF KIRKWOOD, SHIRLEY KIRKWOOD, CARL ARNOLD KIRKWOOD, JR., CARL KIRKWOOD, SR., PATRICIA KRONENBITTER, BILL LAISE, BETTY LAISE, KRIS LAISE, BILL MACROGLOU, JAMES MACROGLOU, LORRAINE MACROGLOU, KATHY MCDONALD, EDWARD JOSEPH MCDONOUGH, EDWARD W. MCDONOUGH, SEAN MCDONOUGH, DEBORAH SPENCER RHOSTO, THE ESTATE OF LUIS ROTONDO, THE ESTATE OF ROSE ROTONDO, THE ESTATE OF PHYLLIS SANTOSERRE, ANNA MARIE SIMPSON, RENEE EILEEN SIMPSON, ROBERT SIMPSON, LARRY H. SIMPSON, SR., SALLY JO WIRICK, JOHN J. BONK, LUIS J. ROTONDO, THE ESTATE OF ANTHONY K. BROWN, BY AND THROUGH VARA BROWN, VARA BROWN, JOHN BROWN, SULBA BROWN, ROWEL BROWN, MARVINE MCBRIDE, LAJUANA SMITH, JOSEPH A. BARILE, ANGELA E. BARILE, MICHAEL BARILE, ANDREA CIARLA, ANN MARIE MOORE, ANGELA YOAK, JOHN BECKER, RODNEY E. BURNS, DAVID BURNS, EUGENE BURNS, JEANNIE SCAGGS, DANIEL CUDDEBACK, JR., BARBARA CUDDEBACK, DANIEL CUDDEBACK, SR., JOHN R. CUDDEBACK, ROBERT DEAN, MICHAEL EPISCOPO, RANDY GADDO, LOUISE GADDO BLATTLER, PETER GADDO, TIMOTHY GADDO, THE ESTATE OF WILLIAM R. GAINES, JR., BY AND THROUGH MICHAEL A. GAINES, MICHAEL A. GAINES, WILLIAM R. GAINES, SR., EVELYN SUE SPEARS ELLIOTT, CAROLYN SPEARS, MARK SPEARS, JAMES S. SPEARS, CAROL WEAVER, THE ESTATE OF VIRGEL HAMILTON, BY AND THROUGH GLORIA HAMILTON, GLORIA HAMILTON, BRUCE HASTINGS, MAYNARD HODGES, LORETTA BROWN, KATHY HODGES, MARY JEAN HODGES, CINDY HOLMES, SHANA SAUL, DANIEL JOY, SEAN KIRKPATRICK, DANIEL KREMER, THE ESTATE OF CHRISTINE KREMER, BY AND THROUGH JOSEPH KREMER, JOSEPH T. KREMER, THE ESTATE OF THOMAS KREMER, BY AND THROUGH JOSEPH KREMER, JACQUELINE STAHRR, THE ESTATE OF DAVID A. LEWIS, BY AND THROUGH BETTY LEWIS, BETTY LEWIS, JERRY L. LEWIS, SCOTT M. LEWIS, PAUL MARTINEZ, SR., TERESA GUNTHER, ALPHONSO MARTINEZ, DANIEL L. MARTINEZ, MICHAEL MARTINEZ, PAUL MARTINEZ, JR., TOMASITA L. MARTINEZ, ESTHER MARTINEZ PARKS, SUZANNE YEOMAN, JOHN OPATOVSKY, THE ESTATE OF JEFFREY B. OWEN, BY AND THROUGH STEVEN OWEN, JEAN G. OWENS, STEVEN OWEN, THE ESTATE OF MICHAEL L. PAGE, BY AND THROUGH MARY BETH PAGE, ALBERT PAGE, JANET PAGE, JOYCE CLIFFORD, DAVID PENOSKY, JOSEPH PENOSKY, CHRISTIAN R. RAUCH, LEONARD PAUL TICE, THE ESTATE OF BURTON WHERLAND, BY AND THROUGH SARAH WHERLAND, GREGORY WHERLAND, KIMMY WHERLAND, SARAH WHERLAND, SHARON DAVIS, CHARLES F. WEST, CHARLES H. WEST, RICK WEST, ALAN C. ANDERSON, MICHAEL ANDERSON, THELMA ANDERSON, THE ESTATE OF STEPHEN B. BLAND, BY AND THROUGH RUTH ANN BLAND, THE ESTATE OF FRANK BLAND, BY AND THROUGH JAMES BLAND, JAMES BLAND, RUTH ANN BLAND, THE ESTATE OF LAURA V. COPELAND, BY AND THROUGH STEVEN COPELAND, THE

ESTATE OF SIDNEY DECKER, BY AND THROUGH IDA AND DUDLEY DECKER, DUDLEY DECKER, IDA DECKER, JOHNNIE DECKER, CAROLYN MUDD, RONALD DUPLANTY, THE ESTATE OF SEAN F. ESTLER, BY AND THROUGH LOUIS C. ESTLER, JR. AND MARY ELLEN ESTLER, KEITH ESTLER, LOUIS C. ESTLER, JR., MARY ELLEN ESTLER, THE ESTATE OF BENJAMIN E. FULLER, BY AND THROUGH DAVID ALLEN, ELAINE ALLEN, ERNEST C. FULLER, JOHN GIBSON, HOLLY GIBSON, MAURICE GIBSON, THE ESTATE OF MICHAEL HASTINGS, BY AND THROUGH JOYCE HASTINGS, JOYCE HASTINGS, THE ESTATE OF PAUL HEIN, BY AND THROUGH JO ANN HEIN, CHRISTOPHER HEIN, JO ANN HEIN, KAREN HEIN, VICTOR HEIN, JACQUELINE M. KUNCYZ, THE ESTATE OF JOHN HENDRICKSON, BY AND THROUGH DEBORAH RYAN, JOHN HENDRICKSON, JR., TYSON HENDRICKSON, DEBORAH RYAN, THE ESTATE OF BRUCE HOLLINGSHEAD, BY AND THROUGH MELINDA HOLLINGSHEAD, MELINDA HOLLINGSHEAD, RENARD MANLEY, THE ESTATE OF MICHAEL R. MASSMAN, BY AND THROUGH LYDIA MASSMAN, NICOLE GOMEZ, ANGELA MASSMAN, KRISTOPHER MASSMAN, LYDIA MASSMAN, PATRICIA LOU SMITH, THE ESTATE OF LOUIS MELENDEZ, BY AND THROUGH ZAIDA MELENDEZ, DOUGLAS J. MELENDEZ, JOHNNY MELENDEZ, JOHNNY MELENDEZ, JR., ZAIDA MELENDEZ, THE ESTATE OF MICHAEL D. MERCER, BY AND THROUGH SARAH MERCER BLACKMAN, SARAH MERCER BLACKMAN, SAMUEL PALMER, ROBIN NICELY, THE ESTATE OF JUAN RODRIGUEZ, BY AND THROUGH LOUISA PUNTONET, LOUISA PUNTONET, ROBERT RUCKER, THE ESTATE OF BILLY SAN PEDRO, BY AND THROUGH SILA SAN PEDRO, CESAR SAN PEDRO, GUILLERMO SAN PEDRO, JAVIER SAN PEDRO, SILA SAN PEDRO, THURNELL SHIELDS, EMMANUEL SIMMONS, THE ESTATE OF JAMES SURCH, BY AND THROUGH PATTY BARNETT, PATTY BARNETT, WILL SURCH, BRADLEY ULICK, JEANETTE DOUGHERTY, MARILYN PETERSON, THE ESTATE OF ERIC WALKER, BY AND THROUGH TENA WALKER-JONES, TENA WALKER-JONES, RONALD E. WALKER, RONNIE WALKER, GALEN WEBER, THE ESTATE OF OBRIAN WEEKES, BY AND THROUGH IANTHE WEEKES, ANSON EDMOND, ARNOLD EDMOND, HAZEL EDMOND, WENDY EDMOND, FAITH WEEKES, IANTHE WEEKES, KEITH WEEKS, META WEEKS, THE ESTATE OF DENNIS L. WEST, BY AND THROUGH KATHY WEST, KATHY WEST, THE ESTATE OF JOHN WEYL, BY AND THROUGH SHARON ROWAN, KELLY BACHLOR, ROBIN BROCK, MORGAN W. ROWAN, SHARON ROWAN, NELSON WEYL, RIZWAN KHALIQ, JENNY CHRISTIANA LOVBLOM, JAMES OWENS, GARY ROBERT OWENS, BARBARA GOFF, FRANK B. PRESSLEY, JR., YASEMIN B. PRESSLEY, DAVID A. PRESSLEY, THOMAS C. PRESSLEY, MICHAEL F. PRESSLEY, BERK F. PRESSLEY, JON B. PRESSLEY, MARC Y. PRESSLEY, SUNDUS BUYUK, MONTINE BOWEN, FRANK PRESSLEY, SR., BAHAR BUYUK, SERPIL BUYUK, TULAY BUYUK, AHMET BUYUK, DOROTHY WILLARD, ELLEN MARIE BOMER, DONALD BOMER, MICHAEL JAMES CORMIER, ANDREW JOHN WILLIAM CORMIER, ALEXANDRA RAIN CORMIER, PATRICIA FEORE, CLYDE

M. HIRN, ALICE M. HIRN, PATRICIA K. FAST, INEZ P. HIRN, JOYCE ANN REED, WORLEY LEE REED, CHERYL L. BLOOD, BRET W. REED, RUTH ANN WHITESIDE, LORIE GULICK, PAM WILLIAMS, FLOSSIE VARNEY, LINDA JANE WHITESIDE LESLIE, LYDIA SPARKS, HOWARD SPARKS, TABITHA CARTER, HOWARD SPARKS, JR., MICHAEL RAY SPARKS, GARY O. SPIERS, VICTORIA Q. SPIERS, VICTORIA J. SPIERS, JULITA A. QUALICIO, JUDITH ABASI MWILA (PERSONAL REPRESENTATIVE OF THE ESTATE OF ABBAS WILLIAM MWILA), WILLIAM ABASI MWILA, EDINA ABASI MWILA, HAPINESS ABASI MWILA, DONTE AKILI MWAIPAPE, DONTI AKILI MWAIPAPE, VICTORIA DONTI MWAIPAPE, ELISHA DONTI MWAIPAPE, JOSEPH DONTI MWAIPAPE, DEBORA DONTI MWAIPAPE, NKO DONTI MWAIPAPE, MONICA AKILI, AKILI MUSUPAPE, VALENTINE MATHEW KATUNDA, ABELLA VALENTINE KATUNDA, VENANT VALENTINE MATHEW KATUNDA, DESIDERY VALENTINE MATHEW KATUNDA, VEIDIANA VALENTINE KATUNDA, DIANA VALENTINE KATUNDA, EDWINE VALENTINE MATHEW KATUNDA, ANGELINA MATHEW FELIX, EDWARD MATHEW RUTAHESHELWA, ELIZABETH MATHEW RUTAHESHELWA, ANGELINA MATHEW RUTAHESHELWA, HAPPINESS MATHEW RUTAHESHELWA, ERIC MATHEW RUTAHESHELWA, ENOC MATHEW RUTAHESHELWA, ANGELINA MATHEW-FERIX, MATHEW FERIX, SAMUEL THOMAS MARCUS, CECILIA SAMUEL MARCUS, CORONELLA SAMUEL MARCUS, HANUNI RAMADHANI NDANGE (PERSONAL REPRESENTATIVE OF THE ESTATE OF YUSUF SHAMTE NDANGE), ABDU YUSUPH SHAMTE NDANGE, JUMA YUSUPH SHAMTE NDANGE, MWAJABU YUSUPH SHAMTE NDANGE, ALLI KINDAMBA NG'OMBE, PAULINA MBWANILWA NG'OMBE, MOHAMED ALLI NG'OMBE, KINDAMBA ALLI NG'OMBE, SHABANI SAIDI MTULYA (PERSONAL REPRESENTATIVE OF THE ESTATE OF MTENDEJE RAJABU MTUYLA), ABDUL SHABANI MTUYLA, SAIDI SHABANI MTUYLA, ADABETH SAID NANG'OKO (PERSONAL REPRESENTATIVE OF THE ESTATE OF ROGATH SAIDI SAIDI), VERONICA ALOIS SAIDI, JOHN ROGATH SAIDI, DANIEL ROGATH SAIDI, SELINA ROGATH SAIDI, IDIFONCE ROGATH SAIDI, AISHA MAWAZO, KULWA RAMADHANI (PERSONAL REPRESENTATIVE OF THE ESTATE OF DOTIO RMADHANI), KASSIM RAMADHANI, RENEMA RAMADHANI, UPEMDO RAMADHANI, MAJALIWA RAMADHANI, WENGO RAMADHANI, [REDACTED TO DELETE THIRD-PARTY DFENDANTS' NAMES IN COMPLIANCE WITH PROTECTIVE ORDER DATED OCTOBER 26, 2009, AS MODIFIED]

*Third-Party Defendants.*

# RIDER B

THE ADDRESSES OF THE ARNOLD PLAINTIFFS ARE AS FOLLOWS:

LOLITA M. ARNOLD
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

THE ESTATE OF MOSES ARNOLD, JR.
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

NEALE SCOTT BOLEN
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

SHELDON H. BOLEN
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

BETTY J. BOLEN
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

KEITH EDWIN BOLEN
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

SHARLA M. KORZ
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

LISA ANN BECK
c/o Thomas Fortune Fay, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street NW, Suite 410
Washington, DC  20001

*Arnold Plaintiffs.*

# RIDER C

THE COMPLETE LIST OF THIRD-PARTY PLAINTIFFS IS AS FOLLOWS:

JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,

*Third-Party Plaintiffs.*