# EXHIBIT 2

USPS Express Mail Customer Copy receipt, Label 11-B. Barcode: EI 124619374 US. PO ZIP Code: 10020. Date Accepted: 9/26/11. Time Accepted: 7:05 PM. Weight: 6 lbs 14.5 oz. Postage: $37.60. Total Postage & Fees: $37.60. Scheduled Delivery: 9/27. From: [illegible], Jr., Esq., [illegible] LLP, 1285 Ave of the Americas, 14th Fl, New York, NY 10020. To: [illegible] Kaplan, Esq., Fay Kaplan Law, P.A., 777 Sixth St NW Suite 410, Washington, DC 20001.




**UNITED STATES POSTAL SERVICE**

Date: 07/13/2012

J NEVLING:

The following is in response to your 07/13/2012 request for delivery information on your Express Mail(R) item number EI12 4619 374U S. The delivery record shows that this item was delivered on 09/27/2011 at 11:20 AM in WASHINGTON, DC 20001 to J FAY. The scanned image of the recipient information is provided below.

Signature of Recipient: *Joe Fay*

Address of Recipient: 777 7th St. NW

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service