# EXHIBIT 3

| USPS EXPRESS MAIL | Customer Copy |
|---|---|
| EI 124619365 US | Label 11-B, March 2004 |
| UNITED STATES POSTAL SERVICE® | Post Office To Addressee |

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 10020
- Day of Delivery: Next
- Postage: $38.75
- Date Accepted: 9/26/11
- Scheduled Date of Delivery: 9/27
- Time Accepted: 17:03
- Scheduled Time of Delivery: Noon
- Total Postage & Fees: $38.75
- Weight: 7 lbs 2 oz

**FROM:** (illegible handwriting)
J.L. McHugh?, Jr., Esq.
Levi Lubarsky ... LLP
1185 Ave of the Americas, 17 Fl
New York, NY 10036
PHONE (212) 205-6100

**TO:** (illegible handwriting)
... Tay, Lord
Fay Kaplan Law, P.A.
777 Sixth St. NW, Suite 110
Washington, D.C.
ZIP: 20001+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

English    Customer Service    USPS Mobile                                        Register / Sign In

**USPS.COM**                                                        Search USPS.com or Track Packages

Quick Tools          Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| EI124619365US | Express Mail ® | Delivered | September 27, 2011, 11:20 am | WASHINGTON, DC 20001 | **Guaranteed By:** September 27, 2011, 12:00 PM<br>Proof of Delivery |
| | | Arrival at Post Office | September 27, 2011, 10:23 am | WASHINGTON, DC 20001 | |
| | | Processed through USPS Sort Facility | September 27, 2011, 7:34 am | WASHINGTON, DC 20074 | |
| | | Processed through USPS Sort Facility | September 26, 2011, 6:28 pm | NEW YORK, NY 10022 | |
| | | Acceptance | September 26, 2011, 5:03 pm | NEW YORK, NY 10020 | |

### Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2012 USPS. All Rights Reserved.


**UNITED STATES POSTAL SERVICE**

Date: 07/13/2012

J NEVLING:

The following is in response to your 07/13/2012 request for delivery information on your Express Mail(R) item number EI12 4619 365U S. The delivery record shows that this item was delivered on 09/27/2011 at 11:20 AM in WASHINGTON, DC 20001 to J FAY. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 777 7TH ST. NW

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service