EXHIBIT 4

**EXPRESS MAIL**

**UNITED STATES POSTAL SERVICE ®**

Customer Copy

Label 11-B, March 2004

**Post Office To Addressee**

EI 124619391 US

**ORIGIN: (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 10020 | ☐ Next  ☐ 2nd  ☐ 2nd Del. Day | $ 37.60 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
|---|---|---|
| 12 6 11 | Month        Day | $ |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
|---|---|---|---|
| 17:00  ☐ AM  ☐ PM | ☐ Noon  ☐ 3 PM | $ | $ |

| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
|---|---|---|
| 0 lbs. 8.3 | ☐ 2nd Day  ☐ 3rd Day | $ 37.60 |

| Int'l Alpha Country Code | Acceptance Emp. Initials |
|---|---|

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo.        Day | | ☐ AM  ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo.        Day | | ☐ AM  ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo.        Day | | ☐ AM  ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ **NO DELIVERY**  ☐ Weekend  ☐ Holiday

**WAIVER OF SIGNATURE** (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Mailer Signature

**FROM: (PLEASE PRINT)**  PHONE ( 212 ) 203 - 6103

J. K. NEULINGER, Jr. ESQ.
LEVI LUBARSKY & FEIGENBAUM, LLP
1185 AVE OF THE AMERICAS, 17th FL
NEW YORK, NY 10026

**TO: (PLEASE PRINT)**  PHONE ( )

REEL J. NUDELMAN, ESQ.
HEIDEMAN NUDELMAN & KALIK, PC
1146 19th ST, NW, 5th FL
WASHINGTON, DC 2002

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

2 0 0 3 6 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **WWW.USPS.COM**
Call **1-800-222-1811**

**EMS**

English          Customer Service          USPS Mobile                                        Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools                    Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| EI124619391US | Express Mail® | Delivered | September 27, 2011, 1:30 pm | WASHINGTON, DC 20036 | **Guaranteed By:** September 27, 2011, 12:00 PM <br> **Proof of Delivery** |
| | | Notice Left (No Authorized Recipient Available) | September 27, 2011, 11:44 am | WASHINGTON, DC 20036 | |
| | | Arrival at Post Office | September 27, 2011, 10:07 am | WASHINGTON, DC 20036 | |
| | | Processed through USPS Sort Facility | September 27, 2011, 7:40 am | WASHINGTON, DC 20074 | |
| | | Processed through USPS Sort Facility | September 26, 2011, 6:28 pm | NEW YORK, NY 10022 | |
| | | Acceptance | September 26, 2011, 5:07 pm | NEW YORK, NY 10020 | |

## Check on Another Item

What's your label (or receipt) number?



LEGAL

Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

OTHER USPS SITES

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

ON USPS.COM

Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM

About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2012 USPS. All Rights Reserved.

 **UNITED STATES POSTAL SERVICE**

Date: 07/12/2012

NISHMA DESAI:

The following is in response to your 07/12/2012 request for delivery information on your Express Mail(R) item number EI12 4619 391U S. The delivery record shows that this item was delivered on 09/27/2011 at 01:30 PM in WASHINGTON, DC 20036 to M MB. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service