# EXHIBIT 5

Illegible USPS Express Mail label (Customer Copy), postmarked NEW YORK, NY, USPS STA 10020, 2011. Handwritten FROM/TO address fields and postage details are not legible.


**UNITED STATES POSTAL SERVICE**

Date: 08/03/2012

KELLEY NEVLING:

The following is in response to your 08/03/2012 request for delivery information on your Express Mail(R) item number EI12 4619 330U S. The delivery record shows that this item was delivered on 09/27/2011 at 11:44 AM in ALEXANDRIA, VA 22314 to K BLIM. The scanned image of the recipient information is provided below.

Signature of Recipient: Kevin Blinn

Address of Recipient: 218 N Fast

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Customer Service    USPS Mobile                                                                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail        Manage Your Mail       Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| EI124619330US | Express Mail® | Delivered | September 27, 2011, 11:44 am | ALEXANDRIA, VA 22314 | **Guaranteed By:** September 27, 2011, 12:00 PM<br>Proof of Delivery |
| | | Arrival at Unit | September 27, 2011, 10:48 am | ALEXANDRIA, VA 22314 | |
| | | Processed through Sort Facility | September 27, 2011, 7:34 am | DULLES, VA 20102 | |
| | | Processed through Sort Facility | September 26, 2011, 6:28 pm | NEW YORK, NY 10022 | |
| | | Acceptance | September 26, 2011, 5:01 pm | NEW YORK, NY 10020 | |

## Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2011 USPS. All Rights Reserved.