# EXHIBIT 6

## J. Kelley Nevling, Jr.

| | |
|---|---|
| From: | J. Kelley Nevling, Jr. |
| Sent: | Monday, September 26, 2011 7:38 PM |
| To: | 'Robert Tolchin'; rjt@tolchinlaw.com; annie.kaplan@faykaplanlaw.com; 'annie.kaplan@gmail.com'; 'thomasfay@aol.com'; 'thomas.fay@faykaplanlaw.com'; 'jnorman425@aol.com'; 'jmiller@westermanllp.com'; 'joseph@josephpeterdrennan.com'; Hanchet, Mark G.; 'Houpt, Christopher J.'; bruce.oakley@hoganlovells.com; cobrinik@juno.com; Hritz George (gfhritz@hhlaw.com); 'jnagel@gibbonslaw.com'; 'tmyers@gibbonslaw.com' |
| Cc: | 'Mechling, Curt C.'; 'Weathers-Lowin, Ben'; richard.kremen@dlapiper.com; Misler, David; SSmith@howarth-smith.com; Richard F. Lubarsky |
| Subject: | Levin v. Bank of New York, 09 Civ. 5900 (RPP) (MHD) |
| Attachments: | Third-Party Complaint - JPM (redacted).pdf; Exhibit A.pdf; Exhibit B.pdf; Exhibit C.pdf; Exhibit D.pdf; Exhibit E.pdf; Exhibit F.pdf; Exhibit G.pdf; Exhibit H.pdf; Exhibit I.pdf; Exhibit J.pdf; Exhibit K.pdf; Exhibit L.pdf; Exhibit M.pdf; Exhibit N (Redacted).pdf; Arnold JPM.pdf; Khaliq JPM.pdf; Mwila JPM.pdf; Owens JPM.pdf; Weinstein JPM.pdf; Order - Scheduling Order Phase 2 16Sep11.pdf |

   By order dated September 16, 2011 (the "Phase 2 Scheduling Order"), the defendant banks in the above-referenced action were directed to serve their third-party complaints with respect to Phase 2 of this action upon counsel for all parties who had appeared in this case, in redacted form if appropriate, by September 26, 2011. Such service was to be made by mail and e-mail. The Phase 2 Scheduling Order also authorized and directed the defendant banks to serve certain other third-party defendants with their third-party complaints, together with third-party summonses and copies of the Phase 2 Scheduling Order, by mail and e-mail by September 26.

   In order to comply with this order, we have served you today by mail with JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.'s amended and supplemental third-party complaint dated September 21, 2011, together with Exhibits A through N, third-party summonses if required, and a copy of the Phase 2 Scheduling Order. The amended and supplemental third-party complaint and Exhibit N were redacted in order to preserve the financial privacy of certain third-party defendants, as authorized by the protective order referred to in the Phase 2 Scheduling Order as the "Confidentiality Order."

   In order to complete the service of these pleadings and documents in accordance with the requirements of the Phase 2 Scheduling Order, copies of those same documents, similarly redacted, are annexed to this e-mail. The attached third-party summonses apply only to those of you who represent the parties referred to in the enclosed third-party complaint as the Weinstein Judgment Creditors, the Khaliq Plaintiffs, the Owens Plaintiffs or the Mwila Plaintiffs, as the case may be, or to counsel for the plaintiffs in the action entitled Arnold v. Islamic Republic of Iran. These parties are being added as third-party defendants at this time. Kelley

J. Kelley Nevling, Jr., Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas - 17th Floor
New York, New York 10036
Tel: (212) 308-6100
Fax: (212) 308-8830
knevling@llf-law.com
http://www.llf-law.com

Confidentiality Note: This e-mail and any attachment is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please telephone or e-mail the sender and delete this message and any attachment from your system.

## J. Kelley Nevling, Jr.

| | |
|---|---|
| **From:** | J. Kelley Nevling, Jr. |
| **Sent:** | Thursday, September 22, 2011 4:11 PM |
| **To:** | 'Mechling, Curt C.'; Bernard, James L.; 'Weathers-Lowin, Ben'; richard.kremen@dlapiper.com; dale.cathell@dlapiper.com; Misler, David; SSmith@howarth-smith.com; dhowarth@howarth-smith.com; Liviu Vogel; njnudelman@hnklaw.com; barbara.seniawski@dlapiper.com |
| **Cc:** | Richard F. Lubarsky |
| **Subject:** | Levin |
| **Attachments:** | JPM third-party complaint (signed).pdf; Exhibit A.pdf; Exhibit B.pdf; Exhibit C.pdf; Exhibit D.pdf; Exhibit E.pdf; Exhibit F.pdf; Exhibit G.pdf; Exhibit H.pdf; Exhibit I.pdf; Exhibit J.pdf; Exhibit K.pdf; Exhibit L.pdf; Exhibit M.pdf; Exhibit N.pdf |

   Paragraph 2 of the Phase 2 Scheduling Order dated October 16, 2011 requires JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("JPMorgan") to serve all parties who have appeared in this action with their amended and supplemental third-party complaint by e-mail and regular mail, in redacted or unredacted form as appropriate, by September 26, 2011.

   The purpose of this e-mail is to make e-mail service of JPMorgan's third-party complaint, as required by the Scheduling Order, on those third-party defendants who have signed the Confidentiality Order in this case, and who are thus entitled to receive unredacted copies of pleadings. Accordingly, unredacted copies of JPMorgan's third-party complaint and Exhibits A through N are attached hereto.

   Yesterday we served unredacted copies of JPMorgan's third-party complaint and exhibits on Howarth & Smith, Stroock and DLA Piper by Federal Express. We used Federal Express because it is faster and because the documents weighed more than the weight limit for an envelope dropped in a post office box. While the Scheduling Order specifies regular mail, Local Civil Rule 5.3 of the Southern District of New York states that "[o]vernight service shall be deemed service by mail for purposes of Fed. R. Civ. P 6(d)." If any of these firms objects to being served by Federal Express, we will serve you by mail tomorrow or Monday so as to leave no doubt that we are in compliance with the Phase 2 Scheduling Order. We will also serve Messrs. Vogel and Nudelman by mail tomorrow or Monday. Kelley

J. Kelley Nevling, Jr., Esq.
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas - 17th Floor
New York, New York 10036
Tel: (212) 308-6100
Fax: (212) 308-8830
knevling@llf-law.com
http://www.llf-law.com

Confidentiality Note: This e-mail and any attachment is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please telephone or e-mail the sender and delete this message and any attachment from your system.