EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN,   :     Case No. 09 Civ. 5900 (RPP)

           Plaintiffs,       :

           -against-       :

BANK OF NEW YORK, et al.,       :

           Defendants.      :
-------------------------------------------------------------x

JPMORGAN CHASE & CO., et al.,      :

           Third-Party Plaintiffs,   :

           -against-       :       **DECLARATION**

STEVEN M. GREENBAUM, et al.,     :     **OF SERVICE**

           Third-Party Defendants. :
-------------------------------------------------------------x

      AMANDA L. HIMMELSTOSS hereby declares under penalty of perjury as follows:

      1.    I am over eighteen years of age and am not a party to this action. I am a resident of the State of New York.

      2.    On October 3, 2011, I served the Amended and Supplemental Third-Party Complaint of JPMorgan Chase Parties Against Other Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties of Third-Party Plaintiffs JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. dated September 21, 2011, with Exhibits (the body of the complaint and Exhibit N having been appropriately redacted), together with a copy of the original complaint in this proceeding, with Exhibits (the complaint and Exhibits D and E having been appropriately redacted) and a copy of the Phase 2 Scheduling Order entered in this proceeding on September 16, 2011, upon the counsel listed on the annexed Service List by delivering true copies thereof, enclosed in sealed envelopes addressed to said counsel at the address on the annexed Service List, which is the address designated by such attorney for service of papers in this action, to an employee of the United States Postal Service at the post office underneath Rockefeller

Center, within the State of New York, for Express Mail delivery, and paying the postage charge for such a delivery.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York on October 4, 2011.

Amanda Himmelstoss

## SERVICE LIST

Keith Martin Fleischman, Esq.
The Fleischman Law Firm
565 Fifth Avenue, 7th Floor
New York, NY  10017

Counsel for Third-Party Defendants Estate of James Sylvia and Lynne
Michol Spencer