UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN and DR. LUCILLE LEVIN,

        Plaintiffs,

v.

BANK OF NEW YORK, JPMORGAN CHASE,
SOCIÉTÉ GÉNÉRALE and CITIBANK,

        Defendants.

THE BANK OF NEW YORK MELLON,

        Third-Party Plaintiff,

v.

HSBC BANK USA, N.A., et al.,

        Third-Party Defendants.

CM/ECF Case

09 Civ. 5900 (RPP) (MHD)

**NOTICE OF APPEARANCE**

        Anna R. Mercado of Phillips Lytle LLP hereby appears in this action as counsel for third-party defendant HSBC Bank USA, N.A. and demands service of all pleadings, notices, documents, etc. at the address and email address as listed below.

DATED:    August 14, 2012

        PHILLIPS LYTLE LLP

        By:   s/ Anna R. Mercado
                Anna R. Mercado
        Attorneys for Third-Party Defendant
         HSBC Bank USA, N.A.
        437 Madison Avenue, 34th Floor
        New York, New York  10022
        Tel.: (212) 759-4888
        Fax: (212) 308-9079
        EMail: amercado@phillipslytle.com

and

3400 HSBC Center
Buffalo, New York  14203
Tel.:  (716) 847-8400
Fax:  (716) 852-6100

TO:  **Howard B. Levi,**
**Richard F. Lubarsky**
**J. Kelley Nevling, Jr.**
Levi Lubarsky & Feigenbaum LLP
*Attorneys for Defendant/Third-Party Plaintiff,*
 *The Bank of New York Mellon and Defendant*
 *JP Morgan Chase*
1185 Avenue of the America, 17th Floor
New York, New York  10036
Tel.:  212-308-6100
Fax: 212-308-8830
Email: hlevi@llf-law.com
         knevling@llf-law.com

**Mark Hanchet**
Mayer Brown LLP
*Attorneys for Societe Generale*
1675 Broadway
New York, NY 10019
(212)506-2500 x2695
Fax: (212)262-1950
Email: mhanchet@mayerbrown.com

**Don Howarth**
**Suzelle M. Smith**
Howarth and Smith (LA)
*Attorneys for Jeremy Levin and Dr. Lucille Levin*
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
213-955-9400
Fax: 213-622-9400
Email: dhowarth@howarth-smith.com
         ssmith@howarth-smith.com

- 3 -

**Kathryn Lee Crawford**
Schwarcz Rimberg Boyd & Rader, LLP
*Attorneys for Jeremy Levin and Dr. Lucille Levin*
115 Broadway, Suite 302
New York, CA 10066
(212) 697-3250
Fax: (212) 227-4533
Email: lboyd@srbr-law.com

**Christopher J. Robinson**
**Sharon L. Schneier**
Davis Wright Tremaine LLP (NYC)
*Attorneys for Citibank*
1633 Broadway
New York, NY 10019
212) 489-8230
Fax: (212) 489-8340
Email: chrisrobinson@dwt.com
      sharonschneier@dwt.com

FFFtl
Doc # 05-423413.1