

# STROOCK

**MEMO ENDORSED**

By Facsimile – (212) 805-7917

August 23, 2012

Curtis C. Mechling
Direct Dial 212-806-5609
Direct Fax 212-806-2609
cmechling@stroock.com

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Levin v. Bank of New York, et al.</u>, Case No. 09-cv-5900 (RPP) (MHD)

Dear Judge Patterson:

We are counsel to third-party defendants the Greenbaum and Acosta Judgment Creditors in the above-referenced matter. As the Court is aware, the Greenbaum and Acosta Judgment Creditors, Levin plaintiffs and third-party defendants the Estate of Michael Heiser, et al. (collectively, the "Judgment Creditors") anticipate jointly moving the Court for partial summary judgment in Phase Two of these proceedings by the end of this week.

Due to the multitude of parties whose claims and positions in this matter must be addressed and the otherwise complex procedural posture to be outlined for the Court in the joint motion, the Judgment Creditors respectfully request that they be permitted to submit a supporting memorandum of law exceeding the 35-page limit set forth in the Court's Individual Practices. We believe that movants' memorandum of law need be no more than 50 pages.

Respectfully,

Curtis C. Mechling

*[Handwritten endorsement: Application granted. So ordered. Robert P. Patterson USDJ 8/23/12]*

cc: All counsel of record (by electronic mail)

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/12