**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x
:
JEREMY LEVIN and DR. LUCILLE LEVIN,     :    09-CV-5900 (RPP) (MHD)
:
    Plaintiffs,                         :
:
- against -                                 :
:
BANK OF NEW YORK, JPMORGAN CHASE,       :
SOCIETE GENERALE and CITIBANK           :
:
    Defendants.                         :
:
———————————————————x      **NOTICE OF APPEARANCE**
———————————————————x
:
CITIBANK, N.A.                          :
:
    Third-Party Plaintiff,              :
:
- against -                                 :
:
█████████████████████████               :
:
    Third-Party Defendants.             :
:
———————————————————x

    Please take notice that the undersigned, of the law firm of Kobre & Kim LLP, is hereby entering an appearance as counsel of record for Third-Party Defendant ███████ █████.

1

The undersigned respectfully requests that all subsequent notices given or required to be given in this case and all papers filed in this case be served upon the undersigned.

Dated: New York, New York
      September 4, 2012

                                            KOBRE & KIM LLP

                                            Scott McCulloch
                                            scott.mcculloch@kobrekim.com
                                            1919 M Street, NW
                                            Washington, DC 20036
                                            Tel: + 1 202 664 1943
                                            Fax: + 1 202 664 1920

                                            *Attorney for* ███████████████

To:    All Counsel of Record