# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

**MEMO ENDORSED**



August 31, 2012

**VIA FACSIMILE TO (212) 805-7917**

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/12

Re:  Levin v. Bank of New York, et al., 09 Civ. 5900 (RPP) (S.D.N.Y.)

Honorable Sir:

We represent defendants The Bank of New York Mellon and JPMorgan Chase Bank, N.A. in the above-referenced proceeding. We write in reference to the letter submitted to the Court by Curtis Mechling, counsel for third-party defendants the Greenbaum and Acosta judgment creditors, on August 30, 2012.

We do not anticipate having significant issues with Mr. Mechling's proposals regarding the service of and briefing schedule on the judgment creditors' Motion for Partial Summary Judgment, and any differences of position on those proposals should be easily resolvable among the parties.

We would, however, appreciate having additional time to coordinate with other defendants' counsel before getting back to Your Honor with our final position on those proposals, including because several counsel are currently on vacation. Accordingly, we respectfully request that the Court delay making any determination on Mr. Mechling's proposals until we have had a chance to develop our substantive response, which we will submit to the Court by Thursday, September 6, 2012.

Respectfully submitted,

Howard B. Levi

*Application granted.
So ordered.
RPP [signature]
9/6/12*

cc: All counsel of record (by e-mail)