# STROOCK



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/12
```

September 10, 2012

By Facsimile

Curtis C. Mechling
Direct Dial: 212-806-5609
Direct Fax: 212-806-2609
cmechling@stroock.com

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>Levin v. Bank of New York, et al., Case No. 09 cv 5900 (RPP) (MHD)</u>

Dear Judge Patterson:

On September 4, 2012, this Court endorsed my letter of August 30, 2012, in which the Levin plaintiffs and third-party defendants and counterclaim plaintiffs the Greenbaum, Acosta and Heiser Judgment Creditors (collectively, the "Judgment Creditors") proposed a process for serving un-redacted copies of the Judgment Creditors' Motion for Partial Summary Judgment on Claims of Turnover of Phase Two Blocked Assets on third-party defendants. The September 4 Memo Endorsement included a specific approval of the proposed service procedures, which were separately "So Ordered" by this Court on September 2, 2012.

The Judgment Creditors and three other third-party defendant have since followed the court-approved procedure in effecting service of un-redacted copies of the Motion for Partial Summary Judgment.

On September 6, 2012, this Court endorsed a letter from Howard B. Levi, counsel to defendants The Bank of New York Mellon and JPMorgan Chase Bank, N.A. (the "Defendants"), dated August 31, 2012, in which the Defendants requested the Court delay making a determination on my proposal and requested additional time to coordinate a final position on the Judgment Creditors' proposal with other defendants.

In view of the fact that the Judgment Creditors and other parties have already begun to

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

Hon. Robert P. Patterson
September 10, 2012
Page 2

utilize the procedure approved by the Court on September 2 and 4 and that there has been no further submission from Defendants, I respectfully submit that Mr. Levi's August 31 letter request should be deemed moot and that the Judgment Creditors should continue to serve third-party defendants in accordance with this Court's September 4 Memo Endorsement, and the "So Ordered" and approved procedures therein.

Respectfully submitted,

Curtis C. Mechling

cc: All counsel of record (by electronic email)

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM