


1633 Broadway
27th Floor
New York, NY 10019-6708

Sharon L. Schneier
212.603.6448 tel
212.489.8340 fax

sharonschneier@dwt.com

September 11, 2012



**VIA FACSIMILE (212) 805-7917**

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

Re:   *Levin v. Bank of New York, et al.* – 09 Civ. 5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

We represent defendant Citibank, N.A. ("Citibank") in the above-captioned proceeding. We write to request a brief extension on the deadlines to respond to the Motion for Partial Summary Judgment on Claims of Turnover of Phase Two Blocked Assets (the "Motion") of judgment creditors the Levins, the Greenbaum and Acostas, and the Heisers (the "Moving Parties").

On September 4, 2012, this Court So Ordered the Moving Parties' proposed procedures and a briefing schedule which requires the filing of any opposition papers on September 27, 2012 and reply papers on October 18, 2012, with a hearing on the motion set for October 30, 2012. Because of intervening obligations, Citibank requests a brief extension to the September 27, 2012 deadline for submission of all opposition papers until October 15, 2012. The date for submitting Reply papers would be pushed back to November 5, 2012 and the hearing on the Motion would be scheduled for November 13, 2012 at 4.30pm.

DWT 20287362v1 0067486-000015

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

Hon. Robert P. Patterson, Jr.
September 11, 2012

Page 2

Counsel for the co-defendant banks and the Moving Parties have consented to the proposed schedule. I also understand that counsel for the Heisers have contacted chambers and that the proposed adjourned date for the hearing is convenient for the Court.

Respectfully submitted,

*/s/ Christopher J. Robinson*

Christopher J. Robinson

Cc: all counsel of record by email
CJR/lp

SO ORDERED
*/s/ Robert P. Patterson*
U.S.D.J.   9/12/12

DWT 20287362v1 0067486-000015