UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>    Plaintiffs,<br><br>    -v-<br><br>BANK OF NEW YORK, JP MORGAN CHASE, SOCIETE GENERALE and CITIBANK,<br><br>    Defendants.<br>_____<br><br>THE BANK OF NEW YORK MELLON,<br><br>    Third-Party Plaintiff,<br><br>    -v-<br><br>STEVEN M. GREENBAUM, *et al*.<br><br>    Third-Party Defendants.<br>_____<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Third-Party Plaintiff,<br><br>    -v-<br><br>STEVEN M. GREENBAUM, *et al*.<br><br>    Third-Party Defendants. | (FILED PARTIALLY UNDER SEAL DUE TO CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDERS)<br><br>Civ. No. 09 CV 5900 (RPP) (MHD)<br><br>**CERTIFICATE OF SERVICE** |

CAPTION CONTINUED ON NEXT PAGE

-2-

| | |
|---|---|
| SOCIETE GENERALE,<br><br>    Third-Party Plaintiff,<br><br>    -v-<br><br>REDACTED, *et al.*,<br><br>    Third-Party Defendants.<br>_____<br><br>CITIBANK, N.A.,<br><br>    Third-Party Plaintiff,<br><br>    -v-<br><br>LEVIN, *et al.*<br><br>    Third-Party Defendants. | Civ. No. 09 CV 5900 (RPP) (MHD) |

# CERTIFICATE OF SERVICE

I, Curtis C. Mechling, hereby certify that I am not a party to the above-captioned action, am over the age of eighteen years, and am a member of the law firm of Stroock & Stroock & Lavan LLP, attorneys for third-party defendants the Greenbaum and Acosta Judgment Creditors in the above-captioned action.  I further certify that, pursuant to the stipulated protective orders entered in these proceedings and the Court-authorized procedures set forth in my letter to the Court, dated August 30, 2012 (Dkt. No. 772), I caused partially-unredacted and, in certain instances, wholly-unredacted copies of the Levin Plaintiffs' and Greenbaum, Acosta and Heiser Judgment Creditors' (collectively, the "Judgment Creditors") Joint Motion for Partial Summary Judgment on Claims for Turnover of Phase two Blocked Assets, dated and electronically filed in

the above-captioned action on August 29, 2012, together with all supporting papers[1], to be served on the following parties by their counsel of record, as indicated:

| | |
|---|---|
| Scott McCulloch<br>Kobre & Kim LLP<br>1919 M Street, NW<br>Washington, DC 20036<br>Scott.mcculloch@kobrekim.com<br><br>*Attorneys for Asian Football Confederation*<br><br>**BY FEDERAL EXPRESS**<br>**On September 11, 2012** | Ferris R. Bond<br>Bond & Norman PLLC<br>777 Sixth Street NW, Suite 410<br>Washington, DC 20001<br>ferrisbond@bondandnorman.com<br><br>*Attorneys for  Bennett Judgment Creditors*<br><br>**BY ELECTRONIC MAIL**<br>**On September 11, 2012** |
| June H. Park<br>The Fleischman Law Firm<br>565 Fifth Avenue, 7th Floor<br>New York, NY 10017<br>jpark@fleischmanlawfirm.com<br><br>*Attorneys for Consolidated Valore Judgment Creditors*<br><br>**BY ELECTRONIC MAIL**<br>**On September 10, 2012** | Noel J. Nudelman<br>Heideman Nudelman & Kalik, PC<br>1146 19th Street, NW , 5th Floor<br>Washington, DC 20036<br>Njnudelman@hnklaw.com<br><br>*Attorneys for Silvia, Brown and Bland Judgment Creditors*<br><br>**BY ELECTRONIC MAIL**<br>**On September 12, 2012** |

Dated: New York, New York
       September 14, 2012

                                                                                           /s/ Curtis C. Mechling
                                                                                             Curtis C. Mechling

---

[1] Copies of the following papers filed in support of the Judgment Creditors' Joint Motion for Partial Summary Judgment were served upon the parties and counsel herein referenced: (a) notice of motion; (b) memorandum of law; (c) Local Rule 56.1 statement of undisputed material facts; (d) Declaration of Curtis C. Mechling, dated August 29, 2012, and exhibits thereto; and (e) Affidavit of Dr. Patrick Clawson, dated August 29, 2012.