# STROOCK



By Hand

September 17, 2012

Curtis C. Mechling
Direct Dial: 212-806-5609
Direct Fax: 212-806-2609
cmechling@stroock.com

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   <u>Levin v. Bank of New York, et al.</u>, Case No. 09 cv 5900 (RPP) (MHD)

Dear Judge Patterson:

On Friday, September 14, 2012, the undersigned electronically filed in error Docket Entry No. 782, a Certificate of Service, containing confidential information subject to protective orders entered in this proceeding.

Pursuant to Rule 21.8 of this Court's Electronic Case Filing Rules and Instructions, we respectfully request that the filing be formally sealed by the Court.

Respectfully submitted,

Curtis C. Mechling

cc:   All Counsel of Record (by electronic mail)

*So ordered. The Clerk's Office should docket a certificate of service for sealing.*

*So ordered*

Robert P. Patterson, USDJ
9/18/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12