# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

**MEMO ENDORSED**

September 17, 2012

RECEIVED
SEP 17 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12

VIA FACSIMILE TO (212) 805-7917

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    Levin v. Bank of New York, 09 Civ. 5900 (RPP) (MHD) (S.D.N.Y.)

Dear Judge Patterson:

    This firm represents defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") in the above-referenced proceeding.

    I am writing respectfully to request a two-day extension of time, from today until Wednesday, September 19, 2012, for JPMorgan to file its answer to the amended counterclaim (the "Counterclaim") set forth in the Amended Answer dated August 16, 2012, filed by Third-Party Defendants Estate of Michael Heiser, et al. (the Heisers") to JPMorgan's Additional Amended and Supplemental Third-Party Complaint dated October 6, 2011. This is JPMorgan's second request for more time to answer the Counterclaim, but the two extensions together will total only nine days. David Misler, Esq. of DLA Piper LLP (USA), one of the attorneys for the Heisers, has consented to this extension of time.

                                Respectfully submitted,

                                J. Kelley Nevling, Jr.

*[Handwritten endorsement:] Application granted. So Ordered. [signature] 9/17/12*

jkn/tbs
cc:    David Misler, Esq. (by e-mail)
        Counsel for defendants and other judgment creditor third-party defendants (by e-mail).