UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

JEREMY LEVIN and DR. LUCILLE LEVIN,

        Plaintiffs,

v.

BANK OF NEW YORK, etc., et. al.

        Defendants.

---

J. P. MORGAN CHASE & CO., etc. et al.

        Third-Party Plaintiffs,

v.

ELIZABETH MURPHY, etc., et al.,

        Third-Party Defendants.

---

Case No.: 09 Civ 5900 (MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/12

**MOTION FOR ADMISSION
PRO HAC VICE
(Local Rule 1.3)**

    I, John W. Karr, hereby move, pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, for admission *pro hac vice* to appear as counsel for third party defendants (judgment creditors) Elizabeth Murphy, the Estate of Terrence Rich, Bryan Harris, Armando Ybarra, John L'Heureux, Kerry L'Heureux, Jane L'Heureux, and Mary Wells, in the above-captioned matter for enforcement of a judgment from another U.S. District Court. I have represented these parties continuously since at least 2007.

    I am a member in good standing of the bar of the District of Columbia, having been admitted in 1958. A certificate of good standing issued within the past 30 days is

*Application granted upon payment of the required fee to the Clerk of the Court.*
*So ordered*
*[signature] (USDJ)*
*9/19/12*

Case:      Levin v. Bank of New York, et al.
Index No.  09 Civ. 5900 (RPP)

**MEMO ENDORSEMENT READS:**

Application granted upon payment of the required fee to the Clerk of the Court.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 9/19/12*