UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN,    :    09 Civ. 5900 (RPP) (MHD)

            Plaintiffs,    :

     -against-    :

BANK OF NEW YORK, et al.    :

            Defendants.    :
------------------------------------------------------------x

JPMORGAN CHASE & CO. and JPMORGAN    :
CHASE BANK, N.A.,

                :

            Third-Party Plaintiffs,

                :

     -against-

                :

STEVEN M. GREENBAUM, et al.,

                :

            Third-Party Defendants.
------------------------------------------------------------x

JPMORGAN CHASE & CO. and JPMORGAN    :    **DECLARATION OF**
CHASE BANK, N.A.,                                            **SERVICE OF AMENDED**
                :    **ANSWER OF JPMORGAN**
            Third-Party Plaintiffs,    **CHASE PARTIES TO**
                :    **AMENDED**
     -against-    **COUNTERCLAIM, WITH**
                :    **COUNTERCLAIMS,**
JEREMY LEVIN, et al.    **AND AMENDED AND**
                :    **SUPPLEMENTAL**
            Third-Party Defendants.    **THIRD-PARTY**
------------------------------------------------------------x    **COMPLAINT**

GREGORY P. FEIT, hereby declares under penalty of perjury as follows:

        1.    I am over eighteen years of age and not a party to these proceedings. I am an attorney admitted to practice law in the courts of the State of New York and this Court, and I am an Associate in the law firm of Levi Lubarsky & Feigenbaum LLP ("LLF"), the attorneys for defendants, third-party plaintiffs, and

counterclaim defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-referenced proceedings.

2. On October 10, 2012, I served the Amended Answer of JPMorgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3), dated October 10, 2012, with Exhibits A through I (Exhibit H having been partially redacted) (the "October 10, 2012 Amended Answer and Third-Party Complaint"), upon the parties identified in the October 10, 2012 Amended Answer and Third-Party Complaint as the Heiser Judgment Creditors, the Levins, the Greenbaum Judgment Creditors, the Acosta Judgment Creditors, the Brown Judgment Creditors, the Bland Judgment Creditors, the Valore Judgment Creditors, and the Bennett Judgment Creditors by causing true copies of the October 10, 2012 Amended Answer and Third-Party Complaint to be delivered by first class mail, postage prepaid to the following attorneys, who represent the parties identified in the October 10, 2012 Amended Answer and Third-Party Complaint as the Heiser Judgment Creditors, the Levins, the Greenbaum Judgment Creditors, the Acosta Judgment Creditors, the Brown Judgment Creditors, the Bland Judgment Creditors, the Valore Judgment Creditors, and the Bennett Judgment Creditors, at the addresses set forth below:

>Don Howarth, Esq.
>Howarth and Smith
>523 West Sixth Street, Suite 728
>Los Angeles, CA 90014
>
>Curtis C. Mechling, Esq.
>Stroock & Stroock & Lavan LLP
>180 Maiden Lane
>New York, NY 10038
>
>Keith Martin Fleischman, Esq.
>The Fleischman Law Firm
>565 Fifth Avenue, 7th Floor
>New York, NY 10017
>
>Jane Carol Norman, Esq.
>Bond & Norman
>777 6th Street NW, # 410
>Washington, DC 20001
>
>Noel J. Nudelman
>Heideman Nudelman & Kalik, PC
>1146 19th Street, NW, 5th Floor
>Washington, DC 20036

Richard Marc Kremen
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209

3.     On October 12, 2012, I served a replacement Exhibit H (in appropriate unredacted form) to the October 10, 2012 Amended Answer and Third-Party Complaint upon the parties identified in the October 10, 2012 Amended Answer and Third-Party Complaint as the Heiser Judgment Creditors, the Levins, the Greenbaum Judgment Creditors, the Acosta Judgment Creditors, the Brown Judgment Creditors, the Bland Judgment Creditors, the Valore Judgment Creditors, and the Bennett Judgment Creditors by causing true copies of that replacement Exhibit H to be delivered by first class mail, postage prepaid to the above-identified attorneys at their addresses set forth above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York on October 12, 2012.

_____
Gregory P. Feit