# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900
FAX +1 202 664 1920

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI
CAYMAN ISLANDS
BVI

**MEMO ENDORSED**

October 11, 2012

BY FACSIMILE

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/12

Re:   Levin v. Bank of New York, et al.
      Case No. 09 Civ. 5900

Dear Judge Patterson:

We represent third-party defendant ▆▆▆▆▆▆▆▆▆▆ in the above-referenced action. We write to respectfully request a four-day extension of ▆▆ ▆▆ time to respond to the Motion for Partial Summary Judgment on Claims of Turnover of Phase Two Blocked Assets (the "Motion") filed by the Levin, Greenbaum, Acosta, and Heiser judgment creditors. Per the Court's September 13, 2012 order, ▆▆ ▆▆ opposition papers are currently due Monday, October 15, 2012.

In light of the Court's ruling on our previous, first letter request for a more substantial adjournment, which we received this morning by fax, we request the additional four days in order to confer adequately with our client regarding our opposition papers—our client resides in Malaysia, and has been out sick from work for the past several days. The extension we request would not affect the currently-scheduled reply brief due date or hearing on the instant motion.

We have contacted Plaintiffs to request their consent to this extension, but have not yet received a response indicating whether or not they consent to the requested extension.

Please find enclosed a redacted copy of this letter, which will be served on all counsel of record consist with the Court's rules of practice, and which, if the Court so orders, may be entered on the case docket.

The Honorable Robert P. Patterson
October 11, 2012
Page 2

                    Respectfully submitted,

                    Eric J. Snyder
                    +1 202 664 1904

                    Scott McCulloch
                    +1 202 664 1943

Encl.

cc:     Counsel to Citibank N.A. (by electronic mail)
       Counsel to the Greenbaum and Acosta judgment creditors (by electronic mail)
       Counsel to the Levin judgment creditors (by electronic mail)
       Counsel to the Heiser judgment creditors (by electronic mail)
       All Counsel of Record (redacted version by electronic mail)

*[Handwritten note:] Application granted. Counsel will file their response to the motion for summary judgment &c. 10/19/12 So Ordered. Robert P. Patterson, USDJ. 10/11/12*