UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | : | 09 Civ. 5900 (RPP) (MHD) |
| Plaintiffs, | : | |
| -against- | : | |
| BANK OF NEW YORK, et al. | : | |
| Defendants. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, et al., | : | |
| Third-Party Plaintiffs, | : | |
| -against- | : | |
| STEVEN M. GREENBAUM, et al., | : | |
| Third-Party Defendants. | : | |

------------------------------------------------------------x

### RESPONSE OF CITIBANK N.A. TO
### JUDGMENT CREDITORS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
### ON CLAIMS FOR TURNOVER OF PHASE TWO BLOCKED ASSETS

Defendant/Third-Party Plaintiff Citibank N.A. ("Citibank") states for its response to the

Judgment Creditors' Joint Motion for Partial Summary Judgment on Claims for Turnover of

Phase Two Blocked Assets that it hereby joins in the memoranda of law filed by Société

Générale, New York Branch (ECF Docket # 803) to the extent that it raises the issue of the

appropriate scope of relief with respect to the payment of interest on blocked accounts, and by

the JPMorgan Chase Parties and Bank of New York Mellon (ECF Docket # 804) to the extent it

draws the Court's attention to the recent decisions, filings and pending appeals on the issue of

-2-

electronic fund transfers cited therein.  Citibank will also file its response to Judgment Creditors'

Local Rule 56.1 Separate Statement of Undisputed Facts.


Dated: New York, New York
       October 22, 2012

                                DAVIS WRIGHT TREMAINE LLP


                                By: /s/Christopher Robinson
                                    Sharon L. Schneier
                                    Christopher J. Robinson
                                1633 Broadway
                                New York, New York 10019
                                (212) 489-8230

                                *Attorneys for Defendant/Third-Party Plaintiff
                                Citibank, N.A.*

DWT 20532103v1 0067486-000015