

HOWARTH & SMITH
ATTORNEYS AT LAW
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CALIFORNIA 90014
TELEPHONE (213) 955-9400
FAX (213) 622-0791
www.howarth-smith.com



November 5, 2012

SUZELLE M. SMITH

SSmith@howarth-smith.com
Direct Line: (213) 955-9400 Ext 111

**VIA FACSIMILE**
(212) 805-7917

Honorable Robert P. Patterson, Jr.
U.S. District Court for the
Southern District of New York
500 Pearl St., Courtroom 24A
New York, NY 10007-1312

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/12**

Re:   *Jeremy Levin, et al. v. Bank of New York, et al. al.*, Case No. 09 CV 5900

Dear Judge Patterson:

We represent the Levin Judgment Creditors/Third-Party Defendants in the above-referenced action.

On or around October 14, 2012, we were served with the JPMorgan Chase Parties' Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3), dated October 10, 2012. Our clients' response to the JPMorgan Phase 3 Third-Party Complaint is currently due to be filed today, November 5. Due to the impact of business by Hurricane Sandy, we respectfully request an extension of 4 days, until November 9, 2012, to file our clients' response. J. Kelley Knevling, Counsel for the JPMorgan Chase Parties has consented to this request, which is our clients first request for extension with regard to the JPMorgan Phase 3 Third-Party Complaint.

Respectfully submitted,

Suzelle M. Smith
Counsel for Plaintiffs

*Application granted.
So ordered.
Rob't Patterson
11/7/12*

SMS:cf
cc:   All counsel of record (by electronic mail)

12 L7644002.doc