# STROOCK



**MEMO ENDORSED**

November 5, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/12
```

By Facsimile

Benjamin Weathers-Lowin
Direct Dial: 212-806-5614
Direct Fax: 212-806-2614
bweatherslowin@stroock.com

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Levin v. Bank of New York, et al., Case No. 09 cv 5900 (RPP) (MHD)

Dear Judge Patterson:

We represent the Greenbaum and Acosta Judgment Creditors/Third-Party Defendants in the above-referenced action.

On or around October 14, 2012, our clients were served with the JPMorgan Chase Parties' Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3), dated October 10, 2012 (the "JPMorgan Phase 3 Third-Party Complaint"). Our clients' response to the JPMorgan Phase 3 Third-Party Complaint is currently due to be filed today, November 5. Due to the drastic impact of Hurricane Sandy, however, we respectfully request an extension of 4 days, until November 9, 2012, to file our clients' response. Counsel for the JPMorgan Chase Parties has consented to this request, which is our clients' first request for an extension with regard to the JPMorgan Phase 3 Third-Party Complaint.

Respectfully submitted,

Ben Weathers-Lowin / CEE

Benjamin Weathers-Lowin

*[Handwritten endorsement: Application granted. So ordered. Robert P. Patterson 11/6/12]*

cc:   All counsel of record (by electronic mail)