

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Richard M. Kremen
richard.kremen@dlapiper.com
T 410.580.4191
F 410.580.3191



November 5, 2012
*VIA FACSIMILE – 212-805-7917*

Honorable Robert P. Patterson
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 24A
New York, New York 10007



Re:   *Levin, et al. v. Bank of New York, et al.*
      Case No. 09-Civ-5900 (RPP)

Dear Judge Patterson:

This office is counsel for the Estate of Michael Heiser, *et al.* (the "Heisers") in the above-referenced matter. I write on behalf of the Heisers, the Levin Judgment Creditors, and the Greenbaum and Acosta Judgment Creditors (collectively, the "Judgment Creditors") to request an extension until November 8, 2012 for the Judgment Creditors to file their reply papers in connection with the Judgment Creditors' motion for summary judgment (the "Motion") (ECF Dkt. No. 763). The requested extension is needed due to the impact of Hurricane Sandy. David Misler, an associate in my office, talked to J. Kelley Nevling, Jr., counsel for JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co., Christopher Robinson, counsel for Citibank, N.A., Mark Hanchet, counsel for Societe Generale, and David Fromme, counsel for the only third-party interpleader defendant which filed a response to the Motion, and all have consented to the requested extension. This is the Judgment Creditors' first requested extension of their reply deadline.

In addition, the Judgment Creditors respectfully request an enlargement of the page limits for their reply brief to thirty (30) pages. The enlargement is necessary because the Judgment Creditors anticipate filing a consolidated reply to all of the summary judgment responses filed by the parties instead of separate reply briefs for each response/opposition.

*application granted*
*so ordered*
*RPPatterson*
*USDJ*
*11/5/12*

*In view of the Constitution,*
*application granted*
*so ordered*
*RPPatterson*
*USDJ*
*11/5/12*



Honorable Robert P. Patterson
November 5, 2012
Page Two

      We thank the Court for its consideration.

                Respectfully submitted,

                Richard M. Kremen

cc:    All counsel (by e-mail)