# FLEISCHMAN | LAW FIRM

565 Fifth Avenue, Seventh Floor
New York, NY 10017
TEL 212.880.9567 | FAX 917.591.5245
www.fleischmanlawfirm.com

*MEMO ENDORSED*

November 19, 2012



Keith Fleischman, Esq.
Direct Dial: 212-880-9567
Direct Fax: 917-591-5245
Keith@Fleischmanlawfirm.com

**VIA FACSIMILE: 212-805-7917**

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street,
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/12

RE:   *Levin et al v. Bank of New York et al* Case No. 09 cv 5900 (RPP) (MHD)

Dear Judge Patterson:

We represent the Valore Judgment Creditors/Third-Party Defendants in the above referenced action.

On or around October 25, 2012 our clients were served with the JPMorgan Chase Parties' Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs suing Iran, and Account and Wire Transfer Parties, dated October 10, 2012 ( the "JPMorgan Third-Party Complaint"). Our Client's response to the JPMorgan Third-Party Complaint is currently due to be filed today, November 19, 2012. Due to an issue with the service of the JPMorgan Third-Party Complaint, however, we respectfully request an extension of time, until November 29, 2012, to file our client's response. Counsel for the JPMorgan Chase Parties has consented to this request, which is our clients' first request for an extension with regard to the JPMorgan Third-Party Complaint.

Respectfully submitted,

Keith Fleischman, Esq.

*Application Granted*
*So Ordered*
*[signature]*
*USDJ    11/19/12*

cc:   All counsel of record (by electronic mail)