# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

## ATTORNEYS AT LAW

LIVIU VOGEL*
Partner

lvogel@salonmarrow.com
direct dial (646) 843-1909

*also admitted in Connecticut

292 MADISON AVENUE • NEW YORK, NY 10017
Telephone (212) 661-7100
Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

November 21, 2012

Via Facsimile – 212-805-7917
Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/12

Re:   Levin et al. v. Bank of New York et al.
      Case No. 09 cv 5900 (RPP)(MHD)

Dear Judge Patterson:

This firm represents the Peterson Judgment Creditors/Third-Party Defendants in the above-referenced action. On behalf of our clients, this firm was served with the JP Morgan Chase Parties' Amended and Supplemental Third-Party Complaint against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties, dated October 10, 2012 (the "JP Morgan Third-Party Complaint"). The JP Morgan Third-Party Complaint was accompanied by a redacted exhibit describing the property at issue. We subsequently received an un-redacted copy of the exhibit. In order to evaluate the JP Morgan Third-Party Complaint, we respectfully request an extension of time, until December 20, 2012, to file our clients' response. Counsel for the JP Morgan Chase Parties has consented to this request, which is our clients' first request for an extension with regard to the JP Morgan Third-Party Complaint.

Respectfully submitted,

Liviu Vogel

Granted
Application
So ordered
[signature]
11/26/12

LV:rcj

cc:   All counsel of record via e-mail

SERVING THE BUSINESS COMMUNITY FOR MORE THAN 60 YEARS
#208620.1