# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

November 26, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/12

**VIA FACSIMILE TO (212) 805-7917**

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Levin v. Bank of New York, 09 Civ. 5900 (RPP) (MHD) (S.D.N.Y.)

Dear Judge Patterson:

This firm represents defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") in the above-referenced proceeding.

I am writing respectfully to request an extension of time from Thursday, November 29, 2012 to Thursday, December 20, 2012, for JPMorgan to answer or otherwise respond to the counterclaims (the "Bennett Counterclaims") set forth in the Answer filed by Third-Party Defendants Michael and Linda Bennett, et al. (the "Bennetts") on November 5, 2012 to JPMorgan's Amended and Supplemental Third-Party Complaint filed on October 10, 2012. This is JPMorgan's first request for more time to respond to the Bennett Counterclaims. Jane C. Norman, Esq., one of the attorneys for the Bennetts, has consented to this extension of time.

Respectfully submitted,

J. Kelley Nevling, Jr.

jkn/tbs
cc:  Jane C. Norman, Esq. (by e-mail)
      Counsel for defendants and other judgment creditor third-party defendants (by e-mail)