# HEIDEMAN
# NUDELMAN
# KALIK, PC

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com





November 30, 2012

VIA Facsimile 212-805-7917

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/12

      Re: Levin et al. v. Bank of New York et al.
          Case No. 09-cv-5900 (RPP)(MHD)

Dear Judge Patterson:

This firm represents the Brown Judgment Creditors/Third Party Defendants and Bland Judgment Creditors/Third Party Defendants in the above referenced action. On behalf of our clients, this firm was served with the JP Morgan Chase Parties Amended and Supplemental Third Party Complaint against Judgment Creditors of Iran, Plaintiffs Suing Iran and Account Wire Transfer Parties. The JP Morgan Complaint was accompanied by a redacted exhibit describing the Property at issue. We subsequently received an un-redacted copy of the exhibit. In order to evaluate the JP Morgan Third Party Complaint, we respectfully request an extension of time, until December 7, 2012 to file our clients' response. Counsel for JP Morgan Chase Parties has consented to this request, which is our clients' first request for an extension with regard to the JP Morgan Third Party Complaint.

Respectfully,

HEIDEMAN NUDELMAN & KALIK, P.C.
ATTORNEYS AND COUNSELORS

By: _____
Noel J. Nudelman

*Application granted. So ordered. Robert P. Patterson, USDJ. 12/3/12*

cc: All counsel of record via e-mail

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL