# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

*MEMO ENDORSED*



RECEIVED DEC -3 2012 CHAMBERS OF JUDGE ROBERT P. PATTERSON

November 29, 2012

By Facsimile (212-805-7917)

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/12

Re: Levin v. Bank of New York, 09 Civ. 5900 (RPP) (MHD) (S.D.N.Y.)

Dear Judge Patterson:

This firm represents defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") in the above proceeding.

I write to request an extension of time from Monday, December 3, 2012 to Thursday, December 20, 2012, for JPMorgan to answer or otherwise respond to the counterclaims set forth in the answers filed by third-party defendants Steven Greenbaum and related persons ("the Greenbaum Parties"), Carlos Acosta and related persons (the "Acosta Parties"), and Jeremy and Lucille Levin. This is JPMorgan's first request for more time to respond to these particular counterclaims. Counsel for the Greenbaum and Acosta Parties, as well as counsel for the Levins, have consented to this extension of time.

Respectfully,

*J. Kelley Nevling, Jr.*

jkn/tbs
cc: Suzelle M. Smith, Esq. (by e-mail)
Benjamin Weathers-Lowin, Esq. (e-mail)
Counsel for defendants and other judgment
creditor third-party defendants (by e-mail)

*Application granted. So ordered. [signature] USDJ 12/3/12*