UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN,                :     Case No. 09 Civ. 5900 (RPP)

                Plaintiffs,                                    :

                -against-                                    :

BANK OF NEW YORK, et al.,                          :

                Defendants.                                  :
-------------------------------------------------------------x
                                                                                                                           DECLARATION
JPMORGAN CHASE & CO., et al.,                      :     OF SERVICE

                Third-Party Plaintiffs,                       :

                -against-                                    :

STEVEN M. GREENBAUM, et al.,                       :

                Third-Party Defendants.                       :
-------------------------------------------------------------x

        EDWIN ARIAS hereby declares under penalty of perjury as follows:

        1.    I am over eighteen years of age and am not a party to this action. I am a resident of the State of New York.

        2.    On December 6, 2012, I served the Amended Answer of JPMorgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3), dated October 10, 2012, with Exhibits A through I upon the following counsel:

        Robert J. Tolchin, Esq.
        The Berkman Law Office, LLC
        111 Livingston Street, Suite 1928
        Brooklyn, NY 11201
        Counsel for Third-Party Defendants the Rubin Judgment Creditors

by delivering a true copy thereof, enclosed in a sealed envelope addressed to counsel at the above address, which is the address designated by such attorney for service of papers in this action, to an employee of the United States Postal Service at the post office underneath

Rockefeller Center, in New York, New York, for Express Mail delivery, and paying the postage charge for such a delivery.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York on December 7, 2012.

                                             */s/ Edwin Arias*
                                                 Edwin Arias