UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>*Plaintiffs,*<br><br>--against--<br><br>BANK OF NEW YORK, JPMORGAN CHASE, SOCIÉTÉ GÉNÉRALE and CITIBANK,<br>*Defendants.* | RULE 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>Case No. 09 Civ. 5900 (RPP) |

## STATEMENT OF CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendants Deborah D. Peterson, Personal Representative of the Estate of James C. Knipple (Dec.), et al., by their counsel Salon Marrow Dyckman Newman & Broudy LLP, state as follows: Third-Party Defendants are individuals and not corporations.

Dated: New York, New York
December 20, 2012

SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

By: _____
Liviu Vogel
*Attorneys for Third-Party Defendants*
*Deborah D. Peterson, et al.*
292 Madison Avenue
New York, New York 10017
(212) 661-7100

#210228