

**Davis Wright Tremaine LLP**

1633 Broadway
27th Floor
New York, NY 10019-6708

Christopher Robinson
212.603.6444 tel
212.379.5248 fax

christrobinson@dwt.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/13
```

*MEMO ENDORSED*

```
JAN 08 2013
CHAMBERS OF
JUDGE ROBERT P. PATTERSON
```

January 7, 2013

VIA FACSIMILE

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

Re:   *Levin v. Bank of New York, et al.* – 09 Civ. 5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

We represent defendant/third-party plaintiff Citibank, N.A. ("Citibank") in the above-captioned proceeding. Pursuant to this Court's order, on or about November 26, 2012 Citibank filed and served third-party interpleader complaints against various judgment creditors of Iran with respect to Supplemental Phase Two Assets held by Citibank. On or about December 18 and December 19, 2012, the Levin, Peterson, Brown and Bland, Valore, Greenbaum and Acosta, and Heiser judgment creditors ("Counterclaim Parties") filed answers and counterclaims ("Counterclaims") in response to the third-party interpleader complaints. Citibank's deadlines to answer the various Counterclaims are January 8 and January 9, 2013.

Citibank hereby seeks a brief extension of its time to respond to the Counterclaims until January 16, 2013. This is Citibank's first request for an extension of time with respect to these Counterclaims. Counsel for the Counterclaim Parties have consented to the extension.

Respectfully submitted,

Christopher J. Robinson

*Application granted*
*So ordered*
*Robt P Patterson USDJ*
*1/8/13*

CJR/lp

cc:   To All Counsel (via email)

DWT 20806994v1 0067856-000018

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com