# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/13

January 15, 2013

By Facsimile (212-805-7917)

Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Levin v. Bank of New York, 09 Civ. 5900 (RPP) (MHD) (S.D.N.Y.)

Dear Judge Patterson:

This firm represents defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") in the above proceeding.

I write to request the Court's permission to file a redacted version of JPMorgan's Amended Answer to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint dated October 10, 2012, without entering the names of each of the third-party defendants in the course of filing the redacted version electronically, as would otherwise be required.

We filed this pleading under seal with the Court on October 10, 2012, but we are required to file a redacted version electronically as a public record in order to comply with the Court's partial unsealing order entered on January 21, 2010 (Docket No. 42). The ECF filing procedures of the Court, however, require that when filing an answer that includes a third-party complaint, the names of each of the third-party defendants must be individually entered. The redacted pleading at issue lists twenty pages of third-party defendants, approximately 1,300 to 1,400 persons in all, and it is essentially impossible to enter all of their names within the course of a day. ECF filing cannot be carried over from one day to the next. For that reason we have not been able to comply with the January 20, 2010 order. I have spoken to the ECF help desk about this problem, but their position is that they cannot bend the rules to deal with it.

The third-party defendants named in the pleading in question consist for the most part of fourteen groups of judgment creditors of the Islamic Republic of Iran ("Iran") or persons seeking to recover judgments against Iran. Essentially all of the persons within these groups were named as third-party defendants in third-party complaints previously filed by JPMorgan

Honorable Robert P. Patterson
January 15, 2013
Page 2

Chase, and all but five of those individuals have previously appeared by counsel in the proceeding. I request permission to file the redacted version of the third-party complaint by entering only the names of two or three representative third-party defendants from each of these fourteen groups, plus the names of any other third-party defendants (except for names that must be kept under seal) who have so far not appeared in the case. This will ensure that all of the names that should appear on the docket are submitted.

                                          Respectfully,

                                          J. Kelley Nevling, Jr.

jkn/tbs
cc:    Richard M. Kremen, Esq. (by e-mail)
       Suzelle M. Smith, Esq. (by e-mail)
       Sharon Schneier, Esq. (by e-mail)
       J. Christopher Houpt, Esq. (by e-mail)
       Curtis C. Mechling, Esq. (by e-mail)
       Steven B. Feigenbaum, Esq. (by e-mail)
       Counsel for other third-party defendant judgment
          creditors of Iran and plaintiffs suing Iran who
          have appeared in this proceeding (by e-mail)

*See attached typewritten Memo Endorsement*

[Handwritten memo endorsement, partially legible:] Application granted in part. Defendant shall file [an] amended answer to third-party complaint and [amended] action of [interpleader?] and [syndicated?] third-party complaint dated January 31, 2013. On January 31, 2013 the courts [?] will reflect that all [?] filed January 31, 2013 are [?] dated January 31, 2013 [?] nunc pro tunc.

So ordered.
[signature] RPP
USDJ
1/29/13

Case:      Levin v. Bank of New York, et al.
Index No.  09 Civ. 5900 (RPP)


MEMO ENDORSEMENT S READ:

    Application granted in part.

    Defendants should file the redacted version of JPMorgan's Amended Answer to Amended Counterclaim of Heiser Judgment Creditors and Amended and Supplemental Third Party Complaint dated October 10, 2012. On January 31, 2013, the Courts ECF shall reflect that all filings should be dated January 31, 2013 nunc pro tunc.

    So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 1/29/13*