# KARR & ALLISON, P.C.

JOHN W. KARR
DIRECT DIAL (202) 737-3544

THEODORE S. ALLISON†
DIRECT DIAL (202) 331-7600

† ALSO ADMITTED IN
VA, MD, CA, WA

ATTORNEYS AND COUNSELORS AT LAW

SECOND FLOOR
1250 CONNECTICUT AVENUE, N.W.
WASHINGTON, DC 20036
TELEPHONE (202) 331-7600

FACSIMILE 202 618-6211
INTERNET WWW.KARRALLISON.COM


RECEIVED
FEB -8 2013
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

February 7, 2013

*By Facsimile*

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10017-1312

## MEMO ENDORSED

Re: *Levin, et al. v. Bank of New York, et al*, Case No.: 09 cv 5900 (RPP-MHD)

Dear Judge Patterson

　　We represent Elizabeth Murphy, Armando Ybarra, Estate of Terrance Rich, John L'Heureux, Kerry L'Heureux, Jane L'Heureux, Mary Wells, and Bryan Harris (hereinafter the "Murphy Judgment Creditors").

　　I write to request a brief extension of time, to March 1, 2013, to file a responsive pleading to JP Morgan's <u>Amended Answer to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint</u>. The lawyers responsible for this matter will be out of town for much of the next 14 days, during which such pleading would be due. Counsel for JP Morgan, Mr. Nevling, has given his consent.

*[handwritten endorsement: So ordered / R P Patterson / 2/8/13]*

Respectfully submitted,

KARR & ALLISON, P.C.

_____
John W. Karr
*Pro hac vice*

- and -

Steven Barentzen (N.Y. Bar #2770147)
1575 Eye Street, NW, Suite 300
Washington DC 20005
Tel. (202) 289-4333
Fax. (202) 289-8450

*Attorneys for Third Party Defendants (judgment creditors) Murphy, et al.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/13

cc: Lead Counsel of Record