

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JEREMY LEVIN *and* DR. LUCILLE LEVIN,
    Plaintiffs,

v.

BANK OF NEW YORK, *et al.*,
    Defendants.
-------------------------------------------------------X
JPMORGAN CHASE & CO., *et al.*,
    Third-Party Plaintiffs,

v.

STEVEN M. GREENBAUM, *et al.*,
    Third-party Defendants.
-------------------------------------------------------X

Civil Action No. 09 Civ. 5900 (RPP)(MHD)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                 S.S.
COUNTY OF NEW YORK)

      **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 28th day of January, 2013, at approximately 1:27 pm, deponent served a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT ADDRESSED TO JEFFREY A. MILLER, WITH RIDERS A AND B, and AMENDED ANSWER OF JPMORGAN CHASE PARTIES TO AMENDED COUNTERCLAIM OF HEISER JUDGMENT CREDITORS, WITH COUNTERCLAIMS, AND AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT AGAINST JUDGMENT CREDITORS OF IRAN, PLAINTIFFS SUING IRAN, AND ACCOUNT AND WIRE TRANSFER PARTIES (PHASE 3) DATED OCTOBER 10, 2012, (redacted to delete certain parties from the caption on page 20, certain portions of paragraphs 65 through 71, all of Exhibit A and paragraph 21 of Exhibit H)** upon **JEFFREY A. MILLER** c/o Westerman Ball Ederer Miller & Sharfstein, LLP at 1201 RXR Plaza, 12th Floor, Uniondale, New York, by personally delivering and leaving the same with **GEORGIA MARQUES** (Receptionist), a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked GEORGIA MARQUES if JEFFREY A. MILLER is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



GEORGIA MARQUES is a Latina female, approximately 31 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 135 pounds with brown hair and brown eyes.

That on the 31st day of January, 2013, deponent mailed a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT ADDRESSED TO JEFFREY A. MILLER, WITH RIDERS A AND B, and AMENDED ANSWER OF JPMORGAN CHASE PARTIES TO AMENDED COUNTERCLAIM OF HEISER JUDGMENT CREDITORS, WITH COUNTERCLAIMS, AND AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT AGAINST JUDGMENT CREDITORS OF IRAN, PLAINTIFFS SUING IRAN, AND ACCOUNT AND WIRE TRANSFER PARTIES (PHASE 3), Dated October 10, 2012 (redacted to delete certain parties from the caption on page 20, certain portions of paragraphs 65 through 71, all of exhibit A and paragraph 21 of exhibit H), ORDER OF REFERENCE TO A MAGISTRATE JUDGE, INDIVIDUAL PRACTICES OF JUDGE ROBERT B. PATTERSON, ORDER DATED JANUARY 20, 2010, and ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **JEFFREY A. MILLER** by first class mail, by enclosing true copies thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

JEFFREY A. MILLER
c/o Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
12th Floor
Uniondale, NY 11556

_____
NELSON CARVAJAL, # 965441
Sworn to before me this
7th day of February, 2013

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com