**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEREMY LEVIN *and* DR. LUCILLE LEVIN,
   Plaintiffs,

  v.

BANK OF NEW YORK, *et al.*,
   Defendants.
------------------------------------------------------------X
JPMORGAN CHASE & CO., *et al.*,
   Third-Party Plaintiffs,

  v.

STEVEN M. GREENBAUM, *et al.*,
   Third-party Defendants.
------------------------------------------------------------X

Civil Action No. 09 Civ. 5900 (RPP)(MHD)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
        S.S.
COUNTY OF NEW YORK)

  **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

  That on the 28th day of January, 2013, at approximately 12:50 pm, deponent served a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT ADDRESSED TO** ▮▮▮▮▮▮▮▮▮▮, **WITH RIDERS A AND B, and AMENDED ANSWER OF JPMORGAN CHASE PARTIES TO AMENDED COUNTERCLAIM OF HEISER JUDGMENT CREDITORS, WITH COUNTERCLAIMS, AND AMENDED AND SUPPLEMENTAL THIRD-PARTY COMPLAINT AGAINST JUDGMENT CREDITORS OF IRAN, PLAINTIFFS SUING IRAN, AND ACCOUNT AND WIRE TRANSFER PARTIES (PHASE 3) DATED OCTOBER 10, 2012** (redacted to delete certain parties from the caption on page 20, certain portions of paragraphs 68 through 71, all but pages 1 and 2 of Exhibit A and paragraph 21 of Exhibit H) upon ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at 111 Eighth Avenue, New York, New York, by personally delivering and leaving the same with **A. FLORES**, who informed deponent that she holds the position of Process Specialist with CT Corporation and is authorized by appointment to receive service upon ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



      A. FLORES is a Latina female, approximately 50 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 150 pounds with black hair and brown eyes wearing glasses.

_____
FREDERICK PRINGLE, # 1350201

Sworn to before me this
7th day of February, 2013

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com