UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/13
```

LEVIN, ET. AL.,

                              Plaintiff(s)

-v-

BANK OF NEW YORK, ET AL.,

                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  09CV5900   (RPP)

I hereby certify under the penalties of perjury that on 15th day of MARCH, 20 13, I served: IRANIAN REVOLUTIONARY GUARD CORPS, C/O HON. ALI AKBAR SALEHI, IMAM KHOMEINI SQUARE TEHRAN, IRAN

☐ One copy of the _____
by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the PLEASE SEE ATTACHED LETTER
by RE 296030801 US _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____
by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       3/15/2013

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*
Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

Summons on a Third Party Complaint

Translation of the Summons on a Third- Party Complaint into Farsi

Notice of Suit

Translation of Notice of Suit into Farsi

The Amended Answer of JPMorgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3) ("Amended Answer") and the exhibits, translation of the Amended Answer and Exhibits H and I thereto into Farsi

Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge, the Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr.

Electronic Case Filing Rules & Instructions.

Each translation into Farsi includes an attached certificate of translation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

March 15, 2013

Iranian Islamic Revolutionary Guard Corps, also known as
Iranian Revolutionary Guard Corps
c/o Hon. Ali Akbar Salehi
Minister of Foreign Affairs, Islamic Republic of Iran
Ministry of Foreign Affairs Building
Imam Khomeini Square
Tehran, Iran

Re:   Levin v. Bank of New York
      09 CV 5900(RPP)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons on a Third-Party Complaint
Translation of the Summons on a Third Party Complaint into Farsi
Notice of Suit
Translation of Notice of Suit into Farsi
Amended Answer
Amended and Supplemental Third-Party Complaint and Exhibits
Translations of the Amended Answer and exhibits H and I thereto into Farsi
Stipulation and Order regarding confidentially and filing documents underseal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge,
Order regarding Redactions
Individual Practices of Judge Robert P. Patterson, Jr.
ECF Rules & Instructions
Each Translation into Farsi includes an attached certificate of translation

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee | | |
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ 0 — Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM:
LEVI LUBARSKY & FEIGENBAUM LLP
1185 AVE OF THE AMERICAS, 17 Fl
NEW YORK, NEW YORK 10036
USA

TO:
IRANIAN REVOLUTIONARY GUARD CORPS
C/O HON. ALI AKBAR SALEHI
IMAM KHOMENI SQUARE
TEHRAN, IRAN

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

```
=======================================
             CHINATOWN STA.
           NEW YORK, New York
                100139991
             3558250004-0098
03/15/2013 (212)349-8264 03:08:41 PM
=======================================
============ Sales Receipt ============
Product         Sale Unit        Final
Description     Qty  Price       Price
---------------------------------------
Iran - First-Class              $35.75
Pkg Int'l Svc
3 lb.  7.40 oz.
  Return Receipt                 $3.50
  Registered                    $12.95
  Insured Value :       $0.00
  Article Value :       $0.00
  Label #:         RE296030801US
  Customs Form #: LC933166696US
                                ========
  Issue PVI:                    $52.20

                              ==========
Total:                          $52.20

Paid by:
Cash                            $60.00
Change Due:                     -$7.80
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
************************************
************************************

Please visit www.usps.com(R) to complete International Mail customs forms online and to ship packages from your home or office using Click-N-Ship(R) service.

Bill#:1000201656179
Clerk:02

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Express Mail International |
|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number | | |

| Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
|---|---|
| CHINA TOWN STATION | |

**Addressee Name or Firm** (Nom ou raison sociale du destinataire)

IRANIAN REVOLUTIONARY GUARD CORPS C/O HON. ALI AKBAR SALEHI

**Street and No.** (Rue et No.)

IMAM KHOMEINI SQUARE

**Place and Country** (Localité et pays)

TEHRAN, IRAN

This receipt must be signed by: (1) the addressee, or (2) a person authorized to sign under the regulations of the country of destination; or (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)   Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form **2865**, March 2007 (Reverse) PSN 7530-01-000-9775

USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

LC933166696US

☒ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other___

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal documents | 1 | 3 | 6 | 0 | | |
| | | | | | | |
| | | | | | | |
| **Totals (7)** | 1 | 3 | 6 | $ 0 | | |

From:
Sender's Last Name: Lopez
First: Cynthia
Business: Levi Lubarsky & Feigenbaum LLP
Address: 1185 Avenue of the Americas, 17th fl.
City: New York   State: NY   ZIP+4®: 10036
Telephone/Fax or Email: 212-308-6100

To:
Addressee's Last Name: Akbar Salehi,
First: Ali
Business: Iranian Revolutionary Guard Corps.
Address: Imam Khomeini Square
City: Tehran, Iran   State/Province: ___   Post Code: ___
Country: Iran
Telephone/Fax or Email: ___

AES Exemption (8)
☐ NOEEI § 30.37(a)   ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)

Mailing Office Date Stamp

PS Form 2976, September 2012  PSN 7530-01-000-9833

1 - Post Office Copy — retain on file for 30 days after mailing

**United States Postal Ser**
— **Customs Declaration and Dispatch Note** —

IMPORTANT: This item may be opened officially. Please print in English, using blue or black ink, ar firmly; you are making multiple copies. See Privacy Notice and Indemnity Coverage on Sender'

CW524389155US

**FROM:** Sender's Last Name: Lopez   First: Cynthia   MI: .
Business: Levi Lubarsky & Feigenbaum LLP
Address: 1185 Avenue of the Americas 17th Fl.
City: New York   State: NY   ZIP+4: 10036-
Telephone/Fax or Email: 212-308-6100

**TO:** Addressee's Last Name: Akbar Salehi   First: Ali   MI:
Business: Iranian Revolutionary Guard Corps
Address: Imam Khomeini Square
Postcode:   City: Tehran
State/Province: Iran   Country: Iran

Insured Amount (US $): $0.00   SDR Value:
Insurance Fees (US $):   Total Postage/Fee:

13. Sender's Customs Reference (If any)
14. Importer's Reference - Optional (If any)
15. Importer's Contact (select one) ☐Telephone ☐Fax
16. License No.
17. Certificate No.
18. Invoice No.

| 1. Detailed Description of Contents (enter one item per line) | 2. Qty. | 3. Lbs. Oz. | 4. Value (U.S. $) | 19. HS Tariff Number | 20. Country of of Goods |
|---|---|---|---|---|---|
| Legal documents | 1 | 3 6.3 | 0.00 | | |

**For Commercial Senders Only**

5. Check All That Apply:
☐ Gift   ☐ Returned Goods   ☐ Dangerous Goods
☑ Documents   ☐ Commercial Sample
☐ Merchandise   ☐ Humanitarian Donation   ☐ Other

6. Other Restrictions: (pertains to No. 11)

7. Total Gross Wt: (all items) Lbs. & Ozs.)
8. Total Value US $ (all items): 0.00

9. If non-deliverable:
☐ Treat as Abandoned
☐ Return to Sender
☐ Redirect to Address Below

Mailing Office Date S

10. AES/ITN/Exemption
11. Restrictions: ☐ Quarantine   ☐ Sanitary or Phytosanitary Inspection

12. I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations. Sender's Signature and Date
Month Day Year

PS Form **2976-A**, September 2012 PSN 7530-01-000-9834    Do not duplicate this form without USPS® approval.    1 – Customs Decla