UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2013
```

LEVIN, ET AL.,

                              Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __09CV5900__ (RPP)

-v-

BANK OF NEW YORK, ET AL.,

                            Defendant(s)

---

I hereby certify under the penalties of perjury that on 15th day of MARCH, 20 13, I served: IRANIAN MINISTRY OF INFORMATION AND SECURITY C/O HON. ALI AKBAR SALEHI MINISTER OF FOREIGN AFFAIRS, ISLAMIC REPUBLIC OF IRAN, MINISTRY OF FOREIGN AFFAIRS BUILDING, IMAM KHOMEINI SQ

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the PLEASE SEE ATTACHED LETTER

by RE 296030815 US _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       MARCH 15, 2013

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      Print Name: JEANINEVIERA-SAN
                                      DEPUTY CLERK OF COURT

Summons on a Third Party Complaint

Translation of the Summons on a Third- Party Complaint into Farsi

Notice of Suit

Translation of Notice of Suit into Farsi

The Amended Answer of JPMorgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3) ("Amended Answer") and the exhibits, translation of the Amended Answer and Exhibits H and I thereto into Farsi

Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge, the Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr.

Electronic Case Filing Rules & Instructions.

Each translation into Farsi includes an attached certificate of translation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

March 15, 2013

Iranian Ministry of Information and Security
c/o Hon. Ali Akbar Salehi
Minister of Foreign Affairs, Islamic Republic of Iran
Ministry of Foreign Affairs Building
Imam Khomeini Square
Tehran, Iran

Re:   Levin v. Bank of New York
      09 CV 5900(RPP)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons on a Third-Party Complaint
Translation of the Summons on a Third Party Complaint into Farsi
Notice of Suit
Translation of Notice of Suit into Farsi
Amended Answer
Amended and Supplemental Third-Party Complaint and Exhibits
Translations of the Amended Answer and exhibits H and I thereto into Farsi
Stipulation and Order regarding confidentially and filing documents underseal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge,
Order regarding Redactions
Individual Practices of Judge Robert P. Patterson, Jr.
ECF Rules & Instructions
Each Translation into Farsi includes an attached certificate of translation

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

| Handling Charge | | Return Receipt |
|---|---|---|
| Postage | | Restricted Delivery |
| Received by | | |
| Customer Must Declare Full Value $ 0 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

To Be Completed By Post Office

**OFFICIAL USE**

FROM: LEVI LUBARSKY & FEIGENBAUM LLP
1185 AVE OF THE AMERICAS, 17th FL
NEW YORK, NEW YORK 10036
U.S.A.

TO: IRANIAN MINISTRY OF INFO & SECURITY
C/O HON. ALI AKBAR SALEHI
IMAM Khomeini Square
Tehran, Iran

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

```
========================================
          CHINATOWN STA.
         NEW YORK, New York
             100139991
           3558250004-0098
   03/15/2013 (212)349-8264 03:14:11 PM
========================================
============ Sales Receipt =============
Product          Sale Unit        Final
Description      Qty  Price       Price
----------------------------------------

Iran - First-Class             $35.75
Pkg Int'l Svc
 3 lb. 7.70 oz.
   Return Receipt              $3.50
   Registered                  $12.95
   Insured Value :    $0.00
   Article Value :    $0.00
   Label #:      RE296030815US
   Customs Form #: LC933166705US
                                ========
   Issue PVI:                  $52.20

                               ==========
Total:                          $52.20

Paid by:
Cash                            $60.00
Change Due:                     -$7.80

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Please visit www.usps.com(R) to
complete International Mail customs
forms online and to ship packages
from your home or office using
Click-N-Ship(R) service.

Bill#:1000201656187
Clerk:02

All sales final on stamps and postage
 Refunds for guaranteed services only
```

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☐ Letter | ☐ Printed Matter (Imprimé) | ☒ Other (Autre) | ☐ Express Mail International | |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number | | |

**Office of Mailing** (Bureau de dépôt): CHINA TOWN STATION
**Date of Posting** (Date de dépôt):
**Addressee Name or Firm** (Nom ou raison sociale du destinataire): ALI AKBAR SALEHI IRANIAN MINISTRY OF INFORMATION & SECURITY C/O
**Street and No.** (Rue et No.): IMAM KHOMEINI SQUARE
**Place and Country** (Localité et pays): TEHRAN IRAN

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date:
Signature of Addressee (Signature du destinataire):
Office of Destination Employee Signature (Signature de l'agent du bureau du destination):
Postmark of the office of destination (Timbre du bureau de destination):

PS Form **2865**, March 2007 (Reverse) PSN 7530-01-000-9778

LC933166705US

| | | | | | |
|---|---|---|---|---|---|
| ☑ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods |||||
| ☐ Gift ☐ Humanitarian Donation ☐ Other_____ |||||
| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
| Legal documents | 1 | 3  6 | 0 | | |
| | | | | | |
| | | | | | |
| | Totals (7) 1  3  6 $ 0 | | | | |

AES Exemption (8)
☐ NOEEI § 30.37(a)   ☐ NOEEI § 30.37(h)

Mailing Office Date Stamp

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)
[signature]   3/14/13

PS Form 2976, September 2012   PSN 7530-01-000-9833

**USPS® Customs Declaration – CN 22**

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
Sender's Last Name: Lopez   First: Cynthia
Business: Levi Lubarsky & Feigenbaum LLP
Address: 1185 Avenue of the Americas, 17th Fl.
City: New York   State: NY   ZIP+4®: 10036
Telephone/Fax or Email: 212-308-6100

To:
Addressee's Last Name: Akbar Salehi   First: Ali
Business: Iranian Ministry of Information & Security
Address: Imam Khomeini Square
City: Tehran   State/Province: Iran   Post Code:
Country: Iran
Telephone/Fax or Email:

1 - Post Office Copy — retain on file for 30 days after mailing

```
========================================
              CHINATOWN STA.
             NEW YORK, New York
                 100139991
              3558250004-0098
    03/15/2013 (212)349-8264 03:14:11 PM
========================================
============ Sales Receipt =============
Product          Sale  Unit       Final
Description      Qty   Price      Price
----------------------------------------

Iran - First-Class                $35.75
Pkg Int'l Svc
3 lb. 7.70 oz.
  Return Receipt                   $3.50
  Registered                      $12.95
  Insured Value :       $0.00
  Article Value :       $0.00
  Label #:         RE296030815US
  Customs Form #: LC933166705US
                                ========
  Issue PVI:                      $52.20

                               =========
Total:                            $52.20

Paid by:
Cash                              $60.00
Change Due:                       -$7.80
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
*********************************
*********************************

Please visit www.usps.com(R) to complete International Mail customs forms online and to ship packages from your home or office using Click-N-Ship(R) service.

Bill#:1000201656187
Clerk:02

All sales final on stamps and postage
  Refunds for guaranteed services only

**United States Postal Service®**
**Customs Declaration and Dispatch Note — CP 72**

CW524389164US

IMPORTANT: This item may be opened officially. Please print in English, using blue or black ink, and press firmly; you are making multiple copies. See Privacy Notice and Indemnity Coverage on Sender's Copy.

**FROM:** Sender's Last Name: Lopez    First: Cynthia    MI:
Business: Levi Lubarsky & Feigenbaum LLP
Address: 1185 Avenue of the Americas, 17th Floor
City: New York    State: NY    ZIP+4®: 10036-
Telephone/Fax or Email: 212-308-6100

**TO:** Addressee's Last Name: Akbar Salehi    First: Ali    MI:
Business: Iranian Ministry of Information + Security
Address: Imam Khomeini Square
Postcode:    City: Tehran
State/Province: Iran    Country: Iran

Insured Amount (US $): .00
SDR Value:
Insurance Fees (US $):
Total Postage/Fees (US $):

13. Sender's Customs Reference (If any):
14. Importer's Reference - Optional (If any):
15. Importer's Contact (select one) ☐Telephone ☐Fax ☐Email:
16. License No.:
17. Certificate No.:
18. Invoice No.:

**For Commercial Senders Only**

| 1. Detailed Description of Contents | 2. Qty. | 3. Lbs. | Oz. | 4. Value (U.S. $) | 19. HS Tariff Number | 20. Country of Origin of Goods |
|---|---|---|---|---|---|---|
| Legal documents | 1 | 3 | 6.3 | 0.00 | | |

5. Check All That Apply:
☐ Gift  ☐ Returned Goods  ☐ Dangerous Goods
☐ Documents  ☐ Commercial Sample  ☐ Other
☐ Merchandise  ☐ Humanitarian Donation

6. Other Restrictions: (pertains to No. 11)

7. Total Gross Wt: (all items) Lbs. & Ozs.: 3.63
8. Total Value US $ (all items): 0.00

9. If non-deliverable:
☐ Treat as Abandoned
☐ Return to Sender
☐ Redirect to Address Below

Mailing Office Date Stamp

10. AES/ITN/Exemption:
11. Restrictions: ☐ Quarantine  ☐ Sanitary or Phytosanitary Inspection

12. I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations. Sender's Signature and Date

Month Day Year: 03 14 2013

Signature: Cyn Lopez

PS Form 2976-A, September 2012  PSN 7530-01-000-9834     Do not duplicate this form without USPS® approval.     1 – Customs Declaration