```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVIN, ET. AL.,

                         Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __09CV5900__ (RPP)

-v-

BANK OF NEW YORK, ET. AL.,

                         Defendant(s)

I hereby certify under the penalties of perjury that on 15th day of MARCH, 20 13, I served:
ISLAMIC REPUBLIC OF IRAN C/O HON. ALI AKBAR SALEHI IMAM KHOMEINI SQUARE TEHRAN IRAN

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the PLEASE SEE ATTACHED LETTER

by RE296030792US, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
        3/15/2013

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*
Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

March 15, 2013

Islamic Republic of Iran
c/o Hon. Ali Akbar Salehi
Minister of Foreign Affairs, Islamic Republic of Iran
Ministry of Foreign Affairs Building
Imam Khomeini Square
Tehran, Iran

Re:   Levin v. Bank of New York
      09 CV 5900(RPP)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons on a Third-Party Complaint
Translation of the Summons on a Third Party Complaint into Farsi
Notice of Suit
Translation of Notice of Suit into Farsi
Amended Answer
Amended and Supplemental Third-Party Complaint and Exhibits
Translations of the Amended Answer and exhibits H and I thereto into Farsi
Stipulation and Order regarding confidentially and filing documents underseal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge,
Order regarding Redactions
Individual Practices of Judge Robert P. Patterson, Jr.
ECF Rules & Instructions
Each Translation into Farsi includes an attached certificate of translation

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

Summons on a Third Party Complaint

Translation of the Summons on a Third- Party Complaint into Farsi

Notice of Suit

Translation of Notice of Suit into Farsi

The Amended Answer of JPMorgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3) ("Amended Answer") and the exhibits, translation of the Amended Answer and Exhibits H and I thereto into Farsi

Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge, the Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr.

Electronic Case Filing Rules & Instructions.

Each translation into Farsi includes an attached certificate of translation.

```
==================================
         CHINATOWN STA.
         NEW YORK, New York
              100139991
            3558250004-0098
03/15/2013 (212)349-8264 03:02:43 PM
==================================
========== Sales Receipt ==========
Product          Sale Unit      Final
Description      Qty  Price     Price
_____

Product / Service Rate Inquiries
Product / Service Rate Inquiries
Iran - First-Class              $35.75
Pkg Int'l Svc
3 lb.  7.50 oz.
  Return Receipt                 $3.50
  Registered                    $12.95
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:         RE296030792US
  Customs Form #:  LC933166719US
                                ========
Issue PVI:                      $52.20

                              ==========
Total:                          $52.20

Paid by:
Cash                            $60.00
Change Due:                     -$7.80

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
**********************************
**********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**********************************
**********************************


Please visit www.usps.com(R) to
complete International Mail customs
forms online and to ship packages
from your home or office using
Click-N-Ship(R) service.

Bill#:1000201656161
Clerk:02

All sales final on stamps and postage
```

| | | | | | | |
|---|---|---|---|---|---|---|
| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
| Legal documents | 1 | 3 | 6 | 0 | | |
| | | | | | | |
| | | | | | | |
| | 1 | 3 Totals (7) | 6 | $ 0 | | |

☑ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other_____

**AES Exemption (8)**
☐ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**Sender's Signature and Date (9)**
[signature] 3-14-13

PS Form 2976, September 2012  PSN 7530-01-000-9833

Mailing Office Date Stamp

**USPS® Customs Declaration – CN 22**
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
Sender's Last Name: Lopez   First: Cynthia
Business: Levi Lubarsky & Feigenbaum LLP
Address: 1185 Avenue of the Americas, 17
City: New York   State: NY   ZIP+4®: 10036
Telephone/Fax or Email: 212-308-6100

To:
Addressee's Last Name: Akbar Salehi   First: Ali
Business: Islamic Republic of Iran
Address: Imam Khomeini Square
City: Tehran   State/Province: Iran   Post Code:
Country: Iran   Telephone/Fax or Email:

1 - Post Office Copy — retain on file for 30 days after mailing

Barcode: LC933166719US

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | | To Be Completed By Post Office | | | | |
|---|---|---|---|---|---|---|
| TO | FROM | Customer Must Declare Full Value $ | Received by | Postage | Handling Charge | Reg. Fee |
| Tehran, IRAN IMAM KHOMENI SQUARE C/O HON. ALI AKBAR SALEHI ISLAMIC REPUBLIC OF IRAN | LEVI LUBARSKY & FEIGENBAUM 1185 AVE OF THE AMERICAS, 17 Fl NEW YORK, NEW YORK 10036 U.S.A | 0 | | | Return Receipt / Restricted Delivery | |

OFFICIAL USE

Registered No.:

Date Stamp

PS Form 3806, Receipt for Registered Mail
May 2007 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com®
Copy 1 - Customer
(See Information on Reverse)

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**United States Postal Service**
**Customs Declaration and Dispatch Note** — CP

IMPORTANT: This item may be opened officially. Please print in English, using blue or black ink, and pre firmly; you are making multiple copies. See Privacy Notice and Indemnity Coverage on Sender's Co

Barcode: CW524389178US

**FROM:** Sender's Last Name: LOPEZ  First: Cynthia  MI:
Business: Levi Lubarsky & Feigenbaum LLP
Address: 1185 Avenue of the Americas 17th Fl.
City: New York  State: NY  ZIP+4: 10036-
Telephone/Fax or Email: 212-308-6100

**TO:** Addressee's Last Name: Akbar Salehi  First: Ali  MI:
Business: Islamic Republic of Iran
Address: Imam Khomeini Square
Postcode:   City: Tehran
State/Province: Iran  Country: Iran

| 1. Detailed Description of Contents | 2. Qty. | 3. Lbs. | Oz. | 4. Value (U.S. $) |
|---|---|---|---|---|
| Legal documents | 1 | 3 | 6.3 | 0.00 |

Insured Amount (US $): $0.00
SDR Value:
Insurance Fees (US $): $
Total Postage/Fees (US $): $

13. Sender's Customs Reference (If any)
14. Importer's Reference - Optional (If any)
15. Importer's Contact (select one) ☐Telephone ☐Fax ☐Em
16. License No.
17. Certificate No.
18. Invoice No.
19. HS Tariff Number
20. Country of Orig of Goods

**For Commercial Senders Only**

5. Check All That Apply:
☐ Gift  ☐ Returned Goods  ☐ Dangerous Goods
☑ Documents  ☐ Commercial Sample
☐ Merchandise  ☐ Humanitarian Donation  ☐ Other

6. Other Restrictions: (pertains to No. 11)

7. Total Gross Wt: (all items Lbs & Ozs.): 3.6.3
8. Total Value US $ (all items): 0.00

9. If non-deliverable:
☐ Treat as Abandoned
☐ Return to Sender
☐ Redirect to Address Below

Mailing Office Date Stam

10. AES/ITN/Exemption
11. Restrictions: ☐ Quarantine  ☐ Sanitary or Phytosanitary Inspection

12. I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations. Sender's Signature and Date

Month Day Year: 03 14 2013

PS Form **2976-A**, September 2012  PSN 7530-01-000-9834    Do not duplicate this form without USPS® approval.    1 – Customs Declarati

| Item Description (Nature de l'envoi.) | ☐ Registered Article recommandé | ☐ Letter Lettre | ☐ Printed Document (Imprimé) | ☐ Other Autre | ☐ Express national |
|---|---|---|---|---|---|

| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number |
|---|---|---|

**Office of Mailing** (Bureau de dépôt): CHINA TOWN STATION

**Date of Posting** (Date de dépôt):

**Addressee Name or Firm** (Nom ou raison sociale du destinataire): ISLAMIC REPUBLIC OF IRAN C/O HON. ALI AKBAR SALEHI

**Street and No.** (Rue et No.): IMAM KHOMEINI SQUARE

**Place and Country** (Localité et pays): TEHRAN, IRAN

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.*

☐ The article mentioned above was duly delivered. (*L'envoi mentionné ci-dessus a été dûment livré.*)

Date:

Signature of Addressee (*Signature du destinataire*):

Office of Destination Employee Signature (*Signature de l'agent du bureau du destination*):

Postmark of the office of destination (*Timbre du bureau de destination*):

PS Form **2865**, March 2007 (*Reverse*) PSN 7530-01-000-9775