UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY LEVIN AND DR. LUCILLE LEVIN,

    Plaintiffs,

v.

BANK OF NEW YORK, *et.al.*,

    Defendants.

THE BANK OF NEW YORK MELLON, *et al.*

    Third Party Plaintiffs,

v.

ESTATE OF MICHAEL HEISER, *et.al.*,

    Third Party Defendants.

Case No. 09-Civ-5900 (RPP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/13

**ORDER FOR ADMISSION
PRO HAC VICE**

    Upon the motion of Lauren C. Genvert, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bars of the states of Maryland and Delaware; and that her contact information is as follows:

> Lauren C. Genvert
> DLA Piper LLP (US)
> The Marbury Building
> 6225 Smith Avenue
> Baltimore, Maryland 21209-3600
> Tel:   (410) 580-3000
> Fax:  (410) 580-3001
> lauren.genvert@dlapiper.com

    Applicant having requested admission Pro Hac Vice for all purposes as counsel for Estate of Michael Heiser in the above entitled action;

EAST\55256086.1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the [upon payment of the required fee to the Clerk of the Court.] above entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
       March 25, 2013

United States District Judge

EAST\55256086.1