# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900
FAX +1 202 664 1920

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/13

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI
CAYMAN ISLANDS
BVI

April 15, 2013

**BY FACSIMILE**

The Honorable Robert P. Patterson
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:  **Levin v. Bank of New York, et al.**
        Case No. 09 Civ. 5900

Dear Judge Patterson:

  We represent third-party defendant the ████████████████████████ in the above-referenced action. We write regarding the ████ application to the Office of Foreign Assets Control ("OFAC"), described in our October 19, 2012 letter (Docket No. 816) to the Court, for a license releasing the blocked funds transferred by the ████.

  On March 21, 2013, we received notification from OFAC that the ████ application was denied. But, OFAC has not completed its determination regarding this blocked transfer. Ours is one of two applications directed toward those funds—the other, filed January 4, 2011 by the ████████████████████████, is, per OFAC, still under active supervisor-level review. The ████ application cites different grounds for its requested license than did the ████ application.

  We have notified OFAC and the responsible supervisor there, ████████████, of this litigation and the importance of rendering a timely decision on the ████ and the ████ separate applications. If or when we receive notice of OFAC's decision on the ████ application, and the completion thereby of OFAC's determinations regarding this blocked transfer, we will notify the Court accordingly.

The Honorable Robert P. Patterson
April 15, 2013
Page 2

Please find enclosed a redacted copy of this letter, which will be served on all counsel of record consistent with the Court's rules of practice.

Respectfully submitted,

Eric J. Snyder
+1 202 664 1904

Scott McCulloch
+1 202 664 1943

Encl.

cc: Counsel to Citibank N.A. (by electronic mail)
Counsel to the Greenbaum and Acosta judgment creditors (by electronic mail)
Counsel to the Levin judgment creditors (by electronic mail)
Counsel to the Heiser judgment creditors (by electronic mail)
All Counsel of Record (redacted version by electronic mail)