UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2013
```

LEVIN

                Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 09CV5900 (RPP)

-v-

BANK OF NEW YORK

                Defendant(s)

I hereby certify under the penalties of perjury that on 19th day of APRIL, 2013, I served: UNITED STATES DEPARTMENT OF STATE, DIRECTOR, OVERSEAS CITIZENS SERVICES, OFFICE OF LEGAL AFFAIRS (CA/OCS/L) U.S.DEPARTMENT OF STATE, SA-29, 4TH FL. 2201 C STREET NW, WA D.C. 20520

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ Two copies of the PLEASE SEE ATTACHED PAPER

by FED EX TRACKING # 8022 9743 2709, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
      APRIL 19, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: JEANINEVIERA-SAN
DEPUTY CLERK OF COURT

Summons on a Third Party complaint into Farsi, Notice of Suit, a translation of the Notice of suit into Farsi. The Amended Answer of JP Morgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3) ("Amended Answer") and the exhibits thereto, a translation of the Amended Answer and Exhibits H and I thereto into Farsi, the Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge, the Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr. and the Electronic Case Filing Rules & Instructions. Each translation into Farsi includes an attached certificate of translation. Check for $2,275.00 made out to the U.S. Embassy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

April 19, 2013

United States Department of State
Director, Overseas Citizens Services
Office of Legal Affairs (CA/OCS/L)
U.S. Department of State, SA-29, 4th Floor
2201 C Street NW, Washington, DC 20520

Re:   Levin v. Bank of New York
      09 CV 5900(RPP)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Levi Lubarsky & Feigenbaum LLP, a Summons on a Third Party complaint into Farsi, Notice of Suit, a translation of the Notice of suit into Farsi. The Amended Answer of JP Morgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3) ("Amended Answer") and the exhibits thereto, a translation of the Amended Answer and Exhibits H and I thereto into Farsi, the Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge, the Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr. and the Electronic Case Filing Rules & Instructions. Each translation into Farsi includes an attached certificate of translation. Check for $2,275.00 made out to the U.S. Embassy. Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

IRANIAN MINISTRY OF INFORMATION AND SECURITY
c/o Hon. Ali Akbar Salehi
Minister of Foreign Affairs, Islamic Republic of Iran
Ministry of Foreign Affairs Building
Imam Khomeini Square
Tehram, Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance.  If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court