UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/2013

LEVIN

　　　　　　　　　　　Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.:  09CV5900        (RPP)

-v-

BANK OF NEW YORK

　　　　　　　　　　　Defendant(s)

I hereby certify under the penalties of perjury that on 19th day of APRIL            , 20 13  , I served:
UNITED STATES DEPARTMENT OF STATE, DIRECTOR, OVERSEAS CITIZENS SERVICES, OFFICE OF
LEGAL AFFAIRS (CA/OCS/L) U.S.DEPARTMENT OF STATE,SA-29, 4TH FL. 2201 C STREET NW, WA D.C. 20520

☐ One copy of the _____
_____
by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____
_____
by_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☒ Two copies of the  PLEASE SEE ATTACHED PAPER _____
_____
by FED EX TRACKING # 8022 9743 2710 _____, to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
_____
by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
APRIL 19, 2013

　　　　　　　　RUBY J. KRAJICK
　　　　　　　　CLERK OF COURT

　　　　　　　　Print Name: JEANINE VIERA-SAN
　　　　　　　　DEPUTY CLERK OF COURT

Summons on a Third Party complaint into Farsi, Notice of Suit, a translation of the Notice of suit into Farsi. The Amended Answer of JP Morgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3) ("Amended Answer") and the exhibits thereto, a translation of the Amended Answer and Exhibits H and I thereto into Farsi, the Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge, the Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr. and the Electronic Case Filing Rules & Instructions. Each translation into Farsi includes an attached certificate of translation. Check for $2,275.00 made out to the U.S. Embassy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**RUBY J. KRAJICK**
**CLERK OF CLERK**

April 19, 2013

United States Department of State
Director, Overseas Citizens Services
Office of Legal Affairs (CA/OCS/L)
U.S. Department of State, SA-29, 4th Floor
2201 C Street NW, Washington, DC 20520

Re:   Levin v. Bank of New York
      09 CV 5900(RPP)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Levi Lubarsky & Feigenbaum LLP, a Summons on a Third Party complaint into Farsi, Notice of Suit, a translation of the Notice of suit into Farsi. The Amended Answer of JP Morgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3) ("Amended Answer") and the exhibits thereto, a translation of the Amended Answer and Exhibits H and I thereto into Farsi, the Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, the Order Regarding Notice and Service of Process, the Order of Reference to A Magistrate Judge, the Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr. and the Electronic Case Filing Rules & Instructions. Each translation into Farsi includes an attached certificate of translation. Check for $2,275.00 made out to the U.S. Embassy.  Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

ISLAMIC REPUBLIC OF IRAN
c/o Hon. Ali Akbar Salehi
Minister of Foreign Affairs, Islamic Republic of Iran
Ministry of Foreign Affairs Building
Imam Khomeini Square
Tehram, Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance.  If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court