UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2013
```

Levin

                               Plaintiff(s)         **CERTIFICATE OF MAILING**

Case No.: 09CV5900   (   )

-v-

Bank of New York, Inc., et al.

                              Defendant(s)

I hereby certify under the penalties of perjury that on 9th day of July, 2013, I served:
IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, ATTN: HON. ALI AKBAR SALEHI, FOREIGN MINISTER, MINISTRY OF FOREIGN AFFAIRS, IMAM KHOMEINI SQUARE, TEHRAN, IRAN

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PLEASE SEE ATTACHED LETTER

by DHL 842 3142 851, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       JULY 9, 2013

                                       RUBY J. KRAJICK
                                       CLERK OF COURT

                                       Print Name: JEANINE VIERA-SAN
                                       DEPUTY CLERK OF COURT

copies in both English and Farsi of: (1) the operative complaint, the Amended Answer of JPMorgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint Against the Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3), (2) Notice of Judgment Debtor, (3) Judgment and (4) affidavits from the translators stating their qualifications and that the translations are accurate. Farsi is the official language of the Republic of Iran.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 9, 2013

Iranian Islamic Revolutionary Guard Corp
Attn: Hon. Ali Akbar Salehi, Foreign Minister
Ministry of Foreign Affairs
Imam Khomeini Square
Tehran, Iran

Re:   Levin v. Bank of New York, Inc., et al.,
      09 CV 5900(Filed Under Seal)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

copies in both English and Farsi of: (1) the operative complaint, the Amended Answer of JPMorgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third-Party Complaint Against the Judgment Creditors of Iran, Plaintiffs Suing Iran, and Account and Wire Transfer Parties (Phase 3), (2) Notice of Judgment Debtor, (3) Judgment and (4) affidavits from the translators stating their qualifications and that the translations are accurate. Farsi is the official language of the Republic of Iran.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.