

United States Department of State

*Washington, D.C. 20520*

July 9, 2013

Ruby J. Krajick
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 7/16/13

RECEIVED
JUL 1 [illegible]
CHAMBERS
JUDGE ROBERT [illegible]SON

**Re: Jeremy Levin and Dr. Lucille Levin, v. Bank of New York, et al, Case no. 09 Civ. 5900 (RPP)(MHD)**

Dear Ms. Krajick:

I am writing regarding the Court's request for summonses, complaints and notices of suit pursuant to 28 U.S.C. 1608(a)(4) upon defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Iranian Revolutionary Guard Corps in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes numbers 1048-IE, 1049-IE and 1050-IE, dated and delivered May 22, 2013. Certified copies of the diplomatic notes are enclosed.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc: Suzelle M. Smith
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, CA 70014

Richard M. Kremen
DLA Piper, LLP
6225 Smith Avenue
Baltimore, MD 21209

SPECIFIC AUTHENTICATION CERTIFICATE

[illegible]federation of Switzerland )
[illegible]n, Canton of Bern ) SS:
[illegible]assy of the United States of America )

I, [illegible]andy Townsend, a consular officer at the Embassy of the U[illegible]ed States at Bern, Switzerland, certify that this is a t[illegible] copy of Embassy note number 22327 dated May 14, 2013, w[illegible]h was transmitted to the Swiss Ministry of Foreign A[illegible]irs on May 15, 2013 for further transmission to the Am[illegible]ican Interests Section of the Swiss Embassy in Tehran, I[illegible].

(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

June 26, 2013
(Date)



*Embassy of the United States of America*

May 14, 2013

CONS NO. 22327

Federal Department of Foreign Affairs
Foreign Interests Service
Bundeshaus Nord
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) - Jeremy Levin and Dr. Lucille Levin v. Bank of New York, et al, Case No. 09CV5900 (RPP)(MHD)

REF: ----

The Department of State has requested the delivery of the Summonses, Complaints and Notices of Suit to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Jeremy Levin and Dr. Lucille Levin v. Bank of New York, et al, Case No. 09CV5900 (RPP)(MHD).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There are three defendants to be served in this case: the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Islamic Revolutionary Guard Corps. The American Interests Section should transmit the Summonses, Complaints and Notices of Suit to the Iranian Ministry of Foreign Affairs under cover of three diplomatic notes utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed are appropriate parts of a message the Embassy received from the Department of State as well as three sets of documents for the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Islamic Revolutionary Guard Corps.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



SPECIFIC AUTHENTICATION CERTIFICATE

ıfederation of Switzerland )
rn, Canton of Bern ) SS:
›assy of the United States of America )

ertify that the annexed document bears the genuine seal the Swiss Federal Department of Foreign Affairs.

ertify under penalty of perjury under the laws of the ted States that the foregoing is true and correct.

Randy Townsend
(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

June 26, 2013
(Date)

...che Eidgenossenschaft
...ation suisse
...ederazione Svizzera
...onfederaziun svizra

**Federal Department of Foreign Affairs FDFA**

20694

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons note No. 22327 dated May 14, 2013 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

- Judicial Assistance: Lawsuit Jeremy Levin and Dr Lucille Levin v. Bank of New York, et al. v. Islamic Republic of Iran, et al., Case No. 09CV5900 (RPP) (MHD).
- Note No. 1048-IE addressed to the Islamic Revolutionary Guard Corps and Note No. 1049-IE addressed to the Islamic Republic of Iran, and Note No.1050-IE addressed to the Iranian Ministry of Information and Security, dated May 22, 2013 and proof of service, dated May 22, 2013, as well as the certification by the Swiss Federal Chancellery dated June 05, 2013.

The section has received the above mentioned documents on May 14, 2013. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic notes on May 22, 2013. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, June 5, 2013

EIDGENÖSSISCHES DEPARTEMENT FÜR AUSWÄRTIGE ANGELEGENHEITEN

*Enclosure mentioned*

To the
Embassy of the
United States of America

Berne

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland )
rn, Canton of Bern ) SS:
bassy of the United States of America )

ertify that the annexed document is executed by the uine signature and seal of the following named official , in an official capacity, is empowered by the laws of tzerland to execute that document.

ertify under penalty of perjury under the laws of the ted States that the foregoing is true and correct.

Fabio LEUENBERGER
ped name of Official who executed the annexed document)

Randy Townsend
(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

June 26, 2013
(Date)

...sche Eidgenossenschaft
...dération suisse
...nfederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1048-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Jeremy Levin and Dr. Lucille Levin v. Bank of New York et al., Case No. 09CV5900 (RPP) (MHD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Islamic Revolutionary Guard Corps is a defendant in this case. The Embassy transmits a Summons on a Third Party Complaint, Amended Answer of JP Morgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties, and exhibits thereto, a translation of the Amended answer and Exhibits H and I thereto into Farsi, a Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, an Order Regarding Notice and Service of Process, an Order of Reference to a Magistrate Judge, and Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr. and Electronic Case Filing Rules and Instructions herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations

Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1048-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

**This public document**

2. **has been signed by** Edith Salamanca
3. **acting in the capacity of deputy head**
4. **bears the seal/stamp of**

Embassy of Switzerland US Interests Section Tehran

**Certified**

5. **at Berne**
6. **the** 05 June 2013
7. **by** Fabio Leuenberger
**functionary of the Swiss federal Chancellery**
8. **No** 010590
9. **Seal/stamp:**

Swiss federal Chancellery

10. **Signature:**

**ترجمه غیر رسمی**

**سفارت سوئیس**

**شماره IE– ۱۰۴۸**

1048

**سفارت سوئیس**، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً **توجه آن وزارت محترم** را به دعوی حقوقی تحت عنوان جرمی لوین و دکتر لوسیل لوین علیه بانک نیویورک و غیره تحت پرونده شماره **09CV5900 (RPP) (MHD)** ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می **نماید. سپاه پاسداران** انقلاب اسلامی طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده **بدینوسیله** احضاریه به موجب اقامه دعوی شخص ثالث، پاسخ اصلاح شده طرفین جی پی مورگان چیس برای اصلاح دعوی متقابل **ذینفعان** حکم صادره در پرونده هایزر همراه با دعوی های متقابل و اصلاح شده شخص ثالث علیه حکم صادره به نفع شاکیان ایران و **طرفین** انتقال پول از طریق حسابهای بانکی و ضمائم آن، و ترجمه پاسخ اصلاح شده و ضمائم اچ و آی به فارسی، یک قرار و حکم در رابطه با محرمانه بودن، و بایگانی مدارک به صورت مهر و موم شده و اصلاحات مربوط بدان، یک حکم مربوط به اعلان و جریان ابلاغ، یک حکم رجوع به قاضی، و یک حکم درارابطه با ویرایش ها، روال معمول کاری قاضی ربرت پی پترسون پسرو قوانین مربوط به بایگانی کردن پرونده بصورت الکترونیکی و دستورالعملها را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدرک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت، اطلاعیه دادخواست تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)

EMBASSY OF SWITZERLAND IN IRAN

پیوست: ۱- احضاریه، شکایت، اطلاعیه دادخواست
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران



SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland )
n, Canton of Bern ) SS:
assy of the United States of America )

ertify that the annexed document is executed by the ine signature and seal of the following named official in an official capacity, is empowered by the laws of zerland to execute that document.

ertify under penalty of perjury under the laws of the ed States that the foregoing is true and correct.

Fabio LEUENBERGER
(ped name of Official who executed the annexed document)

Randy Townsend
(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

June 26, 2013
(Date)

...ische Eidgenossenschaft
...ération suisse
...federazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1049-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Jeremy Levin and Dr. Lucille Levin v. Bank of New York et al., Case No. 09CV5900 (RPP) (MHD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Summons on a Third Party Complaint, Amended Answer of JP Morgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties, and exhibits thereto, a translation of the Amended answer and Exhibits H and I thereto into Farsi, a Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, an Order Regarding Notice and Service of Process, an Order of Reference to a Magistrate Judge, and Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr. and Electronic Case Filing Rules and Instructions herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

EMBASSY OF SWITZERLAND IN IRAN

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations

Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1049-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

   **This public document**

2. **has been signed by** Edith Salamanca
3. **acting in the capacity of deputy head**
4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section Tehran

   **Certified**

5. **at Berne**
6. **the** 05 June 2013
7. **by** Fabio Leuenberger
   **functionary of the Swiss federal Chancellery**
8. **No** 010589
9. **Seal/stamp:**

   Swiss federal Chancellery

10. **Signature:**



...tion of the
...copy of the
...o the Iranian

ترجمه غیر رسمی

سفارت سوئیس

شماره IE– ۱۰۴۹

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان جرمی لوین و دکتر لوسیل لوین علیه بانک نیویورک و غیره تحت پرونده شماره 09CV5900 (RPP) (MHD) ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله احضاریه به موجب اقامه دعوی شخص ثالث، پاسخ اصلاح شده طرفین جی پی مورگان چیس برای اصلاح دعوی متقابل ذینفعان حکم صادره در پرونده هایزر همراه با دعوی های متقابل و اصلاح شده شخص ثالث علیه حکم صادره به نفع شاکیان ایران و طرفین انتقال پول از طریق حسابهای بانکی و ضمائم آن، و ترجمه پاسخ اصلاح شده و ضمائم اچ و آی به فارسی، یک قرار و حکم در رابطه با محرمانه بودن، و بایگانی مدارک به صورت مهر و موم شده و اصلاحات مربوط بدان، یک حکم مربوط به اعلان و جریان ابلاغ، یک حکم رجوع به قاضی، و یک حکم دررابطه با ویرایش ها، روال معمول کاری قاضی ربرت پی پترسون پسرو قوانین مربوط به بایگانی کردن پرونده بصورت الکترونیکی و دستورالعملها را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدرک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت، اطلاعیه دادخواست تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)

پیوست: ۱- احضاریه، شکایت، اطلاعیه دادخواست
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland )
rn, Canton of Bern ) SS:
bassy of the United States of America )

I ertify that the annexed document is executed by the g uine signature and seal of the following named official w , in an official capacity, is empowered by the laws of S tzerland to execute that document.

I rtify under penalty of perjury under the laws of the U ed States that the foregoing is true and correct.

Fabio LEUENBERGER
( ped name of Official who executed the annexed document)

Randy Townsend
(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

June 26, 2013
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1050-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Jeremy Levin and Dr. Lucille Levin v. Bank of New York et al., Case No. 09CV5900 (RPP) (MHD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Iranian Ministry of Information and Security is a defendant in this case. The Embassy transmits a Summons on a Third Party Complaint, Amended Answer of JP Morgan Chase Parties to Amended Counterclaim of Heiser Judgment Creditors, with Counterclaims, and Amended and Supplemental Third Party Complaint Against Judgment Creditors of Iran, Plaintiffs Suing Iran and Wire Transfer Parties, and exhibits thereto, a translation of the Amended answer and Exhibits H and I thereto into Farsi, a Stipulation and Order regarding confidentiality and filing documents under seal and amendments thereto, an Order Regarding Notice and Service of Process, an Order of Reference to a Magistrate Judge, and Order regarding redactions, the Individual Practices of Judge Robert P. Patterson, Jr. and Electronic Case Filing Rules and Instructions herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations



Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1050-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION TEHRAN

Tehran – 23 May 2013

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

   **This public document**
2. **has been signed by** Edith Salamanca
3. **acting in the capacity of deputy head**
4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section Tehran

   **Certified**
5. **at Berne** 6. **the** 05 June 2013
7. **by** Fabio Leuenberger
   **functionary of the Swiss federal Chancellery**
8. **No** 010588
9. **Seal/stamp:** 10. **Signature**

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

شماره IE– ۱۰۵۰

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان جرمی لوین و دکتر لوسیل لوین علیه بانک نیویورک و غیره تحت پرونده شماره 09CV5900 (RPP) (MHD) ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می نماید. وزارت اطلاعات و امنیت ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله احضاریه به موجب اقامه دعوی شخص ثالث، پاسخ اصلاح شده طرفین جی پی مورگان چیس برای اصلاح دعوی متقابل نینفعان حکم صادره در پرونده هایزر همراه با دعوی های متقابل و اصلاح شده شخص ثالث علیه حکم صادره به نفع شاکیان ایران و طرفین انتقال پول از طریق حسابهای بانکی و ضمائم آن، و ترجمه پاسخ اصلاح شده و ضمائم اچ و آی به فارسی، یک قرار و حکم در رابطه با محرمانه بودن، و بایگانی مدارک به صورت مهر و موم شده و اصلاحات مربوط بدان، یک حکم مربوط به اعلان و جریان ابلاغ، یک حکم رجوع به قاضی، و یک حکم دررابطه با ویرایش ها، روال معمول کاری قاضی ربرت پی پترسون پسرو قوانین مربوط به بایگانی کردن پرونده بصورت الکترونیکی و دستورالعملها را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدرک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت، اطلاعیه دادخواست تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)

پیوست: ۱- احضاریه، شکایت، اطلاعیه دادخواست
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران