# GUNAY LAW, P.C.
57 West 16th Street, Third Floor
New York, New York 10011
Telephone: 646-331-9527 Facsimile: 212-983-1867

Petek Gunay, Esq.
pgunay@gunaylaw.com

**Via First Class Mail**

Hon. Robert P. Patterson, U.S.D.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

July 15, 2012

> RECEIVED
> JUL 17 2013
> CHAMBERS OF
> JUDGE ROBERT P. PATTERSON

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/17/13

*Re:*  ***Levin v. Bank of New York, et al.,***
***Case No. 09-CV-5900 (S.D.N.Y.)(RPP)***

Dear Judge Patterson:

    I am an attorney who is admitted to practice before the bar of this Court and I was formerly associated with the law firm of Salon Marrow Dyckman Newman & Broudy LLP ("Salon Marrow"), attorneys of record for Deborah Peterson, personal representative of the Estate of James C. Knipple, et al. (the "Peterson Parties") in the referenced action.  As I am no longer associated with Salon Marrow and I do not otherwise represent the Peterson Parties, I respectfully request that Your Honor issue an order permitting me to withdraw from this action and to be removed from its docket by so-ordering this letter.

    Thank you for your consideration.

Respectfully yours,

*/s/ Petek Gunay*
Petek Gunay

SO ORDERED

*/s/ Robert P. Patterson*
Hon. Robert P. Patterson, U.S.D.J.

July 17, 2013