## SHAUB, AHMUTY, CITRIN & SPRATT, LLP

ATTORNEYS AT LAW
1983 MARCUS AVENUE, SUITE 260
LAKE SUCCESS, NEW YORK 11042-1056
(516) 488-3300
Facsimile: (516) 488-2324

77 WATER STREET, SUITE 26
NEW YORK, NEW YORK 10005
(212) 599-8200
Facsimile: (212) 599-7765

Jeremy S. Rosof
jrosof@sacslaw.com

July 22, 2013



RECEIVED
JUL 22 2013
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**Via Facsimile**

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Levin v. Bank of New York, et al.;
Case No. 09-CV-5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

I am an attorney who is admitted to practice before the bar of this Court and I was formerly special counsel to the law firm of Stroock & Stroock & Lavan LLP ("Stroock"), attorneys for the Greenbaum and Acosta Judgment Creditors in the above-referenced action. Although I was previously terminated from the action (D.E. 370), I continue to be included on all of its ECF distributions. As my withdrawal is of record, I am no longer an employee of Stroock and do not otherwise represent the Greenbaum and Acosta Judgment Creditors in any capacity, I respectfully request that the Court direct the Clerk of Court to remove the undersigned from the Court's docket and ECF distribution/service list in this matter by so-ordering this letter.

I thank the Court for its courtesies.

Respectfully submitted,

*/s/ Jeremy S. Rosof*

Jeremy S. Rosof

SO ORDERED:

_____
Hon. Robert P. Patterson, U.S.D.J.

00650501.1

[handwritten endorsement, illegible]
7/23/13

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/13
```