UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Jeremy Levin et al                    Plaintiff,          Case No. 09-cv-5900 RPP-MHD

   -against-

Bank of New York et al                Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Anna Liza Robles Mercado**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AM0937       My State Bar Number is 4436549

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Wilson Elser Moskowitz Edelman & Dicker LLP
            FIRM ADDRESS: 200 Campus Drive, Florham Park, NJ 07932
            FIRM TELEPHONE NUMBER: 212-490-3000 x92505217
            FIRM FAX NUMBER: 212-490-3038

NEW FIRM:   FIRM NAME: Phillips Lytle LLP
            FIRM ADDRESS: The New York Times Building
                          620 Eighth Avenue, 23rd Floor
                          New York, New York 10018-1405
            FIRM TELEPHONE N: Tel. 212-759-4888
            FIRM FAX NUMBER: Fax. 212-308-9079

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 18, 2013

_____
ATTORNEY'S SIGNATURE