UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeremy Levin, et al.,

       Plaintiff,

-against-

Bank of New York, et al.

       Defendant.

09 cv 05900 ( RPP )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Drew A. Harker__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name: Drew A. Harker
Firm Name: Arnold & Porter LLP
Address: 555 Twelfth Street, N.W.
City / State / Zip: Washington, DC 20004
Telephone / Fax: (202)942-5022/202-942-5999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __United Overseas Bank Limited__ in the above entitled action;

*(upon paying the required fee to the Clerk of the Court)*

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/2/13

                [signature]
                United States District / ~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/13