BROWN GAVALAS & FROMM LLP
Attorneys for Third-Party Defendant
CENTRAL BANK OF NIGERIA
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,                          No. 09 Civ. 5900 (RPP)(MHD)

                    *Plaintiffs,*

        -against-

BANK OF NEW YORK, JP MORGAN CHASE,              **NOTICE OF APPEAL**
SOCIETE GENERALE and CITIBANK.

                    *Defendants*.
-------------------------------------------------------------X
                    *Truncated Caption*
-------------------------------------------------------------X

        Notice is hereby given that third-party defendant Central Bank of Nigeria ("CBN")

hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment

directing turnover of certain blocked assets originally in the account of the CBN to plaintiffs and

certain third-party defendants, entered in this action on the 10th day of October, 2013, and from

each and every part of that judgment with respect thereto.

Dated: New York, New York
        October 23, 2013

                                        BROWN GAVALAS & FROMM LLP
                                        Attorneys for Third-Party Defendant
                                        CENTRAL BANK OF NIGERIA

                        By:     /s/ David H. Fromm
                                David H. Fromm (DF-9334)
                                Patrick R. O'Mea (PO-0424)
                                355 Lexington Avenue
                                New York, New York 10017
                                (212) 983-8500