Patterson, P.

PUBLICLY FILED VERSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

JEREMY LEVIN and DR. LUCILLE LEVIN,

    Plaintiffs,

- against -

BANK OF NEW YORK, JP MORGAN CHASE, SOCIETE GENERALE, and CITIBANK,

    Defendants.

---

THE BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIETE GENERALE and CITIBANK, N.A.,

    Third-Party Plaintiffs,

- against -

STEVEN M. GREENBAUM (sued individually and as administrator of the estate of JUDITH GREENBAUM), et al.,

    Third-Party Defendants.

---

Case No. 09 Civ. 5900 (RPP)(MHD)

**STIPULATION AND ORDER**

**FILED UNDER SEAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiffs and third-party defendants Jeremy and Dr. Lucille Levin, Estate of Michael Heiser, and the Greenbaum and Acosta judgment creditors (together, the "Judgment Creditors"), and defendant Citibank, N.A. ("Citibank") as follows:

WHEREAS, certain judgment creditors of Iran have served Citibank with restraining orders and/or writs with respect to assets of The Republic of Iran or its agents or instrumentalities held by Citibank;

WHEREAS, Citibank has blocked certain wire transfers ("Blocked Assets") pursuant to Executive Orders issued by the President of the United States and regulations issued by the United States Department of the Treasury, Office of Foreign Assets Control ("OFAC");

WHEREAS, OFAC has granted licenses for certain of the Blocked Assets as set forth in the attached Schedule A (the "Licenses"), authorizing Citibank to release the proceeds of those Blocked Assets in accordance with the instructions contained therein;

WHEREAS, the Judgment Creditors agree that they do not assert, and will not assert, any claim to the Blocked Assets which are the subject of the Licenses and that all restraint, attachment and/or claim of any kind (whether legal or equitable) with respect to the those Blocked Assets only is henceforth null and void;

NOW, THEREFORE, absent a timely objection filed with the Court from any other party to this proceeding within five (5) days following the date of this Order, Citibank shall transfer the funds in accordance with and pursuant to the Licenses.

Dated: New York, New York
      May **4**, 2014

| DLA PIPER LLP (US) | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By:_____ | By: /s/ *[signature]* |
|    Dale K. Cathell, Esq. |    Sharon L. Schneier, Esq. |
|    Richard Kremen, Esq. |    Christopher J. Robinson, Esq. |
| The Marbury Building | 1633 Broadway, 27th floor |
| 6225 Smith Avenue | New York, New York 10019 |
| Baltimore, Maryland 21209-3600 | Tel: (212) 489-8230 |
| Tel: (410) 580-4122 | *Attorneys for Defendant Citibank N.A.* |
| Fax: (410) 580-3122 | |
| Fax: (212) 489-8340 | |
| *Attorneys for Plaintiffs* | |
| *Estate of Michael Heiser, et al.* | |

WHEREAS, Citibank has blocked certain wire transfers ("Blocked Assets") pursuant to Executive Orders issued by the President of the United States and regulations issued by the United States Department of the Treasury, Office of Foreign Assets Control ("OFAC");

WHEREAS, OFAC has granted licenses for certain of the Blocked Assets as set forth in the attached Schedule A (the "Licenses"), authorizing Citibank to release the proceeds of those Blocked Assets in accordance with the instructions contained therein;

WHEREAS, the Judgment Creditors agree that they do not assert, and will not assert, any claim to the Blocked Assets which are the subject of the Licenses and that all restraint, attachment and/or claim of any kind (whether legal or equitable) with respect to the those Blocked Assets only is henceforth null and void;

NOW, THEREFORE, absent a timely objection filed with the Court from any other party to this proceeding within five (5) days following the date of this Order, Citibank shall transfer the funds in accordance with and pursuant to the Licenses.

Dated: New York, New York
       May___, 2014

| | |
|---|---|
| DLA PIPER LLP (US) | DAVIS WRIGHT TREMAINE LLP |
| By:_____ | By:_____ |
|    Dale K. Cathell, Esq. |    Sharon L. Schneier, Esq. |
|    Richard Kremen, Esq. |    Christopher J. Robinson, Esq. |
| The Marbury Building | 1633 Broadway 27th floor |
| 6225 Smith Avenue | New York, New York 10019 |
| Baltimore, Maryland 21209-3600 | Tel: (212) 489-8230 |
| Tel: (410) 580-4122 | *Attorneys for Defendant Citibank N.A.* |
| Fax: (410) 580-3122 | |
| Fax: (212) 489-8340 | |
| *Attorneys for Plaintiffs* | |
| *Estate of Michael Heiser, et al* | |

DWT 24172213v1 0087186-000015

HOWARTH & SMITH

By: *[signature]*
Suzelle Smith, Esq.
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
Tel: (213) 955-9400
Fax: (213) 622-0791
*Attorneys for Plaintiffs*
*Jeremy Levin and Lucille Levin*

STROOCK & STROOCK & LAVAN LLP

By:_____
Curt Mechling, Esq.
Ben Weathers-Lowin, Esq.
180 Maiden Lane
New York, New York 10038
Tel: 212-806-5614
Fax: 212-806-2614
*Attorneys for Plaintiffs*
*The Greenbaum and Acosta Judgment Creditors*

SO ORDERED

*[signature]*
Hon. Robert P. Patterson, U.S.D.J.

June 9, 2014

HOWARTH & SMITH

By:_____
   Suzelle Smith, Esq.
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
Tel: (213) 955-9400
Fax: (213) 622-0791
*Attorneys for Plaintiffs*
*Jeremy Levin and Lucille Levin*

STROOCK & STROOCK & LAVAN LLP

By:_____
   Curt Mechling, Esq.
   Ben Weathers-Lowin, Esq.
180 Maiden Lane
New York, New York 10038
Tel: 212-806-5614
Fax: 212-806-2614
*Attorneys for Plaintiffs*
*The Greenbaum and Acosta Judgment Creditors*

**SO ORDERED**

_____
Hon. Robert P. Patterson, U.S.D.J.

# SCHEDULE A



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-2013-300631-1

Citibank
201 S. Biscayne Boulevard
Suite 600
Miami, FL 33131

Attn: Francisco Rapp

Reference is made to the following blocked funds transfer:

| | |
|---|---|
| Originator: | REDACTED |
| Originating Bank: | Citibank NA Manama |
| Value Date: | 11/06/2012 |
| Amount: | $181,301.70 |
| Beneficiary Bank: | REDACTED |
| Beneficiary: | |

Citibank N.A Manama blocked this transfer pursuant to U.S. sanctions administered by the Office of Foreign Assets Control ("OFAC"). OFAC has carefully reviewed the information presented and otherwise available to it in connection with this transfer and has determined that Citibank N.A Manama is authorized to return the funds to the originator or originating financial institution.

Sincerely,

*[signature]*

3/24/2014

Jeanette Jaeggi                                   Date
Chief, Licensing Division
Office of Foreign Assets Control

cc:       REDACTED



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-2013-300752-1

Citibank, N.A.
201 S. Biscayne Boulevard
Suite 600
Miami, FL 33131

Attn: Francisco Rapp

Reference is made to the following blocked funds transfer:

|  |  |  |
|---|---|---|
| Originator: | | REDACTED |
| Originating Bank: | | |
| Value Date: | 12/05/2012 | |
| Amount: | $2,145.35 | |
| Beneficiary Bank: | | REDACTED |
| Beneficiary: | | |

Citibank, N.A. blocked this transfer pursuant to U.S. sanctions administered by the Office of Foreign Assets Control ("OFAC"). OFAC has carefully reviewed the information presented and otherwise available to it in connection with this transfer and has determined that Citibank, N.A. is authorized to return the funds to the originator or originating financial institution.

Sincerely,

04/10/2014

Jeanette Jaeggi                                      Date
Chief, Licensing Division
Office of Foreign Assets Control

cc:         REDACTED



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-2013-303862-1

Citibank, N.A.
201 S. Biscayne Boulevard
Suite 600
Miami, Florida 33131

Attn: Francisco Rapp

Reference is made to the following blocked funds transfer:

| | |
|---|---|
| Originator: | REDACTED |
| Originating Bank: | |
| Value Date: | 05/17/2013 |
| Amount: | $488,462.56 |
| Beneficiary Bank: | REDACTED |
| Beneficiary: | |

Citibank, N.A. blocked this transfer pursuant to U.S. sanctions administered by the Office of Foreign Assets Control ("OFAC"). OFAC has carefully reviewed the information presented and otherwise available to it in connection with this transfer and has determined that Citibank, N.A. is authorized to return the funds to the originator or originating financial institution.

Section 560.555 of the Iranian Transactions and Sanctions Regulations, 31 C.F.R. Part 560 (the "ITSR") states that permitted activities designed to wind down existing contracts entered into by parties now subject to 560.215 provided that such transactions were completed by March 8, 2013. Because this transaction took place after March 8, 2013 the beneficiary requires a specific license to receive funds. The beneficiary may submit an application for a specific license under 560.555 through our online system at www.treasury.gov/resource-center/sanctions/Pages/licensing.aspx. If the beneficiary is unable to use the online system, a new application may be submitted by mail to the Office of Foreign Assets Control's Licensing Division.

Sincerely,

*[signature]*

3/24/2014

Jeanette A. Jaeggi                                     Date
Chief, Licensing Division
Office of Foreign Assets Control

cc:       REDACTED



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-2013-303864-1

Citibank, N.A.
201 S. Biscayne Boulevard
Suite 600
Miami, Florida 33131

Attn: Francisco Rapp

Reference is made to the following blocked funds transfer:

|  |  |  |
|---|---|---|
| Originator: | REDACTED | |
| Originating Bank: | | |
| Value Date: | 05/29/2013 | |
| Amount: | $646,808.91 | |
| Beneficiary Bank: | | REDACTED |
| Beneficiary: | | |

Citibank, N.A. blocked this transfer pursuant to U.S. sanctions administered by the Office of Foreign Assets Control ("OFAC"). OFAC has carefully reviewed the information presented and otherwise available to it in connection with this transfer and has determined that Citibank, N.A. is authorized to return the funds to the originator or originating financial institution.

Section 560.555 of the Iranian Transactions and Sanctions Regulations, 31 C.F.R. Part 560 (the "ITSR") states that permitted activities designed to wind down existing contracts entered into by parties now subject to 560.215 provided that such transactions were completed by March 8, 2013. Because this transaction took place after March 8, 2013 the beneficiary requires a specific license to receive funds. The beneficiary may submit an application for a specific license under 560.555 through our online system at www.treasury.gov/resource-center/sanctions/Pages/licensing.aspx. If the beneficiary is unable to use the online system, a new application may be submitted by mail to the Office of Foreign Assets Control's Licensing Division.

Sincerely,

*[signature]*    3/24/2014

Jennette A. Jaeggi    Date
Chief, Licensing Division
Office of Foreign Assets Control

cc:    REDACTED



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-2013-303865-1

Citibank, N.A
201 S. Biscayne Boulevard
Suite 600
Miami, Florida 33131

Attn: Francisco Rapp

Reference is made to the following blocked funds transfer:

| | | |
|---|---|---|
| Originator: | | REDACTED |
| Originating Bank: | | |
| Value Date: | 06/14/2013 | |
| Amount: | $345,739.84 | |
| Beneficiary Bank: | | REDACTED |
| Beneficiary: | | |

Citibank, N.A. blocked this transfer pursuant to U.S. sanctions administered by the Office of Foreign Assets Control ("OFAC"). OFAC has carefully reviewed the information presented and otherwise available to it in connection with this transfer and has determined that Citibank, N.A. is authorized to return the funds to the originator or originating financial institution.

Section 560.555 of the Iranian Transactions and Sanctions Regulations, 31 C.F.R. Part 560 (the "ITSR") states that permitted activities designed to wind down existing contracts entered into by parties now subject to 560.215 provided that such transactions were completed by March 8, 2013. Because this transaction took place after March 8, 2013 the beneficiary requires a specific license to receive funds. The beneficiary may submit an application for a specific license under 560.555 through our online system at www.treasury.gov/resource-center/sanctions/Pages/licensing.aspx. If the beneficiary is unable to use the online system, a new application may be submitted by mail to the Office of Foreign Assets Control's Licensing Division.

Sincerely,

*[signature]*                                3/24/2014

_____        _____
Jeanette A. Jaeggi                              Date
Chief, Licensing Division
Office of Foreign Assets Control

cc:        REDACTED



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-2013-306320-1

Citibank, N.A.
201 S. Biscayne Boulevard
Suite 600
Miami, FL 33131

Attn: Francisco Rapp

Reference is made to the following blocked funds transfer:

| | | |
|---|---|---|
| Originator: | | REDACTED |
| Originating Bank: | | |
| Value Date: | 11/30/2012 | |
| Amount: | $100.00 | |
| Beneficiary Bank: | | REDACTED |
| Beneficiary: | | |

Citibank, N.A. blocked this transfer pursuant to U.S. sanctions administered by the Office of Foreign Assets Control ("OFAC"). OFAC has carefully reviewed the information presented and otherwise available to it in connection with this transfer and has determined that Citibank, N.A. is authorized to return the funds to the originator or originating financial institution.

Sincerely,

*[signature]*                                                04/22/2014

Jeanette Jaeggi                                              Date
Chief, Licensing Division
Office of Foreign Assets Control

cc:        REDACTED



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-2014-308454-1

Citibank
201 S. Biscayne Boulevard
Suite 600
Miami, FL 33131

Attn: Francisco Rapp

Reference is made to the following blocked funds transfer:

| | |
|---|---|
| Originator: | REDACTED |
| Originating Bank: | |
| Value Date: | 12/30/2013 |
| Amount: | $80.00 |
| Beneficiary Bank: | REDACTED |
| Beneficiary: | |

Citibank blocked this transfer pursuant to U.S. sanctions administered by the Office of Foreign Assets Control ("OFAC"). OFAC has carefully reviewed the information presented and otherwise available to it in connection with this transfer and has determined that Citibank is authorized to return the funds to the originator or originating financial institution.

Sincerely,

*[signature]*

Jeanette Jaeggi
Chief, Licensing Division
Office of Foreign Assets Control

04/18/2014

Date

cc: REDACTED



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

License No. IA-2014-308935-1

Citibank
201 S. Biscayne Boulevard
Suite 600
Miami, FL 33131

Attn: Francisco Rapp

Reference is made to the following blocked funds transfer:

|  |  |
|---|---|
| Originator: | REDACTED |
| Originating Bank: |  |
| Value Date: | 08/23/2012 |
| Amount: | $10,727.76 |
| Beneficiary Bank: | REDACTED |
| Beneficiary: |  |

Citibank blocked this transfer pursuant to U.S. sanctions administered by the Office of Foreign Assets Control ("OFAC"). OFAC has carefully reviewed the information presented and otherwise available to it in connection with this transfer and has determined that Citibank is authorized to return the funds to the originator or originating financial institution.

Sincerely,

04/22/2014

Jeanette Jaeggi                                    Date
Chief, Licensing Division
Office of Foreign Assets Control

cc:       REDACTED