# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900
FAX +1 202 664 1920

**MEMO ENDORSED**



NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI
CAYMAN ISLANDS
BVI

June 19, 2014

**BY FACSIMILE**

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/14

Re: Levin v. Bank of New York, et al.
Case No. 09 Civ. 5900

Dear Judge Patterson:

We represent third-party defendant ███████████ in the above-referenced action. We write to respectfully request a one-day extension of ███ deadline to file its opposition papers to those submitted by the Judgment Creditors, styled as motion for partial summary judgment. ███ papers are currently due Monday, June 23, 2014, and thus if this request were to be granted would be due Tuesday, June 24.

As the Court may recall, ███ is ███████████████████ dedicated to improving and advancing ███. Among its other responsibilities, it organized and oversaw ███████████████████████████████████, and it remains deeply involved in ███████████████.

As a result, ███ key personnel are heavily engaged in ███, away from their offices in ███████. In order to facilitate their full participation in

The Honorable Robert P. Patterson
June 19, 2014
Page 2

the litigation, it would be helpful if the Court would permit the one-day extension described above. ▆▆▆▆▆ would of course request that the Judgment Creditors' reply deadline also be extended by one day, from July 7 to July 8, to avoid shortening their response time.

Counsel for the Greenbaum and Acosta Judgment Creditors have no objection to this request. We have reached out to counsel for the Levin and Heiser Judgment Creditors but have not yet received a response (we note that counsel for the Levin Judgment Creditors are on the West Coast, and thus three hours behind New York time). If either notes an objection we will telephone chambers and, if the Court so directs, follow up with a confirming letter.

Please find enclosed a redacted copy of this letter, which will be served on all counsel of record consistent with the Court's rules of practice.

Respectfully submitted,

*[signature]*

Eric J. Snyder
+1 202 664 1904

Scott K. McCulloch
+1 202 664 1943

Encl.

cc:  Counsel to Citibank N.A. (by electronic mail)
     Counsel to the Greenbaum and Acosta judgment creditors (by electronic mail)
     Counsel to the Levin judgment creditors (by electronic mail)
     Counsel to the Heiser judgment creditors (by electronic mail)
     All Counsel of Record (redacted version by electronic mail)