UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>        Plaintiffs,<br><br>   -v-<br><br>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE, and CITIBANK, N.A.<br><br>        Defendants.<br><hr>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE, and CITIBANK, N.A.<br><br>        Third-Party Plaintiffs,<br><br>   -v-<br><br>STEVEN M. GREENBAUM, *et al*.<br><br>        Third-Party Defendants. | (FILED PARTIALLY UNDER SEAL DUE TO CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER)<br><br>Civ. No. 09 CV 5900 (RPP) (MHD)<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT PURSUANT TO F.R.C.P. 15(d)** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and

the Declaration of Suzelle M. Smith dated June 23, 2014, Plaintiffs Jeremy Levin and Dr.

Lucille Levin hereby move this Court, before the Honorable Robert P. Patterson, Jr.

United States District Judge for the Southern District of New York, at the United States

2

Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be

determined by the Court, in Courtroom 24A, for an Order granting Plaintiffs leave to file

a Supplemental Complaint pursuant to Rule 15(d) of the Federal Rules of Civil

Procedure, and granting such other and further relief as this Court deems just and proper.

Dated:  June 23, 2014                        HOWARTH & SMITH


By:     /s/ Suzelle M. Smith_____
        Suzelle M. Smith
        Don Howarth
        523 West Sixth Street, Suite 728
        Los Angeles, California 90014
        (213) 955-9400
        ssmith@howarth-smith.com

        *Attorneys for Plaintiffs*
        *Jeremy Levin and Dr. Lucille Levin*