# HOWARTH & SMITH
ATTORNEYS AT LAW
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CALIFORNIA 90014
TELEPHONE: (213) 955-9400
FAX: (213) 622-0791
www.howarth-smith.com

June 27, 2014

**SUZELLE M. SMITH**

SSmith@howarth-smith.com
Direct Line: (213) 955-9400 Ext. 111

**VIA FACSIMILE AND ECF**
**(212) 805-7917**

Honorable Robert P. Patterson, Jr.
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007

    Re:   *Levin v. Bank of New York, et al.*, Case No. 09 CV 5900 (RPP)

Dear Judge Patterson:

    We represent the Levin Judgment Creditors in the above-referenced action and write on behalf of the parties previously identified in these proceedings as the Levin, Greenbaum, Acosta, and Heiser Judgment Creditors (collectively, the "Judgment Creditors").

    The Court previously set a briefing schedule for formal submissions with respect to the turnover of the single Phase Two asset claimed by the Judgment Creditors and third-party defendant [REDACTED]. Per the Court's briefing schedule, the Judgment Creditors filed their Renewed Motion for Partial Summary Judgment on June 2, 2014. The [REDACTED] obtained a one-day extension of their deadline to file any opposing papers, and on June 24, 2014, filed a Motion for Summary Judgment and Opposition to Judgment Creditors' Motion for Partial Summary Judgment.

    The Court then took the Oral Argument of July 11, 2014 off calendar, to be reset for a later date.

    The Judgment Creditors' deadline to file any reply in support of their Renewed Motion for Partial Summary Judgment is currently July 7, 2014. In light of the Court's rescheduling of the Oral Argument and the [REDACTED] decision to file a cross-Motion for Summary Judgment, requiring additional briefing and factual responses by the Judgment

Honorable Robert P. Patterson, Jr.
June 27, 2014
Page 2

Creditors, the Judgment Creditors hereby request an extension of time of fourteen (14) days to respond to the issues raised in ▮ motion. The Judgment Creditors' brief would then be due on July 21, 2014.

     Counsel for the ▮ has no objection to this request. This is the Judgment Creditors' first extension of time with regard to the briefing on the ▮ Asset.

     I therefore respectfully request that the Court approve the Judgment Creditors' request for an extension of time to file their Reply in support of their Renewed Motion for Partial Summary Judgment and opposition to the ▮ Motion for Summary Judgment by fourteen (14) days, from July 7, 2014 to July 21, 2014.

                        Respectfully submitted,

                        Suzelle M Smith

SMS:cf

cc:    All counsel of record (by ECF with redaction)
        Counsel for affected parties (by electronic mail without redaction)

11:L7553002.doc