# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM



JUDGE ROBE... ...TTERSON

July 9, 2014

<u>Via Email</u>

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/14

  Re: <u>Levin et al. v. Bank of New York et al.</u>, 09-cv-5900 (RPP)(MHD)

Dear Judge Patterson:

  We represent defendants JPMorgan Chase Bank, N.A. ("JPMCB") and The Bank of New York Mellon in this litigation. On behalf of JPMCB, I enclose a proposed order regarding six once-blocked accounts, referred to as the "ASM Blocked Accounts," involving the company Associated Shipbroking A.S.M. ("ASM," also known as Associated Shipbroking Monaco), a Monaco-based shipping company.

  JPMCB blocked the wire transfers underlying the ASM Blocked Accounts because the United States State Department had at the time of the transfers imposed sanctions against ASM under the Iran Sanctions Act, and the Office of Foreign Asset Controls ("OFAC") of the United States Treasury Department had placed ASM on its list of Specially Designated Nationals ("SDN"). The State Department lifted the sanctions against ASM on February 7, 2014, and OFAC removed ASM from the SDN list as of February 20, 2014, at which point OFAC authorized JPMCB to release the funds in the ASM Blocked Accounts.

  ASM has since then requested that JPMCB release those funds to ASM, and JPMCB has agreed to do so subject to certain conditions, the principal one being the entry of the enclosed proposed order. The order, among other things, grants JPMCB a discharge as to the ASM Blocked Accounts and nullifies any writs of execution that would otherwise apply to the accounts. The order has previously been shared with counsel for all the relevant judgment creditor groups, and any comments counsel had had to the original draft of the order have been incorporated into the current version. All counsel accordingly consent to the entry of the order.

  Although the order itself is not confidential and need not be redacted, the details of the ASM Blocked Accounts, set forth in Exhibit B to the order, are confidential. We have

Hon. Robert P. Patterson
July 9, 2014
Page 2

accordingly provided the Court with two versions of the order, one of which includes a redacted Exhibit B and may be publicly filed, and the other of which includes an unredacted Exhibit B and should be filed under seal.

    We thank the Court for its consideration and are available to answer any questions that the Court may have regarding the proposed order.

Respectfully,

Steven B. Feigenbaum

cc:     All Counsel of Record
       (by email, w/enclosures)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,      :     (FILED PARTIALLY UNDER
                                         :     SEAL PURSUANT TO ORDER
                        *Plaintiffs*,    :     DATED JANUARY 21, 2010)
                                         :
        -against-                        :     Case No. 09 Civ. 5900 (RPP) (MHD)
                                         :
BANK OF NEW YORK, JPMORGAN               :     **ORDER PROVIDING**
CHASE, SOCIETE GENERALE and              :     **DISCHARGE AS TO SELECT**
CITIBANK,                                :     **BLOCKED ACCOUNTS**
                                         :
                        *Defendants*.    :
----------------------------------------------------------X
          *Truncated Caption*            :
----------------------------------------------------------X

WHEREAS, since the time of the entry on October 31, 2013 of the turnover judgment and order in Phase Three of this action, plaintiffs Jeremy Levin and Dr. Lucille Levin (collectively, the "Levin Judgment Creditors"), on behalf of themselves and third-party defendants Steven Greenbaum, *et al.* (the "Greenbaum Judgment Creditors"), Carlos Acosta, *et al.* (the "Acosta Judgment Creditors"), and the Estate of Michael Heiser, *et al.* (the "Heiser Judgment Creditors") (collectively, the "Judgment Creditors"[1]), have obtained further discovery from defendants, including JPMorgan Chase Bank, N.A. ("JPMCB"), regarding blocked accounts established upon the blocking of certain wire transfers pursuant to Iranian sanctions regulations; and

WHEREAS, the blocked accounts that JPMCB disclosed to the Judgment Creditors include six accounts (the "ASM Blocked Accounts"), identified in the confidential schedule annexed as Exhibit B, whose underlying wire transfers were blocked because one of the parties to each such wire transfer was Associated Shipbroking S.A.M. ("ASM"), a Monaco-based shipping company on which the United States State Department had at the time of the transfers

---

[1] The Judgment Creditors are specifically identified in Exhibit A hereto.

imposed sanctions under the Iran Sanctions Act, and which the Office of Foreign Asset Controls ("OFAC") of the United States Treasury Department had placed on its list of Specially Designated Nationals ("SDN"); and

WHEREAS, the State Department lifted the sanctions against ASM on February 7, 2014, and OFAC removed ASM from the SDN list as of February 20, 2014, at which point OFAC authorized JPMC to release the funds in the ASM Blocked Accounts; and

WHEREAS, ASM has since then requested that JPMCB release the funds in the ASM Blocked Accounts to ASM, and JPMCB intends to comply with that request upon the entry of this Order and JPMCB's entry into a separate agreement with ASM; and

WHEREAS, JPMCB has informed the Judgment Creditors of ASM's removal from OFAC's SDN list, the State Department's lifting of sanctions against ASM, and ASM's request of JPMCB to have the funds in the ASM Blocked Accounts paid to ASM; and

WHEREAS, based upon the foregoing, the Judgment Creditors have stated that they have no objection to the release to ASM of the funds in the ASM Blocked Accounts;

NOW, THEREFORE, it is hereby ordered as follows:

1. The Court hereby finds or reaffirms the facts set forth in the preceding "WHEREAS" clauses and incorporates those facts herein by reference.

2. Any and all claims, rights and interests that the Judgment Creditors ever had, now have or may hereafter have in or to any one or more of the ASM Blocked Accounts are hereby relinquished, surrendered, terminated and extinguished with prejudice.

3. All writs of execution, notices of pending action, restraining notices and other judgment enforcement devices that the Judgment Creditors have served on or delivered to JPMCB, to the extent they would or might otherwise apply or attach to the ASM Blocked

Accounts, shall be deemed null and void as to the ASM Blocked Accounts; provided, however, that this provision shall not vacate or nullify any such writ of execution, notice of pending action, restraining notice or other judgment enforcement device of the Judgment Creditors that applies to any other assets, held at JPMCB, that have been blocked pursuant to Iranian sanctions regulations.

4. JPMCB is hereby discharged from any liability or obligation to the Judgment Creditors and any other person or entity, of any kind whatsoever, with respect to any one or more of the ASM Blocked Accounts.

5. This Order is tantamount to a final judgment, within the meaning of Rule 54(b) of the Federal Rules of Civil Procedure, with respect to (i) the Judgment Creditors' claims to, rights to or interest in the ASM Blocked Accounts; and (ii) the discharge of JPMCB from any liability or obligation to the Judgment Creditors, of any kind whatsoever, as to the ASM Blocked Accounts.

6. This Order shall be filed under seal, but a redacted version of the Order, redacted to eliminate account numbers, confidential names and any dollar amounts held in particular accounts, shall be electronically filed by counsel for JPMCB.

Dated: New York, New York
July 7, 2014

SO ORDERED

_____
Robert P. Patterson, Jr. [Part I] Ted S. Ratoff
United States District Judge

3

# EXHIBIT A

## JUDGMENT CREDITORS

| JUDGMENT CREDITOR GROUP | PLAINTIFF |
|---|---|
| Levin Plaintiffs and Judgment Creditors | Jeremy Levin |
| Levin Plaintiffs and Judgment Creditors | Dr. Lucille Levin |
| Greenbaum Judgment Creditors | Steven M. Greenbaum (on his own behalf and as Administrator of the Estate of Judith (Shoshana) Lillian Greenbaum) |
| Greenbaum Judgment Creditors | Alan D. Hayman |
| Greenbaum Judgment Creditors | Shirlee Hayman |
| Acosta Judgment Creditors | Carlos Acosta |
| Acosta Judgment Creditors | Maria Acosta |
| Acosta Judgment Creditors | Tova Ettinger |
| Acosta Judgment Creditors | The Estate of Irving Franklin |
| Acosta Judgment Creditors | The Estate of Irma Franklin |
| Acosta Judgment Creditors | Baruch Kahane |
| Acosta Judgment Creditors | Libby Kahane (on her own behalf and as Administratrix of the Estate of Meir Kahane) |
| Acosta Judgment Creditors | Ethel J. Griffin (as Administratrix of the Estate of Binyamin Kahane) |
| Acosta Judgment Creditors | Norman Kahane (on his own behalf and as Executor of the Estate of Sonia Kahane) |
| Acosta Judgment Creditors | Ciporah Kaplan |
| Heiser Judgment Creditors | The Estate of Michael Heiser, deceased |
| Heiser Judgment Creditors | Gary Heiser |
| Heiser Judgment Creditors | Francis Heiser |
| Heiser Judgment Creditors | The Estate of Leland Timothy Haun, deceased |
| Heiser Judgment Creditors | Ibis S. Haun |
| Heiser Judgment Creditors | Milagritos Perez-Dalis |
| Heiser Judgment Creditors | Senator Haun |
| Heiser Judgment Creditors | The Estate of Justin R. Wood, deceased |
| Heiser Judgment Creditors | Richard W. Wood |
| Heiser Judgment Creditors | Kathleen M. Wood |
| Heiser Judgment Creditors | Shawn M. Wood |
| Heiser Judgment Creditors | The Estate of Earl F. Cartrette, Jr., deceased |
| Heiser Judgment Creditors | Denise M. Eichstaedt |
| Heiser Judgment Creditors | Anthony W. Cartrette |
| Heiser Judgment Creditors | Lewis W. Cartrette |
| Heiser Judgment Creditors | The Estate of Brian McVeigh, deceased |
| Heiser Judgment Creditors | Sandra M. Wetmore |
| Heiser Judgment Creditors | James V. Wetmore |
| Heiser Judgment Creditors | the Estate of Millard D. Campbell, deceased |
| Heiser Judgment Creditors | Marie R. Campbell |
| Heiser Judgment Creditors | Bessie A. Campbell |
| Heiser Judgment Creditors | The Estate of Kevin J. Johnson, deceased |

| | |
|---|---|
| Heiser Judgment Creditors | Shyrl L. Johnson |
| Heiser Judgment Creditors | Che G. Colson |
| Heiser Judgment Creditors | Kevin Johnson, a minor, by his legal guardian Shyrl L. Johnson |
| Heiser Judgment Creditors | Nicholas A. Johnson, a minor, by his legal guardian Shyrl L. Johnson |
| Heiser Judgment Creditors | Laura E. Johnson |
| Heiser Judgment Creditors | Bruce Johnson |
| Heiser Judgment Creditors | The Estate of Joseph E. Rimkus, deceased |
| Heiser Judgment Creditors | Bridget Brooks |
| Heiser Judgment Creditors | James R. Rimkus |
| Heiser Judgment Creditors | Anne M. Rimkus |
| Heiser Judgment Creditors | The Estate of Brent E. Marthaler, deceased |
| Heiser Judgment Creditors | Katie L. Marthaler |
| Heiser Judgment Creditors | Sharon Marthaler |
| Heiser Judgment Creditors | Herman C. Marthaler III |
| Heiser Judgment Creditors | Matthew Marthaler |
| Heiser Judgment Creditors | Kirk Marthaler |
| Heiser Judgment Creditors | The Estate of Thanh Van Nguyen, deceased |
| Heiser Judgment Creditors | Christopher R. Nguyen |
| Heiser Judgment Creditors | The Estate of Joshua E. Woody, deceased |
| Heiser Judgment Creditors | Dawn Woody |
| Heiser Judgment Creditors | Bernadine R. Beekman |
| Heiser Judgment Creditors | George M. Beekman |
| Heiser Judgment Creditors | Tracy M. Smith |
| Heiser Judgment Creditors | Jonica L. Woody |
| Heiser Judgment Creditors | Timothy Woody |
| Heiser Judgment Creditors | The Estate of Peter J. Morgera, deceased |
| Heiser Judgment Creditors | Michael Morgera |
| Heiser Judgment Creditors | Thomas Morgera |
| Heiser Judgment Creditors | The Estate of Kendall Kitson, Jr., deceased |
| Heiser Judgment Creditors | Nancy R. Kitson |
| Heiser Judgment Creditors | Kendall K. Kitson |
| Heiser Judgment Creditors | Steve K. Kitson |
| Heiser Judgment Creditors | Nancy A. Kitson |
| Heiser Judgment Creditors | The Estate of Christopher Adams, deceased |
| Heiser Judgment Creditors | Catherine Adams |
| Heiser Judgment Creditors | John E. Adams |
| Heiser Judgment Creditors | Patrick D. Adams |
| Heiser Judgment Creditors | Michael T. Adams |
| Heiser Judgment Creditors | Daniel Adams |
| Heiser Judgment Creditors | Mary Young |
| Heiser Judgment Creditors | Elizabeth Wolf |
| Heiser Judgment Creditors | William Adams |
| Heiser Judgment Creditors | The Estate of Christopher Lester, deceased |

EAST\60710046.1

| Heiser Judgment Creditors | Cecil H. Lester |
|---|---|
| Heiser Judgment Creditors | Judy Lester |
| Heiser Judgment Creditors | Cecil H. Lester, Jr. |
| Heiser Judgment Creditors | Jessica F. Lester |
| Heiser Judgment Creditors | The Estate of Jeremy A. Taylor, deceased |
| Heiser Judgment Creditors | Lawrence E. Taylor |
| Heiser Judgment Creditors | Vickie L. Taylor |
| Heiser Judgment Creditors | Starlina D. Taylor |
| Heiser Judgment Creditors | The Estate of Patrick P. Fennig, deceased |
| Heiser Judgment Creditors | Thaddeus C. Fennig |
| Heiser Judgment Creditors | Catherine Fennig |
| Heiser Judgment Creditors | Paul D. Fennig |
| Heiser Judgment Creditors | Mark Fennig |

EAST\60710646.1

# EXHIBIT B

