

1633 Broadway
27th Floor
New York, NY 10019-6708

Christopher Robinson
212.603.6441 tel
212.379.5248 fax

chrisrobinson@dwt.com



July 10, 2014

**VIA FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/14
```

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

Re: *Levin v. Bank of New York, et al.* – 09 Civ. 5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

We represent defendant/third-party plaintiff Citibank, N.A. ("Citibank") in the above-captioned proceeding. We write on behalf of all three of the defendant banks ("Defendants") to request a brief extension of their time to respond to Plaintiffs' Motion for Leave to File a Supplemental Complaint (the "Motion").

The Defendants' response to the Motion is due today, July 10, 2014. The Defendants request a one week extension of their time to respond to the Motion until Thursday, July 17, 2014. Plaintiffs have consented to the proposed extension. This is the Defendants' first request for an extension on the Motion.

Respectfully submitted,

*/s/ signature/*

Christopher J. Robinson

CJR/lp

cc: To All Counsel (via email)

*Application Granted. So Ordered.*

*/s/ Robert P. Patterson*
USDJ
7-11-14

DWT 24444936v1 0067486-000015

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com