

# Davis Wright Tremaine LLP

1633 Broadway
27th Floor
New York, NY 10019-6708

Christopher Robinson
212.603.6400 tel
212.379.5244 fax
chrisrobinson@dwt.com

July 16, 2014

**VIA FACSIMILE**

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

Re: <u>Levin v. Bank of New York, et al. – 09 Civ. 5900 (RPP) (S.D.N.Y.)</u>

Dear Judge Patterson:

    We represent defendant/third-party plaintiff Citibank, N.A. ("Citibank") in the above-captioned proceeding. We write on behalf of all three of the defendant banks ("Defendants") to request a further brief extension of their time to respond to Plaintiffs' Motion for Leave to File a Supplemental Complaint (the "Motion").

    The Defendants' response to the Motion is currently due July 17, 2014. Defendants are in discussions with the Plaintiffs to establish appropriate procedures for any interpleader proceeding that may arise from the proposed Supplemental Complaint. Defendants' response to the Motion may depend upon the result of those discussions. Because Plaintiffs' counsel have requested additional time to consult with their clients on this issue, they have agreed that Defendants should seek a further two week extension of their time to respond to the Motion until Thursday, July 31, 2014. This is the Defendants' second request for an extension on the Motion.

Respectfully submitted,

Christopher J. Robinson

CJR/lp

cc: To All Counsel (via email)

*Application Granted. So Ordered.*
*USDJ*
*Part I*
*7-16-14*

DWT 24475158v1 0067486-000015

Anchorage  New York  Seattle
Bellevue   Portland  Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/14

RECEIVED JUL 18 2014 CHAMBERS OF JUDGE ROBERT P. PATTERSON