

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 29, 2014

By ECF
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    *Levin v. Bank of New York, et al.*,
                  **09 Civ. 5900 (RPP)**

Dear Judge Patterson:

      I write respectfully to supplement and clarify this Office's letter of July 24, 2014, which the Court "memo endorsed" today, concerning the Government's possible filing of a Statement of Interest pursuant to 28 U.S.C. § 517 in this matter. The Government is actively considering whether to file a Statement of Interest that would address issues raised in a motion for summary judgment that I understand is scheduled to be argued on August 21, 2014.

      As before, thank you for your consideration of the Government's potential submission.

                      Respectfully,

                      PREET BHARARA
                      United States Attorney

            By:    /s/ David S. Jones
                    DAVID S. JONES
                    Assistant U.S. Attorney
                    Telephone: (212) 637-2739
                    Fax: (212) 637-2730

cc: All counsel via ECF notification