UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JEREMY LEVIN and LUCILLE LEVIN,

        Plaintiffs,

        -against-

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK, N.A.,

        Defendants.
_____

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE BANK, N.A.,
SOCIETE GENERALE and CITIBANK, N.A.,

        Third-Party Plaintiffs,

        -against-

STEVEN M. GREENBAUM, et al.,

        Third-Party Defendants.
_____

Case No. 09 Civ. 5900 (RPP)

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of GREGORY P. FEIT, an associate at the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case as counsel for defendant/third-party plaintiff THE BANK OF NEW YORK MELLON.

    I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
July 31, 2014

        LEVI LUBARSKY & FEIGENBAUM LLP

        By: s/ Gregory P. Feit
            Gregory P. Feit
        1185 Avenue of the Americas, 17th Floor
        New York, New York 10036
        Tel. (212) 308-6100
        gfeit@llf-law.com

        Attorneys for Defendant/Third-Party
        Plaintiff The Bank of New York Mellon

TO:  All Counsel (via ECF)