UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| JEREMY LEVIN and LUCILLE LEVIN, | Case No. 09 Civ. 5900 (RPP) |
| Plaintiffs, | |
| -against- | |
| BANK OF NEW YORK, JP MORGAN CHASE, SOCIETE GENERALE and CITIBANK, N.A., | NOTICE OF APPEARANCE |
| Defendants. | |

_____

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE BANK, N.A.,
SOCIETE GENERALE and CITIBANK, N.A.,

        Third-Party Plaintiffs,

    -against-

STEVEN M. GREENBAUM, et al.,

        Third-Party Defendants.
_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of GREGORY P. FEIT, an associate at the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case as counsel for defendant/third-party plaintiff JPMORGAN CHASE BANK, N.A.

    I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 31, 2014

                                        LEVI LUBARSKY & FEIGENBAUM LLP

                                        By:  s/ Gregory P. Feit
                                              Gregory P. Feit
                                        1185 Avenue of the Americas, 17th Floor
                                        New York, New York 10036
                                        Tel. (212) 308-6100
                                        gfeit@llf-law.com

                                        Attorneys for Defendant/Third-Party
                                        Plaintiff JPMorgan Chase Bank, N.A.

TO:  All Counsel (via ECF)