UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

JEREMY LEVIN and LUCILLE LEVIN,

                Plaintiffs,

           -against-

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK, N.A.,

                Defendants.
———————————————————————

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE BANK, N.A.,
SOCIETE GENERALE and CITIBANK, N.A.,

                Third-Party Plaintiffs,

           -against-

STEVEN M. GREENBAUM, et al.,

                Third-Party Defendants.
———————————————————————

Case No. 09 Civ. 5900 (RPP)

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter the appearance of STEVEN B. FEIGENBAUM, a member of the firm of

LEVI LUBARSKY & FEIGENBAUM LLP, in this case as counsel for defendant/third-party

plaintiff JPMORGAN CHASE BANK, N.A.

      I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
        July 31, 2014

                                        LEVI LUBARSKY & FEIGENBAUM LLP

                                        By:  s/ Steven B. Feigenbaum
                                              Steven B. Feigenbaum
                                        1185 Avenue of the Americas, 17th Floor
                                        New York, New York 10036
                                        Tel. (212) 308-6100
                                        sfeigenbaum@llf-law.com

                                        Attorneys for Defendant/Third-Party
                                        Plaintiff JPMorgan Chase Bank, N.A.


TO:  All Counsel (via ECF)