UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

JEREMY LEVIN and LUCILLE LEVIN,

          Plaintiffs,

    -against-

BANK OF NEW YORK, JP MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK, N.A.,

          Defendants.
―――――――――――――――――――――――――――――

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE BANK, N.A.,
SOCIETE GENERALE and CITIBANK, N.A.,

          Third-Party Plaintiffs,

    -against-

STEVEN M. GREENBAUM, et al.,

          Third-Party Defendants.
―――――――――――――――――――――――――――――

Case No. 09 Civ. 5900 (RPP)

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of STEVEN B. FEIGENBAUM, a member of the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case as counsel for defendant/third-party plaintiff THE BANK OF NEW YORK MELLON.

    I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 31, 2014

                              LEVI LUBARSKY & FEIGENBAUM LLP

                              By:  s/ Steven B. Feigenbaum
                                   Steven B. Feigenbaum
                            1185 Avenue of the Americas, 17th Floor
                            New York, New York 10036
                            Tel. (212) 308-6100
                            sfeigenbaum@llf-law.com

                            Attorneys for Defendant/Third-Party
                            Plaintiff The Bank of New York Mellon

TO:  All Counsel (via ECF)