
**Davis Wright Tremaine LLP**

RECEIVED
JUL 31 2014
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

1633 Broadway
27th Floor
New York, NY 10019-6708

**Christopher Robinson**
212.603.6441 tel
212.379.5248 fax

chrisrobinson@dwt.com

**MEMO ENDORSED**

July 31, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/14

**VIA FACSIMILE**

Hon. Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

Re: *Levin v. Bank of New York, et al.* – 09 Civ. 5900 (RPP) (S.D.N.Y.)

Dear Judge Patterson:

We represent defendant/third-party plaintiff Citibank, N.A. ("Citibank") in the above-captioned proceeding. We write on behalf of all three of the defendant banks ("Defendants") and with the consent of the Plaintiffs to request a further brief extension of Defendants' time to respond to Plaintiffs' Motion for Leave to File a Supplemental Complaint (the "Motion").

The Defendants' response to the Motion is currently due July 31, 2014. Yesterday, Defendants received a detailed response from Plaintiffs to Defendants' proposal to establish appropriate procedures for any interpleader preceding that may arise from the proposed Supplemental Complaint. Defendants' counsel need additional time to discuss certain aspects of the counter-proposal with their clients and to hopefully negotiate a procedure with Plaintiffs that will avoid involving the Court. Accordingly, the parties have agreed that Defendants' time to file a response, if any, to the Motion should be further extended to Friday August 8, 2014, and that Plaintiffs' time to file a reply, if any, should be extended to Monday August 18, 2014.

Respectfully submitted,

Christopher J. Robinson

CJR/lp

cc: To All Counsel (via email)

DWT 24552028v1 0067486-000015

Anchorage  New York    Seattle
Bellevue   Portland    Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com

Application granted.
So Ordered
AUG 07 2014
George B. Daniels
HON. GEORGE B. DANIELS