UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMY LEVIN and DR. LUCILLE LEVIN,

    Plaintiffs,

-v-

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE & CO., JPMORGAN
CHASE BANK, N.A., SOCIÉTÉ
GÉNÉRALE, and CITIBANK, N.A.

    Defendants.

---

THE BANK OF NEW YORK MELLON,
JPMORGAN CHASE & CO., JPMORGAN
CHASE BANK, N.A., SOCIÉTÉ
GÉNÉRALE, and CITIBANK, N.A.

    Third-Party Plaintiffs,

-v-

STEVEN M. GREENBAUM, *et al.*

    Third-Party Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/14

Civ. No. 09 CV 5900 (RPP) (MHD)

**ORDER FOR ADMISSION PRO HAC VICE**

    The motion of Jessica L. Rankin, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

    Applicant's Name: Jessica L. Rankin

    Firm Name: Howarth & Smith

    Address: 523 West Sixth Street, Suite 728

    City / State / Zip: Los Angeles, California 90014

    Telephone / Fax: (213) 955-9400 / (213) 622-0791

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Mr. Jeremy Levin and Dr. Lucille Levin in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/8/14

United States District ~~Magistrate~~ Judge