**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 19, 2014

By ECF and email to chambers
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:    *Levin v. Bank of New York, et al.*,
              09 Civ. 5900 (RPP)

Dear Judge Patterson:

       I am the Assistant U.S. Attorney assigned to the above-referenced matter, in which the United States filed a Statement of Interest last night (Dkt. No. 1018).  I have been informed that the Statement of Interest contains certain information that at least one nonparty entity contends is protected by the Court's order dated January 21, 2010 (Dkt. No. 42).  I apologize for this inadvertent oversight.  Upon being informed of this apparent error, I promptly requested the Court's ECF desk to temporarily seal our filing of last night (Dkt. No. 1018), and I now respectfully request that the Court "so order" this letter to direct that the document remain under seal.

       I intend to promptly file a redacted version of the Statement of Interest via ECF so that our submission will remain available in that form to the public and to all parties.

       Thank you for your consideration of this request.

                                      Respectfully,

                                      PREET BHARARA
                                      United States Attorney

                By:    /s/ David S. Jones
                        DAVID S. JONES
                        Assistant U.S. Attorney
                        Telephone: (212) 637-2739
                        Fax: (212) 637-2730

cc:  All counsel via ECF notification