IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>        Plaintiffs,<br><br> -v-<br><br>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE, and CITIBANK, N.A.<br><br>        Defendants.<br>_____<br><br>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE, and CITIBANK, N.A.<br><br>        Third-Party Plaintiffs,<br><br> -v-<br><br>STEVEN M. GREENBAUM, et al.<br><br>        Third-Party Defendants. | Case No.: 09 CIV 5900 |

**<u>NOTICE OF INTENT TO REQUEST REDACTION</u>**

      Notice is hereby given that a statement of redaction of information subject to the Court's protective order dated January 21, 2010 (Dkt. No. 42) will be submitted to the court reporter/transcriber within 21 days of the filing of the transcript with the Clerk of Court.

                                                S/ Scott K. McCulloch_____
                                                Attorney for Redacted Third-Party Defendant

Date: 9/16/2014

                                                  KOBRE & KIM LLP
                                                  scott.mcculloch@kobrekim.com
                                                  800 Third Avenue
                                                  New York, New York 10022
                                                  Tel: (212) 488-1200