USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMY LEVIN and DR. LUCILLE LEVIN,

        Plaintiffs,

-v-

THE BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE, and CITIBANK, N.A.

        Defendants.

---

THE BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE, and CITIBANK, N.A.

        Third-Party Plaintiffs,

-v-

STEVEN M. GREENBAUM, *et al.*

        Third-Party Defendants.

---

Civ. No. 09 CV 5900 (RPP) (MHD)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT PURSUANT TO F.R.C.P. 15(d)**

Plaintiffs Jeremy Levin and Dr. Lucille Levin's Motion for Leave to File Supplemental Complaint Pursuant to F.R.C.P. 15(d) came on for hearing on August 21, 2014 in Department 24A of the above entitled Court, the Honorable Robert P. Patterson,

Jr. presiding. After consideration of the Plaintiff's Motion, with no party opposing such motion, and good cause appearing;

IT IS HEREBY ORDERED as follows:

1. Plaintiffs have leave to serve and file the Supplemental Complaint, attached as Exhibit A to Plaintiff's Memorandum of Law in Support of Plaintiffs' Motion, as of the date of this Order;

2. Defendants Bank of New York, JPMorgan Chase Bank, N.A., Societe Generale, and Citibank, N.A. shall respond to the Supplemental Complaint within 21 days after it has been served upon each Defendant.

IT IS SO ORDERED.

Dated: September 04, 2014

_____
Honorable Robert P. Patterson Jr.
Judge of the United States District Court for the
Southern District of New York

2