UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. JEREMY LEVIN and DR. LUCILLE
LEVIN,

              Plaintiffs,

     v.

BANK OF NEW YORK, JPMORGAN
CHASE, SOCIÉTÉ GÉNÉRALE, and
CITIBANK,

              Defendants.

**Civ. No. 09-cv-5900 (RPP) (MHD)**

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that effective February 23, 2015 Mayer Brown LLP's new office

location is:

1221 Avenue of the Americas
New York, New York  10020-1001

Please update your records accordingly and serve all future pleadings, notices and other

papers upon us at our new address.

/s/ Christopher J. Houpt
Christopher J. Houpt

MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500

*Attorneys for Defendant Société Générale*