UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiff,                **09-cv-5900 (RPP)**

                v.                ECF Case

BANK OF NEW YORK, JPMORGAN CHASE, SOCIÉTÉ GÉNÉRALE, and CITIBANK        **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

                Defendants.
_____

      Pursuant to Local Civil Rule 1.4, Scott K. McCulloch moves the Court for an order withdrawing him as counsel for redacted third-party defendant in the above referenced action. The basis for the instant motion is Mr. McCulloch's separation, effective the close of business on February 20, 2015, from the law firm representing the redacted third-party defendant, Kobre & Kim LLP. Redacted third-party defendant continues to be represented by lead counsel at Kobre & Kim LLP, Eric J. Snyder.

      Accordingly, there is good cause to grant the instant motion.

Dated: February 20, 2015
       Washington, D.C.

                                                Respectfully submitted,

/s/ Scott K. McCulloch
Scott K. McCulloch
KOBRE & KIM LLP
1919 M Street, NW
Washington, D.C. 20036
Tel:   +1 202 664 1943
Fax:   +1 202 664 1920
Email: scott.mcculloch@kobrekim.com

*Attorney for Redacted Third Party Defendant*