**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MR. JEREMY LEVIN and DR. LUCILLE
LEVIN,

                         Plaintiff,

                         v.

BANK OF NEW YORK, JPMORGAN
CHASE, SOCIÉTÉ GÉNÉRALE, and
CITIBANK

                         Defendants.

---

**09-cv-5900 (RPP)**

ECF Case

**MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL**

---

Pursuant to Local Civil Rule 1.4, Scott K. McCulloch moves the Court for an order withdrawing him as counsel for redacted third-party defendant in the above referenced action. The basis for the instant motion is Mr. McCulloch's separation, effective the close of business on February 20, 2015, from the law firm representing the redacted third-party defendant, Kobre & Kim LLP. Redacted third-party defendant continues to be represented by lead counsel at Kobre & Kim LLP, Eric J. Snyder.

Accordingly, there is good cause to grant the instant motion.

*granted.*

*[signature]*

2/23/15

Dated: February 20, 2015
       Washington, D.C.

                Respectfully submitted,

                /s/ Scott K. McCulloch
                Scott K. McCulloch
                KOBRE & KIM LLP
                1919 M Street, NW
                Washington, D.C. 20036
                Tel:   +1 202 664 1943
                Fax:  +1 202 664 1920
                Email: scott.mcculloch@kobrekim.com

                *Attorney for Redacted Third Party*
                *Defendant*