UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiff,

    -against-

BANK OF NEW YORK, et al.

                Defendant.

---

Case No.  09 Civ. 5900 (RPP) (MHD)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**DAVID H. FROMM**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DF 9868    My State Bar Number is 1449552

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: BROWN GAVALAS & FROMM LLP
                FIRM ADDRESS: 355 LEXINGTON AVENUE, NEW YORK, NY 10017
                FIRM TELEPHONE NUMBER: 212-983-8500
                FIRM FAX NUMBER: 212-9835946

NEW FIRM:    FIRM NAME: BROWN GAVALAS & FROMM LLP
                FIRM ADDRESS: 555 FIFTH AVENUE, NEW YORK, NY 10017
                FIRM TELEPHONE NUMBER: 212-983-8500
                FIRM FAX NUMBER: 212-983-5946

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/25/2015            S/ _____
                                        ATTORNEY'S SIGNATURE