UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JEREMY LEVIN AND LUCILLE LEVIN,              :
:
                          Plaintiffs,   :   09-CV-5900 (JPO)
:
            -v-                                            :   ORDER
:
BANK OF NEW YORK, JP MORGAN CHASE,   :
SOCIETE GENERALE AND CITIBANK, N.A.,  :
:
                         Defendants.    :
:
------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

      The Court is in receipt of two requests, one by plaintiffs and the other by the redacted third-party defendant, to file redacted copies of two particular letters. Both requests are GRANTED. The parties shall file the redacted letters on the Court's Electronic Case Filing System. The Court will file unredacted versions of the documents under seal.

SO ORDERED

Dated: May 26, 2015
       New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge