UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
JEREMY LEVIN AND LUCILLE LEVIN,                           :
                                                          :
                           Plaintiffs,                    :          09-CV-5900 (JPO)
                                                          :
              -v-                                         :          ORDER
                                                          :
BANK OF NEW YORK, JP MORGAN CHASE,                        :
SOCIETE GENERALE AND CITIBANK, N.A.,                      :
                                                          :
                           Defendants.                    :
                                                          :
------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

      The Court is in receipt of a request by the redacted third-party defendant to file a redacted

version of a particular letter.  This request is GRANTED.  The redacted third-party defendant

shall file the redacted letter on the Court's Electronic Case Filing System.  The Court will file an

unredacted version of the letter under seal.


SO ORDERED

Dated:  May 28, 2015
      New York, New York                    _____
                                                          J. PAUL OETKEN
                                                   United States District Judge