United States Court of Appeals
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
09-cv-5900(RPP)

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand and fifteen.

Jeremy Levin and Dr. Lucille Levin,

    Plaintiffs-Appellees,

v.

Bank of New York, *et al.*,

    Defendants.

JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.,

    Third-Party Plaintiffs,

v.

Central Bank of Nigeria,

    Third-Party Defendant-Appellant.

JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.,

    Third-Party Plaintiffs,

v.

Steven M. Greenbaum, *et al.,*

    Third-Party Defendants-Appellees.

STATEMENT OF COSTS

Docket No. 13-4711

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2015

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,317.00 in favor of Appellant Central Bank of Nigeria.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 06/11/2015