UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JEREMY LEVIN AND LUCILLE LEVIN,      :
:
                      Plaintiffs,      :        09-CV-5900 (JPO)
:
      -v-      :        ORDER
:
BANK OF NEW YORK, JP MORGAN CHASE,   :
SOCIETE GENERALE AND CITIBANK, N.A., :
:
                    Defendants.   :
:
----------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

      The Court is in receipt of a request by counsel for the redacted third-party defendant to file a redacted notice of appearance. The request is GRANTED. Counsel shall file the redacted notice of appearance on the Court's Electronic Case Filing System. The Court will file an unredacted version of the document under seal.

SO ORDERED

Dated: June 19, 2015
       New York, New York

                                          _____
                                             J. PAUL OETKEN
                                       United States District Judge