UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEREMY LEVIN and DR. LUCILLE LEVIN,  :   09-CV-5900 (JPO) (MHD)

    Plaintiffs,  :

    - against -  :

BANK OF NEW YORK, JPMORGAN CHASE,  :   **NOTICE OF APPEARANCE**
SOCIETE GENERALE and CITIBANK

    Defendants.  :

------------------------------------------------------------x

------------------------------------------------------------x

CITIBANK, N.A.  :

    Third-Party Plaintiff,  :

    - against -  :

████████████████████████ *et al.*  :

    Third-Party Defendants.  :

------------------------------------------------------------x

**NOTICE OF APPEARANCE**

    Please enter the appearance of S. Sherry Xia as counsel of record for Third-Party Defendant ████████████████  I certify that I am authorized to practice in this court.

Dated: June 16, 2015

1

2

          KOBRE & KIM LLP

          <u>s/ S. Sherry Xia</u>
          S. Sherry Xia
          Sherry.Xia@kobrekim.com
          800 Third Avenue
          New York, NY 10022
          Tel:  + 1 212 488 1246
          Fax: + 1 212 488 1220

          *Attorney for* ███████████████