# STROOCK

By CM/ECF

August 10, 2015

Benjamin Weathers-Lowin
Direct Dial: 212-806-5614
Direct Fax: 212-806-2614
bweatherslowin@stroock.com

The Honorable Paul Oetken
United States District Judge
Thurgood Marshall U.S. Courthouse, Courtroom 706
40 Foley Square
New York, New York 10007

Re: *Levin v. Bank of New York, et al.*, Case No. 09 Civ. 5900 (JPO)

Dear Judge Oetken:

Pursuant to Local Rule 1.4, I write to inform the Court that, as of later this month, I will no longer be associated with the firm Stroock & Stroock & Lavan LLP, counsel of record for the Greenbaum and Acosta parties in the above-referenced action, and to respectfully request that the Court withdraw my appearance on behalf of said parties and remove me from all future Electronic Case Filing notifications in this action. Please note that I am not asserting any retaining or charging liens and other Stroock attorneys who have appeared in this action will continue to represent the Greenbaum and Acosta parties upon my withdrawal.

Respectfully submitted,

*/s/ Ben Weathers-Lowin*

Benjamin Weathers-Lowin

cc: All counsel of record (by CM/ECF)