SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
───────────────────────────────── x

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,

        -against-

BANK OF NEW YORK, JP MORGAN CHASE, SOCIETE GENERALE and CITIBANK,

                Defendants.
─────────────────────────────────

THE BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIETE GENERALE and CITIBANK, N.A.,

                Third-Party Plaintiffs,

        - against -

STEVEN M. GREENBAUM (sued individually and as administrator of the estate of JUDITH GREENBAUM), *et al.*,

                Third-Party Defendants.
───────────────────────────────── x

Case No. 1:09-cv-05900-JPO-MHD

**NOTICE OF CHANGE OF ADDRESS**

        PLEASE TAKE NOTICE THAT effective August 3, 2015 **Davis Wright Tremaine LLP** has relocated its offices to **1251 Avenue of the Americas, 21st Floor, New York, NY 10020**. All services of papers and correspondence should be directed to the new address. The telephone numbers and fax numbers are the same: (212) 489-8230 and (212) 489-8340.

Dated: New York, New York
August 11, 2015

                                       DAVIS WRIGHT TREMAINE LLP

                                By: /s/ Sharon L. Schneier
                                    Sharon L. Schneier

                                *Attorneys for Defendant and Third Party Plaintiff Citibank, N.A.*

2