UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

                Plaintiffs,

     -against-

BANK OF NEW YORK, JP MORGAN CHASE, SOCIETE GENERALE and CITIBANK,

                Defendants
---------------------------------------------------------------

THE BANK OF NEW YORK MELLON, JPMORGAN CHASE BANK, N.A., SOCIETE GENERALE and CITIBANK, N.A.,

                Third-Party Plaintiffs,

     - against -

STEVEN M. GREENBAUM (sued individually and as administrator of the estate of JUDITH GREENBAUM), *et al.*,

       Third-Party Defendants
---------------------------------------------------------------x

Case No. 1:09-cv-05900-JPO-MHD

**NOTICE OF CHANGE OF ADDRESS**

       PLEASE TAKE NOTICE THAT effective August 3, 2015 **Davis Wright Tremaine LLP** has relocated its offices to **1251 Avenue of the Americas, 21st Floor, New York, NY 10020**.  All services of papers and correspondence should be directed to the new address.  The telephone numbers and fax numbers are the same:  (212) 489-8230 and (212) 489-8340.

Dated: New York, New York
August 11, 2015

                                  DAVIS WRIGHT TREMAINE LLP

                                  By: /s/ Christopher Robinson
                                       Christopher Robinson

                                  *Attorney for Citibank, N.A.*

DWT 27474023v1 0067486-000015