UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
LEVIN, et al.,

               Plaintiffs,             Case No. 09 Civ. 5900 (JPO)

      -against-

BANK OF NEW YORK, et al.,

               Defendants.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

      X    I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:

<u>Walter E. Swearingen</u>

FIRM INFORMATION (address, telephone number and fax number):

PRIOR INFORMATION:
    NAME:                     Levi Lubarsky & Feigenbaum LLP
    ADDRESS:               1185 Avenue of the Americas, 17th Floor
                                    New York, New York 10036
    TELEPHONE NUMBER:     (212) 308-6100
    FAX NUMBER:           (212) 308-8830

NEW INFORMATION:
    NAME:                     Levi Lubarsky Feigenbaum & Weiss LLP
    ADDRESS:               655 Third Avenue, 27th Floor
                                    New York, New York 10017
    TELEPHONE NUMBER:     (212) 308-6100
    FAX NUMBER:           (212) 308-8830

I will continue to be counsel of record on the above-entitled case at this firm.

Dated:  New York, New York
          August 13, 2015

                                                          <u>s/Walter E. Swearingen</u>
                                                          Walter E. Swearingen