UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
         :
JEREMY LEVIN AND LUCILLE LEVIN,    :
                 Plaintiffs,  :
         :     09-CV-5900 (JPO)
     -v-         :
         :     <u>ORDER</u>
BANK OF NEW YORK, JP MORGAN CHASE,  :
SOCIETE GENERALE AND CITIBANK, N.A.,  :
                 Defendants.  :
         :
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    1. Pursuant to the Mandate issued by the Second Circuit on June 3, 2015 (2d Cir. No. 13-4711, Dkt. No. 1050), third-party defendant Central Bank of Nigeria is hereby directed to submit to the Court, on or before September 2, 2015, a proposed order implementing the Second Circuit's ruling.

    2. Certain letter motions previously filed in this case have been rendered moot. Accordingly, the letter motions at docket numbers 914, 916, 956, and 957 are hereby denied as moot.

    3. The pending motion for Partial Summary Judgment On Single Phase Two Asset (Dkt. No. 969) and the pending Cross Motion for Summary Judgment (Dkt. No. 984) are hereby denied without prejudice to refiling. The parties may renew their motions, or file other appropriate motions, following the Supreme Court's disposition of the petitions for certiorari in *Calderon-Cardona v. Bank of New York Mellon*, 770 F.3d 993 (2d Cir. 2014), and *Hausler v. JP Morgan Chase Bank, N.A.,* 770 F.3d 207 (2d Cir. 2014) (per curiam), with briefing that takes into account the operative rulings in those cases as well as any other relevant developments in the law.

The Clerk of Court is directed to close the motions at docket numbers 914, 916, 956, 957, 969, and 984.

SO ORDERED.

Dated: August 20, 2015
New York, New York

_____
J. PAUL OETKEN
United States District Judge