# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Levin et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 09cv5900 |
| Bank of New York et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Greenbaum and Acosta Third-Party Defendants (see annexed addendum).

Date: 08/24/2015

/s/ Patrick N. Petrocelli
*Attorney's signature*

Patrick N. Petrocelli/4909123
*Printed name and bar number*

Stroock & Stroock & Lavan LLP
180 Maiden Lane, New York, NY 10038

*Address*

ppetrocelli@stroock.com
*E-mail address*

(212) 806-5400
*Telephone number*

(212) 806-6006
*FAX number*

# ADDENDUM

The **Greenbaum Third-Party Defendants** are third-party defendants-appellees Steven M. Greenbaum (on his own behalf and as Administrator of the Estate of Judith (Shoshana) Lillian Greenbaum), Alan D. Hayman, and Shirlee Hayman.

The **Acosta Third-Party Defendants** are third-party defendants-appellees Carlos Acosta, Maria Acosta, Tova Ettinger, the Estate of Irving Franklin, the Estate of Irma Franklin, Baruch Kahane, Libby Kahane (on her own behalf and as Administratrix of the Estate of Meir Kahane), Ethel J. Griffin (as Administratrix of the Estate of Binyamin Kahane), Norman Kahane (on his own behalf and as Executor of the Estate of Sonia Kahane), and Cipporah Kaplan.