UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
LEVIN, et al.,

               Plaintiffs,         Case No. 09 Civ. 5900 (JPO)

       -against-

BANK OF NEW YORK, et al.,

               Defendants.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

    X    I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:

<u>Gregory P. Feit</u>

FIRM INFORMATION (address, telephone number and fax number):

PRIOR INFORMATION:
| | |
|---|---|
| NAME: | Levi Lubarsky & Feigenbaum LLP |
| ADDRESS: | 1185 Avenue of the Americas, 17th Floor |
| | New York, New York 10036 |
| TELEPHONE NUMBER: | (212) 308-6100 |
| FAX NUMBER: | (212) 308-8830 |

NEW INFORMATION:
| | |
|---|---|
| NAME: | Levi Lubarsky Feigenbaum & Weiss LLP |
| ADDRESS: | 655 Third Avenue, 27th Floor |
| | New York, New York 10017 |
| TELEPHONE NUMBER: | (212) 308-6100 |
| FAX NUMBER: | (212) 308-8830 |

I will continue to be counsel of record on the above-entitled case at this firm.

Dated: New York, New York
         August 13, 2015

                                              s/Gregory P. Feit
                                              Gregory P. Feit