UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

        *Plaintiffs,*                      09-CV-5900 (JPO)

   -against-

                                                           <u>ORDER</u>

BANK OF NEW YORK, JP MORGAN CHASE,
SOCIETE GENERALE and CITIBANK.

        *Defendants*.
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    WHEREAS, in this action plaintiffs and certain third party defendants (collectively, "Judgment Creditors") seek turnover of blocked funds held at banks in this District, including $342,978.23 belonging to the Central Bank of Nigeria ("CBN") that was blocked by J.P. Morgan Chase Bank N.A. on or about September 18, 2009 ("CBN Funds");

    WHEREAS, by Judgment and Order dated October 9, 2013 ("Turnover Order"), this Court granted summary judgment in the Judgment Creditors' favor and ordered turnover of the CBN Funds to the Judgment Creditors;

    WHEREAS, the CBN appealed the Turnover Order and, by mandate issued on June 3, 2015, the U.S. Court of Appeals for the Second Circuit reversed the judgment in favor of the Judgment Creditors and directed this Court to vacate the Turnover Order and enter judgment in favor of the CBN dismissing the Complaint.

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that the Turnover Order dated October 9, 2013 be and hereby is vacated to the extent it ordered turnover of the CBN Funds and the Clerk of Court shall enter judgment dismissing all claims against the CBN.

SO ORDERED.

Dated: August 26, 2015
       New York, New York

_____
J. PAUL OETKEN
United States District Judge