```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEREMY LEVIN and DR. LUCILLE LEVIN,

                              Plaintiffs,                               09 **CIVIL** 5900 (JPO)

                    -against-                                     **JUDGMENT**

BANK OF NEW YORK, J.P. MORGAN
CHASE, SOCIETE GENERALE and
CITIBANK,

                              Defendants.
-----------------------------------------------------------X

       Whereas in this action plaintiffs and certain third party defendants (collectively, "Judgment Creditors") having moved seeking turnover of blocked funds held at banks in this District, including $342,978.23 belonging to Central Bank of Nigeria ("CBN") that was blocked by J.P. Morgan Chase Bank N.A. on or about September 18, 2009 ("CBN Funds"); whereas, by Judgment and Order dated October 9, 2013 ("turnover Order"), this Court granted summary judgment in the Judgment Creditors' favor and ordered turnover of the CBN funds to the Judgment Creditors; whereas, the CBN appealed the Turnover Order and, by mandate issued on June 3, 2015, the U.S. Court of Appeals for the Second Circuit reversed the judgment in favor of the Judgment Creditors and directed the Court to vacate the Tirnover Order and enter judgment in favor of CBN dismissing the Complaint, and the matter having come before the Honorable J. Paul Oetken, United States District Judge, and the Court, on August 26, 2015, having rendered its Order vacating the turnover order dated October 9, 2013, to the extent it ordered turnover of the CBN Funds, and directing the Clerk of Court to enter judgment dismissing all claims against the CBN, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2015, that the Turnover Order dated October 9, 2013, be and hereby is vacated to the extent it ordered turnover of the CBN Funds, and all claims against the CBN are

dismissed.

**Dated:** New York, New York
August 28, 2015

BY: RUBY J. KRAJICK
Clerk of Court

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____