UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JEREMY LEVIN and DR. LUCILLE LEVIN,

                    Plaintiff,                  **09-cv-5900 (JPO)**

                     v.                  ECF Case

BANK OF NEW YORK, JPMORGAN          **MOTION FOR LEAVE TO**
CHASE, SOCIÉTÉ GÉNÉRALE, and            **WITHDRAW AS COUNSEL**
CITIBANK, NA.,

                  Defendants.
_____

      Pursuant to Local Civil Rule 1.4, Eric J. Snyder moves the Court for an order withdrawing him as counsel for redacted third-party defendant in the above referenced action. The basis for the instant motion is Mr. Snyder's separation, effective the close of business on September 4, 2015, from the law firm representing the redacted third-party defendant, Kobre & Kim LLP. Redacted third-party defendant continues to be represented by other counsel at Kobre & Kim LLP.

      Accordingly, there is good cause to grant the instant motion.

Dated: September 03, 2015
       Washington, D.C

                                              Respectfully submitted,

/s/ Eric J. Snyder
Eric J. Snyder
KOBRE & KIM LLP
1919 M Street, NW
Washington, D.C. 20036
Tel:    +1 202 664 1904
Email: Eric.Snyder@kobrekim.com

*Attorney for Redacted Third Party Defendant*