UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
JEREMY LEVIN and. LUCILLE LEVIN,    :    09-CV-5900 (JPO)
:
Plaintiffs,    :
:
- against -    :
:
BANK OF NEW YORK, JPMORGAN CHASE,    :
SOCIETE GENERALE and CITIBANK    :
:
Defendants.    :
:
---------------------------------------------------------------x
---------------------------------------------------------------x
:
CITIBANK, N.A.    :
:
Third-Party Plaintiff,    :
:
- against -    :
:
███████████████ *et al.*    :
:
Third-Party Defendants.    :
:
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

    Please enter the appearance of William F. McGovern as counsel of record for Third-Party Defendant ███████████████ I certify that I am authorized to practice in this court.

Dated: September 08, 2015

2

KOBRE & KIM LLP

/s/ William F. McGovern
William F. McGovern
William.McGovern@kobrekim.com

800 Third Ave
New York, NY 10022
Tel: + 1 212 488 1210
Fax: + 1 212 488 1220

*Attorney for* ███

To:   All Counsel of Record