# EXHIBIT A

| JPMorgan Chase Bank, N.A. (Iranian Blocked Property - Balance USD 50,000 or Greater) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Title | Account Number | Balance As Of 11/30/2016 | Currency | Blocked Account Location | Name of Blockable Individual or Entity | Origin of Blocked Funds | Program | Originator | Originating Financial Institution | Senders Correspondent | Intermediary Financial Institution | Receivers Correspondent | Beneficiary Financial Institution | Beneficiary | Comments |

Confidential – Subject to Protective Agreement and Order

| Account Title | Account Number | Balance As Of 11/30/2016 | Currency | Blocked Account Location | Name of Blockable Individual or Entity | Origin of Blocked Funds | Program | Originator | Originating Financial Institution | Senders Correspondent | Intermediary Financial Institution | Receivers Correspondent | Beneficiary Financial Institution | Beneficiary | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLK ACC METLIFE (SDGT) | 6923 | 355,892.25 | USD | New York | KASSIM MOHAMMAD TAJIDDINE | MetLife's Blocked Property (See Comments) | 31CFR594 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | This account contains MetLife's blocked property in which JPMC is holding on their behalf. The cash held within this account represents the surrendered value of the two insurance policies a life insurance policy and a personal accident policy for Kassim Mohammad Tajiddine ("Tajiddine"). The policies were purchased by Tajiddine on 7/28/2001 prior to OFAC SDN designation and were sold by the Sleiman Agency on behalf of American Life Insurance Company's Lebanon branch an insurance company that was acquired by MetLife in 2010. |
| BLK ACC Lloyds Bank PLC Great Britain (ISFR IRAN SDGT) | 3097 | 3,182,853.50 | USD | New York | Bank Saderat (Iran) | Wire Transaction | 31CFR 560 561 594 | N/A | Bank Saderat (Iran) | Lloyds Bank PLC 2 BrindleyPlace Birmingham B1 2AB Great Britain | JPMORGAN CHASE BANK (NEW YORK) | Credit Lyonnais S.A. 1301 Avenue of the Americas New York NY 10019 | Banque Intercontinentale Arab Paris France | N/A | N/A |

Confidential – Subject to Protective Agreement and Order