# EXHIBIT C

August 23, 2011 Writ of Execution

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

$M18-302$

JUDGMENT NO. 09,0732

DOCKET NO. 11MISC00283
$09CV5900(RPP)$

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of the Islamic Republic of Iran ("IRC"), its agencies and instrumentalities, including but not limited to, the Iranian Ministry of Information and Security ("MOIS"), the Iranian Islamic Revolutionary Guard Corp ("IRGC"), their agencies and instrumentalities, and entities owned or controlled, directly or indirectly by Iran (hereinafter referred to collectively as "Iran") – including but not limited to any and all assets, accounts, wire transfers or property blocked pursuant to any law, order or regulation of the Office of Foreign Asset Control ("OFAC"), including accounts, property, and wire transfers which are known or have ever been referred to as "Clearstream" accounts, and held by Citibank, N.A or any other financial institution, and excluding funds paid over pursuant to an "Order Granting the Levin Plaintiffs and the Greenbaum, Acosta and Heiser Judgment Creditors' Joint Motion for Partial Summary Judgment and Turnover of Phase One Assets and Entering Partial Final Judgment Directing Turnover of Funds and Discharging Garnishee Banks From Liability," issued by the Honorable Robert P. Patterson of the United States District Court for the Southern District of New York on June 21, 2011– in your district you cause to be made the sum of Twenty Five Million, Five Hundred and Three Thousand, Six Hundred Forty Seven dollars and Forty Five cents ($25,503,647.45), plus interest, which lately in the United States District Court for the District of Columbia, in the District of Columbia Circuit, Mr. Jeremy Levin and Dr. Lucille Levin recovered against the said Iran, in the amount of Twenty Eight Million, Eight Hundred and Seven Thousand, Seven Hundred Nineteen dollars and No cents ($28,807,719) in compensatory damages, in an action between Mr. Jeremy Levin and Dr. Lucille Levin, PLAINTIFFS, and IRC, MOIS, and IRGC, DEFENDANTS, in favor of said Mr. Jeremy Levin and Dr. Lucille Levin, and which judgment the said PLAINTIFFS thereafter duly registered and docketed in the United States District Court for the Southern District of New York as appears by the record filed in the Clerk's Office of said District Court for the Southern District of New York on the 20th day of April, in the year of 2009, and on the 25th day of July, in the year of 2011, said PLAINTIFFS partially satisfied said judgment in the total amount of Three Million, Three Hundred and Four Thousand, Seventy One dollars and Fifty Five cents ($3,304,071.55), but the remainder is unsatisfied;

and if sufficient personal property of Iran cannot be found in your District, then you cause the same to be made out of the real property belonging to the said judgment debtor, Iran, on the above mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court for the Southern District of New York, at the City of New York, on the 23rd day of August in the year of our Lord two thousand and eleven, and of the Independence of the United States the two hundred and thirty-fifth year, HAS SO ORDERED.

BY _____
CLERK

United States District Court

SOUTHERN DISTRICT OF NEW YORK

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

-against-

THE ISLAMIC REPUBLIC OF IRAN, THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, and the IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, and THEIR AGENCIES AND INSTRUMENTALITIES

EXECUTION AGAINST PROPERTY

Suzelle Smith, Esq.
Howarth & Smith
523 West Sixth Street, Suite 728, Los Angeles, California 90014

Attorney for

Mr. Jeremy Levin and Dr. Lucille Levin

Borough of Manhattan

City of New York

To the Marshal:

You will levy and collect

\$25,503,647 Dollars

and 45 cents,

with interest from the 6th day of February , 2008, besides your fees, etc.

Attorney

March 13, 2014 Writ of Execution

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



JUDGMENT NO. 09,0732

DOCKET NO. M18-302

*14mc8p041*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshall of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of the Islamic Republic of Iran ("IRC"), its agencies and instrumentalities, including but not limited to, the Iranian Ministry of Information and Security ("MOIS"), the Iranian Islamic Revolutionary Guard Corp ("IRGC"), their agencies and instrumentalities, and entities owned or controlled, directly or indirectly by IRC, MOIS, or IRGC (hereinafter referred to collectively as "Iran"), and entities in which Iran has an interest, direct or indirect, including but not limited to the Assets identified on Exhibit A hereto in your district you cause to be made the sum of Twenty Three Million, Four Thousand, Six Hundred Seventy Eight dollars and Eighty Four cents ($23,004,678.84), plus interest, which lately in the United States District Court for the District of Columbia, in the District of Columbia Circuit, Mr. Jeremy Levin and Dr. Lucille Levin recovered against the said Iran, in the amount of Twenty Eight Million, Eight Hundred and Seven Thousand, Seven Hundred Nineteen dollars and No cents ($28,807,719) in compensatory damages, in an action between Mr. Jeremy Levin and Dr. Lucille Levin, PLAINTIFFS, and IRC, MOIS, and IRGC, DEFENDANTS, in favor of said Mr. Jeremy Levin and Dr. Lucille Levin, and which judgment the said PLAINTIFFS thereafter duly registered and docketed in the United States District Court for the Southern District of New York as appears by the record filed in the Clerk's Office of said District Court for the Southern District of New York on the 20th day of April, in the year of 2009 and on the 25th day of July, in the year of 2011 partially satisfied said judgment in the total amount of Five Million, Eight Hundred and Three Thousand, Forty dollars and Sixteen cents ($5,803,040.16), but the remainder is unsatisfied;

and if sufficient personal property of Iran cannot be found in your District, then you cause the same to be made out of the real property belonging to the said judgment debtors, on the above mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court for the Southern District of New York, at the City of New York, on the *13* day of *March* in the year of our Lord *2014*, and of the Independence of the United States the two hundred *Thirty Seventh* year.

BY _____
                        Clerk

United States District Court

SOUTHERN DISTRICT OF NEW YORK

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

-against-

THE ISLAMIC REPUBLIC OF IRAN, THE IRANIAN MINISTRY OF INFORMATION AND
SECURITY, and the IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, and THEIR
AGENCIES AND INSTRUMENTALITIES

EXECUTION AGAINST PROPERTY

Suzelle Smith, Esq. Howarth & Smith
523 West Sixth Street, Suite 728, Los Angeles, California 90014

Attorney for

_____Plaintiffs_____

Borough of Manhattan

City of New York

_____

To the Marshall:

You will levy and collect

_____

_____$23,004,678_____Dollars

and_____84_____cents,

with interest from the __sixth__
day of___February___, 2008,
besides your fees, etc.

Attorney

Exhibit A



Exhibit A



Exhibit A

June 18, 2014 Writ of Execution

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

JUDGMENT NO. 09,0732                                    DOCKET NO. 14 Misc. 0041

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshall of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of the Islamic Republic of Iran
("IRC"), its agencies and instrumentalities, including but not limited to, the Iranian Ministry of
Information and Security ("MOIS"), the Iranian Islamic Revolutionary Guard Corp ("IRGC"), their
agencies and instrumentalities, and entities owned or controlled, directly or indirectly by IRC, MOIS, or
IRGC (hereinafter referred to collectively as "Iran"), and entities in which Iran has an interest, direct or
indirect, including but not limited to the Assets identified on Exhibit A hereto in your district you cause
to be made the sum of Twenty Three Million, Four Thousand, Six Hundred Seventy Eight dollars and
Eighty Four cents ($23,004,678.84), plus interest, which lately in the United States District Court for the
District of Columbia, in the District of Columbia Circuit, Mr. Jeremy Levin and Dr. Lucille Levin
recovered against the said Iran, in the amount of Twenty Eight Million, Eight Hundred and Seven
Thousand, Seven Hundred Nineteen dollars and No cents ($28,807,719) in compensatory damages, in an
action between Mr. Jeremy Levin and Dr. Lucille Levin, PLAINTIFFS, and IRC, MOIS, and IRGC,
DEFENDANTS, in favor of said Mr. Jeremy Levin and Dr. Lucille Levin, and which judgment the said
PLAINTIFFS thereafter duly registered and docketed in the United States District Court for the Southern
District of New York as appears by the record filed in the Clerk's Office of said District Court for the
Southern District of New York on the 20th day of April, in the year of 2009 and on the 25th day of July,
in the year of 2011 partially satisfied said judgment in the total amount of Five Million, Eight Hundred
and Three Thousand, Forty dollars and Sixteen cents ($5,803,040.16), but the remainder is unsatisfied;

and if sufficient personal property of Iran cannot be found in your District, then you cause the same to be
made out of the real property belonging to the said judgment debtors, on the above mentioned day, or at
any time thereafter, in whose hands soever the same may be, and return this execution within sixty days
after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court for the
Southern District of New York, at the City of New York, on the 18th day of June
in the year of our Lord 2014, and of the Independence of the United States the two hundred
thirty seventh year.

BY _____
                    Clerk

United States District Court

SOUTHERN DISTRICT OF NEW YORK

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

-against-

THE ISLAMIC REPUBLIC OF IRAN, THE IRANIAN MINISTRY OF INFORMATION AND
SECURITY, and the IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, and THEIR
AGENCIES AND INSTRUMENTALITIES

EXECUTION AGAINST PROPERTY

Suzelle Smith, Esq.  Howarth & Smith
523 West Sixth Street, Suite 728, Los Angeles, California 90014

Attorney for

_____Plaintiffs_____

Borough of Manhattan

City of New York

_____

To the Marshall:

You will levy and collect

_____

_____$23,004,678_____Dollars

and_____84_____cents.

with interest from the __sixth__
day of_____February____, 2008,
besides your fees, etc.

_____
                              Attorney

EXHIBIT A

Exhibit A



September 3, 2014 Writ of Execution

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ORIGINAL

JUDGMENT NO. 09,0732                              DOCKET NO. 14 Misc. 00041

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of the Islamic Republic of Iran ("IRC"), its agencies and instrumentalities, including but not limited to, the Iranian Ministry of Information and Security ("MOIS"), the Iranian Islamic Revolutionary Guard Corp ("IRGC"), their agencies and instrumentalities, and entities owned or controlled, directly or indirectly by IRC, MOIS, or IRGC (hereinafter referred to collectively as "Iran"), and entities in which Iran has an interest, direct or indirect, including but not limited to the Assets identified on Exhibit A hereto in your district you cause to be made the sum of Twenty Three Million, Four Thousand, Six Hundred Seventy Eight dollars and Eighty Four cents ($23,004,678.84), plus interest, which lately in the United States District Court for the District of Columbia, in the District of Columbia Circuit, Mr. Jeremy Levin and Dr. Lucille Levin recovered against the said Iran, in the amount of Twenty Eight Million, Eight Hundred and Seven Thousand, Seven Hundred Nineteen dollars and No cents ($28,807,719) in compensatory damages, in an action between Mr. Jeremy Levin and Dr. Lucille Levin, PLAINTIFFS, and IRC,  MOIS, and IRGC, DEFENDANTS, in favor of said Mr. Jeremy Levin and Dr. Lucille Levin, and which judgment the said PLAINTIFFS thereafter duly registered and docketed in the United States District Court for the Southern District of New York as appears by the record filed in the Clerk's Office of said District Court for the Southern District of New York on the 20th day of April, in the year of 2009 and on the 25th day of July, in the year of 2011 partially satisfied said judgment in the total amount of Five Million, Eight Hundred and Three Thousand, Forty dollars and Sixteen cents ($5,803,040.16), but the remainder is unsatisfied;

and if sufficient personal property of Iran cannot be found in your District, then you cause the same to be made out of the real property belonging to the said judgment debtors, on the above mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Loretta A. Preska, Chief Judge of the United States District Court for the Southern District of New York, at the City of New York, on the ___3ʳᵈ___ day of ___Sₑₚₜₑₘₐₑᵣ___ in the year of our Lord ___2014___, and of the Independence of the United States the two hundred ___238th___ year.

BY _____
                    Clerk

United States District Court

SOUTHERN DISTRICT OF NEW YORK

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

-against-

THE ISLAMIC REPUBLIC OF IRAN, THE IRANIAN MINISTRY OF INFORMATION AND
SECURITY, and the IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, and THEIR
AGENCIES AND INSTRUMENTALITIES

EXECUTION AGAINST PROPERTY

Suzelle Smith, Esq. Howarth & Smith
523 West Sixth Street, Suite 728, Los Angeles, California 90014

Attorney for

_____Plaintiffs_____

Borough of Manhattan

City of New York

_____

To the Marshall:

You will levy and collect

_____

_____$23,004,678_____Dollars

and_____84_____cents,

with interest from the __sixth__
day of ___February___, 2008,
besides your fees, etc.

_____
                              Attorney

EXHIBIT A

Exhibit A



June 12, 2017 Writ of Execution

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**JUDGMENT NO. 09,0732**                              **DOCKET NO. M18-302**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshall of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of the Islamic Republic of Iran ("IRC"), its agencies and instrumentalities, including but not limited to, the Iranian Ministry of Information and Security ("MOIS"), the Iranian Islamic Revolutionary Guard Corp ("IRGC"), their agencies and instrumentalities, and entities owned or controlled, directly or indirectly by IRC, MOIS, or IRGC (hereinafter referred to collectively as "Iran"), and entities in which Iran has an interest, direct or indirect, including but not limited to the Assets, identified on Exhibit A hereto, in your district you cause to be made the sum of Nine Million, Three-hundred and Ninety-Two Thousand, Five-Hundred and Eighteen dollars and Forty-Nine cents ($9,392,518.49), which lately in the United States District Court for the District of Columbia, in the District of Columbia Circuit, Mr. Jeremy Levin and Dr. Lucille Levin recovered against the said Iran in an action between Mr. Jeremy Levin and Dr. Lucille Levin, PLAINTIFFS, and IRC, MOIS, and IRGC, DEFENDANTS, in favor of said PLAINTIFFS, Mr. Jeremy Levin and Dr. Lucille Levin, and the judgment, attached hereto as Exhibit B, was thereafter duly registered and docketed in the United States District Court for the Southern District of New York as appears by the record filed in the Clerk's Office of said District Court for the Southern District of New York on the 20th day of April, in the year of 2009;

and if sufficient personal property of Iran cannot be found in your District, then you cause the same to be made out of the real property belonging to the said judgment debtors, on the above mentioned day, or at any time thereafter, in whose hands so ever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court for the Southern District of New York, at the City of New York, on the _12th_ day of _June_ in the year of our Lord _2017_, and of the Independence of the United States the two hundred _forty first_ year.

BY _____

CLERK

United States District Court

SOUTHERN DISTRICT OF NEW YORK

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

-against-

THE ISLAMIC REPUBLIC OF IRAN, THE IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and the IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, and
THEIR AGENCIES AND INSTRUMENTALITIES

EXECUTION AGAINST PROPERTY

Suzelle Smith, Esq. Howarth & Smith
523 West Sixth Street, Suite 728, Los Angeles, California 90014

Attorney for

– Plaintiffs –

Borough of Manhattan

City of New York

To the Marshall:

You will levy and collect

23,004,678 Dollars

and 84 cents,

with interest from the 6th day of

February 2008, besides your fees, etc.

As of the 24th day of March 2017,

the total amount including post judgment statutory interest was

14,757,564 Dollars

and 67 cents.

_____
Attorney

**EXHIBIT A**

Exhibit A



**EXHIBIT B**

UNITED STATES DISTRICT COURT COPY
FOR THE DISTRICT OF COLUMBIA

*M18-302*

*SDNY #09, 0732*

JEREMY LEVIN, et al.

    Plaintiff(s)

v.

ISLAMIC REPUBLIC OF IRAN, et al.

    Defendant(s)

Civil Action No: 05-2494 (GK0

*U.S. DISTRICT COURT FILED APR 20 2009 OAJ S.D. OF N.Y.*

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN ANOTHER DISTRICT

I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____2/6/2008._____ , as it appears in the records of this court, and that:

[X] No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on _____ .

[ ] An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____ .

[ ] An appeal was taken from this judgment and the appeal was dismissed by order entered on _____ .

IN TESTIMONY WHEREOF,   I sign my name and affix the seal of this Court on March 18, 2008.

NANCY MAYER-WHITTINGTON, Clerk

By: _____T. Gmen_____

Deputy Clerk

AO450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

JEREMY LEVIN, et al

### JUDGMENT IN A CIVIL CASE

V.

ISLAMIC REPUBLIC OF IRAN, et al

Case Number:   05-2494

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that final judgment is hereby entered on behalf of Plaintiff Jeremy Levin and against Defendants the Islamic Republic of Iran ("Iran"), the Iranian Ministry of Information and Security ("MOIS"), and the Iranian Islamic Revolutionary Guard Corp ("IRGC"), jointly and severally, in the amount of $18,506,935; and on behalf of Plaintiff Dr. Lucille Levin and against Defendants Iran, MOIS, and IRGC, jointly and severally, in the amount of $10,300,784.

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy
of a document which was electronically filed with the
United States District Court for the District of Columbia.
Date Filed: 2-6-08
NANCY MAYER-WHITTINGTON, CLERK
By: Michael Dasley 3-12-08

Dated: February 6, 2008

NANCY MAYER-WHITTINGTON, Clerk

By: Tonya J. Hightower
Deputy Clerk

September 13, 2018 Writ of Execution

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUDGMENT NO. 09,0732                                          DOCKET NO. M18-302

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshall of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of the Islamic Republic of
Iran ("IRC"), its agencies and instrumentalities, including but not limited to, the Iranian
Ministry of Information and Security ("MOIS"), the Iranian Islamic Revolutionary Guard
Corp ("IRGC"), their agencies and instrumentalities, and entities owned or controlled,
directly or indirectly, by IRC, MOIS, or IRGC (hereinafter referred to collectively as "Iran"),
and entities in which Iran has an interest, direct or indirect, including but not limited to the
Assets, identified in Exhibit 1 hereto, in your district you cause to be made the sum of Eight
Million, Nine Hundred and Sixty Five Thousand, Two Hundred and Thirty Nine dollars and
Thirty One cents ($8,965,239.31), plus interest, which lately in the United States District
Court for the District of Columbia, in the District of Columbia Circuit, Mr. Jeremy Levin and
Dr. Lucille Levin recovered against the said Iran in an action between Mr. Jeremy Levin and
Dr. Lucille Levin, PLAINTIFFS, and IRC, MOIS, and IRGC, DEFENDANTS, in favor of
said PLAINTIFFS, Mr. Jeremy Levin and Dr. Lucille Levin, and the judgment, attached
hereto as Exhibit 2, was thereafter duly registered and docketed in the United States District
Court of the United States for the Southern District of New York, in the Second Circuit, as
appears by the record filed in the Clerk's Office of said District Court on the 20th day of
April, in the year of 2009, and if sufficient personal property of Iran cannot be found in your
District, that then you cause the same to be made out of the real property belonging to the
said judgment debtors on the above mentioned day, or at any time thereafter, in whose hands
so ever the same may be, and return this execution within sixty days after its receipt by you,
to the Clerk of said District Court.

WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States
District Court for the Southern District of New York, at the City of New York, on the _13th_
day of _September_ in the year of our Lord _2018_, and of the
Independence of the United States the two hundred _and forty three_ year.

BY _____
CLERK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MR. JEREMY LEVIN and DR. LUCILLE LEVIN,

-against-

THE ISLAMIC REPUBLIC OF IRAN, THE IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and the IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, and
THEIR AGENCIES AND INSTRUMENTALITIES

EXECUTION AGAINST PROPERTY

Suzelle M. Smith, Esq.
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, California 90014

Attorney for
– Plaintiffs –

Borough of Manhattan
City of New York

To the Marshall:
You will levy and collect
8,965,239 Dollars
and 31 cents,
with interest from the 6th day of
February 2008, besides your fees, etc.

As of the 13th day of August 2018,
the total amount including post judgment statutory interest was
15,080,163 Dollars
and 56 cents.

_____
Attorney

**EXHIBIT 1**

**Exhibit 1**



**EXHIBIT 2**

UNITED STATES DISTRICT COURT COPY
FOR THE DISTRICT OF COLUMBIA

*M18-302*

*SDNY #09, 0732*

JEREMY LEVIN, et al.

    Plaintiff(s)

           v

                     Civil Action No. 05-2494 (GKO

ISLAMIC REPUBLIC OF IRAN, et al.

    Defendant(s)

*(stamp: U.S. DISTRICT COURT FILED APR 20 2009 OAJ S.D. OF N.Y.)*

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

      I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____2/6/2008_____, as it appears in the records of this court, and that:

[X]   No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ]   No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on _____.

[ ]   An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

[ ]   An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

      IN TESTIMONY WHEREOF,   I sign my name and affix the seal of this Court on March 18, 2008.

                     NANCY MAYER-WHITTINGTON, Clerk

      By: _____

                         Deputy Clerk

A0450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

JEREMY LEVIN, et al

### JUDGMENT IN A CIVIL CASE

V.

ISLAMIC REPUBLIC OF IRAN, et al

Case Number:   05-2494

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that final judgment is hereby entered on behalf of Plaintiff Jeremy Levin and against Defendants the Islamic Republic of Iran ("Iran"), the Iranian Ministry of Information and Security ("MOIS"), and the Iranian Islamic Revolutionary Guard Corp ("IRGC"), jointly and severally, in the amount of $18,506,935; and on behalf of Plaintiff Dr. Lucille Levin and against Defendants Iran, MOIS, and IRGC, jointly and severally, in the amount of $10,300,784.

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy
of a document which was electronically filed with the
United States District Court for the District of Columbia.
Date Filed: _2-6-08_

NANCY MAYER-WHITTINGTON, CLERK

By: _Michael Dasley 3-11-08_

Dated: _February 6, 2008_

NANCY MAYER-WHITTINGTON, Clerk

By: _Tonya J. Hightower_
Deputy Clerk