UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>Plaintiffs,<br><br>-v-<br><br>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE, and CITIBANK, N.A.,<br><br>Defendants. | Civ. No. 09 CV 5900 (JPO)<br><br>STIPULATED JUDGMENT AND ORDER DIRECTING TURNOVER OF TAJIDEEN BLOCKED FUNDS |

JPMORGAN CHASE BANK, N.A.,

        Counterclaim-Plaintiff,

    -v-

JEREMY LEVIN and DR. LUCILLE LEVIN,

        Counterclaim-Defendants.

---

JPMORGAN CHASE BANK, N.A.,

        Third-Party Plaintiff,

    -v-

AMERICAN LIFE INSURANCE COMPANY – LEBANON BRANCH,

        Third-Party Defendant.

---

JEREMY LEVIN and DR. LUCILLE LEVIN,

        Crossclaim-Plaintiffs,

    -v-

AMERICAN LIFE INSURANCE
COMPANY – LEBANON BRANCH,

Crossclaim-Defendant.

This Stipulated Judgment and Order is entered into by and among plaintiffs/third-party

defendants/counter-claim defendants and cross-claim plaintiffs Jeremy Levin and Dr. Lucille

Levin (the "Levins"), defendant and third-party plaintiff JPMorgan Chase Bank, N.A.

("JPMCB"), and third-party/cross-claim defendant American Life Insurance Company –

Lebanon Branch ("Alico Lebanon," and, together with the Levins and JPMCB, the "Parties").

WHEREAS, on or about July 28, 2001, Tajideen purchased a life insurance policy from

Alico Lebanon (the "Tajideen Policy");

WHEREAS, on May 27, 2009, the Office of Foreign Assets Control ("OFAC")

designated Tajideen as a Specially Designated Global Terrorist ("SDGT");

WHEREAS, as a result of Tajideen's designation as an SDGT and in order to comply

with OFAC regulations, Alico Lebanon placed the cash surrender value of the Tajideen Policy

and a 2010 premium payment received from Tajideen in two blocked accounts maintained by

JPMCB in New York (the "Blocked Funds");

WHEREAS, as of November 13, 2019, the balances of the two accounts comprising the

Blocked Funds are $63,538.82 and $364,191.35, respectively, for a combined balance of

$427,730.17;

WHEREAS, in an action in the United States District Court for the District of Columbia

entitled *Levin et al v. Islamic Republic of Iran et al.*, No. 05-2494, the Levins obtained a

judgment dated February 6, 2008, in the total amount of $28,807,719, against the Islamic

Republic of Iran ("Iran") and other Iranian governmental agencies (the "Judgment"). The Judgment was later registered in this Court as Docket Number M18-302, renewed on January 3, 2019 in *Levin v. Islamic Republic of Iran et al.*, No. 18-cv-11576, and has been satisfied only in part;

WHEREAS, as part of their effort to enforce the Judgment, the Levins commenced this proceeding in 2009 to obtain the turnover under § 201(a) of the Terrorism Relief Insurance Act of 2002 ("TRIA") and § 1610 of the Foreign Sovereign Immunities Act ("FSIA") of the funds in eligible blocked interest-bearing accounts established and held by JPMCB and other financial institutions;

WHEREAS, the Levins have at times amended or supplemented their original complaint to assert claims against new blocked accounts established and held by JPMCB, eventually including the two blocked accounts holding the Blocked Funds;

WHEREAS, on November 15, 2017, as authorized by this Court's Opinion and Order filed October 27, 2017 (Doc. No. 1106), the Levins filed a "Supplemental Complaint Pursuant to N.Y.C.P.L.R. § 5225 and Court Order Dated October 27, 2017" (the "Supplemental Complaint," Doc. No. 1110) seeking the turnover of the larger of the two accounts comprising the Blocked Funds, which was established in 2012 and whose account number ends in 6923 (the "Blocked Account");

WHEREAS, the Supplemental Complaint alleges that Tajideen is an agency or instrumentality of Iran, and that the Blocked Funds are therefore subject to execution under TRIA § 201 and FSIA § 1610(g);

WHEREAS, to determine the rights of all parties with an interest in or claim to the funds in the Blocked Account, and thereby to insure against the risk of multiple or inconsistent

obligations with respect to those funds, JPMCB filed a third-party complaint in interpleader (the "Interpleader Complaint," Dkt. 1136) on January 12, 2018 in response to the Supplemental Complaint (the "Interpleader Action"). The Interpleader Complaint named as third-party defendants all parties then known to JPMCB, including Tajideen and other judgment creditors of Iran, to have an actual or potential interest in the Blocked Account, excluding those who had disclaimed any such interest before the filing of the Interpleader Complaint;

WHEREAS, due to the expense and inconvenience of litigation and other factors, Tajideen did not participate in the Interpleader Action and instead entered into a Stipulation and Order with JPMCB, dated March 12, 2018 and so-ordered by the Court on March 13, 2018 (the "March Stipulation," Dkt. 1174), under which he disclaimed an interest of any kind in the Blocked Account and relinquished and surrendered, with prejudice, any claim to that account that he otherwise had. In doing so, Tajideen made no admission as to any allegation against or about him in the Interpleader Action;

WHEREAS, since the time of the Court's entry of the March 13, 2018 Stipulation and Order regarding the Blocked Account, only two parties – the Levins and Alico Lebanon – have asserted an interest in that account, with the Levins, as alleged in the Supplemental Complaint, seeking the turnover of the funds in the Blocked Account pursuant to TRIA § 201 and FSIA § 1610(g). The proceeding commenced with the filing of the Supplemental Complaint (the "Turnover Proceeding") and is still ongoing as of the time of this Stipulated Judgment and Order;

WHEREAS, in the Turnover Proceeding, the Levins learned through discovery about a second, and smaller, blocked account held at JPMCB (the "Premium Blocked Account") that was established in or around October 2012, whose account number ends in 3534, and whose

funds, combined with those in the Blocked Account, comprise the Blocked Funds. As of February 28, 2019, the balance in the Premium Blocked Account, with accrued interest, was $62,997. The Premium Blocked Account is subject to a writ of execution served on JPMCB by the U.S. Marshal, on the Levins' behalf, on or about May 16, 2019;

WHEREAS, the Premium Blocked Account, as authorized by the Court at a conference in the Turnover Proceeding held on July 19, 2019, has been included in and is now a subject of the Turnover Proceeding. The Levins, by virtue of their writ, have priority to the Premium Blocked Account vis-à-vis other judgment creditors of Iran and all other persons or entities;

WHEREAS, Tajideen entered into a so-ordered stipulation dated August 9, 2019 (the "August Stipulation") with JPMCB through which he disclaimed an interest of any kind in the Premium Blocked Account and relinquished, with prejudice, any claim to that account that he otherwise had (Dkt. 1257);

WHEREAS, the Court previously found that the Levins have obtained a valid judgment against a terrorist party (Iran) based upon an act of terrorism, and that the funds in the Blocked Account qualify as "blocked assets" within the meaning of TRIA (Dkt. 1231);

WHEREAS, the Court previously found that, if the funds in the Blocked Account are determined to be the property of an agency or instrumentality of Iran, the Levins have priority to those funds over any other judgment creditors of Iran or any other persons or entities (Dkt. 1231);

WHEREAS, based on the Court's previous order (Dkt. 1231) and to avoid the expense and burden of continued litigation, neither Alico Lebanon nor JPMC will object to a court's finding that if the funds in the Premium Blocked Account are determined to be the property of

an agency or instrumentality of Iran, the Levins have priority to those funds over any other judgment creditors of Iran or any other persons or entities;

WHEREAS, Tajideen and the Levins entered into a Stipulation, Settlement and Order signed on October 5 and 7, 2019 and so-ordered by the Court on October 25, 2019 (the "October Stipulation," Dkt. 1281), under which Tajideen (i) reaffirmed his prior relinquishment with prejudice of any claims he otherwise had or may have had to the Blocked Account and the Premium Blocked Account, (ii) relinquished, surrendered, terminated, and extinguished with prejudice any and all claims, rights, and interests he had or may have in the Tajideen Policy, and (iii) and agreed, and otherwise reaffirmed his prior agreement, never to assert a claim against JPMCB or Alico Lebanon as to the Blocked Account, the Premium Blocked Account or the Tajideen Policy in any court or tribunal anywhere in the world;

WHEREAS, in accordance with the October Stipulation, the Tajideen Policy has been surrendered and terminated and is of no further value;

WHEREAS, Tajideen's surrender of the Tajideen Policy further confirms the Blocked Funds are the property of Tajideen;

WHEREAS, to avoid the expense and burden of continued litigation, Alico Lebanon and JPMCB have agreed not to object to a judicial finding that the Tajideen Policy has been surrendered, and that the Blocked Funds are therefore the property of Tajideen;

WHEREAS, the Levins have filed in the Turnover Proceeding an Expert Affidavit of Dr. Patrick Clawson, an expert on Iran, in which Dr. Clawson concludes that Tajideen is an agency or instrumentality of Iran (Dkt. 1279);

WHEREAS, Alico Lebanon and JPMCB do not challenge Dr. Clawson's conclusion that Tajideen is an agency or instrumentality of Iran;

WHEREAS, a trial date in the Turnover Proceeding has been set for November 25, 2019; and

WHEREAS, the Parties have met and conferred and agreed on a final resolution of this matter and request that the Court enter this Stipulated Judgment and Order Directing the Turnover of the Blocked Funds;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The Court finds that the Tajideen Policy has been surrendered, and that the Blocked Funds are the property of Tajideen.

2. Based on the Expert Affidavit of Dr. Clawson, the Court further finds that Tajideen is an agent or instrumentality of Iran.

3. Having previously found that (i) the Levins obtained a judgment against Iran on a claim based upon an act of terrorism, (ii) the Blocked Funds are "blocked assets" within the meaning of TRIA § 201(a), and (iii) no adverse claimant ranks above the Levins in priority of interest, and (iv) finding that the Blocked Funds are the property of Tajideen and that Tajideen is an agency or instrumentality of Iran, the Court now finds that the Blocked Funds are subject to execution under TRIA § 201(a).

4. The Court orders that Judgment shall be entered for the Levins as follows:

    a) JPMCB shall, within fourteen (14) days after this Stipulated Judgment and Order has been so-ordered by the Court, turn over the Blocked Funds held by JPMCB, including all interest that has accrued since the establishment of the Blocked Account and the Premium Blocked Account, to the Levins' counsel, Howarth & Smith. The turnover shall be by wire transfer to the Howarth & Smith Trust Account for the Levins. Howarth & Smith shall, within three (3)

days of entry of this Stipulated Judgment and Order, provide counsel for JPMCB, in writing, the account information necessary for the wire transfer.

b) Upon JPMCB's turnover of the Blocked Funds pursuant to Paragraph 4(a):

    (i)    JPMCB and Alico Lebanon shall be fully discharged and released from all liability and obligations of any nature to (i) each other, (ii) the Levins, (iii) Tajideen, (iv) all judgment creditors of Iran or the FARC identified in the annexed Schedule A, and (v) any other person or entity (including any judgment creditors of Iran or the FARC not identified in Schedule A), with specific respect to the Blocked Funds, the turnover thereof, and the Tajideen Policy.

    (ii)    Tajideen, the Levins, JPMCB, and Alico Lebanon hereby mutually release each other from all possible claims arising out of or in connection the Blocked Funds and the Tajideen Policy, including any claim for attorneys' fees or related litigation costs.

    (iii)    The Levins, Tajideen, the judgment creditor groups identified in Schedule A, and all other persons and entities shall be permanently restrained and enjoined from instituting or pursuing any legal action or proceeding in any jurisdiction against JPMCB or Alico Lebanon with specific respect to the Blocked Funds, the turnover thereof, or the Tajideen Policy.

    (iv)    All writs of execution, notices of pending action, restraining notices, and other judgment creditor process of any kind served on, or delivered to, JPMCB, to the extent that they apply or attach to the Blocked Funds, are

hereby deemed vacated and null and void as to the Blocked Funds;

provided, however, that this provision of this Stipulated Judgment and

Order shall not vacate or nullify any such writ of execution, notice of

pending action, restraining notice, or other judgment creditor process

with respect to any other funds, property, debts, assets, or accounts other

than the Blocked Funds.

5.      This Stipulated Judgment and Order is a final judgment, within the meaning of

Fed. R. Civ. P. 54(b), and there is no just reason for delay in the entry of it as a final judgment.

This Stipulated Judgment and Order constitutes a final dismissal with prejudice of all claims

asserted by the Levins as to the Blocked Funds and the Tajideen Policy.

6.      The Parties agree that, between the time it is signed by them and the time it is so-

ordered by the Court, this Stipulated Judgment and Order shall be fully binding on them and of

no less force and effect than when it is so-ordered, except that JPMCB's obligation under

Paragraph 4(a) above shall not go into effect until after the Stipulated Judgment and Order has

been so-ordered.

7.      Subject to the entry of this Stipulated Judgment and Order and based upon their

agreement to the terms of this Stipulated Judgment and Order, the Parties waive any right to

appeal from any part of this Stipulated Judgment and Order.

8.      This Court shall retain jurisdiction over this matter to enforce any violation of this

Stipulated Judgment and Order's terms.

Dated:         November 19, 2019

HOWARTH & SMITH

By:   _/s/_
      Suzelle M. Smith
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400
ssmith@howarth-smith.com

*Attorneys for Plaintiffs Jeremy Levin and Dr.
Lucille Levin*


KATSKY KORINS, LLP

By:   _/s/_
      Steven B. Feigenbaum
605 Third Avenue
New York, New York 10158
(212) 953-6000
sfeigenbaum@katskykorins.com

*Attorneys for Defendant/Third-Party Plaintiff
JPMorgan Chase Bank, N.A.*

SO ORDERED:

 

_____
     J. PAUL OETKEN
    United States District Judge

GREENBERG TRAURIG, LLP

By:   _/s/_
      Obiamaka P. Madubuko
200 Park Avenue
New York, New York 10166
(212) 801-9200
madubukoo@gtlaw.com

*Attorneys for Third-Party Defendant
American Life Insurance Company –
Lebanon Branch*

> This stipulated judgment is so ordered.
> The bench trial currently scheduled for November 25, 2019, is hereby adjourned *sine die.*
> The pending motion in limine at Docket Number 1288 is denied as moot.
> The Clerk of Court is directed to close the motion at Docket Number 1288.
> So ordered.
> Dated: November 19, 2019

## Schedule A

The Havlish Parties:  Estate of Donald J. Havlish, Jr.; Estate of Michael A. Bane; Estate of Martin Boryczewski; Estate of Steven Cafiero; Estate of Richard M. Caproni; Estate of Peter Chirchirillo; Estate of Jeffrey Coale; Estate of Daniel M. Coffey; Estate of Jason Coffey; Estate of Jeffrey Collman; Estate of Michael Diehl; Estate of Stephen Dorf; Estate of Judy Fernandez; Estate of Ronald Gamboa; Estate of William R. Godshalk; Estate of John Grazioso; Estate of Liming Gu; Estate of James D. Halvorson; Estate of Denis Lavelle; Estate of Robert Levine; Estate of Joseph Lostrangio; Estate of Dorthy Mauro; Estate of Mary Melendez; Estate of Peter T. Milano; Estate of Yvette Nichole Moreno; Estate of Brian Nunez; Estate of Philip Paul Ognibene; Estate of Salvatore T. Papasso; Estate of John William Perry; Estate of Marsha Dianah Ratchford; Estate of Joshua Scott Reiss; Estate of John M. Rodak; Estate of Elvin Romero; Estate of Richard Rosenthal; Estate of Maria Theresa Santillian; Estate of Victor Saracini; Estate of Scott Schertzer; Estate of Paul K. Sloan; Estate of George Eric Smith; Estate of Timothy P. Soulas; Estate of William R. Steiner; Estate of Andrew Stergiopoulos; Estate of Edward W. Straub; Estate of Jennifer Tino; Estate of Jeanmarie Wallendorf; Estate of Meta Waller; Estate of Timothy Raymond Ward; Fiona Havlish; Donald Havlish, Sr.; William Havlish; Susan Conklin; Tara Bane; Donald Bane; Christina Bane-Hayes; Krystyna Boryczewski; Estate of Michael Boryczewski; Julia Boryczewski; Michele Boryczewski; Richard A. Caproni; Dolores Caproni; Christopher Caproni; Michael Caproni; Lisa Caproni-Brown; Clara Chirchirillo; Livia Chirchirillo; Catherine Deblieck; William Coale; Frances M. Coffey; Daniel D. Coffey, M.D.; Kevin M. Coffey; Dwayne W. Collman; Brian Collman; Charles Collman; Brenda Sorenson; Loisanne Diehl; Morris Dorf; Anne Marie Dorf; Joseph Dorf; Michelle Dorf; Robert Dorf; Linda Sammut; Corazon Fernandez; Grace Parkinson-Godshalk; Tina Grazioso; Maureen Halvorson; Jin Liu; Alan Gu; Grace Kneski; Roni Levine; Teresanne Lostrangio; JoAnne Lovett; Regina Maria Merwin; Margaret Mauro; Ramon Melendez; Patricia Milano; Ivy Moreno; Estate of Vincent A. Ognibene; Marie Ann Paprocki; Patricia J. Perry; Christine Papasso; Rodney Ratchford; Rodney M. Ratchford; Marshee R. Ratchford; Benefit of Maranda C. Ratchford; Joyce Ann Rodak; Chelsea Nicole Rodak; Benefit of Devon Marie Rodak; John Rodak; Regina Rodak; Joanne Gori; Diane Romero; Loren Rosenthal; Judith Reiss; Expedito Santillian; Ester Santillian; Ellen Saracini; Guardian of Anne C. Saracini; Joanne Renzi; Paul Schertzer; Ronald S. Sloan; Raymond Doyle Smith; Katherine Soulas; Russa Steiner; George Stergiopoulos, M.D.; Angela Stergiopoulos; Sandra Straub; Joan E. Tino; Pamela Schiele; Christine Barton (now Pence); Doyle Raymond Ward; Gerald Bingham; Alice Carpeneto; Stephen L. Cartledge; Michelle Wright; Maureen Halvorson; Haomin Jian; FuMei Chien; Huichun Jian; Hui-Chuan Jian; Hui-Chien Chen; Hui-Zon Jian; Michael LoGuidice; Ralph S. Maerz; Martin Panik; Estate of Linda Ellen Panik; Mary Lynn-Anna Panik Stanley; Helen Rosenthal; Alexander Rowe; Ed Russin; Gloria Russin; Barry Russin; Leonard Zeplin; and Leona Zeplin.

The Heiser Parties:  Estate of Michael Heiser; Fran Heiser (individually and as personal representative of the Estate of Michael Heiser); Gary Heiser (individually and as personal representative of the Estate of Michael Heiser); Estate of Brent Marthaler; Katie Lee Marthaler (individually and as personal representative of the Estate of Brent Marthaler); Herman Marthaler;

11

Sharon Marthaler; Matthew Marthaler; Kirk Marthaler; Richard Wood; Kathleen Wood; Shawn Wood; Denise Eichstaedt; Anthony Cartrette; Lewis Cartrette; Estate of Patrick Fennig; Thaddeus C. Fennig (individually and as personal representative of the Estate of Patrick Fennig);Catherine Fennig (individually and as personal representative of the Estate of Patrick Fennig); Paul Fennig; Mark Fennig; Estate of Christopher Adams; Catherine Adams (individually and as personal representative of the Estate of Christopher Adams); Mary Young; Daniel Adams; Elizabeth Wolf; Patrick Adams; John Adams; William Adams; Michael Adams; Estate of Thanh "Gus" Nguyen; Christopher Nguyen (individually and as personal representative of the estate of Thanh "Gus" Nguyen); Sandra M. Wetmore; Bridget Brooks; James Rimkus; Anne Rimkus; Estate of Kendall Kitson; Jr.; Kendall Kitson, Sr. (individually and as personal representative of the estate of Kendall Kitson; Jr.); Nancy R. Kitson (individually and as personal representative of the Estate of Kendall Kitson, Jr.); Steve K. Kitson; Nancy A. Kitson; Lawrence Taylor; Vickie Taylor; Starlina Taylor; Estate of Joshua Woody; Dawn Woody (individually and as personal representative of the Estate of Joshua Woody); Bernadine Beekman; Tracy Smith; Jonica Woody; Timothy Woody; Estate of Leland "Tim" Haun; Ibis "Jenny" Haun (individually and as personal representative of the estate of Leland "Tim" Haun); Senator Haun; Milly Perez-Dallis; Estate of Christopher Lester; Cecil Lester; Sr. (individually and as personal representative of the estate of Christopher Lester); Judy Lester (individually and as personal representative of the estate of Christopher Lester); Cecil Lester, Jr.; Jessica Lester; Estate of Kevin Johnson; Sr.; Shyrl Johnson (individually and as personal representative of the Estate of Kevin Johnson; Sr.); Kevin Johnson, Jr.; Nicholas Johnson; Estate of Peter Morgera; Michael Morgera (individually and as personal representative of the Estate of Peter Morgera); Thomas Morgera; Estate of Millard "Dee" Campbell; Marie Campbell (individually and as personal representative of the estate of Millard "Dee" Campbell); Bessie Campbell; Estate of Justin Wood; Estate of Earl Cartrette, Jr.; Estate of Brian McVeigh; Estate of Joseph E. Rimkus; Estate of Jeremy Taylor; James Wetmore; George Beekman; Che Colson; Laura Johnson; and Bruce Johnson.

The Stansell Parties: Keith Stansell, Marc Gonsalves, Thomas Howes, Judith G. Janis, Christopher T. Janis, Greer C. Janis, Michael J. Janis, and Jonathan N. Janis

The Valore Parties: Upon information and belief, third-party defendants Terance J. Valore, Juanita R. Goldfarb, as Personal Representative of the Estate of David L. Battle, Mary V. Hernandez, as Personal Representative of the Estate of Matilde Hernandez, Jr., Robert Muffler, Jr., as Personal Representative of the Estate of John Muffler, Jutta Yarber, as Personal Representative of the Estate of James Yarber, Ronald L. Tishmack, as Personal Representative of the Estate of John Jay Tishmack, Celia Walker, as Personal Representative of the Estate of Leonard Warren Walker, Dorothy C. Wint, as Personal Representative of the Estate of Walter Emerson Wint, Jr., Pedro Alvarado, Jr., Andres Alvarado Tull, Angel Alvarado, Geraldo Alvarado, Grisselle Alvarado, Luis Alvarado, Luisa Alvarado, Maria Alvarado, Marta Alvarado, Minerva Alvarado, Yolanda Alvarado, Zoraida Alvarado, Dennis Jack Anderson, Floyd Carpenter, Michael Harris, Bennie Harris, Rose Harris, Donald R. Pontillo, Deborah True, Douglas Pontillo, Leonora Pontillo, John E. Selbe, Eloise F. Selbe, Belinda Skarka, Don Selbe, James Selbe, Willy G. Thompson, Allison Thompson, Ifaline Thompson, Cheryl Bass, Johnny Thompson, Wanda Ford, Orlando Michael Valore, Sr., Orlando M. Valore, Jr., Janice Valore, Marcy Lynn Parson, Timothy Brooks, Edward J. Brooks and Patricia A. Brooks

Billy G. Asemani

The Ben Haim Parties:  Charles (Klein) Ben Haim, Bernard (Klein) Ben Haim, and Lavi (Klein) Ben Haim

The Campuzano Parties:  Diana Campuzano, Avi Elishis and Gregg Salzman

The Rubin Parties:  Jenny Rubin, Deborah Rubin, Daniel Miller, Abraham Mendelson, Stuart E. Hersh, Renay Frym, Noam Rozenman, Elena Rozenman and Tzvi Rosenman

The Weinstein Parties:  Susan Weinstein, individually and as co-administrator of the Estate of Ira Williams Weinstein, Jeffrey Miller, as co-administrator of the Estate of Ira Williams Weinstein, Joseph Weinstein, Jennifer Weinstein Hazi and David Weinstein

The Leibovitch Parties:  Shlomo Leibovitch and Galit Leibovitch, as guardians of Shira Leibovitch, a minor, Shlomo Leibovitch, Galit Liebovitch, Moshe Leibovitch, Hila Leibovitch, Shmuel Eliad and Miriam Eliad

The Bodoff Parties:  Jeffrey Bodoff, as Administrator of the Estate of Yonathan Barnea, Shlomit Barnea, Uri Barnea, Tamara Barnea and Nachum Barnea

The Braun Parties:  Shmuel Braun (individually and as personal representative of the estate of Chaya Zissel Braun), Estate of Chaya Zissel Braun, Chana Braun (individually and as personal representative of the estate of Chaya Zissel Braun), Esther Braun, Murray Braun, Sara Halperin and Shimshon Halperin

The Kaplan Parties:  Chaim Kaplan, Rivka Kaplan, Arye Kaplan, Menachem Kaplan, Chana Kaplan, Mushka Kaplan, Efraim Kaplan, Brian Erdstein, Karene Erdstein, Mayan Erdstein, Noa Erdstein, Netiya Erdstein, Ariel Erdstein, Chayim Kumer, Nechama Kumer, Malka Kumer, Chana Kumer, Laurie Rappeport, Margalit Rappeport, Michael Fuchs, Theodore Greenberg, Moreen Greenberg, Jared Sauter, Danielle Sauter, Dvora Kaszemache, Chaya Alkareif, Avishai Reuvane, Elisheva Aron, Yair Mor, Mikimi Steinberg and Myra Mandel

The Bayani Parties:  Estate of Siavash Bayani, Fatemeh Bayani, Banafsheh Bayani and Babak Bayani

The Wultz Parties:  Sheryl Wultz, Yekutiel "Tuly" Wultz, Amanda Wultz and the Estate of Daniel Wultz

Mati Gill

John Doe

Antonio Caballero

The Greenbaum Parties:  Steven M. Greenbaum, Steven M. Greenbaum (as administrator of the estate of Judith Greenbaum), Alan D. Hayman and Shirlee Hayman

The Acosta Parties:  Carlos Acosta, Maria Acosta, Tova Ettinger, Irving Franklin (on his own behalf and as Administrator of the Estate of the late Irma Franklin), Baruch Kahane, Libby Kahane (on her own behalf and as Administratrix of the Estate of the late Meir Kahane), Ethel J. Griffin (as Administratrix of the Estate of the late Binyamin Kahane), Norman Kahane (on his own behalf and as Executor of the Estate of the late Sonia Kahane) and Ciporah Kaplan

The Murphy Parties:  Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich, Estate of Terrence Rich, Bryan Harris, Armando J. Ybarra, John E. L'Heureux, Jane L'Heureux, Kerry M. L'Heureux and Mary E. Wells

The Owens Parties:  James Owens; Gary Robert Owens; Barbara Goff; Frank B. Pressley, Jr.; Yasemin Pressley; David Pressley; Thomas Pressley; Michael Pressley; Berk Pressley; Jon Pressley; Marc Pressley; Sundus Buyuk; Montine Bowen; Frank Pressley, Sr.; Bahar Buyuk; Serpil Buynk; Tulay Buyuk; Ahmet Buyuk; Ellen Bomer; Donald Bomer; Clyde M. Hirn; Alice M. Hirn; Patricia K. Fast; Inez P. Hirn; Michael James Cormier; Patricia Feore; Joyce Ann Reed; Worley Lee Reed; Cheryl L. Blood; Bret W. Reed; Ruth Ann Whiteside; Lorie Gulick; Pam Williams; Flossie Varney; Linda Jane Whiteside Leslie; Lydia Sparks; Howard Sparks; Tabitha Carter; Howard Sparks, Jr.; Michael Ray Sparks; Gary O. Spiers; Victoria Q. Spiers; Julita Qualicio; and Victoria J. Spiers

The Mwila Parties:  Judith Abasi Mwila (Personal Representative of the Estate of Abbas William Mwila); William Abasi Mwila; Edina Abasi Mwila; Hapiness Abasi Mwila; Donte Akili Mwaipape; Donti Akili Mwaipape; Victoria Donti Mwaipape; Elisha Donti Mwaipape; Joseph Donti Mwaipape; Debora Donti Mwaipape; Nko Donti Mwaipape; Monica Akili; Akili Musupape; Valentine Mathew Katunda; Abella Valentine Katunda; Venant Valentine Mathew Katunda; Desidery Valentine Mathew Katunda; Veidiana Valentine Katunda; Diana Valentine Katunda; Edwine Valentine Mathew Katunda; Angelina Mathew Felix; Edward Mathew Rutaheshelwa; Elizabeth Mathew Rutaheshelwa; Angelina Mathew Rutaheshelwa; Happiness Mathew Rutaheshelwa; Eric Mathew Rutaheshelwa; Enoc Mathew Rutaheshelwa; Angelina Mathew-Ferix; Mathew Ferix; Samuel Thomas Marcus; Cecilia Samuel Marcus; Coronella Samuel Marcus; Hanuni Ramadhani Ndange (Personal Representative of the Estate of Yusuf Shamte Ndange); Abdu Yusuph Shamte Ndange; Juma Yusuph Shamte Ndange; Mwajabu Yusuph Shamte Ndange; Alli Kindamba Ng'ombe; Paulina Mbwanilwa Ng'ombe; Mohamed Alli Ng'ombe; Kindamba Alli Ng'ombe; Shabani Saidi Mtulya (Personal Representative of the Estate of Mtendeje Rajabu Mtuyla); Abdul Shabani Mtuyla; Saidi Shabani Mtuyla; Adabeth Said Nang'oko (Personal Representative of the Estate of Rogath Saidi Saidi); Veronica Alois Saidi; John Rogath Saidi; Daniel Rogath Saidi; Selina Rogath Saidi; Idifonce Rogath Saidi; Aisha Mawazo; Kulwa Ramadhani (Personal Representative of the Estate of Dotio Ramadhani); Kassim Ramadhani; Renema Ramadhani; Upemdo Ramadhani; Majaliwa Ramadhani; and Wengo Ramadhani

The Botvin Parties:  Julie Goldberg-Botvin, Tamar Botvin Dagan, Michal Botvin, the Estate of Yael Botvin

The Bennett and Khaliq Parties:  Michael Bennett and Linda Bennett, individually and as Co-Administrators of the Estate of Marla Bennett, Lisa Bennett, Rizwan Khaliq and Jenny Christiana Lovblom, Imtiaz Bedum, Irfan Khaliq, Imran Khaliq, Yasir Aziz, Naurin Khaliq, Kamran Khaliq, Tehsin Khaliq

The Brown Parties:  The Estate of Anthony Brown; Joseph A. Barile; Angela E. Barile; Michael Barile; Andrea Ciarla; Ann Marie Moore; Angela Yoak; John Becker; Vara Brown; John Brown; Sulba Brown; Rowel Brown; Marvine McBride; LaJuana Smith; Rodney E. Burns; Jeannie Scaggs; Eugene Burns; David Burns; Daniel Cuddeback, Jr.; John R. Cuddeback; Daniel Cuddeback, Sr.; Barbara Cuddeback; Robert Dean; Michael Episcopo; Randy Gaddo; Peter Gaddo; Timothy Gaddo; Louise Gaddo Blatter; The Estate of William R. Gaines, Jr.; Michael A. Gaines; Carolyn Spears; Mark Spears; James S. Spears; William R. Gaines, Sr.; Evelyn Sue Spears Elliot; Carol Weaver; The Estate of Virgel Hamilton; Gloria Hamilton; Bruce Hastings; Maynard Hodges; Kathy Hodges; Mary Jean Hodges; Loretta Brown; Cindy Holmes; Shana Saul; Daniel Joy; Sean Kirkpatrick; Daniel Kremer; Joseph T. Kremer; Jacqueline Stahrr; The Estate of Christine Kremer; The Estate of Thomas Kremer; The Estate of David A. Lewis; Betty Lewis; Jerry L. Lewis; Scott M. Lewis; Paul Martinez, Sr.; Teresa Gunther; Esther Martinez Parks; Alphonso Martinez; Daniel Martinez; Michael Martinez; Paul Martinez, Jr; Tomasita L. Martinez; Susanne Yeoman; John Opatovsky; The Estate of Jeffrey Bruce Owen; Steven G. Owen; Jean Givens Owen; The Estate of Michael Lee Page; Albert Page; Janet Page; Joyce Clifford; David Penosky; Joseph Penosky; Christian R. Rauch; Leonard Paul Tice; The Estate of Burton Wherland; Sarah Wherland; Gregory Wherland; Kimmy Wherland; Charles F. West; Charles H. West; Rick West; and Sharon Davis

The Bland Parties:  Stephen Boyd Bland; Alan C. Anderson; Michael Anderson; Thelma Anderson; Estate of Frank Bland; Ruth Ann Bland; James Bland; Estate of Laura Virginia Copeland; Sidney Decker; Ida Decker; Dudley Decker; Johnnie Decker; Carolyn Mudd; Ronald Duplanty; Estate of Sean F. Estler; Keith Estler; Louis Estler, Jr.; Mary Ellen Estler; Estate of Benjamin E. Fuller; Elaine Allen; Ernest C. Fuller; John Gibson; Holly Gibson; Maurice Gibson; Estate of Michael Hastings; Joyce Hastings; Estate of Paul Hein; Christopher Hein; Jo Ann Hein; Karen Hein-Sullivan; Victor J. Hein; Jacqueline M. Kunysz; Estate of John Hendrickson; John Hendrickson; Tyson Hendrickson; Deborah Ryan; Estate of Bruce Hollingshead; Melinda Hollingshead; Renard Manley; Estate of Michael Robert Massman; Nicole Gomez; Angela Massman; Kristopher Massman; Lydia Massman; Patricia Lou Smith; Estate of Louis Melendez; Zaida Melendez; Douglas Jason Melendez; Johnny Melendez; Johnny Melendez, Jr.; Estate of Michael Mercer; Sarah Mercer; Samuel Palmer; Robin Nicely; Estate of Juan C. Rodriguez; Louisa Puntonet; Robert Rucker; Estate of Billy San Pedro; Cesar San Pedro; Sila V. San Pedro; Guillermo San Pedro; Javier San Pedro; Thurnell Shields; Emanuel Simmons; Estate of James Surch; Patty Barnett; Will Surch; Bradley Ulick; Jeanette Dougherty; Marilyn Peterson; Estate of Eric Walker; Tena Walker-Jones; Ronald E. Walker; Ronald Walker, Jr. Galen Weber; Estate of Obrian Weekes; Anson Edmond; Arnold Edmond; Hazel Edmond; Wendy Edmond; Faith Weekes; Ianthe Weekes; Keith Weekes; Meta Weekes; Estate of Dennis Lloyd West; Kathy West;

Estate of John Weyl; Kelly Bachlor; Robin Brock; Morgan W. Rowan; Sharon J. Rowan; and Nelson Weyl

The Wamai Parties: Winfred Wairimu Wamai, individually and as Personal Representative of the Estate of Adams Titus Wamai; Diana Williams; Titus Wamai; Angela Wamai; Lloyd Wamai; John Muriuki Girandi; Sarah Anyiso Tikolo, individually and for the Estate of Moses Geofrey Naniai; Negeel Andika; Grace Njeri Kimata, individually and as Personal Representative of the Estate of Francis Watoro Maina; Maina Victor; Wambui Rachel; Lucy Muthoni Gitau, individually and as Personal Representative for the Estate of Lawrence A. Gitau; Gitau Catherine Waithira; Ernest Gichiri Gitau; Felister Wanjiru Gitau; Grace Njeri Gicho, individually and as Personal Representative of the Estate of Peter Kabau Macharia; Diana Njoki Macharia; Stanley Njar Ngugi; Margaret Njoki Ngugi; Ann Ruguru; Nagugi Macharia; David Kariuki Ngugi; Paul Mwangi Ngugi; John Mungai Ngugi; Lucy Kamau, individually and as Personal Representative of the Estates of Joseph Kamau Kiongo and Teresia Wairimu; Jane Kamau; Alice Muhoni Kamau; Newton Kamau; Pauline Kamau; Peter Kamau; Mercy Kamau Wairimu; Ann Wambui Kamau; Daniel Kiomho Kamau ; Nyangoro Wilfred Mayaka, Individually and as Personal Representative Of the Estate of Mayaka Lydia Mukiri; Doreen Mayaka; Dick Obworo; Diana Nyangara; Deborah Kerubo; Jacob Awala, individually and as Personal Representative of the Estates of Josiah Owuor and Edwina Owuor; Warren Awala; Vincent Owour; Mordechai Thomas Onono, Individually and as Personal Representative of the Estate of Lucy Grace Onono; Priscilla Okatch, Individually and as Personal Representative of the Estate of Maurice Okatch Ogola; Dennis Okatch; Rosemary Anyango Okatch; Samson Okatch; Jenipher Okatch; Josinda Katumba Kamau, Individually and as Personal Representative of the Estate of Vincent Kamau Nyoike; Caroline Wanjiru Kamau; Faith Wanza Kamau; Elizabeth Vutage Maloba, Individually and as Personal Representative of the Estate of Frederick Yafes Maloba; Kenneth Maloba; Margaret Maloba; Adhiambo Sharon; Okile Marlon; Lewis Mafwavo; Marlong Okile; Mary Mutheu Ndambuki, Individually and as Personal Representative of the Estate of Kimeu NZioka Nganga; Ole Pussy Samuel Kashoo, Individually and as Personal Representative of the Estate of Pussy Rachel Mungasia; Andrew Pussy; Doreen Nasieku; Elsy Pussy; Rosemary Anyango Olele, Individually and as Personal Representative of the Estate of Francis Olewe Ochilo; Wendy Achieng; Juliet Awuor; Jane Kathuka, Individually and as Personal Representative of the Estate of Geoffrey Mulu Kalio; Bernice Mutheu Ndeti; Daen Nthambi Mulu; Tabitha Nthambi Kalio; Aquilas Mutuku Kalio; Catherine Mbatha; Lilian Mbelu Kalio; Catherine Gitumbo, Individually and As Personal Representative of the Estate of Joel Gitumbo Kamau; Eunice Muthoui; Elizabeth Wanjiku; David Kamau; Peter Kibue Kamau; Philip Kariuki Gitumbo; Kamali Musyoka, Individually and as Personal Representative of the Estate of Dominic Musyoka; Beatrice Martha Kithuva; Benson Malusi Musyoka; Wason Musyoka; Caroline Kasungo Whali; Titus Kyaw Musyoka; Velma Bonyo, Individually and as Personal Representative of the Estate of Klyeliff C. Bonyo; Dorine Bonyo; Elijah Bonyo; Anjela Bonyo; Winnie Bonyo; Joyce Abur, Individually and as Personal Representative of the Estate of Eric Onyango; Tilda A. Abur; Kelesendhia Apondi; Barnabas Onyango; Marina Kirima; Thomas Ohuoro; Limmles I. Kasui; Michael N. Mworia; Joash O. Okendo; Julius Ogoro; Aggrey N. Abuti; Renson M. Ashika; Abdulrahman R. Bashir; Jennifer J. Chebol; Joseph T. Gathecha; Iddi A. Kaka; James Kanja; Bernard M. Kaswii; David M. Kimani; Samuel Kivindyo; Peter N. Kung'U; Thomas G. Kuria; James M. Macharia; Toitoro O. Masanga; Robert M. Matheka;

16

Richard N. Maweu; Matthew M. Mbithi; Francis N. Mburu; Paul K. Musau; Edward M. Muthama; Thomas M. Mutua; James M. Mutuku; Paul G. Mwingi; Lucas M. Ndile; Anthony Nginya; Alexander C. Njeru; Enos Nzalwa; Julius M. Nzivo; Frederick O. Obanga; Justus M. Wambua; Makonnen K. Meneric; James Babira Ndeda; Pauline D. Abdallah; John Nduati; Wunnie W. Gichuru; Blasio Shikami; Cynthia Kimble; Henry Kessy; Evitta Kwimbere; Elizabeth Slater; Nafisa Malik; Valerie Nair; Laurel Mcmullen; Christant Hiza; Frederick Kabodya; Justina Mdobilu; Benjamin Winford; Christopher Mcmullen; Hosianna Mmbaga; Tibruss Minja; Sajjad Gulamali; Clifford Tarimo; Sita Magua; Eddieson Kapesa; Valentry Katunda; Edson Maumu; Zephania Mboge; Donti Mwaipape; Edward Rutasheherwa; Victor Mpopo; Ally Kindamba; and Gaudens Thomas

The Amduso Parties: Milly Mikali Amduso; Grace Akanya; Hamsa Safula Asdi; Gerald W. Bochart; Jomo Matiko Boke; Velma Akosa Bonyo; Beatrice Mugemi Bwaku; Benson Okuku Bwaku; Belinda Chaka; Murabu Chaka; Boniface G. Chege; Anastasia Gianopulos; Grace Njeri Gicho; Lucy Muthoni Gitau; Catherine W. Gitumbu; Japeth Munjal Godia; Jotham Odiango Godia; Merab A. Godia; Omari Idi; Caroline Nguhi Kamau; Hannah Ngenda Kamau; Jane Kamau; Josinda Katumba Kamau; Kimani Kamau; Michael Kibue Kamau; Jane Kavindu Kathuka; Ikonye Michael Kiarie; Jane Mweru Kiarie; Humphrey Kibiru; Elizabeth Muli Kibue; David K. Kiburu; Faith Wambui Kihato; Grace Wanjiku Kimani; Harrison Kariuki Kimani; Grace Njeri Kimata; Alice Muzhomi Kiongo; Lucy Kamau Kiongo; Elizabeth Victoria Kitao; Raphael N. Kivindyo; Luka Mwalie Litwaj; Monicah Kebayi Matiko; James Andayi Mukabi; Mary Vutagwa Mwalie; Catherine Lucy Nyambura Mwangi; Margaret Mwikali Nzomo; Joyce Auma Ombese Abur; Lucy Wairimu; Judy Walthera; and Jennifer Wambui

The Peterson Parties: All persons and estates identified in Schedule A to the Stipulation and Order between the Petersons and JPMCB filed on December 21, 2017 (Dkt. 1123)

The Valore Parties: Terance J. Valore; Angel Alvarado-Tull; Geraldo Alvarado Tull; Grisselle Romero; Luis Alvarado-Tull; Luisa Alvarado; Maria Alvarado O'Sheaf; Marta Alvarado Tull; Minerva Alvarado-Tull; Pedro Alvarado-Tull, Jr.; Yolanda Alvarado-Tull; Zoraida Alvarado; Dennis Jack Anderson; Lolita M. Arnold; Estate of Moses Arnold, Jr.; Cheryl Bass; Estate Of David L. Battle; Lisa Ann Beck; Betty J. Bolen; Keith Edwin Bolen; Neale Scott Bolen; Estate of Sheldon H. Bolen; Catherine Bonk; Estate of John Bonk, Sr.; Kevin Bonk; Thomas Bonk; Estate of Edward J. Brooks; Estate of Patricia A. Brooks; Timothy Brooks; Marian DiGiovanni; Sherry Lynn Fiedler; Marilou Fluegel; Robert Fluegel; Estate of Thomas A. Fluegel; Wanda Ford; Evans Hairston; Felicia Hairston; Estate of Julia Bell Hairston; Estate of Bennie Harris; Michael Harris; Rose Harris; Estate of Matilde Hernandez, Jr.; Estate of Henry Durban Hukill; Mark Andrew Hukill; Matthew Scott Hukill; Melissa Hukill; Meredith Ingersoll; Mitchell Charles Hukill; Monte Hukill; Virginia Ellen Hukill; Catherine Bonk Hunt; Shirley Ann Storm Pettry; Penni Bernard; Carl Arnold Kirkwood, Jr.; Carl Kirkwood, Sr.; Jeff Kirkwood; Estate of Shirley Kirkwood; Sharla M. Korz; Patricia Kronenbitter; Betty Laise; Bill Laise; Kris Laise; Bill Macroglou; James Macroglou; Lorraine Macroglou; Kathy McDonald; Edward Joseph McDonough; Estate of Edward W. McDonough; Sean McDonough; Estate of John Muffler; Marcy Lynn Parson; Donald R. Pontillo; Douglas Pontillo; Deborah Spencer Rhosto; Estate of Luis Rotondo; Estate of Rose Rotondo; Estate of Phyllis Santoserre; Don Selbe; Estate

*Error! Unknown document property name.*

of Eloise F. Selbe; James Selbe; John E. Selbe; Estate of James Silvia; Anna Marie Simpson; Larry H. Simpson, Sr.; Renee Eileen Simpson; Robert Simpson; Belinda Skarka; Lynne Michol Spencer; Allison Thompson; Estate of Isaline Thompson; Johnny Thompson; Willie G. Thompson; Deborah True; Andres Alvarado Tull; Estate of John Jay Tishmack; Janice Valore; Orlando M. Valore, Jr.; Estate of Orlando Michael Valore, Sr.; Estate of Leonard Warren Walker; Estate of Walter Emerson Wint, Jr.; Sally Jo Wirick; and the Estate of James Yarber

The Weinstock Parties:  Estate of Rabbi Simon Dogin, Estate of Shirley Dolgin,, Aryeh Weinstock, Chaim Weinstock, Estate of Dov Weinstock, Estate of Yitzchak Weinstock, Geula Weinstock, Moshe Weinstock, Sharon Weinstock

The Davis Parties:  All persons and estates listed as the plaintiffs in *Davis et al. v. Islamic Republic of Iran et al.*, Civil Action No. 07-1302 (RCL) (United States District Court for the District of Columbia)

*Error! Unknown document property name.*