UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>    Plaintiffs,<br><br>    -v-<br><br>THE BANK OF NEW YORK MELLON, JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., SOCIÉTÉ GÉNÉRALE, and CITIBANK, N.A.,<br><br>    Defendants.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Counterclaim-Plaintiff,<br><br>    -v-<br><br>JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>    Counterclaim-Defendants. | Civ. No. 09 CV 5900 (JPO)<br><br>**ORDER GRANTING PLAINTIFF LUCILLE LEVIN AND NONPARTY SUZELLE M. SMITH, TRUSTEE OF THE JEREMY ISADORE LEVIN 2012 REVOCABLE TRUST, AS AMENDED, MOTION TO SUBSTITUTE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Upon consideration of the motion to substitute and supporting documents filed by Plaintiff and Judgment Creditor Dr. Lucille Levin and nonparty Suzelle M. Smith, Trustee of the Jeremy Isadore Levin 2012 Revocable Trust, as amended:

**IT IS ORDERED** that Suzelle M. Smith, Trustee of the Jeremy Isadore Levin 2012 Revocable Trust, is substituted as plaintiff and judgment creditor in this action.

The Clerk of Court is directed to close the motion at Docket Number 1296.

Dated: April 17, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge