```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEREMY LEVIN, et al.,

                Plaintiffs,

    - against -

BANK OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

09-CV-5900 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This case has been referred to me for general pretrial purposes.  Accordingly, by December 30, the parties shall jointly file a letter with the following: (1) A general overview of the case substantively and its procedural status (this need not be comprehensive; a page or two will do); (2) A list of all pending motions (both non-dispositive and dispositive, and both those fully briefed and those in mid-briefing; to be clear, there is no need to list motions that already have been decided), identifying all ECF docket entries associated with each respective motion; (3) Identification by ECF number of any decision by the Court resolving any previous dispositive motion; (4) The currently operative case schedule; (5) Any other issues the parties believe require the Court's attention.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

1