USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEREMY LEVIN, et al.,

                Plaintiffs,

   - against -

BANK OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

09-CV-5900 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As determined during oral argument on January 20, 2021 and for the reasons stated therein, (1) the Government's motion to intervene (Dkt. 1330), with consent, is GRANTED; (2) the Government's motion to sever and transfer (Dkt. 1330), is DENIED without prejudice; and (3) Societe Generale's letter motion for a protective order (Dkt. 1344) is DENIED without prejudice to a future application should circumstances change.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 20, 2021
      New York, New York

Copies transmitted this date to all counsel of record.

1