# KATSKY | KORINS LLP

MEMBERS OF THE FIRM
ROBERT A. ABRAMS
RANDOLPH AMENGUAL
SHIREEN ARANI
NICHOLAS G. ARONS
MATTHEW DANOW
ELAN R. DOBBS
STEVEN B. FEIGENBAUM
MATTHEW A. FEIGIN
DAVID L. KATSKY
ADRIENNE B. KOCH
EUGENE V. KOKOT
ROY M. KORINS
DENNIS C. KRIEGER

THOMAS M. LOPEZ
NEIL S. MILLER
STEVEN H. NEWMAN
BARBARA LYNN PEDERSEN
ANN RYAN
JEFFREY SNYDER
MERYL LYNN UNGER
MARCY L. WACHTEL
MARK WALFISH
ARIEL WEINSTOCK
JOEL S. WEISS
ELIAS M. ZUCKERMAN

WRITER'S DIRECT DIAL | 212.716.3278
WRITER'S DIRECT FAX | 212.716.3336
WRITER'S EMAIL | sfeigenbaum@katskykorins.com
OUR REFERENCE |

March 31, 2021

By ECF

Honorable J. Paul Oetken
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

      Re:    Levin, et al. v. The Bank of New York Mellon, et al., No. 09-cv-5900 (JPO)

Dear Judge Oetken:

      As counsel to defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase Bank N.A./London, and in accordance with Rule 3(C) of the Court's Individual Rules and Practices, I write to request a ten-day extension – from April 5 (the current due date under Local Civil Rule 6.1(b)) to April 15, 2021 – of defendants' time to file their reply papers in further support of their pending motion to dismiss plaintiffs' supplemental complaint. Defendants have made no prior request for an extension of their time to file their reply papers, and plaintiffs consent to an extension.

      We thank the Court for its consideration.

                                        Respectfully,

                                        /s/Steven B. Feigenbaum
                                        Steven B. Feigenbaum

cc:    Counsel of Record (by ECF)

605 Third Avenue New York, NY 10158   PHONE 212.953.6000   FAX 212.953.6899   www.katskykorins.com