UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEREMY LEVIN, et al.,

                    Plaintiffs,

      -against-                                     09 **CIVIL** 5900 (JPO)

## **JUDGMENT**

BANK OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 21, 2022, Defendants' motion to dismiss the supplemental complaint is GRANTED.

**Dated:** New York, New York

       February 22, 2022

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                          **Clerk of Court**

                             **BY:**      _K. Mango_____

                                                           **Deputy Clerk**