UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. JEREMY LEVIN, DR. LUCILLE LEVIN, and SUZELLE M. SMITH, AS AN INDIVIDUAL AND TRUSTEE OF THE JEREMY ISADORE LEVIN 2012 REVOCABLE TRUST, AS AMENDED, AND AS TRUSTEE OF THE LUCILLE HARE LEVIN 2012 REVOCABLE TRUST<br><br>　　　　　　　　　Plaintiffs,<br><br>　　-v-<br><br>ISLAMIC REPUBLIC OF IRAN; IRANIAN MINISTRY OF INFORMATION AND SECURITY; and IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS,<br><br>　　　　　　　　　Defendants. | Case No. 1:09-cv-05900-JPO-RLE<br><br>M18-302<br><br>**ORDER DIRECTING THE CLERK TO ISSUE WRIT OF EXECUTION IN SATISFACTION OF 28 U.S.C. § 1610(c)** |

　　Upon consideration of the Motion and Application pursuant to 28 U.S.C. § 1610(c) of Dr. Lucille Levin, Suzelle M. Smith as an individual and Trustee of the Jeremy Isadore Levin 2012 Revocable Trust, as amended, and Suzelle M. Smith as an individual and Trustee of the Lucille Hare Levin 2012 Revocable Trust, a real party in interest, ( "Plaintiffs" or "Petitioners" or "Judgment Creditors" or "Levins") for an Order finding that a reasonable period of time has elapsed and directing the Clerk to issue a Writ of Execution to enforce judgments entered in favor of the Levins in the underlying matter in United States District Court for the District of Columbia and duly registered in this Court against property of the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Islamic

Revolutionary Guard Corps and their agencies and instrumentalities, including but not limited to assets held in this District by JPMorgan Chase, N.A. and/or JPMorgan Chase & Co., which maintain branches in this District, the supporting Memorandum of Law dated May 24, 2022, and the accompanying Declaration of Suzelle Smith dated May 24, 2022 ("Smith Decl."); the Court makes the following findings:

1. On February 6, 2008, the United States District Court for the District of Columbia entered judgments in the combined amount of $28,807,719.00 against the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Islamic Revolutionary Guard Corps, and their agencies and instrumentalities, in favor of Dr. Lucille Levin and the late Jeremy Levin in an action brought under 28 U.S.C. § 1605(a)(7). *Levin v. Islamic Republic of Iran,* 529 F. Supp. 2d 1, 5-13 (D.D.C. 2007). Pursuant to 28 U.S.C. § 1961, the Levins are also entitled to post judgment interest.

2. The Levins gave notice of the entry of judgment to Iranian Judgment Debtors through court and diplomatic channels on October 14, 2008, pursuant to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §1608(e). *See* Ex. A to Smith Decl., Letter from William P. Fritzlen to Nancy Mayer-Whittington, dated January 16, 2009.

3. On April 20, 2009, the Levins registered their judgment in this Court, Judgment Number 09,0732, Docket Number M 18-302. *See* Ex. B to Smith Decl. at Attachment A, Certification of Judgment for Registration in Another District, *Levin v. Islamic Republic of Iran*, Judgment No. 09,0732; Docket No. Ml8-302 (S.D.N.Y. Apr. 20, 2009). The Levins obtained a

renewal of their Judgment from the SDNY Court on January 3, 2019. *See* Ex. B to Smith Decl., Renewal of Judgment In A Civil Action, *Levin v. Islamic Republic of Iran*, Case No. 18-cv-11576 (S.D.N.Y. Jan. 3, 2019).

4. On July 2, 2012, Dr. Lucille Levin and Mr. Jeremy Levin assigned and transferred all of their rights and/or interests in their judgments to the Jeremy Isadore Levin 2012 Revocable Trust, as amended and the Lucille Hare Levin 2012 Revocable Trust and assigned Suzelle M. Smith, an individual, as Trustee of the Levin Trusts. *See* Smith Decl. at ¶ 3.

5. Petitioners' judgments have remained partially unsatisfied and they have just recently identified assets belonging to the Iranian Judgment Debtors and their agencies and instrumentalities ("the Property"), including but not limited to blocked assets of agents and instrumentalities of Iran, held in this District by JPMorgan Chase, N.A. and/or JPMorgan Chase & Co., which maintain branches in this District. *See* Ex. D to Smith Decl., List of Property.

6. Over fourteen (14) years have passed between the entry of judgment against the Iranian Judgment Debtors and the giving of notice to the Iranian Judgment Debtors under 28 U.S.C. § 1608(e) and the registration of Petitioners' judgment in this District, which the Court finds is a reasonable time period before the issuance of a writ of execution under 28 U.S.C. § 1610(c); therefore:

**IT IS ORDERED** that, in accordance with 28 U.S.C. § 1610(c), the Court directs the Clerk of the Court to issue a Writ of Execution with respect to the

Property for the Judgment registered by the Levins in this Court; and

**IT IS FURTHER ORDERED** that the Clerk of this Court is authorized and directed to issue such further writs in aid of execution as warranted under, and in accordance with Rule 69 of the Federal Rules of Civil Procedure consistent with this Order.

**IT IS SO ORDERED.**

Dated: June 1, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge